| | |
|---|---|
| **To:** | Dynamic Sports Nutrition, LLC (mail@egbertlawoffices.com) |
| **Subject:** | U.S. TRADEMARK APPLICATION NO. 85280036 - D-ANABOL 25 - 2259-21 |
| **Sent:** | 6/28/2011 1:28:36 PM |
| **Sent As:** | ECOM116@USPTO.GOV |
| **Attachments:** | Attachment - 1 |
| | Attachment - 2 |
| | Attachment - 3 |
| | Attachment - 4 |
| | Attachment - 5 |
| | Attachment - 6 |
| | Attachment - 7 |
| | Attachment - 8 |
| | Attachment - 9 |
| | Attachment - 10 |
| | Attachment - 11 |
| | Attachment - 12 |
| | Attachment - 13 |
| | Attachment - 14 |
| | Attachment - 15 |
| | Attachment - 16 |
| | Attachment - 17 |
| | Attachment - 18 |
| | Attachment - 19 |
| | Attachment - 20 |
| | Attachment - 21 |
| | Attachment - 22 |
| | Attachment - 23 |
| | Attachment - 24 |
| | Attachment - 25 |
| | Attachment - 26 |
| | Attachment - 27 |

**UNITED STATES PATENT AND TRADEMARK OFFICE (USPTO)**
**OFFICE ACTION (OFFICIAL LETTER) ABOUT APPLICANT'S TRADEMARK APPLICATION**

**Exhibit 2**

**APPLICATION SERIAL NO.**      85280036

**MARK**: D-ANABOL 25

**\*85280036\***

**CORRESPONDENT ADDRESS**:
   JOHN S. EGBERT
   EGBERT LAW OFFICES, PLLC
   412 MAIN ST FL 7
   HOUSTON, TX 77002-1897

**CLICK HERE TO RESPOND TO THIS LETTER:**
http://www.uspto.gov/trademarks/teas/response_forms.jsp

**APPLICANT**:        Dynamic Sports Nutrition, LLC

**CORRESPONDENT'S REFERENCE/DOCKET NO**:
   2259-21
**CORRESPONDENT E-MAIL ADDRESS**:
   mail@egbertlawoffices.com

# OFFICE ACTION

# STRICT DEADLINE TO RESPOND TO THIS LETTER

TO AVOID ABANDONMENT OF APPLICANT'S TRADEMARK APPLICATION, THE USPTO MUST RECEIVE APPLICANT'S COMPLETE RESPONSE TO THIS LETTER **WITHIN 6 MONTHS** OF THE ISSUE/MAILING DATE BELOW.

**ISSUE/MAILING DATE: 6/28/2011**

  The referenced application has been reviewed by the assigned trademark examining attorney.  Applicant must respond timely and completely to the issue(s) below.  15 U.S.C. §1062(b); 37 C.F.R. §§2.62(a), 2.65(a); TMEP §§711, 718.03.

SECTION 2(d) REFUSAL – LIKELIHOOD OF CONFUSION

Registration of the applied-for mark is refused because of a likelihood of confusion with the mark in U.S. Registration No. 3378354.  Trademark Act Section 2(d), 15 U.S.C. §1052(d); *see* TMEP §§1207.01 *et seq.*  See the enclosed registration.

--General Principles in Determining Likelihood of Confusion

Taking into account the relevant *du Pont* factors, a likelihood of confusion determination in this case involves a two-part analysis.  *See In re E. I. du Pont de Nemours & Co.*, 476 F.2d 1357, 1361-62, 177 USPQ 563, 567 (C.C.P.A. 1973); *In re 1st USA Realty Prof'ls Inc.* , 84 USPQ2d 1581, 1584 (TTAB 2007); *see also In re Dixie Rests. Inc.*, 105 F.3d 1405, 1406-07, 41 USPQ2d 1531, 1533 (Fed. Cir. 1997). The marks are compared for similarities in their appearance, sound, connotation and commercial impression.  TMEP §§1207.01, 1207.01(b).  The goods and/or services are compared to determine

whether they are similar or commercially related or travel in the same trade channels. *See Herbko Int'l, Inc. v. Kappa Books, Inc.*, 308 F.3d 1156, 1164-65, 64 USPQ2d 1375, 1380 (Fed. Cir. 2002); *Han Beauty, Inc. v. Alberto-Culver Co.*, 236 F.3d 1333, 1336, 57 USPQ2d 1557, 1559 (Fed. Cir. 2001); TMEP §§1207.01, 1207.01(a)(vi).

--Similarities Between the Marks

In a likelihood of confusion determination, the marks are compared for similarities in their appearance, sound, meaning or connotation, and commercial impression. *In re E. I. du Pont de Nemours & Co.*, 476 F.2d 1357, 1361, 177 USPQ 563, 567 (C.C.P.A. 1973); TMEP §1207.01(b)-(b)(v). Similarity in any one of these elements may be sufficient to find the marks confusingly similar. *In re White Swan Ltd.*, 8 USPQ2d 1534, 1535 (TTAB 1988); *see In re 1st USA Realty Prof'ls, Inc.* , 84 USPQ2d 1581, 1586 (TTAB 2007); TMEP §1207.01(b).

The applicant applied to register the mark D-ANABOL 25. The registered mark DIANABOL.

The applicant's mark is similar to the registrant's mark in sound and appearance, and the marks create the same overall commercial impression.

The question is not whether people will confuse the marks, but whether the marks will confuse people into believing that the goods and/or services they identify come from the same source. *In re West Point-Pepperell, Inc.*, 468 F.2d 200, 201, 175 USPQ 558, 558-59 (C.C.P.A. 1972); TMEP §1207.01(b). For that reason, the test of likelihood of confusion is not whether the marks can be distinguished when subjected to a side-by-side comparison. The question is whether the marks create the same overall impression. *See Recot, Inc. v. M.C. Becton*, 214 F.3d 1322, 1329-30, 54 USPQ2d 1894, 1899 (Fed. Cir. 2000); *Visual Info. Inst., Inc. v. Vicon Indus. Inc.*, 209 USPQ 179, 189 (TTAB 1980). The focus is on the recollection of the average purchaser who normally retains a general rather than specific impression of trademarks. *Chemetron Corp. v. Morris Coupling & Clamp Co.*, 203 USPQ 537, 540-41 (TTAB 1979); *Sealed Air Corp. v. Scott Paper Co.*, 190 USPQ 106, 108 (TTAB 1975); TMEP §1207.01(b).

--Similarities Between the Goods

The goods and/or services of the parties need not be identical or directly competitive to find a likelihood of confusion. *See Safety-Kleen Corp. v. Dresser Indus., Inc.*, 518 F.2d 1399, 1404, 186 USPQ 476, 480 (C.C.P.A. 1975); TMEP §1207.01(a)(i). Rather, it is sufficient to show that because of the conditions surrounding their marketing, or because they are otherwise related in some manner, the goods and/or services would be encountered by the same consumers under circumstances such that offering the goods and/or services under confusingly similar marks would lead to the mistaken belief that they come from, or are in some way associated with, the same source. *In re Iolo Techs., LLC*, 95 USPQ2d 1498, 1499 (TTAB 2010); *see In re Martin's Famous Pastry Shoppe, Inc.* , 748 F.2d 1565, 1566-68, 223 USPQ 1289, 1290 (Fed. Cir. 1984); TMEP §1207.01(a)(i).

In this case, the applicant's goods identified as "Dietary and nutritional supplements" are the same as, or substantially similar to, the registrant's goods identified as "Dietary supplements, excluding anabolic steroids."

If the goods and/or services of the respective parties are "similar in kind and/or closely related," the degree of similarity between the marks required to support a finding of likelihood of confusion is not as great as would be required with diverse goods and/or services. *In re J.M. Originals Inc.*, 6 USPQ2d 1393, 1394 (TTAB 1987); *see Shen Mfg. Co. v. Ritz Hotel Ltd.*, 393 F.3d 1238, 1242, 73 USPQ2d 1350, 1354

(Fed. Cir. 2004); TMEP §1207.01(b).

--Conclusion

Where the marks create the same overall commercial impression and the goods are the same or substantially similar, confusion as to the source of the goods is likely.  For the foregoing reasons, the mark is refused registration under Section 2(d) of the Trademark Act.

Applicant should note the following additional ground for refusal.

SECTION 2(e)(1) REFUSAL – MERELY DESCRIPTIVE

Registration is refused because the applied-for mark merely describes a feature of applicant's goods and/or services.  Trademark Act Section 2(e)(1), 15 U.S.C. §1052(e)(1); *see* TMEP §§1209.01(b), 1209.03 *et seq.*

A mark is merely descriptive if it describes an ingredient, quality, characteristic, function, feature, purpose or use of the specified goods and/or services.  TMEP §1209.01(b); *see In re Steelbuilding.com*, 415 F.3d 1293, 1297, 75 USPQ2d 1420, 1421 (Fed. Cir. 2005); *In re Gyulay*, 820 F.2d 1216, 1217-18, 3 USPQ2d 1009, 1010 (Fed. Cir. 1987).

The determination of whether a mark is merely descriptive is considered in relation to the identified goods and/or services, not in the abstract.  *In re Abcor Dev. Corp.*, 588 F.2d 811, 814, 200 USPQ 215, 218 (C.C.P.A. 1978); TMEP §1209.01(b); *see, e.g.*, *In re Polo Int'l Inc.* , 51 USPQ2d 1061 (TTAB 1999) (finding DOC in DOC-CONTROL would be understood to refer to the "documents" managed by applicant's software, not "doctor" as shown in dictionary definition);   *In re Digital Research Inc.*, 4 USPQ2d 1242 (TTAB 1987) (finding CONCURRENT PC-DOS merely descriptive of "computer programs recorded on disk" where relevant trade used the denomination "concurrent" as a descriptor of a particular type of operating system).  "Whether consumers could guess what the product is from consideration of the mark alone is not the test."  *In re Am. Greetings Corp.*, 226 USPQ 365, 366 (TTAB 1985).

"A mark may be merely descriptive even if it does not describe the 'full scope and extent' of the applicant's goods or services."  *In re Oppedahl & Larson LLP*, 373 F.3d 1171, 1173, 71 USPQ2d 1370, 1371 (Fed. Cir. 2004) (citing *In re Dial-A-Mattress Operating Corp.*, 240 F.3d 1341, 1346, 57 USPQ2d 1807, 1812 (Fed. Cir. 2001)); TMEP §1209.01(b).  It is enough if the term describes only one significant function, attribute or property.  *In re Oppedahl*, 373 F.3d at 1173, 71 USPQ2d at 1371; TMEP §1209.01(b).

A novel spelling or an intentional misspelling that is the phonetic equivalent of a merely descriptive word or term is also merely descriptive if purchasers would perceive the different spelling as the equivalent of the descriptive word or term.  *See In re Hercules Fasteners, Inc.*, 203 F.2d 753, 97 USPQ 355 (C.C.P.A. 1953) (holding "FASTIE," phonetic spelling of "fast tie," merely descriptive of tube sealing machines); *Andrew J. McPartland, Inc. v. Montgomery Ward & Co.*, 164 F.2d 603, 76 USPQ 97 (C.C.P.A. 1947) (holding "KWIXTART," phonetic spelling of "quick start," merely descriptive of electric storage batteries); *In re Carlson*, 91 USPQ2d 1198 (TTAB 2009) (holding "URBANHOUZING" phonetic spelling of "urban" and "housing," merely descriptive of real estate services);   *In re State Chem. Mfg. Co.*, 225 USPQ 687 (TTAB 1985) (holding "FOM," phonetic spelling of "foam," merely descriptive of foam rug shampoo); TMEP §1209.03(j).

The applicant applied to register the mark D-ANABOL 25.

The term DANABOL is the name for a type of anabolic steroid.  (See attachments consisting of dictionary definitions and representative web pages).

Danabol is available in, inter alia, 25 milligram tablets.  (See attached representative web pages).

The applicant's goods are available in 25 milligram tablets.   (See attachments).

In this case the term D-ANABOL is the phonetic equivalent of danabol.  The mark would be immediately perceived as describing goods which either contain danabol or function the same as danabol and the term 25 describes the dosage of the applicant's goods.   Accordingly, the mark is refused registration on the Principal Register under Section 2(e)(1) as merely descriptive of the goods.

Applicant should note the following additional ground for refusal.

MARK IS DECEPTIVELY MISDESCRIPTIVE

In the alternative, to the extent that the applicant are not or do not contain the anabolic steroid known as danabol, registration is refused because the applied-for mark is deceptively misdescriptive of applicant's goods.  Trademark Act Section 2(e)(1), 15 U.S.C. §1052(e)(1); *see* TMEP §1209.04.

The test for deceptive misdescriptiveness has two parts:  (1) whether the mark misdescribes an ingredient, characteristic, quality, function, feature, composition or use of the goods and/or services; and if so, (2) would consumers be likely to believe the misrepresentation.  *See In re Berman Bros. Harlem Furniture Inc.*, 26 USPQ2d 1514 (TTAB 1993); *In re Woodward & Lothrop Inc.*, 4 USPQ2d 1412 (TTAB 1987); *In re Quady Winery, Inc.*, 221 USPQ 1213 (TTAB 1984); TMEP §1209.04.

The term D-ANABOL creates the same overall commercial impression as danabol.  Danabol is an anabolic steroid used for tissue growth and performance enhancement.  Applicant's goods are marketed to, inter alia, body builders for tissue growth and/or performance enhancement.  (See attachments).  Therefore, consumers could reasonably believe that the applicant's goods are, in part or in whole, the anabolic steroid known as danabol.

REQUIREMENT FOR INFORMATION

Due to the descriptive nature of the applied-for mark, applicant must provide the following information regarding the goods and/or services and wording appearing in the mark:

(1)  Fact sheets, instruction manuals, brochures, advertisements and pertinent screenshots of applicant's website as it relates to the goods and/or services.   Merely stating that information about the goods and/or services is available on applicant's website is insufficient to make the information of record.

If these materials are unavailable, applicant should submit similar documentation for goods and services of the same type, explaining how its own product or services will differ.  If the goods and/or services feature new technology and information regarding competing goods and/or services is not available, applicant must provide a detailed factual description of the goods and/or

services.  Factual information about the goods must make clear how they operate, salient features, and prospective customers and channels of trade.  For services, the factual information must make clear what the services are and how they are rendered, salient features, and prospective customers and channels of trade.  Conclusory statements will not satisfy this requirement.; and

(2)  Applicant must respond to the following questions:  Are the applicant's goods, in part or in whole, an anabolic steroid; and, if not, do the applicant's goods have an effect or function like an anabolic steroid.

*See* 37 C.F.R. §2.61(b); *In re Planalytics, Inc.*, 70 USPQ2d 1453, 1457-58 (TTAB 2004); *In re DTI P'ship LLP* , 67 USPQ2d 1699, 1701-02 (TTAB 2003); TMEP §814.

Failure to respond to this request for information can be an additional ground for refusing registration.  *See In re Cheezwhse.com, Inc.,* 85 USPQ2d 1917, 1919 (TTAB 2008); *In re DTI P'ship LLP* , 67 USPQ2d 1699, 1701 (TTAB 2003); TMEP §814.

/John Dwyer/
Examining Attorney
Law Office 116
Telephone 571-272-9155
John.Dwyer1@uspto.gov

**TO RESPOND TO THIS LETTER:**  Go to http://www.uspto.gov/trademarks/teas/response_forms.jsp.  Please wait 48-72 hours from the issue/mailing date before using TEAS, to allow for necessary system updates of the application.  For *technical* assistance with online forms, e-mail TEAS@uspto.gov.  For questions about the Office action itself, please contact the assigned trademark examining attorney.  **E-mail communications will not be accepted as responses to Office actions; therefore, do not respond to this Office action by e-mail.**

**All informal e-mail communications relevant to this application will be placed in the official application record.**

**WHO MUST SIGN THE RESPONSE:**  It must be personally signed by an individual applicant or someone with legal authority to bind an applicant (i.e., a corporate officer, a general partner, all joint applicants).  If an applicant is represented by an attorney, the attorney must sign the response.

**PERIODICALLY CHECK THE STATUS OF THE APPLICATION:**  To ensure that applicant does not miss crucial deadlines or official notices, check the status of the application every three to four months using Trademark Applications and Registrations Retrieval (TARR) at http://tarr.uspto.gov/.  Please keep a copy of the complete TARR screen.  If TARR shows no change for more than six months, call 1-800-786-9199.  For more information on checking status, see http://www.uspto.gov/trademarks/process/status/.

**TO UPDATE CORRESPONDENCE/E-MAIL ADDRESS:**  Use the TEAS form at http://www.uspto.gov/teas/eTEASpageE.htm.

**Print: Jun 28, 2011**                    **77215242**

**DESIGN MARK**

**Serial Number**
77215242

**Status**
REGISTERED

**Word Mark**
DIANABOL

**Standard Character Mark**
Yes

**Registration Number**
3378354

**Date Registered**
2008/02/05

**Type of Mark**
TRADEMARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(4) STANDARD CHARACTER MARK

**Owner**
Wheat, Jared R. INDIVIDUAL UNITED STATES 6015-B Unity Drive Norcross
GEORGIA 30071

**Goods/Services**
Class Status -- ACTIVE.  IC 005.  US  006 018 044 046 051 052.  G & S:
Dietary supplements, excluding anobolic steroids.  First Use:
2002/03/04.  First Use In Commerce: 2002/03/31.

**Filing Date**
2007/06/26

**Examining Attorney**
POWER, MARGARET

**Attorney of Record**
Joseph P. Schilleci, Jr.

-1-

# DIANABOL



Log in / create account

Article | Discussion

Read | Edit | View history

Search

# Danabol

From Wikipedia, the free encyclopedia
Redirect page

↳ **Methandrostenolone**

Main page
Contents
Featured content
Current events
Random article
Donate to Wikipedia

▼ Interaction
  Help
  About Wikipedia
  Community portal
  Recent changes
  Contact Wikipedia

▶ Toolbox

▶ Print/export

This page was last modified on 16 November 2008 at 01:51.

Text is available under the Creative Commons Attribution-ShareAlike License; additional terms may apply. See Terms of use for details.
Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc., a non-profit organization.

Contact us

Privacy policy    About Wikipedia    Disclaimers



🔒 Log in / create account

Article    Discussion                                                    Read    Edit   View history    Search 🔍

# WIKIPEDIA
### The Free Encyclopedia

**Main page**
**Contents**
**Featured content**
**Current events**
**Random article**
**Donate to Wikipedia**

▼ **Interaction**
  **Help**
  **About Wikipedia**
  **Community portal**
  **Recent changes**
  **Contact Wikipedia**

▶ **Toolbox**

▶ **Print/export**

▼ **Languages**
  **Česky**
  **Deutsch**
  **Español**
  **Français**
  **Italiano**
  **Norsk (bokmål)**
  **Polski**
  **Português**
  **Русский**
  **Svenska**

# Methandrostenolone

From Wikipedia, the free encyclopedia

**Methandrostenolone (metandienone, methandienone, Averbol, Dianabol, Danabol, DBOL)** is an orally-effective anabolic steroid originally developed by John Ziegler and released in the US in the early 1960s by Ciba.[1][2] It was used as an aid to muscle growth by bodybuilders until its ban by Congress under the Controlled Substances Act. However, methandrostenolone is readily available without a prescription in countries such as Mexico under the trade name Reforvit-b and is being manufactured in Asia and many East Asian countries, and subsequently is still seen on the United States black market.

**Contents** [hide]
1 Biophysiology
2 Usage
  2.1 As tonic
  2.2 Bodybuilding
  2.3 Detection of use
3 Dr. Ziegler
4 Footnotes
5 Other references

## Biophysiology                                                                          [edit]

 This article **needs additional citations** for **verification**.
Please help improve this article by adding reliable references. Unsourced material may be challenged and removed. *(December 2008)*

Methandrostenolone doesn't react strongly with the androgen receptor but still exerts its effects through the androgen receptor *in vivo*[3]. These include dramatic increases in protein synthesis, glycogenolysis, and muscle strength over a short space of time. In high doses (30 mg or more per day) , side effects such as gynecomastia, high blood pressure, acne and male pattern baldness may begin to occur. The drug causes severe masculinising effects in women even at low doses. In addition, it is metabolized into methylestradiol by aromatase. This means that without the administration of aromatase inhibitors such as anastrozole or aminoglutethimide, estrogenic effects will appear over time in men. Many users will combat the estrogenic side effects with Nolvadex or Clomid. In addition, as with other 17α-alkylated steroids, the use of methandrostenolone over extended periods of time can result in liver damage without appropriate care.

The 17α-methylation of the steroid does allow it to pass through the liver with only a small portion of it broken down (hence causing the aforementioned damage to the liver) allowing it to be effective when taken orally. It also has the effect of decreasing the steroid's affinity for sex hormone binding globulin, a protein that de-activates steroid molecules and prevents them from further reactions with the body. As a result, methandrostenolone is significantly more active than an equivalent quantity of testosterone, resulting in rapid growth of muscle tissue. However, the concomitant elevation in estrogen levels - a result of the aromatization of methandrostenolone - results in significant water retention. This gives the appearance of great gains in mass and strength, which prove to be temporary once the steroid is

### Methandrostenolone



| Systematic (IUPAC) name | |
|---|---|
| (8S,9S,10S,13S,14S,17S)-17-hydroxy-10, 13,17-trimethyl-7,8,9,11,12,14,15,16-octahydro-6H-cyclopenta[a]phenanthren-3-one | |
| **Clinical data** | |
| Pregnancy cat. | X(US) |
| Legal status | DEA Schedule III (US) |
| Routes | Oral |
| **Pharmacokinetic data** | |
| Bioavailability | Oral |
| Metabolism | Hepatic |
| Half-life | 4.5-6 hours |
| Excretion | Renal |
| **Identifiers** | |
| CAS number | 72-63-9 |
| ATC code | A14AA03 |
| PubChem | CID 6300 |
| ChemSpider | 6061 ✓ |
| UNII | COZ1R7EOCC ✓ |
| **Chemical data** | |
| Formula | $C_{20}H_{28}O_2$ |
| Mol. mass | 300.441 g/mol |
| SMILES | eMolecules & PubChem |
| InChI | [show] |

discontinued and water weight drops. Because of this, it is often used by bodybuilders only at the start of a "steroid cycle", to facilitate rapid strength increases and the appearance of great size, while compounds such as testosterone or nandrolone with long acting esters build up in the body to an appreciable amount capable of supporting anabolic function on their own.

✔ (what is this?)  [1]

## Usage                                                                                          [edit]

### As tonic                                                                                        [edit]

In the early 1960s, doctors commonly prescribed a tablet per day for women as a tonic. This use was quickly discontinued upon discovery of the heavily masculinising effects of methandrostenolone.

### Bodybuilding                                                                                     [edit]



However, despite the lack of any known therapeutic applications, the drug remained legal until the early 1990s. The United States Congress added steroids to the Controlled Substances Act as an amendment known as the Anabolic Steroid Control Act of 1990. This act placed steroids in the same category as amphetamines as a "Schedule III" drug and possession of these drugs results in a felony. Contrary to popular belief, steroids were banned by Congress without the support of the FDA, the American Medical Association, the DEA or the National Institute on Drug Abuse.[4] Its use by bodybuilders, and methandrostenolone continues to be used illegally to this day, typically being combined (stacked) with injectable compounds, such as testosterone propionate, enanthate, cypionate as well as other injectables like trenbolone acetate.

Several successful athletes and professional bodybuilders have come forward and admitted long-term methandrostenolone use before the drug was banned, including Arnold Schwarzenegger and Sergio Oliva.[5][6] Other steroids stacked with methandrostenolone are primarily, if not always, injectable compounds such as testosterone, trenbolone and nandrolone.

17α-methandrostenolone tablets confiscated by the DEA in 2008.

### Detection of use                                                                                [edit]

Methandrostenolone is subject to extensive hepatic biotransformation by a variety of enzymatic pathways. The primary urinary metabolites are detectable for up to 4 days, and a recently discovered hydroxymethyl metabolite is found in urine for up to 19 days after a single 5 mg oral dose. Several of the metabolites are unique to methandrostenolone. Methods for detection in urine specimens usually involve gas chromatography-mass spectrometry.[7][8][9]

### Dr. Ziegler                                                                                      [edit]

See also: *Weightlifting at the 1960 Summer Olympics*

For a period of time Dr. Ziegler worked at the Ciba Pharmaceutical company, who supplied testosterone for experimental purposes. In the early 1950s his patients included people suffering from burns, as well as the seriously injured or handicapped. In 1954 he administered testosterone, for a period of less than 6 weeks, to several high-level competitive bodybuilders on an experimental basis, but had disappointing results. Dissatisfied and possibly overburdened with patients, he distanced himself from research into performance-enhancing drugs until May 1960, or possibly as early as 1969 (conflicting testimonials).[citation needed]

By the time of the 1960 European Championships in Milan he was understandably suspicious of the Russians - "the Russians are giving their athletes something." Therefore, he asked John Grimek to propose to his chief, Bob Hoffman that steroids be administered to members of the American Olympic team. Mr. Hoffman, however, was cautious and later remarked it was "too close to give to the men who will represent the USA". According to Grimek, "Apparently, he doesn't think it will do that much good, and may even have detrimental effects , . . .He appears doubtful." Instead, Dianabol was given to two lower level lifters to investigate its effectiveness and safety. After that, Hoffman retracted his decision and Dianabol was administered to certain Weightlifters on the team.[citation needed][10][11]

## Footnotes                                                                                         [edit]

1.  ^ Yesalis CE, Anderson WA, Buckley WE, Wright JE (1990). "Incidence of the nonmedical use of anabolic-androgenic steroids" 📄. *NIDA Res. Monogr.* **102**: 97–112. PMID 2079979 ⧉.
2.  ^ Fair JD (1993). "Isometrics or Steroids? Exploring New Frontiers Of Strength in the Early 1960s" 📄. *Journal of Sport History* **20** (1): 1–24.

http://en.wikipedia.org/wiki/Methandrostenolone          06/28/2011 11:24:59 AM

2. ^ Fair JD (1993). *Isometrics of Steroids / Exploring New Frontiers Of Strength In the Early 1960s* 🔗. *Journal of Sport History* **20** (1): 1–24.
3. ^ Roselli CE (May 1998). "The effect of anabolic-androgenic steroids on aromatase activity and androgen receptor binding in the rat preoptic area" 🔗. *Brain Res.* **792** (2): 271–6. doi:10.1016/S0006-8993(98)00148-6 🔗. PMID 9593936 🔗.
4. ^ http://www.steroid.com/ 🔗
5. ^ Steve Theunissen: Arnold & Steroids: Truth Revealed 🔗 2002
6. ^ Interview with Sergio Oliva 🔗
7. ^ R. Baselt, *Disposition of Toxic Drugs and Chemicals in Man*, 8th edition, Biomedical Publications, Foster City, CA, 2008, pp. 952-954.
8. ^ Schänzer W, Geyer H, Fusshöller G, Halatcheva N, Kohler M, Parr MK, Guddat S, Thomas A, Thevis M. Mass spectrometric identification and characterization of a new long-term metabolite of metandienone in human urine. Rapid Commun. Mass Spectrom. 20: 2252-8, 2006.
9. ^ Fragkaki AG, Angelis YS, Tsantili-Kakoulidou A, Koupparis M, Georgakopoulos C. Schemes of metabolic patterns of anabolic androgenic steroids for the estimation of metabolites of designer steroids in human urine. J. Steroid Biochem. Mol. Biol. 115: 44-61, 2009.
10. ^ http://startingstrength.com/articles/ultimate_exercise_starr.pdf 🔗 The Ultimate Strength Exercise 1, Bill Starr
11. ^ http://startingstrength.com/articles/ultimate_exercise_2_starr.pdf 🔗 The Ultimate Strength Exercise 2, Bill Starr

## Other references [edit]

• Wilder EM (October 1962). "Death due to liver failure following the use of methandrostenolone". *Can Med Assoc J* **87**: 768–9. PMC 1849648 🔗. PMID 14000685 🔗.
• Foss GL (April 1960). "Some experiences with a new anabolic steroid (methandrostenolone)". *Br Med J* **1** (5182): 1300–5. doi:10.1136/bmj.1.5182.1300 🔗. PMC 1967563 🔗. PMID 13824087 🔗.
• Zingg W (October 1965). "The effect of methandrostenolone on nitrogen excretion following open-heart surgery". *Can Med Assoc J* **93** (15): 016–7. PMC 1920923 🔗. PMID 5318132 🔗.

| Anabolic steroids (A14) (tradename in brackets) | | [hide] |
|---|---|---|
| **Androstane (carbon 19 present)** | Adrenosterone • Androisoxazole • Bolasterone • Bolazine (Myagen) • Bolazine • Boldenone • Boldenone undecylenate (Equipoise) • 4-Chlorodehydromethyltestosterone (Turinabol) • 4-Hydroxytestosterone • Calusterone • Clostebol • Danazol • Desoxymethyltestosterone (Madol) • Drostanolone (Masteron) • Enestebol • Epitiostanol • Fluoxymesterone (Halotestin) • Formebolone • Furazabol (Miotolan) • Hydroxystenozolol • Mebolazine • Mesabolone • Mestanolone • Mesterolone (Proviron) • Methandriol • **Methandrostenolone (Dianabol)** • Methenolone • Methenolone enanthate (Primobolan) • Methasterone (Superdrol) • Methyltestosterone • Oxandrolone (Anavar) • Oxymetholone (Anadrol) • Oxymesterone • Prostanozol • Quinbolone (Anabolicum Vister) • Roxibolone • Silandrone • Stanozolol (Strombafort, Winstrol) • Stenbolone • Testosterone's (Sustamed, Sustanon) • 1-Testosterone • Thiomesterone • Trestolone | |
| **Estrane (carbon 19 absent)** | Bolenol • Ethyldienolone • Ethylestrenol • Mibolerone (Cheque Drops) • Methylnortestosterone • Metribolone (R1881) • Nandrolone (Deca Durabolin) • Norbolethone (Genabol) • Norclostebol • Norethandrolone • Normethandrone • Oxabolone cipionate • Propetandrol • Tetrahydrogestrinone (The Clear) • Trenbolone (Fina) | |
| **Prohormones** | 1-Androstenediol • 1,4-Androstadienedione • 4-Androstenediol • 4-Androstenedione • 19-Norandrostenediol • 19-Norandrostenedione • DHEA | |
| M. DIG | anat/l, g, p/phys/devp/enzy | noco/cong/tumr, sysi/epon | proc, drug(A2A/2B/3/4/5/6/7/14/16), blte |

Categories: Anabolic steroids

This page was last modified on 3 May 2011 at 19:56.

Text is available under the Creative Commons Attribution-ShareAlike License; additional terms may apply. See Terms of use for details.
Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc., a non-profit organization.

Contact us

Privacy policy    About Wikipedia    Disclaimers

 

http://webcache.googleusercontent.com/search?q=cache:Q0kMzO-bEJ:bodybuilderschoice.com/raDanabol-.html+%22da
nabol%22&cd=1&hl=en&ct=clnk&gl=us&source=www.google.com        06/28/2011 11:28:48 AM



http://webcache.googleusercontent.com/search?q=cache:Q0klXzO-bEJ:bodybuilderschoice.raDanabol-.html+%22da
nabol%22&cd=1&hl=en&ct=clnk&gl=us&source=www.google.com _____ 06/28/2011 11:26:48 AM

› BONALONE (Oxymetholone) ›
› Clomid 50mg, Global Napi ›
› Cypioject 10 ml vial (200 mg/ml)
Testosterone cypionate ›
› Cypionax (Testosterone cypionate) ›
› Danabol, 10mg, 500tabs, DS ›
› Deca Durabolin (Norma) ›
› Deca Durabolin (Organon) ›
› Deca-durabolin 100mg ›
› Deca-durabolin 50mg ›
› Decabol 250 British Dragon ›
› Decabol-100 ›
› Decaject 200 ›
› Dubol-100 ›
› Dubol-50 ›
› Durabol British Dragon ›
› Durabol 200 ›
› Durabolin 25 ›
› Halotestex British Dragon ›
› Halotestin 5mg ›
› Mastabol 100 British Dragon ›
› Mastabol Depot 200 BD ›
› Metanabol 5mg Poland, Jelfa ›
› Methanabol 1Umg 1Uutabs British
Dragon ›
› Methanabol 10mg 500tabs BD ›
› Methanabol 50mg 100tabs BD ›
› Methandriol Dipropionate 75 ›
› Methandrostenoloni – 5mg ›
› Nandrolone decanoate ›
› Nandrolone Phenylpropionate ›
› Naposim 5mg ›
› Omnadren ›
› Oxanabol 10mg 50tabs ›
› Oxanahol, 5mg, C&K ›
› Oxydrol 50MG, 100tabs BritishDragon ›
› Primoteston Depot 1ml amp ›
› Restandol ›
› SustaJect 250 (Ec labs – Eurochem) ›
› Sustanon 250 Pakistan ›
› Sustanon 250mg/1ml Nile ›
› Testabol Cypionate ›
› Testabol Depot, British Dragon ›
› Testabol Enanthate British Dragon ›
› Testabol Propionate 100, 10ml ›
› Testen-250 ›
› TESTENON ›
› Testex Elmu Prolongatum 250mg/2ml ›
› TestoJect / 4x testosterone blend ›
› Testosteron Depo 1ml/amp ›
› Testosterone cypionate 200mg ›
› Testosterone Enanthate 250 ›
› Testosterone Enanthate 250 Norma ›
› Testosterone Propionate 50mg/ml,
Farmak ›
› Testosterone suspension / Aquaviron ›
› Testoviron Depot / Schering ›
› TESTOVIS / testosterone-propionate ›

› Product Description:
Anabol is an orally applicable steroid with a
great effect on the protein metabolism. The
effect of Anabol promotes the protein synthesis,
thus it supports the buildup of protein. This
effect mani-fests itself in a positive nitrogen
balance and an improved well being. Anabol has
a very strong anabolic and androgenic effect.

› Indications:
Appetite stimulation, increased muscle mass,
increased bone density, increased red blood
cells.

› Presentation:
10 mg tablets are blue heart shaped tablets,
sealed in bottles of 500
tablets‹.

**Danabol** DS, Body Research, Thailand.



Generic Name: methan drostenolone
**Danabol** / Dianabol has always been one of the most popular anabolic steroids available.
**Danabol** / Dianabol's popularity stems from it's almost immediate and very strong anabolic
effects. 4-5 tablets a day is enough to give almost anybody dramatic results. It is usually
stacked with deca durabolin and testosterone enanthate. Along with strong anabolic effects
comes the usual androgen side effects, users often report an overall sense of well being.
**Danabol** / Dianabol is a strong anabolic and androgenic product. It most often produced
dramatic gains in size and strength. **Danabol** / Dianabol was also shown to increase
endurance and glycogen retention.

The down side is that this drug is responsible for a number of side effects. It is an alpha
alkylated 17 compound, which is quite toxic to the liver. Average dosages for **Danabol** /
Dianabol have been in the range of 15mg to 30mg a day oral or 50mg to 100mg a week by
injection. Regarded by many athletes as being one of the most effective oral steroids ever
produced. It was not known as the "Breakfast of Champions" for nothing. **Danabol** /
Dianabol is still one of the most effective strength and size building oral steroids probably
second only to Anadrol 50 but it is not as harsh on the system as Anadrol 50 is.

Effective Dose: 20 - 50 mg/day

**Danabol** / Dianabol / Methandrostenolone

Description:
*by Bill Roberts* - Contrary to what many would expect, this compound is actually only a weak agonist of the androgen receptor (AR), with poor binding.
It follows, then, that its value must mostly come from non-AR-mediated effects. It is therefore a Class II steroid. Since it is not very effective in
activating ARs, it should be stacked with a Class I steroid that is effective in this regard, such as Primobolan , Deca Durabolin , or trenbolone acetate .
There is no point in stacking it with Anadrol®, which has similar activity -- one ought to simply use the more appropriate drug. With testosterone or
Deca, **Danabol** / Dianabol is to be preferred; with Primobolan or trenbolone acetate, Anadrol® is to be preferred (though **Danabol** / Dianabol is still a
good choice) because Anadrol® does not aromatize. For an oral-only cycle -- something I don't recommend -- Anadrol® is the better choice in my
opinion for that also, at 150 mg/day (preferably divided to 3 or 6 doses.)

http://webcache.googleusercontent.com/search?q=cache:Q0klXzO-bEJ:bodybuilderschoice.com/raDanabol-html+%22da
nabol%22&cd=1&hl=en&ct=clnk&gl=us&source=www.google.com          06/28/2011 11:26:48 AM

- TESTOVIS / testosterone-propionate ›
- Trenabol 75 / British Dragon ›
- Tri-Trenabol 150 BD ›
- Turanabol 10mg ›

☐ **Cutting Steroids:**
- Anadrol Depot, Ilium ›
- Boldabol / British Dragon ›
- Bonavar / Oxandrolone ›
- Cetabon (anabolic formula) ›
- Danabolan ›
- Equipoise 50mL / 50mL - 50mg/1ml ›
- Fluoxymesterone 10mg ›
- Stanabolic 50mg/ml Ilium ›
- Lasix (furosemide) ›
- Orabolin / otrlostronol, 2 mg/tab ›
- Parabolan tabs trenbolone acetate ›
- Primobol 100 British Dragon ›
- Primobol tabs, British Dragon ›
- Primobolan Depot ›
- Primoject 10ml ›
- Stanabol 10mg ›
- Stanabol 50injectable (Stanozolol) ›
- Stanabol 50mg British Dragon ›
- Stanabol 50mg C&K ›
- Stanabol 5mg, C&K ›
- Stanoject / Stanozolol ›
- Stanol 50mg/1ml ›
- Stanol 50mg/1ml ›
- STANOL (stanozolol) 5 mg 200tab ›
- Stanozolol 10mg 100Tabs / LA, Italy ›
- Stanozolol 10mg 100Tabs / LA. Italy ›
- STANOZOLOL 50mg/ml ( ILIUM ) ›
- Testolic 2ml testosteron propianate ›
- TESTOPIN-100 2 ml vial ›
- Trenabol depot 100mg/1ml ›
- Trenbolone Acetate tabs, BD ›
- Viromone 2ml (Testosterone
  Propionate) 100mg/1ml ›
- Voltaren 75 ›

☐ **Man's Health:**
- Caverject 10mcg, Syringes ›
- Caverject 20mcg ›
- Caverject 20mcg ›
- Propecia 1mg (Finasteride) 28 tabs ›
- Viagra ›

☐ **Human Hormones:**
- Choriomon ›
- Choriomon 15000IU ›
- Iqtropin IGF1 LR3 100mcg ›

opinion for that also, at 150 mg/day (preferably divided to 3 or 6 doses.)

Methandrostenolone converts to estradiol via aromatase. The amount of this conversion be reduced by use of Arimidex , or less preferably Cytadren (see previous articles discussing dosage and dose pattern.) Or if the conversion is allowed, Clomid may be used to block adverse estrogenic effects.

Irreversible hoarsening of the voice has been seen in some women from very few tablets of **Danabol** / Dianabol: one per day for a few weeks. For this reason, in the 1960s doctors decided to end what had been a fairly common practice of prescribing this drug at one tab per day to women as a "tonic." It is not a good choice for the woman who chooses to use anabolic steroids.

The usual dosing for men is 25-50 mg/day in divided doses, preferably four or five doses. The drug is 17-alkylated and so use should be limited to no more than 6 weeks, and preferably no more than four weeks, with at least an equal amount of time off.

## **Danabol** / Dianabol / Methandienone / Methandrostenolone

**Danabol** / Dianabol tablets. Each dianabol tablet contains 10 mg. methandienone. **Danabol** / Dianabol, brand name **Danabol** DS, comes in packs of 100 tablets and is manufactured by March Pharmaceutical Co., Ltd.

**Common uses and directions for Danabol / Dianabol**

**Danabol** / Dianabol is an orally applicable steroid with a great effect on the protein metabolism. **Danabol** / Dianabol has a very strong anabolic and androgenic effect giving a great buildup of strength and muscle mass in its users.

Excessive water retention and aromatizing can be avoided in most cases by simultaneously taking Nolvadex and Proviron.

An effective dose for athletes is 15-40 mg/day. Steroid novices do not need more than 15-20 mg./day which is sufficient to achieve exceptional results over a period of 8-10 weeks.

Since the half-life time of dianabol is only 3.2 - 4.5 hours application at least twice a day is necessary to achieve an even concentration of the substance in the blood. In order to avoid possible gastrointestinal pain, it is recommended to take the tablets during meals.

Women should not use dianabol because considerable virilization symptoms can occur.

Although dianabol has many potential side effects, they are rare with a dosage of up to 20 mg./day. **Danabol** / Dianabol causes a considerable strain on the liver. In high dosages and over a longer period of time, **Danabol** / Dianabol is liver-toxic. Even a dosage of only 10 mg./day can increase the liver values, after discontinuation of dianabol, however, the values return to normal.

## **Danabol** / Dianabol (Methandienone) additional information:

**Common uses**

**Danabol** / Dianabol is an orally applicable steroid with a great effect on the protein metabolism. **Danabol** / Dianabol has a very strong anabolic and androgenic effect giving a great buildup of strength and muscle mass in its users. The additional body weight consists of a true increase in tissue and, in particular, in a noticeable retention of fluids.

**Directions**

**Danabol** / Dianabol comes as a tablet containing 10 mg. methandienone, to take by mouth. Since the half time of dianabol is only 3.2 - 4.5 hours, application at least twice a day is necessary to achieve an even concentration of methandienone in the blood. In order to avoid possible gastrointestinal pain, it is recommended to take the tablets to be taken during meals.

An effective daily dose for athletes is 15-40 mg/day. The dosage of dianabol taken by the athlete should always be coordinated with his individual goals. Steroid novices do not need more than 15-20 mg of dianabol per day which is sufficient to achieve exceptional results.

**Danabol** / Dianabol can be combined with, for instance Oxandrolone or Winstrol tablets as well as with injectable steroids such as Sustanon or Testosterone enanthate.

**Precautions**

http://webcache.googleusercontent.com/search?q=cache:Q0kMzO-bEJ:bodybuilderschoice.ra/raDanabol_html+%22da
nabol%22&cd=1&hl=en&ct=clnk&gl=us&source=www.google.com          06/28/2011 11:28:48 AM

- Jintropin for 1 1U/3 10ml/box ›
- Jintropin 10IU(100IU/box) ›
- Jintropin 10IU(200IU/kit) ›
- Jintropin 4IU(40IU/box) ›
- Jintropin 4IU(40IU/box) ›
- Pregnyl 5000 IU Organon ›
- Pregnyl 3 X 5000 IU (HCG) ›

**Anti Estrogens:**
- Anastrozole, - British Dragon ›
- Arimidex / Anastrozole ›
- Aromasin 20 mg / British Dragon ›
- Aromasin 25 mg / Pfizer ›
- Aromasin 25 mg ›
- Clenbuterol / Hubei Huangshi ›
- Clomid 50mg C&K ›
- Clomid 50mg, Aventis ›
- Clomid 50mg, Brunno Farmaceutici ›
- Clomifen 25 mg ›
- Clomiphene 50mg ›
- Clomiphene citrate 50mg ›
- Mesterolone BD (Proviron) ›
- Nolvadex 10mg ›
- Nolvadex, 20mg, AstraZeneca ›
- Nolvadex, 40mg, AstraZeneca ›
- Nolvadex, 50mg, C&K China ›
- Omifin 50 mg 30 tabs ›
- Proviron 25mg (Mesterolone) ›
- Provironum 25mg Schering ›
- Tamoxifen 20mg British Dragon ›
- Teslac (Testolactone) 50mg / 100 tabs ›

**Anti Depressants:**
- ADDERALL XR 15MG CAPSULES ›
- Dumirox (Fluvoxamine) 50mg ›
- Rivotril (CLONAZEPAM) 0.5 mg ›
- Rivotril (CLONAZEPAM) 2 mg ›
- Rivotril (CLONAZEPAM) 2 mg ›
- Rohypnol (Flunitrazepam) 1mg ›
- Valium (DIAZEPAM) 10mg ›
- Valium (DIAZEPAM) 5mg ›

**Head Ache:**
- Maxalt (Rizatripan) 10 mg ›
- Relpax 40mg ›
- Zomigon (Zolmitriptane) 2.5mg ›

**Herpes:**
- Famvir (Famcidovir) 125 mg ›
- Viranet (Valacyclovir) 500mg ›
- Zovirax (Acyclovir) 15 m ›

Women should not use dianabol because considerable virilization symptoms can occur.
Although dianabol has many potential side effects, they are rare with a dosage of up to 20 mg./day. **Danabol** / Dianabol causes a considerable strain on the liver and high dosages or use of over a longer period of time, is liver-toxic. Even a dosage of only 10 mg./day can increase the liver values but after discontinuation of the drug, however, the values return to normal.
While using dianabol high blood pressure and a faster heartbeat can occur which may require the intake of an antihypertensive drug.
Additive intake of Nolvadex and Proviron may be necessary as well, since dianabol strongly converts into estrogens.

**Possible side effects**
**Danabol** / Dianabol can trigger a serious acne vulgaris on the face, neck, chest, back, and shoulders since the sebaceous gland function is stimulated. If a hereditary predisposition exists, dianabol can also accelerate a possible hair loss.

After discontinuation of the compound, a considerable loss of strength and mass often occurs since the water stored during the intake is again excreted by the body. In high dosages aggressive behavior in the user can occasionally be observed.

**Overdose**
If overdose of dianabol is suspected, contact your local poison control center or emergency room immediately.

**Additional information**
Keep dianabol in a tightly closed container and out of reach of children. Store dianabol at room temperature and away from excess heat and moisture (not in the bathroom).

**Note**
The above information is intended to supplement, not substitute for, the expertise and judgment of your physician, or other healthcare professional. It should not be construed to indicate that use of dianabol is safe, appropriate, or effective for you. Consult your healthcare professional before using dianabol.

**Danabol**  10mg, 500tabs, DS

http://webcache.googleusercontent.com/search?q=cache:Q0kMzO-bEJ:bodybuilderschoice.com/raDanabol-.html+%22da
nabol%22&cd=1&hl=en&ct=clnk&gl=us&source=www.google.com          06/28/2011 11:28:48 AM



› Zovirax (Acyclovir) 15 gr ›

**Muscle Relaxers**:
› Baclofen 25mg ›
› Muscoril Caps 20 x 4 mg ›
› Norgesic (Orphenadrine) ›

**Pain Releaf**:
› Advil (Ibuprofen) 200mg ›
› Celebrex 200mg ›
› Mesulid (Nimesulide) 100mg ›
› Movatec (Meloxicam) 15mg ›
› Naprosyn 500mg ›
› Oruvail (Ketoprofen) 200mg ›
› Vioxx 25mg ›

**Quit Smoking**:
› Zyban (bupropion) 150 mg ›

**Skin Care**:
› Harifin 5 (Finasteride) 5mg ›

**Weight Loss**:
› Cynomel 0.025mg (25mcg) (Cytomel /
T3) / Liothyronine Sodium ›
› Cytomel / T4 50 mg ›
› Phentermine (blue/clear) 30mg. 100
Caps ›
› Reducil 28tabs 15mg ›
› TRIACANA 0.35 mcg ›

**Anxiety**:
› Vespar ›

**Genital Warts**:
› Aldara cream 5% (Imiquimod) ›
› Wartek (Podophyllotoxin) cream ›

Copyright © 2006-2011 bodybuilderschoice.com. All rights reserved.

http://webcache.googleusercontent.com/search?q=cache:IXG_-YDEJNEJ:www.steadyhealth.com/articles/Dianabol__Meth
androstenolone__Danabol_DBOL___Bodybuilding_Anabolic_Steroid_Profile_a899.html+%22danabol%22&cd=12&hl=en&ct=c
lnk&gl=us&source=www.google.com    06/28/2011 11:31:16 AM



http://webcache.googleusercontent.com/search?q=cache:IXG_-YDEJNEJ:www.steadyhealth.com/articles/Dianabol__Meth androstenolone__Danabol__DBOL___Bodybuilding_Anabolic_Steroid_Profile_a899.html+%22danabol%22&cd=12&hl=en&ct=c lnk&gl=us&source=www.google.com     06/28/2011 11:31:16 AM

Bosley Zeigler, an American physician, and was released in the United States by Ciba in the 1960's. The medication was used for muscle growth by bodybuilders until is was banned by the Food and Drug Administration under the Controlled Substances Act of 1970.

Dianabol is considered a Schedule III medication by the Drug Enforcement Agency, which means when it is obtained by a physician, the prescription is refillable up to five times within a six month period. The medication is currently illegal in the United States without a prescription, and must be obtained by a physician for medical use only. Production of Dianabol has ceased in most of Western Europe and the United States, however the drug is still manufactured in Mexico, Romania, Republic Moldava, Russia, Thailand and Bulgaria.

**What is Dianabol?**

Methandrostenolone/Methandienone is an oral anabolic steroid that goes by the brand or slang names of Dianabol, D-Bol, Anabol (pinks), Methanabol, Naposim, Danabol or Reforvit B. Lianabol is a strong anabolic steroid which has high androgenic activity. The medication is also capable of interacting with the enzyme aromatase, which results in the possibility of estrogenic side effects.

Goto page 1   2   3   4   5

Important notification about information and brand names used in this article!

**Author's biography**

Dana Fenton, a native of Hamel, Ill., has been involved in the health insurance industry and writing fields for more than 15 years. As an experienced professional, she has worked for Wellpoint Inc/Blue Cross Blue Shield of Missouri, Maritz/Convergys Corp and SBC Advanced Solutions, as well as in the freelance writing field. Currently she is pursuing certification in Respiratory Therapy through St. Louis Community College, Forest Park Campus and plans to continue her education to earn a BSN.

**LINKS**

- www.steroidabuse.com/profiles/dianabol-methandrostenolone.html
- en.wikipedia.org/wiki/methandrostenolone
- www.steroids.com/steroids/Dianabol.html www.steroids.com/steroids/Dianabol.php
- www.steroidology.com/steroid-articles/steroid.info/41/Dianabol (methandrostenolone).html
- www.steroidabuse.org/steroids/60-dianabol-steroid-drug-info-dosage-and-side-effects.html
- www.silownia.net/steroids/dianabol
- www.idianabol.com/Russian_Dianabol.php

| COMMENT ARTICLE | WRITE ABOUT BODYBUILDING | SHARE THIS USING |
|---|---|---|
| Facebook  Google Buzz  Twitter  Stumble Upon  Digg  LinkedIn  Delicious | | |

**Comments**

- Best Pain Killer: Hold the Money
- Wrinkle Treatments with Curry
- Down's syndrome: What Parents Need to Know
- Tobacco Health Impact: A Day without Smoking
- Lack of Sleep Increases Weight Gain

**HGH Program** HealthGainsMD.com
Harvard MD Prescribed HGH and HRT Age 30+ and Starting at $150/month

**HCG For Weight Loss** StayingFit.com
Learn About HCG For Weight Loss & Get Expert Diet Advice Online Now

**HGH & Testosterone** www.AAGHealth.com/
Get HGH & Testosterono Treatment w/ Doctor Supervision. Free Consult.

**BuildASign.com** www.BuildASign.com
The Leader in Custom Signs Online. Design, Proof & Buy All Online!

AdChoices ▷

**CATEGORIES**

**General**

**Well Being**

Physical activities

Nutrition & Dieting

Beauty Care

Weight Loss

Plastic, Cosmetic and Reconstructive Surgery

Healthy Living

**Family's Health**

Sexual Health

Children's & Teens health

Men's Health

Women's Health

Pregnancy

**Body & Health Conditions**

Gastrointestinal Disorders

Lymphatic & Endocrine system

Ear, Nose, Throat, and Dental problems

http://webcache.googleusercontent.com/search?q=cache:IXG_-YDEJNEJ:www.steadyhealth.com/articles/Dianabol__Meth
androstenolone__Danabol__DBOL___Bodybuilding_Anabolic_Steroid_Profile_a899.html+%22danabol%22&cd=12&hl=en&ct=c
lnk&gl=us&source=www.google.com        06/28/2011 11:31:16 AM

Loading comments

Eye Disorders and Diseases

Musculoskeletal Issues

Cardiovascular Disorders and Diseases

Nervous System Disorders and Diseases

Skin & Hair problems

Autoimmune diseases

Cancer

**Emotional & Mental Health**

Mental Disorders

Addiction & Recovery

Emotional & Stress Management

**Therapies & Treatments**

Alternative medicine & healing therapies

Drugs & Medications

Prescription & Over-The-Counter Drugs

**TOP RATED ARTICLES**

- Relationship end: Caught unprepared
- Alternative Treatment Strategy for Common, Complex Skin Disorders and Asthma
- Adolescent Idiopathic Scoliosis
- Vitamin B6 Strengthens Immune Response
- New Body Art-Body Modification
- Black, White Teens Show Differences in Nicotine Metabolism
- Chipotle and other organic fast food restaurants
- Air Pollution, High-Fat Diet Cause Atherosclerosis in Laboratory Mice
- Premature ovarian failure
- Signs and Symptoms of Asthma

**POPULAR ARTICLES**

- Pimple-like Bumps on Penis and Testicles
- Marijuana: Pros and cons
- Implantation bleeding or period?
- Consequences of over-masturbation
- Tubal ligation side effects
- Delayed menstruation: What could cause it?
- What ecstasy does to your mind and body
- Chronic recurrent multifocal osteomyelitis (CRMO)
- What does high white blood cells count indicate?
- Blood in Urine: Causes & Treatment

http://webcache.googleusercontent.com/search?q=cache:IXG_-YDEJNEJ:www.steadyhealth.com/articles/Dianabol__Meth
androstenolone__Danabol__DBOL____Bodybuilding_Anabolic_Steroid_Profile_a899.html+%22danabol%22&cd=12&hl=en&ct=c
lnk&gl=us&source=www.google.com        06/28/2011 11:31:16 AM

**POPULAR TAGS**

addiction    alcohol    anxiety    cancer    child
depression    diabetes    diet    drug    exercise    fat
food    heart    immune system    immunity    inner bonding
love    margaret    paul    nutrition    obesity    pain
pregnancy    sex    skin    stress    surgery    vitamin
vitamins    weight loss    woman

**AUTHOR'S PROFILES**

SirGan

Robert Rister

MariAnne

Dana Fenton

Margaret Paul, Ph.D.

SteadyHealth Community Home  »  Articles  »  Family's Health  »  Men's Health  » Dianabol (Methandrostenolone, **Danabol**, DBOL): Bodybuilding Anabolic Steroid Profile

**SteadyHealth.com**

Discussion boards licensed
and powered by
SteadyHealth.com v4.6
Development supported by
LifeForm Inc.

All Rights Reserved by
SteadyHealth.com
© 2004 - 2011

This site complies
with the HONcode
standard for
trustworthy health
information:
verify here.

Information provided on this site is intended for informational and educational purposes only. It is not meant to substitute for medical advice provided by your physician or other medical professional. If you have or suspect that you have a medical problem, promptly contact your physician or health care provider. Only your physician can provide relevant diagnosis, prescribe medications and/or put you on adequate therapies.

**Polices & terms**

Privacy Policy
Registration terms
Global Terms of Use
Copyright policy
Advertising policy

**Downloads:**

Quick Diet eBook

**Site information:**

About us
Contact us
Advertise with us

**Useful links**

Find a Doctor in your area
Find drug information
Find specific medical term
Check latest health news
Read lifestyle articles
Read Frequently Asked Questions

**Go Social with SteadyHealth.com:**

Please visit SteadyHealth YouTube Channel

LIFEFORM INC.
NETWORK

SteadyHealth.com: Medical Questions & Online Health Community
H-Desk.com: PC Security Matters - PC Tech Community
RealCool.biz: The Most Comprehensive Business Community

RunningForums: The Head To Speed
RealPeer.com: MMORPG Gaming & Trading Center
XTourist.com: Traveling Without Moving

http://webcache.googleusercontent.com/search?q=cache:oGiAlGT5BkkJ:www.chacha.com/question/is-danabol-25mg-a-st
eroid-or-an-performance-enhancer+%22danabol%22+%2225mg%22&cd=2&hl=en&ct=clnk&gl=us&source=www.google.com
06/28/2011 11:38:12 AM



http://webcache.googleusercontent.com/search?q=cache:oGiAlGT5BkkJ.www.chacha.com/question/is-danabol-25mg-a-st
eroid-or-an-performance-enhancer+%22danabol%22+%2225mg%22&cd=2&hl=en&ct=clnk&gl=us&source=www.google.com
06/26/2011 11:38:12 AM



http://webcache.googleusercontent.com/search?q=cache:DOpUVznC2gU:forums.steroid.com/archive/index.php/t-44516
2.html+%22danabol%22+%2225mg%22&cd=4&hl=en&ct=clnk&gl=us&source=www.google.com          06/28/2011 11:41:19 AM

This is Google's cache of http://forums.steroid.com/archive/index.php/t-445162.html. It is a snapshot of the page as it appeared on Apr 14, 2011 07:15:56 GMT. The current page could have changed in the meantime. Learn more

These search terms are highlighted: danabol 25mg

Anabolic Steroids - Steroid.com / Anabolic Review Forums  >  STEROIDS FORUM  >  ANABOLIC STEROIDS - QUESTIONS & ANSWERS  >  Danabol DS

PDA

View Full Version : Danabol DS

| **Big Enis** | 09-09-2010, 07:21 PM |
|---|---|

I just got 500 little blue heart shaped Danabol DS pills. They are 25mg tabs.
I haven't tried these before. Anyone else find these on the web? Did you try them yet?

:aajack:

| **D7M** | 09-09-2010, 07:28 PM |
|---|---|

Hmmmm.

age?
height?
weight?
body fat?
years training?
PCT knowledge?

| **ubereem** | 09-09-2010, 07:36 PM |
|---|---|

i dont think he wants cycle advice ...but yeah they sound gtg might wana post a pic if your asking if its legit or not

| **panntastic** | 09-09-2010, 07:51 PM |
|---|---|

You sure they're 25mg as all the blue hearts i have had are 10mg!

| **ubereem** | 09-09-2010, 07:52 PM |
|---|---|

^^^ correct didnt notice the 25 mg part

| **panntastic** | 09-09-2010, 07:56 PM |
|---|---|

I love them blue hearts they are the shiznes but 25mg tabs doesn't ring any bells with me its a bit of a random dosage. Even when I was in Thailand I don't recall 25mg dbol. Post a pic if possible

| **Big Enis** | 09-09-2010, 07:57 PM |
|---|---|

Hmmmm.

age?
height?
weight?
body fat?
years training?
PCT knowledge?

http://webcache.googleusercontent.com/search?q=cache:DOpUVznC2gU:forums.steroid.com/archive/index.php/t-44516
2.html+%22danabol%22+%2225mg%22&cd=4&hl=en&ct=clnk&gl=us&source=www.google.com          06/28/2011 11:41:19 AM

PCT knowledge?

51
5'10"
185 lbs.
Don't know how much fat.
I've only been training for 3 months. I have access to a Sheriff department's gym, and work out there in the mornings. I was 205 lbs. when I started, and couldn't do a pull up.
Since then, I've climbed 3 - 14,000 foot mountains in Colorado, and pull up's are getting easier and easier.

This is the first time I've seen muscles on my body since ARMY boot camp in the 70's.

I want more, so I thought I would try these pills.

I have much to learn like grasshopper from Kung Foo.

Go easy on me.

How do you recommend taking these? I've been reading about the cycles, but when do you take them? Mornings before you work out?

Thanks

---

**TRT2010**                                                                                                    09-09-2010, 07:59 PM

you dont want to do those without a test base and it dsnt seem like you are ready. But the first this is really finding out what dose they r

---

**Big Enis**                                                                                                   09-09-2010, 08:01 PM

You sure they're 25mg as all the blue hearts i have had are 10mg!

They came from Thailand. Maybe they are 10mg...I'll have to check tomorrow and get back to you on that.

So you like them?

Thanks, George

---

**HawaiianPride.**                                                                                             09-09-2010, 08:02 PM

Blue Hearts are great.

---

**rocco-x**                                                                                                    09-09-2010, 08:02 PM

to my knowledge they're only made in one dose strength,10mgs...if it says 25mg/ea then it looks like you just got beat sad to say.

---

**Big Enis**                                                                                                   09-09-2010, 08:03 PM

you dont want to do those without a test base and it dsnt seem like you are ready. But the first this is really finding out what dose they r

They might be 10mg, I won't know until tomorrow.
Test Base?
Thanks, George

---

**panntastic**                                                                                                09-09-2010, 08:10 PM

By test base he means a single cycle of either testosterone enanthenate or cypionate followed by a good pct protocol. You need to be training a lot longer and researching a lot longer before trying aas my
friend. But I think your source ripped you off my man with 25mg dbol

---

**Big Enis**                                                                                                   09-09-2010, 08:23 PM

By test base he means a single cycle of either testosterone enanthenate or cypionate followed by a good pct protocol. You need to be training a lot longer and researching a lot longer before trying aas my
friend. But I think your source ripped you off my man with 25mg dbol

They are probably 10mg like you said. I am still learning about the cycles, but I only plan on taking the dbol, and a good GNC powder like Extreme 60.

http://webcache.googleusercontent.com/search?q=cache:DOpUVznC2gU:forums.steroid.com/archive/index.php/t-44516
2.html+%22danabol%22+%2225mg%22&cd=4&hl=en&ct=clnk&gl=us&source=www.google.com        06/28/2011 11:41:19 AM

I don't want to be Arnold S., I just want to be bigger.

Thanks, George

---

**panntastic**                                                                                    09-09-2010, 09:06 PM

Test needs to be the base of every cycle mate. The dbol will bloated you up then deflated you just as quick

---

**Big Enis**                                                                                      09-10-2010, 02:23 PM

They are 10mg and they have the little score or line down the middle.

So they will pump me up, then back down again. That doesn't sound to encouraging. :icon_roll

---

**D7M**                                                                                           09-10-2010, 02:27 PM

A dbol only cycle is not what you want.

Actually, at your age, I would get your test levels checked and see if you qualify for TRT (Testosterone replacement therapy).

In the meantime, take some time to read the educational threads before you cycle, paying special attention to the PCT threads.

---

**Big red one**                                                                                   09-10-2010, 02:30 PM

Test needs to be the base of every cycle mate. The dbol will bloated you up then deflated you just as quick

Without a doubt the inflate and deflate effect is true with dbol.
I have experience with this, wasted time and money.

---

**boyka**                                                                                         09-10-2010, 02:45 PM

Like the vets said, you don't want to run d-bol only cycle, you need Test base, but at your gym experience i would wait for 1 year more, considered you are 51 .

---

**Big Enis**                                                                                       09-10-2010, 05:59 PM

So I would build muscle, but it would all go away after I stopped taking them?
What if I kept working the same gym routine, with the same weight sizes that I achived with the dbol to maintain the muscle that got built?

That's all I really wanted to do. I don't want to do any injectables. Are there pill combos that will give you the same results?

I'll read the educational threads and PCT threads to learn more, but you guys sound like you know what your doing.

Thanks

:chairshot

I'm starting to get a little bummed...

http://farm4.static.flickr.com/3145/2701923090_1c22d05427.jpg

---

**boyka**                                                                                         09-10-2010, 06:13 PM

No way you will not keep strength , not even one week after you finish d-bol.
You must add injectable compound if you want to make solid gains, there is no oral combo. :chairshot

---

**Big Enis**                                                                                       09-12-2010, 08:17 AM

I found this write up on dbol here on this website:

"The researchers concluded that Dbol increases Fat Free Mass as well as increasing strength and performance. I can only agree, having found this to be the case for me when I did my first cycle (which was
6 weeks of dbol alone at 25mg/day). I gained roughly 25lbs and kept nearly ½ of it. Since then, Dbol has always had a special place in my heart.."

http://webcache.googleusercontent.com/search?q=cache:DOpUVzriC2gU:forums.steroid.com/archive/index.php/t-44516
2.html+%22danabol%22+%2225mg%22&cd=4&hl=en&ct=clnk&gl=us&source=www.google.com      06/28/2011 11:41:19 AM

6 weeks of dbol alone at 25mgs/day)...I gained roughly 25lbs and kept nearly ½ of it. Since then, Dbol has always had a special place in my heart..."

I don't know who wrote it, but I assume it was the owners of the website.

I'm a little happier now...

http://www.willbaum.com/wp-content/uploads/2010/06/clown-300x282.png

---

**fleck**                                                                                     09-12-2010, 08:27 AM

:no:[QUOTE=Big Enis;5353962]I found this write up on dbol here on this website:

"The researchers concluded that Dbol increases Fat Free Mass as well as increasing strength and performance. I can only agree, having found this to be the case for me when I did my first cycle (which was 6 weeks of dbol alone at 25mgs/day)...I gained roughly 25lbs and kept nearly ½ of it. Since then, Dbol has always had a special place in my heart.."

I don't know who wrote it, but I assume it was the owners of the website.

I'm a little happier now...

I deleted the clown as I dont like them...I sincerely doubt he kept half of the weight. As for the dbol only cycle :no:[
Like the guys say they must be 10mg or they aint real.. but I think you said they were so your g2g. Its good also you have the full 500, some places split them in smaller doses (to make more money) so they will last you a lot longer.
Definetely keep test as a base. Use the dbol as a kick start. Take say 30-40mg of the blue hearts (3-4 tabs) every day for the first four weeks along with a testosterone base. I am somewhat of a novice myself but I would recommend test e @ 300-500mg a week.
You could use the dbol towards the end of your cycle or even mid cycle which some bb's chose to do.
ANd dont forget your PCT which Id advise you to research..

---

**Big Enis**                                                                                   09-12-2010, 08:30 AM

[QUOTE=Big Enis;5353962]I found this write up on dbol here on this website:

"The researchers concluded that Dbol increases Fat Free Mass as well as increasing strength and performance. I can only agree, having found this to be the case for me when I did my first cycle (which was 6 weeks of dbol alone at 25mgs/day)...I gained roughly 25lbs and kept nearly ½ of it. Since then, Dbol has always had a special place in my heart.."

I don't know who wrote it, but I assume it was the owners of the website.

I'm a little happier now...

I deleted the clown as I dont like them...
Like the guys say they must be 10mg or they aint real.. but I think you said they were so your g2g. Its good also you have the full 500, some places split them in smaller doses (to make more money) so they will last you a lot longer.
Definetely keep test as a base. Use the dbol as a kick start. Take say 30-40mg of the blue hearts (3-4 tabs) every day for the first four weeks along with a testosterone base. I am somewhat of a novice myself but I would recommend test e @ 300-500mg a week.
You could use the dbol towards the end of your cycle or even mid cycle which some bb's chose to do.
ANd dont forget your PCT which Id advise you to research..

Would you take three or four at once, or spread them out throughout the day?

---

**FuzzyPeaches o.O**                                                                           09-12-2010, 08:33 AM

[QUOTE=fleck;5353968]

Would you take three or four at once, or spread them out throughout the day?

Half life is roughly 4 hours so you want an even spread.

---

**fleck**                                                                                     09-12-2010, 08:35 AM

spread them through the day. Say two in the morning and two pre workout, about 20-30 mins before workout that way they will be kicking in during your workout.
Dbol are very toxic to your liver, so watch what your doing with alcohol and things. (dont drink alcohol).
Are you plannning to use any supplements ? do you have protein, vitamins etc...?

---

**Big Enis**                                                                                   09-12-2010, 08:25 PM

http://webcache.googleusercontent.com/search?q=cache:DOpUVznC2gUjforums.steroid.com/archive/index.php/t-44516
2.html+%22danabol%22+%2225mg%22&cd=4&hl=en&ct=clnk&gl=us&source=www.google.com          06/28/2011 11:41:19 AM

| | |
|---|---|
| Big Enis | 09-12-2010, 08:25 PM |

spread them through the day. Say two in the morning and two pre workout, about 20-30 mins before workout that way they will be kicking in during your workout.
Dbol are very toxic to your liver, so watch what your doing with alcohol and things. (dont drink alcohol).
Are you plannning to use any supplements ? do you have protein, vitamins etc...?

I'm going to try that. I do take lots of vitamins, and I use GNC Extreme 60 for protein, and leucine. I don't drink.
I work out in the morning before I start work. So I guess I should take 2 first thing in the morning for the workout. Should I take 2 more 4 hours later?

Thanks, George :aajack:

| | |
|---|---|
| **ALIN** | 09-12-2010, 08:32 PM |

You sure they're **25mg** as all the blue hearts i have had are 10mg!

Yes,,most are 10mg.

| | |
|---|---|
| **Big Enis** | 09-13-2010, 05:28 AM |

YES, THEY ARE 10mg!

:_337::_337:

| | |
|---|---|
| **Big Enis** | 09-13-2010, 05:35 AM |

I changed this message...

| | |
|---|---|
| **brokendown** | 09-13-2010, 06:22 AM |

try these threads out

http://forums.steroid.com/showthread.php?t=199829

http://forums.steroid.com/showthread.php?t=199827

| | |
|---|---|
| **Big Enis** | 09-13-2010, 06:27 AM |

try these threads out

http://forums.steroid.com/showthread.php?t=199829

http://forums.steroid.com/showthread.php?t=199827

thanks!

| | |
|---|---|
| **HawaiianPride.** | 09-13-2010, 06:32 AM |

Big Enis, please edit your post and read the rules. No source links allowed.
http://forums.steroid.com/showthread.php?t=368651

| | |
|---|---|
| **Big Enis** | 09-13-2010, 06:39 AM |

Big Enis, please edit your post and read the rules. No source links allowed.
http://forums.steroid.com/showthread.php?t=368651

Done...sorry about that.

| | |
|---|---|
| **HawaiianPride.** | 09-13-2010, 06:41 AM |

http://webcache.googleusercontent.com/search?q=cache:DOpUVznC2gU:forums.steroid.com/archive/index.php/t-44516
2.html+%22danabol%22+%2225mg%22&cd=4&hl=en&ct=clnk&gl=us&source=www.google.com      06/28/2011 11:41:19 AM

---

**HawaiianPride.**                                                                       09-13-2010, 06:41 AM

No worries bro.

---

**fleck**                                                                                09-13-2010, 01:22 PM

I'm going to try that. I do take lots of vitamins, and I use GNC Extreme 60 for protein, and leucine. I don't drink.
I work out in the morning before I start work. So I guess I should take 2 first thing in the morning for the workout. Should I take 2 more 4 hours later?

Thanks, George :aajack:

how did the dbol go?

did you take them like you said you would 2 in the morning and to pre workout?

---

**Big Enis**                                                                             09-13-2010, 01:29 PM

how did the dbol go?

did you take them like you said you would 2 in the morning and to pre workout?

My workout is at 6:00 AM so I took them about 5:30 and man what a difference in how much I can lift, and how long I can workout without getting tired. I took two more later on, and went out and did my work pulling cables and other tough stuff, and I'm still not tired. Normally by this time of day, just my job would have worn me out.

I could go dancing right now I feel so good!

dbol rocks! Thanks for the advice. :hello:

---

**fleck**                                                                                09-13-2010, 01:56 PM

:lift:
good to hear...I found the same when I first tried dbol.

They were only 5mg tabs but yeah they do the trick dont they...

I have read studies you may find helpfull. Taking dbol on an empty stomach with grapefruit juice can increase the effectiveness.

The cells that line your small intestine contain an enzyme called CYP3A4. This enzyme helps break down medications so that only approx. 50% enters the bloodstream. Certain substances in grapefruit juice inhibit CYP3A4 and hence allow more of the medication to enter your blood stream.

---

**fleck**                                                                                09-13-2010, 02:04 PM

grapefruit juice ....!

---

**HawaiianPride.**                                                                       09-13-2010, 02:04 PM

Fleck, please, read the rules. This will be your last warning. No posting of other forum boards. Edit immediately. Thanks.

http://forums.steroid.com/showthread.php?t=368651

---

**fleck**                                                                                09-13-2010, 02:07 PM

Fleck, please, read the rules. This will be your last warning. No posting of other forum boards. Edit immediately. Thanks.

http://forums.steroid.com/showthread.php?t=368651

Whoa sorry about that i wasnt aware of that rule..

---

**HawaiianPride.**                                                                       09-13-2010, 02:09 PM

We welcome new members, and ask that all members read and follow these guidelines.

1. There is absolutely no advertising by steroid sources or dealers. THIS INCLUDES ADDRESSES IN YOUR SIGNATURE LINE OR ANYWHERE IN ANY POST YOU MAKE.

http://webcache.googleusercontent.com/search?q=cache:DOpUVzriC2gU:forums.steroid.com/archive/index.php/t-44516
2.html+%22danabol%22+%2225mg%22&cd=4&hl=en&ct=clnk&gl=us&source=www.google.com        06/28/2011 11:41:19 AM

1. There is absolutely no advertising by steroid sources or dealers. THIS INCLUDES ADDRESSES IN YOUR SIGNATURE LINE OR ANYWHERE IN ANY POST YOU MAKE.

2. DO NOT post asking where to get steroids. This includes what we call "fishing", which is any post stating that you have a desire to find steroids and you are having trouble finding them. This rule is broken a lot, fishing here will not be tolerated.

3. There is no posting of another person's information without prior approval of the person in question.

4. We have a strict NO FLAME POLICY. If you post harrassing other members, while offering no helpful or useful information, you will be banned. This includes PM's, we ask that all correspondence between members and/or staff be respectful. You don't always have to agree, but you do always have to show mutual respect.

5. There is no posting of pornographic pictures or messages. This includes pictures in your AVATAR, as well as links to pornographic websites. We have quite a few female members that reside on A.R., and we intend to offer them the same environment as we do the male population here.

6. We tolerate no excessive foul language. We understand people need to vent or get a point across, please just keep it to a minimum.

7. DO NOT post possible scammers on the main board. The moderators will be happy to handle any scammer problems, and if all checks out, the person in question will be posted where appropriate.

8. There is to be no naming of UGL labs or sources, this includes the initials of those labs or showing pictures with lab names or web addresses. This is for the protection of both the labs and the board. There have also been many attempts to describe a lab without naming it, this also is not permissible. There will be no discussion of labs or sources tolerated.

9. Categorically no discussion of Recreational Drugs of any kind for any reason.

10. There is to be no price discussions of steroids. Price discussions often lead to source discussions, both are not permissible.

11. Do not post links to other forums. Everyone has the right to visit sites as they wish, but advertising those sites here will not be tolerated.

12. Do not post names or links to research or supplement companies with the exception of the board's sponsor. If you wish to use another research company, or communicate via pm concerning one, that is fine, but please don't advertise them on the main board.

13. You must be at least 18 years old to be a member here.

Not bashing you bro, just looking out for you.

| fleck | 09-13-2010, 02:18 PM |
|---|---|

hey np, i should have read them first.

| Big Enis | 09-13-2010, 02:18 PM |
|---|---|

Whoa sorry about that i wasnt aware of that rule..

Sorry Fleck, whatever you were going to show me, I appreciate it. I hadn't heard about the grapefruit juice, cool beans. I'll try that tomorrow. When you say empty stomach, does that include a protein drink?

Thanks, G :aajack:

| HawaiianPride. | 09-13-2010, 02:21 PM |
|---|---|

hey np, i should have read them first.

Not an issue anymore bro, we've taken care of it.

Thanks.

| Big Enis | 09-13-2010, 02:24 PM |
|---|---|

Not an issue anymore bro, we've taken care of it.

Thanks.

Dude, is that really your arm in the picture? That thing is awesome! :chairshot

| HawaiianPride. | 09-13-2010, 02:25 PM |
|---|---|

http://webcache.googleusercontent.com/search?q=cache:DOpUVznIC2gU:forums.steroid.com/archive/index.php/t-44516
2.html+%22danabol%22+%2225mg%22&cd=4&hl=en&ct=clnk&gl=us&source=www.google.com          06/28/2011 11:41:19 AM

Dude, is that really your arm in the picture? That thing is awesome! :chairshot

No sir, Frank Mcgrath's :]

---

**fleck**                                                                                 09-13-2010, 02:27 PM

if you go back to post 38 the infos there .
take care

---

**Big Enis**                                                                              09-13-2010, 08:14 PM

spread them through the day. Say two in the morning and two pre workout, about 20-30 mins before workout that way they will be kicking in during your workout.
Dbol are very toxic to your liver, so watch what your doing with alcohol and things. (dont drink alcohol).
Are you plannining to use any supplements ? do you have protein, vitamins etc...?

How many hours do you work out a day Fleck?

---

**Big Enis**                                                                              09-14-2010, 05:08 AM

if you go back to post 38 the infos there .
take care

What info?

---

**fleck**                                                                                 09-14-2010, 07:59 AM

:dance:Hey BIG ENIS!
I work out for about 1.5 to 2.0 hours every day. Luckily the gym I go to is Known to be one of the biggest and best in EUROPE.
FACT!! : )
Obviously I cant list all the facilities thats there but man theres alot. it has 3 floors of every running bench squat biike you could dream for. Complete with boxing ring bags, running track, speed ball, squash
courts, 4 swimming pools like 4 or 5 saunas, steam rooms, plunge pools, sauna in all the changing rooms, lockers,restaurants,salons, supplement store,kiddy creche,hairdressers(hot chicks everywhere)
lounge area, 4-5 high speed internet computers playstation billiard area and more that I can t even remember...
I ve been there six months and its flown by.

http://www.totalfitness.co.uk/health-club/wilmslow/

If you ever get the chance to come to the North of England well Id gladly show you round the place...

---

**Big Enis**                                                                              09-14-2010, 09:18 AM

:dance:Hey BIG ENIS!
I work out for about 1.5 to 2.0 hours every day. Luckily the gym I go to is Known to be one of the biggest and best in EUROPE.
FACT!! : )
Obviously I cant list all the facilities thats there but man theres alot. it has 3 floors of every running bench squat biike you could dream for. Complete with boxing ring bags, running track, speed ball, squash
courts, 4 swimming pools like 4 or 5 saunas, steam rooms, plunge pools, sauna in all the changing rooms, lockers,restaurants,salons, supplement store,kiddy creche,hairdressers(hot chicks everywhere)
lounge area, 4-5 high speed internet computers playstation billiard area and more that I can t even remember...
I ve been there six months and its flown by.

http://www.totalfitness.co.uk/health-club/wilmslow/

If you ever get the chance to come to the North of England well Id gladly show you round the place...

Holy cow, that place rocks! I just work out in the basement of the Sheriff's department with all thier old 1980 broken down equipment. No hot chicks, no saunas, just a nasty hole in the earth. At least they
got a tv.

I'll take you up on that the next time I fly to Denmark to see my mother. There is always a stop at Heathrow.

:aaAuto26:

---

Powered by vBulletin™ Version 4.1.1 Copyright © 2011 vBulletin Solutions, Inc. All rights reserved.

http://webcache.googleusercontent.com/search?q=cache:UZhTsZEmfwoJ:www.steroid.com/Metandesenolone.php+%22d-ana
bol+25%22&cd=1&hl=en&ct=clnk&gl=us&source=www.google.com        06/28/2011 11:45:32 AM



**Anabolic Steroids Profile**

<-- Return to Main Profiles Page

# Metandesenolone

## (D-anabol 25)

Metandesenolone is known as a very strong anabolic with moderate androgenic effects. It can help the most seasoned athlete make dramatic

http://webcache.googleusercontent.com/search?q=cache:UZhTsZEmfwoJ:www.steroid.com/Metandesenolone.php+%22d-ana
bol+25%22&cd=1&hl=en&ct=clnk&gl=us&source=www.google.com      06/28/2011 11:45:32 AM



**STEROID.COM FORUMS**

**Enter Our Free Discussion Forum**

Online Now
Total Members

Click To ENTER →

- Buy Steroids
- Steroids In The News
- Articles
- Legal Steroid Alternatives
- Anavar
- Doctor Prescribed Steroids
- Clenbuterol
- Steroid Community Center
- Sitemap
- Home
- Clomid
- Newsletter Archive
- Hormone Replacement Therapy
- Steroids in Baseball
- Supplements
- Bodybuilding

Metandesenolone is known as a very strong anabolic with moderate androgenic effects. It can help the most seasoned athlete make dramatic size and strength gains, over and over again each time its cycled. When you take this product you can really feel that its in your system. Users can expect increased aggression, more endurance, huge muscle pumps, and an increase in appetite, all of which leads to massive muscle growth. It continues to be one of the most popular products of all time. Its the product that every other product is designed to be like but never is! No other product ever compares to the mass and size gains that can come when taking it. Bar none, Metandesenolone is the KING of mass agents.

**Dosage:**

Start low around 25mg a day and work up from there. Many users find they get great results from doses because its just that strong of a product. Huge gains have been reported with only 3, 25mg pills per day, which is the manufacturer recommended dose.

**Side Effects:**

Metandesenolone is a very potent product and can come with some intense side effects as well. Increased aggression or roid rage is common but many consider it beneficial to take their aggression out on the weights. Other typical testosterone related sides are possible but usually only become a problem when its used for long periods of time without sufficient off-cycles. No liver toxicity has been reported.

**Counterfeits:**

**THE ROID STORE**
**NO PRESCRIPTION REQUIRED**
**SHIPS WORLDWIDE**

+1    0

**Discount SUPPLEMENTS.COM**    **Lowest Prices ONLINE**

**Steroid.com Presents The Anabolic Network**

**View all past videos - CLICK HERE**

Steroid Abuse
Steroids

Buy Popular Steroids

- Buy Steroids
- Buy Anadrol (oxymetholone)
- Buy Anadur (nandrolone hexylphenylpropionate)
- Buy Anavar (oxandrolone)
- Buy Andriol (testosterone undecanoate)
- Buy Androgel (testosterone)
- Buy Arimidex(anastrozole)
- Buy Aromasin (exemestane)
- Buy Clenbuterol
- Buy Clomid (clomiphene citrate)
- Buy Cytomel (liothyronine sodium)
- Buy Deca Durabolin (nandrolone decanoate)
- Buy Deca
- Buy Dianabol (methandrostenolone)
- Buy Dbol

| To: | Dynamic Sports Nutrition, LLC (mail@egbertlawoffices.com) |
| --- | --- |
| Subject: | U.S. TRADEMARK APPLICATION NO. 85280036 - D-ANABOL 25 - 2259-21 |
| Sent: | 6/28/2011 1:28:41 PM |
| Sent As: | ECOM116@USPTO.GOV |
| Attachments: | |

# IMPORTANT NOTICE REGARDING YOUR
# U.S. TRADEMARK APPLICATION

## USPTO OFFICE ACTION HAS ISSUED ON 6/28/2011 FOR
## SERIAL NO. 85280036

Please follow the instructions below to continue the prosecution of your application:

**TO READ OFFICE ACTION:** Click on this **link** **or** go to **http://portal.uspto.gov/external/portal/tow** and enter the application serial number to **access** the Office action.

**PLEASE NOTE**: The Office action may not be immediately available but will be viewable within 24 hours of this e-mail notification.

**RESPONSE IS REQUIRED:** You should carefully review the Office action to determine (1) how to respond; and (2) the applicable **response time period**. Your response deadline will be calculated from **6/28/2011** (or sooner if specified in the office action).

**Do NOT hit "Reply" to this e-mail notification, or otherwise attempt to e-mail your response, as the USPTO does NOT accept e-mailed responses.  Instead, the USPTO recommends that you respond online using the Trademark Electronic Application System Response Form.**

**HELP:** For *technical* assistance in accessing the Office action, please e-mail **TDR@uspto.gov**.  Please contact the assigned examining attorney with questions about the Office action.

# WARNING

**Failure to file the required response by the applicable deadline will result in the ABANDONMENT of your application.**