# EXHIBIT 7

| | |
|---|---|
| **To:** | Dynamic Sports Nutrition, LLC (mail@egbertlawoffices.com) |
| **Subject:** | U.S. TRADEMARK APPLICATION NO. 85280036 - D-ANABOL 25 - 2259-21 |
| **Sent:** | 5/1/2012 12:49:02 PM |
| **Sent As:** | ECOM116@USPTO.GOV |
| **Attachments:** | Attachment - 1 |
| | Attachment - 2 |
| | Attachment - 3 |
| | Attachment - 4 |
| | Attachment - 5 |
| | Attachment - 6 |
| | Attachment - 7 |
| | Attachment - 8 |
| | Attachment - 9 |
| | Attachment - 10 |
| | Attachment - 11 |
| | Attachment - 12 |
| | Attachment - 13 |
| | Attachment - 14 |
| | Attachment - 15 |
| | Attachment - 16 |
| | Attachment - 17 |
| | Attachment - 18 |
| | Attachment - 19 |
| | Attachment - 20 |
| | Attachment - 21 |
| | Attachment - 22 |

**UNITED STATES PATENT AND TRADEMARK OFFICE (USPTO)**
**OFFICE ACTION (OFFICIAL LETTER) ABOUT APPLICANT'S TRADEMARK APPLICATION**

**APPLICATION SERIAL NO.**     85280036

**MARK**: D-ANABOL 25

**CORRESPONDENT ADDRESS**:
JOHN S. EGBERT
EGBERT LAW OFFICES, PLLC
412 MAIN ST FL 7
HOUSTON, TX 77002-1897

# *85280036*

**CLICK HERE TO RESPOND TO THIS LETTER:**
http://www.uspto.gov/trademarks/teas/response_forms.jsp

**APPLICANT**:          Dynamic Sports Nutrition, LLC

**CORRESPONDENT'S REFERENCE/DOCKET NO**:
   2259-21
**CORRESPONDENT E-MAIL ADDRESS**:
   mail@egbertlawoffices.com


# OFFICE ACTION

## STRICT DEADLINE TO RESPOND TO THIS LETTER

TO AVOID ABANDONMENT OF APPLICANT'S TRADEMARK APPLICATION, THE USPTO MUST RECEIVE APPLICANT'S COMPLETE RESPONSE TO THIS LETTER  **WITHIN 6 MONTHS** OF THE ISSUE/MAILING DATE BELOW.

**ISSUE/MAILING DATE: 5/1/2012**

**THIS IS A FINAL ACTION.**



This letter responds to the applicant's correspondence dated April 10, 2012.

The applicant's disclaimer statement is accepted and made part of the record.

SECTION 2(d) REFUSAL – LIKELIHOOD OF CONFUSION


For the reasons set forth below, the refusal under Trademark Act Section 2(d) is now made FINAL with respect to U.S. Registration No. 3378354.  *See* 15 U.S.C. §1052(d); 37 C.F.R. §2.64(a).

--General Principles in Determining Likelihood of Confusion

Taking into account the relevant *du Pont* factors, a likelihood of confusion determination in this case involves a two-part analysis.  *See In re E. I. du Pont de Nemours & Co.*, 476 F.2d 1357, 1361-62, 177 USPQ 563, 567 (C.C.P.A. 1973); *In re 1st USA Realty Prof'ls Inc.* , 84 USPQ2d 1581, 1584 (TTAB 2007); *see also In re Dixie Rests. Inc.*, 105 F.3d 1405, 1406-07, 41 USPQ2d 1531, 1533 (Fed. Cir. 1997). The marks are compared for similarities in their appearance, sound, connotation and commercial impression.  TMEP §§1207.01, 1207.01(b).  The goods are compared to determine whether they are similar or commercially related or travel in the same trade channels.  *See Herbko Int'l, Inc. v. Kappa Books, Inc.*, 308 F.3d 1156, 1164-65, 64 USPQ2d 1375, 1380 (Fed. Cir. 2002); *Han Beauty, Inc. v. Alberto-Culver Co.*, 236 F.3d 1333, 1336, 57 USPQ2d 1557, 1559 (Fed. Cir. 2001); TMEP §§1207.01, 1207.01(a)(vi).

--Similarities Between the Goods

The goods of the parties need not be identical or directly competitive to find a likelihood of confusion. *See Safety-Kleen Corp. v. Dresser Indus., Inc.*, 518 F.2d 1399, 1404, 186 USPQ 476, 480 (C.C.P.A.

1975); TMEP §1207.01(a)(i).  Rather, it is sufficient to show that because of the conditions surrounding their marketing, or because they are otherwise related in some manner, the goods would be encountered by the same consumers under circumstances such that offering the goods under confusingly similar marks would lead to the mistaken belief that they come from, or are in some way associated with, the same source.  *In re Iolo Techs., LLC*, 95 USPQ2d 1498, 1499 (TTAB 2010); *see In re Martin's Famous Pastry Shoppe, Inc.*, 748 F.2d 1565, 1566-68, 223 USPQ 1289, 1290 (Fed. Cir. 1984); TMEP §1207.01(a)(i).

In this case, the applicant's goods identified as "Dietary and nutritional supplements" are the same as, encompass, or are substantially similar to, the registrant's goods identified as "Dietary supplements, excluding anobolic steroids."

Online product related literature and/or advertisements for both the registrant's product and the applicant's product indicate that they are both used for increasing muscle mass and strength.   (See attachments).

Online literature and/or advertisements for the applicant's product demonstrate that the applicant's and registrant's goods are: (1) marketed through the same channels; (2) directed to the same potential customers; and (3) even promoted as comparable competing products wherein they provide, in part, "If you are looking to buy Dianabol … online, our D-anabol 25 is exactly what you need."   (See attachments).

In situations such as this where the goods of the respective parties are nearly identical or "similar in kind and/or closely related,"  the degree of similarity between the marks required to support a finding of likelihood of confusion is not as great as would be required with diverse goods.  *In re J.M. Originals Inc.*, 6 USPQ2d 1393, 1394 (TTAB 1987); *see Shen Mfg. Co. v. Ritz Hotel Ltd.*, 393 F.3d 1238, 1242, 73 USPQ2d 1350, 1354 (Fed. Cir. 2004); TMEP §1207.01(b).

--Similarities Between the Marks

In a likelihood of confusion determination, the marks are compared for similarities in their appearance, sound, meaning or connotation, and commercial impression.  *In re E. I. du Pont de Nemours & Co.*, 476 F.2d 1357, 1361, 177 USPQ 563, 567 (C.C.P.A. 1973); TMEP §1207.01(b)-(b)(v).  Similarity in any one of these elements may be sufficient to find the marks confusingly similar.  *In re White Swan Ltd.*, 8 USPQ2d 1534, 1535 (TTAB 1988); *see In re 1st USA Realty Prof'ls, Inc.* , 84 USPQ2d 1581, 1586 (TTAB 2007); TMEP §1207.01(b).

The marks are compared in their entireties under a Trademark Act Section 2(d) analysis.  *See* TMEP §1207.01(b).  Nevertheless, one feature of a mark may be recognized as more significant in creating a commercial impression; greater weight is given to that dominant feature in determining whether the marks are confusingly similar.  *See In re Nat'l Data Corp.* , 753 F.2d 1056, 1058, 224 USPQ 749, 751 (Fed. Cir. 1985); *In re J.M. Originals Inc.*, 6 USPQ2d 1393, 1394 (TTAB 1987); TMEP §1207.01(b)(viii), (c)(ii).

Although a disclaimed portion of a mark certainly cannot be ignored, and the marks must be compared in their entireties, one feature of a mark may be more significant in creating a commercial impression. Disclaimed matter is typically less significant or less dominant when comparing marks.  *See In re Dixie Rests., Inc.*, 105 F.3d 1405, 1407, 41 USPQ2d 1531, 1533-34 (Fed. Cir. 1997); *In re Nat'l Data Corp.* , 753 F.2d 1056, 1060, 224 USPQ 749, 752 (Fed. Cir. 1985); TMEP §1207.01(b)(viii), (c)(ii).

The applicant applied to register the mark D-ANABOL 25, with 25 disclaimed.   The registered mark is DIANABOL.

In this case, the dominant feature of the applicant's mark is D-ANABOL.

The dominant feature of the applicant's mark is nearly identical in appearance to the registrant's mark. The letter I is merely replaced with a hyphen.

The dominant feature of the applicant's mark is phonetically identical to the registrant's mark. Similarity in sound alone may be sufficient to support a finding that the marks are confusingly similar. *In re White Swan Ltd.*, 8 USPQ2d 1534, 1535 (TTAB 1988); *see In re 1st USA Realty Prof'ls, Inc.* , 84 USPQ2d 1581, 1586 (TTAB 2007); TMEP §1207.01(b)(iv).

The additional of the descriptive number 25 does not obviate the similarities between the dominant feature of the applicant's mark and the registrant's mark. That is, the addition of the number 25 would be perceived as the milligram dosage of the goods and adds little or nothing to the trademark significance of the applicant's mark.

When the marks are compared in their entireties, they create the same overall commercial impression. The question is not whether people will confuse the marks, but whether the marks will confuse people into believing that the goods they identify come from the same source. *In re West Point-Pepperell, Inc.*, 468 F.2d 200, 201, 175 USPQ 558, 558-59 (C.C.P.A. 1972); TMEP §1207.01(b). For that reason, the test of likelihood of confusion is not whether the marks can be distinguished when subjected to a side-by-side comparison. The question is whether the marks create the same overall impression. *See Recot, Inc. v. M.C. Becton*, 214 F.3d 1322, 1329-30, 54 USPQ2d 1894, 1899 (Fed. Cir. 2000); *Visual Info. Inst., Inc. v. Vicon Indus. Inc.*, 209 USPQ 179, 189 (TTAB 1980). The focus is on the recollection of the average purchaser who normally retains a general rather than specific impression of trademarks. *Chemetron Corp. v. Morris Coupling & Clamp Co.*, 203 USPQ 537, 540-41 (TTAB 1979); *Sealed Air Corp. v. Scott Paper Co.*, 190 USPQ 106, 108 (TTAB 1975); TMEP §1207.01(b).

--Conclusion

Where the goods are the same or substantially similar, marketed through the same channels to the same potential customers, and the marks create the same overall commercial impression, confusion as to the source of the goods is likely. For the foregoing reasons, the refusal to register the mark under Section 2(d) of the Trademark Act is maintained and made final.

GUIDELINES FOR RESPONDING TO A FINAL REFUSAL

If applicant does not respond within six months of the date of issuance of this final Office action, the application will be abandoned. 15 U.S.C. §1062(b); 37 C.F.R. §2.65(a). Applicant may respond to this final Office action by:

> (1) Submitting a response that fully satisfies all outstanding requirements, if feasible; and/or

> (2) Filing an appeal to the Trademark Trial and Appeal Board, with an appeal fee of $100 per class.

37 C.F.R. §§2.6(a)(18), 2.64(a); TBMP ch. 1200; TMEP §714.04.

In certain rare circumstances, a petition to the Director may be filed pursuant to 37 C.F.R. §2.63(b)(2) to

review a final Office action that is limited to procedural issues.  37 C.F.R. §2.64(a); TMEP §714.04; *see* 37 C.F.R. §2.146(b); TBMP §1201.05; TMEP §1704 (explaining petitionable matters).  The petition fee is $100.  37 C.F.R. §2.6(a)(15).


/John Dwyer/
Examining Attorney
Law Office 116
Telephone 571-272-9155
John.Dwyer1@uspto.gov


**TO RESPOND TO THIS LETTER:**  Go to http://www.uspto.gov/trademarks/teas/response_forms.jsp.  Please wait 48-72 hours from the issue/mailing date before using TEAS, to allow for necessary system updates of the application.  For *technical* assistance with online forms, e-mail TEAS@uspto.gov.  For questions about the Office action itself, please contact the assigned trademark examining attorney.  **E-mail communications will not be accepted as responses to Office actions; therefore, do not respond to this Office action by e-mail.**

**All informal e-mail communications relevant to this application will be placed in the official application record.**

**WHO MUST SIGN THE RESPONSE:**  It must be personally signed by an individual applicant or someone with legal authority to bind an applicant (i.e., a corporate officer, a general partner, all joint applicants).  If an applicant is represented by an attorney, the attorney must sign the response.

**PERIODICALLY CHECK THE STATUS OF THE APPLICATION:**  To ensure that applicant does not miss crucial deadlines or official notices, check the status of the application every three to four months using Trademark Applications and Registrations Retrieval (TARR) at http://tarr.uspto.gov/.  Please keep a copy of the complete TARR screen.  If TARR shows no change for more than six months, call 1-800-786-9199.  For more information on checking status, see http://www.uspto.gov/trademarks/process/status/.

**TO UPDATE CORRESPONDENCE/E-MAIL ADDRESS:**  Use the TEAS form at http://www.uspto.gov/teas/eTEASpageE.htm.

**Print: May 1, 2012**                          **77215242**

**DESIGN MARK**

**Serial Number**
77215242

**Status**
REGISTERED

**Word Mark**
DIANABOL

**Standard Character Mark**
Yes

**Registration Number**
3378354

**Date Registered**
2008/02/05

**Type of Mark**
TRADEMARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(4) STANDARD CHARACTER MARK

**Owner**
Wheat, Jared R. INDIVIDUAL UNITED STATES 6015-B Unity Drive Norcross
GEORGIA 30071

**Goods/Services**
Class Status -- ACTIVE.  IC 005.  US  006 018 044 046 051 052.  G & S:
Dietary supplements, excluding anobolic steroids.  First Use:
2002/03/04.  First Use In Commerce: 2002/03/31.

**Filing Date**
2007/06/26

**Examining Attorney**
POWER, MARGARET

**Attorney of Record**
Joseph P. Schilleci, Jr.

# DIANABOL

**Print: May 1, 2012**                                **85280036**

## DESIGN MARK

**Serial Number**
85280036

**Status**
RESPONSE AFTER NON-FINAL ACTION - ENTERED

**Word Mark**
D-ANABOL 25

**Standard Character Mark**
Yes

**Type of Mark**
TRADEMARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(4) STANDARD CHARACTER MARK

**Owner**
Dynamic Sports Nutrition, LLC LIMITED LIABILITY COMPANY TEXAS 1330
Post Oak Blvd., Ste. 2900 Houston TEXAS 77056

**Goods/Services**
Class Status -- ACTIVE.  IC 005.  US  006 018 044 046 051 052.  G & S:
Dietary and nutritional supplements.  First Use: 2005/10/01.  First
Use In Commerce: 2005/10/01.

**Disclaimer Statement**
NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "25" APART FROM THE
MARK AS SHOWN.

**Filing Date**
2011/03/29

**Examining Attorney**
DWYER, JOHN

**Attorney of Record**
John S. Egbert

# D-ANABOL 25



http://webcache.googleusercontent.com/search?q=cache:kePyUW5ACNsJ:www.nutritiondome.com/dianabol.html+%22diana
bol%22+%22hi-tech+pharmaceuticals%22&cd=5&hl=en&ct=clnk&gl=us          05/01/2012 11:54:42 AM



http://webcache.googleusercontent.com/search?q=cache:kePyUW5ACNsJ:www.nutritiondome.com/dianabol.html+%22diana
bol%22+%22hi-tech+pharmaceuticals%22&cd=5&hl=en&ct=clnk&gl=us          05/01/2012 11:54:42 AM



| Cardio Health / Antioxidants |
| Diet Formulas |
| Digestive Enzymes / Fiber |
| Essential Fats |
| Super Foods |
| Herbs |
| Joint Nutrition |
| Multivitamins |
| Muscle Mass / PH Formulas |
| Mushroom |
| Natural Muscle |
| Probiotics / Immunoglobulins |
| Protein |
| Women's Formulas |
| Testimonials |

Want to Live Longer? Get Your
FREE Dr. K's Workshop "WHY
YOU MIGHT BE AT RISK OF
DYING PREMATURELY AND
HOW TO PROLONG YOUR
LIFE NATURALLY" when you
sign up for Dr. Kalitenko's
newsletter.







Anabolic, anti-catabolic, anti-proteolytic, protein-sparing... These are terms that describe the state of protein affairs in muscle. The bodybuilding community likes to define anabolic compounds as those which increase amino acid shuttling into muscle and increase protein synthesis. Likewise, anti-catabolic, or antiproteolytic (the more specifically correct term) compounds are defined as those which decrease amino acid shuttling out of muscle (also called protein-sparing). Irrespective of whether amino acids are being gained within muscle due to an increase in the influx of amino acids and enhanced protein synthesis, or due to the conservation of amino acids already within muscle, or both, the resulting intramuscular environment is anabolic. This is a really good thing for bodybuilders.

Although most bodybuilding supplements really don't do jack, a few bodybuilding supplements may actually help increase the uptake of amino acids into muscle, and a few other supplements may actually help to conserve amino acids already within muscle. Even better yet, there are a very few supplements that contain formulations of ingredients that do both-- they are anabolic and anti-proteolytic, which means even more muscle protein. One of those very few supplements is Dianabol® a Hi-Tech Muscle & Strength supplement that contains a whirlwind of both anabolic and anti-proteolytic compounds. This product is all about protein...getting it, saving it, and using it to build rock-hard muscle. The active compounds in Dianabol signal muscles to snatch up more amino acids from the blood and then use them to create muscle protein at a faster rate through increased protein synthesis. The compounds in Dianabol® also tell muscles to hang on to amino acids already within muscle by decreasing muscle-wasting activities within the muscle, creating a protein-sparing metabolism, and thus maintaining an anabolic state during times when normal protein breakdown occurs. In essence, Dianabol® helps keep hard-earned muscle intact.

DIANABOL. What was it about the anabolic steroid Dianobol that bodybuilders found so remarkable that it was called the King of Steroids? It was its ability to help build muscle and strength in a relatively short period of time.

The King has now returned and has been so aptly trademarked Dianabol because of its remarkable ability to increase muscle and strength through anti-proteolytic means, which science and real world evidence suggests may be more important to overall muscular growth than direct anabolic, protein synthesis activity. The new King of bodybuilding supplementation is no longer a drug. It is powerful combination of precision herbal extracts that present a multi-faceted approach to building muscle and losing fat through an even wider array of metabolic pathways than its predecessor. And because these pathways are not hormonal, through mechanisms that yield permanent gains in muscle and strength.

Dianabol is the newest creation from the Research and Development team at Hi-Tech Pharmaceuticals, Inc., and is one of five products in the Hi-Tech Muscle and Strength line of anabolic nutraceuticals, which also includes Estrogenex, Metanabol, Somatophen and Anavar.

While all five products act in synergy to create a highly anabolic and anti-proteolytic growth environment, Dianabol is the core protein-sparing driver, which means that Dianabol's primary role on the team is to keep acquired muscle protein within the muscles. Thus, Dianabol helps to maintain a state of overall anabolism during times when normal protein breakdown occurs, such as during periods of physical and mental stress, intense training, caloric restriction and when weight training is infrequent. In other words, when your body would normally be breaking down muscle protein to release amino acids for diversion to other areas of the body, Dianabol inhibits or blocks the breakdown signals and keeps your hard earned muscle intact.

With the assistance of Pharmatech, Ltd. (a Belizean-based research and development company), the active compounds in Belizean Man Vine were isolated. The active constituents are called phenylethanoid glycosides, which have amazing anti-catabolic, anti-inflammatory and recuperative properties. Dianabol contains a highly concentrated amount of these



NUTRAMEDZ Womens Meds



NUTRAMEDZ Mens Meds



NUTRAMEDZ Joint Medz with Pain Support



NUTRAMEDZ Thermo Medz with Appetite and Mood Support



Hi-Tech OxyBolin 250

http://webcache.googleusercontent.com/search?q=cache:kePyUW5ACNsJ:www.nutritiondome.com/dianabol.html+%22diana
bol%22+%22hi-tech+pharmaceuticals%22&cd=5&hl=en&ct=clnk&gl=us          05/01/2012 11:54:42 AM

...are recuperative properties. **Dianabol** contains a highly concentrated amount of these phenylethanoid glycosides, yielding dramatic results.

In a study done by Pharmatech among three groups of male subjects engaged in a weight training program, the two groups that used Belizean Man Vine extract gained 7.8 lb and 6.3 lb, respectively, more muscle mass than the placebo group over an eight-week period. The benefits reported, which were universal to all test subjects, are increased muscle mass, improved recovery times and increased strength. What is of particular interest is that group that gained 6.3 more lb of muscle did so on a diet that consisted of 50% of the calories and protein than that of the group that gained 7.8 lb, clearly demonstrating the anti-proteolytic action of the extract. It is also likely that the phenylethanoid glycosides have an inhibitory effect on the inflammatory response from training and thus both increased recovery and enhanced nitric oxide production (from histamine inhibition) may be contributory factors to increased muscle gains.

**Dianabol** does not just stop with Belizean Man Vine in its formulation...to live up to its name and reputation there are many other mechanisms by which **Dianabol** works. Dianabol's other constituents also function as anabolic agents, thereby increasing protein synthesis and nitrogen retention. These constituents have adaptogenic properties, as well, allowing the body to adapt to increased workloads and combat fatigue. This leads to skeletal muscle growth and notable strength alsoincreases. The anti-catabolic/adaptogenic properties of **Dianabol** have an important "normalizing" effect on all bodily functions. This leads to improved sleep, physical and mental state and helps prevent overtraining. **Dianabol** further has additional normalizing actions as they relate to the synthesis of RNA during stress, which also allows the body to avoid catabolic states. This effect allows the body to significantly perform at a higher level and recover after strenuous workouts. **Dianabol** also works in conjunction with your body's own insulin mechanisms by stimulating the production of insulin (creating a temporary anabolic state), thereby decreasing protein breakdown (better utilization of protein), increasing storage of glycogen in the muscle cell and increasing free fatty acid oxidation. **Dianabol** also has been shown to significantly elevate insulin growth factor (IGF), a highly anabolic hormone produced in the liver and other tissues.

**Dianabol** Supplement Facts: Total – 575 mg (proprietary blend)

Proprietary Blend with Explotab® and Extend-Rx™ Technology: 575mg

[Belizean Man Vine extract 80% (as BMV80™)(root), tribulus terrestris (90% steroidal saponins)(fruit), 25R spirostan-5A-diol-6-one-3-one, dehydroeplandrosterone acetate, dehydroepiandrosterone deconate, phytosterol 90% extract (standardized for beta-sitosterol, campesterol, stigmasterol, brassicasterol), belizian wild yam extract (as BWY 6015™), ribonucleic acid complex 3™ (ribosomal RNA, transfer RNA, messenger RNA), 7-keto-DHEA, 6,7 dihydroxybergamottin, naringin, vanadyl sulfate ethyl ester, smilagenin, dicyclopentanone].

Other Ingredients: Microcrystalline cellulose, dextrose, sodium starch glycolate, explotab®, hydroxy propylmethylcellulose, magnesium stearate, stearic acid, silica, fd&c blue #1, fd&c red #40.

Directions: Take one (1) tablet three times daily with meals. This is important as the strength of this product can cause nausea if consumed without eating.



**Hi-Tech Dianabol** 90 tabs
**DIANABOL**
Reg. $69.95    On Sale **$32.95**


Hi-Tech Anavar


Hi-Tech Sustanon 250


INFINITE T2


Hi-Tech N.O. Overload 310 grams



http://webcache.googleusercontent.com/search?q=cache:kePyUW5ACNsJ:www.nutritiondome.com/dianabol.html+%22diana
bol%22+%22hi-tech+pharmaceuticals%22&cd=5&hl=en&ct=clnk&gl=us         05/01/2012 11:54:42 AM

You save: $37.00   [1]   Add to Cart


MEGAPLEX XTREME QUAD
STACK


ASN METHYLZINE (DMZ)


HGH-PRO Pharmaceutical
Grade (Raise IGF-1)

Related Products

ASN METHYLZINE (DMZ) | HGH-PRO Pharmaceutical Grade (Raise IGF-1) | Jarrow Amino Recovery PeptoPro | Jarrow 7-Keto DHEA 100mg |
Aangamik DMG 500 mg (N,N-Dimethylglycine) 60 chewable tabs | Methastadrol | Jarrow Creatine Capp 800 mg CreaPure | Jarrow Tribulus Complex
| Tri Methyl Xtreme 3.15 Maximum Formula | TriMethyl XTREME / Arime STAGE 5 PCT COMBO | Hi-Tech Dianabol 90 tabs | Hi-Tech Anavar | Hi-
Tech OxyBolin 250 | Hi-Tech Somatomax 20 servings | Hi-Tech Sustanon 250 | Hi-Tech Estrogenex 90 tabs | Ignite Energy Boost | INFINITE T2 |
MRM Driven 100% All Natural | MRM RELOAD All Natural INFINITE T2 / MEGAPLEXX COMBO

help@nutritiondome.com

**Nutrition Dome Instant Coupon Savings Codes**
Code: ship1 for orders between $30.00-$49.99 >> save 2.00
Code: ship2 for orders between $50.00-$99.99 >> save $4.00
Code: ship3 for orders between $100.00-$299.99 >> save $7.00
Code: ship4 over $300.00 >> save $15.00
Nutrition Dome Coupons must be entered at time of order to receive your discount.
Do not leave any spaces when entering coupon code. Coupons cannot be combined.

Please note that manufacturers may make changes to product formulations from time to time.

We are not responsible for typographical errors. nutritiondome.com

© 2000 - 2012 NutritionDome.com. All Rights Reserved.     Home | View Cart | Info | Index | Privacy Policy | Contact Us | Wholesale

http://webcache.googleusercontent.com/search?q=cache:UZhTsZEmfwoJ:www.steroid.com/Metandesenolone.php+%22d-ana
bol+25%22&cd=2&hl=en&ct=clnk&gl=us          05/01/2012 12:11:18 PM



http://webcache.googleusercontent.com/search?q=cache:UZhTsZEmfwoJ:www.steroid.com/Metandesenolone.php+%22d-ana
bol+25%22&cd=2&hl=en&ct=clnk&gl=us          05/01/2012 12:11:18 PM



- Low Testosterone
- Roid Rage
- Steroid Detection Times
- Steroid Half Life
- Steroid Laws
- Steroid Suppliers
- Steroid Use & Abuse
- Steroids in Sports
- Testerone
- Testosterone
- The Whole Truth About DNP
- What is Andropause?
- Women and Steroids
- Steroids

▣ Home
▣ Types of Steroids
▣ Articles
▣ Anabolic Steroid Cycles
▣ Anadrol Steroids
▣ Beginner Steroid Cycles
▣ Best Legal Steroids
▣ Bodybuilding
▣ Bulking Steroids
▣ Buy Illegal Steroids
▣ Buy Steroids
▣ Cost of Steroids
▣ Diet & Fitness
▣ Doctor Prescribed Steroids
▣ Equipoise Steroid
▣ Hormone Replacement
   Therapy
▣ Human Growth Hormone

# D-anabol 25

$170.00

BUY 2 GET 1 FREE!

Add to cart ►

Regarded as the standard for MASS and STRENGTH building, D-anabol 25 is highly effective as a stand alone, or as a stacked jump starting cycle ingredient.

## Dosage:

common but many consider it beneficial to take their aggression out on the weights. Other typical testosterone related sides are possible but usually only become a problem when its used for long periods of time without sufficient off-cycles. No liver toxicity has been reported.

## Counterfeits:

Metandesenolone is an extremely popular product so that in turn raises the possibility for counterfeiters. D-Anabol 25 is the safest buy. Watch for the holographic stamp on the label to ensure you have real D-Anabol 25.

«- Return to Main Profiles Page

THE ROID STORE
NO PRESCRIPTION REQUIRED   SHIPS WORLDWIDE

FREE BOTTLE OF PGH
With Orders of More Than $250

g +1   0      Share



View All Stacks

Growth Hormone Stack

Strength Stack

Xtreme Speed Stack

Mass Stack

Summer Stack

Cutting Stack

**Customer Comments**

I'm in the armed forces and its nothing like the extra boost to excel in your everyday duties. I get the strength and the muscle to protect my country. All thanks to TEST and DECA my two favorites. Thanks for your products!!

-T TAYLOR CLARKSVILLE, TN

May 1, 2012

iam back and thats all thaT NEEDS TO BE SAID... GREAT STUFF

-B Raposa Hayward, CA

May 1, 2012

Awesome stuff!

-D Marceau Leduc, AB T9E 0V

May 1, 2012

All your products work and they are very good!

-L chambers argon, IN

May 1, 2012

amazing prduct works as advertised this is my second order and will order again.

-V Bouttadakis RR

May 1, 2012

great products!!! good results!!!

-P olde 475 bankhead avenue

May 1, 2012

Great products lead to great results. Thanks for all the support.

-P Hawkins Indianapolis, IN

May 1, 2012

My third order and everything is great.Great products and products.Thanks..and Im referring friends Im so impressed.



Every Day Low Price: $85.00

You save $15.00!

add to cart

D-anabol 25
Contains 90 Capsules
[more info]

**D-anabol 25 * - BUY 2 GET 1 FREE!**

List Price: $300.00
Every Day Low Price: $170.00

You save $130.00!

add to cart

D-anabol 25
Each Bottle Contains 90 Capsules
[more info]

friends im so impressed.

-P Jones red Bluff, CA

April 30, 2012

Product is Fanstasitc Good prices
Good product

-M Hughes Birmingham, west midlands574 3Q4

April 30, 2012

The fastest way to achieve your
dreams. Best products

-A germano Elmira, NY

April 30, 2012

View More Comments





**Join Our Mailing List**

email address...

**COMPANY INFORMATION**
About Us
Terms and Conditions
Privacy

**MY ACCOUNT**
Login/Register
Orders
My Wishlist

**CUSTOMER SERVICE**
FAQs
Returns
Contact Us

**ARTICLES**
Steroids
Anabolic Steroids
History of Steroids
Steroids in Sports
Legal Steroids
Types of Steroids
Steroid Cycles
Roid Rage
Steroids for sale

Oralsteroids.com - Owned and operated by Dynamic Sports Nutrition, LLC dba Anabolic Research, Copyright © 2009-2012, ALL RIGHTS RESERVED |
OralSteroids.comPowered by Volusion.

** This is a very potent anabolic steroid. We strongly recommend caution when using this drug. Do not use without doctors supervision.

* These products are not intended to diagnose, treat, cure or prevent any disease. These statements have not been evaluated by the Food and Drug Administration. Our website and
the domain name "OralSteroids.com" is representative of products that may enhance blood levels of steroid hormones in the body. Anabolic Recearch is offering this very strong
alternative to the highly toxic drug listed at the top of the page. This product is not to be used by anyone 18 years of age or younger. Use under a doctors supervision. This product is
not a drug and should be used correctly. Use in conjunction with a well balanced diet and an intense bodybuilding or exercise program.

http://webcache.googleusercontent.com/search?q=cache:c5_DgznsRFkJ:www.onlinelawschooldegree.com/dianabol/diana
bol-d-anabol-25-roidstorecom.html+%22d-anabol+25%22+%22dianabol%22+%22looking+to+buy+dianabol%22&cd=5&hl=en&ct
=clnk&gl=us       05/01/2012 12:20:04 PM

This is Google's cache of http://www.onlinelawschooldegree.com/dianabol/dianabol-d-anabol-25-roidstorecom.html. It is a snapshot of the page as it appeared on Apr 21, 2012 22:14:14 GMT. The current page
could have changed in the meantime. Learn more

These search terms are highlighted: d anabol 25 dianabol looking to buy dianabol



**Online Law School – Online Law Degree**
Best place to get information on Online Law School and Online Law Degree & Top Law Schools.

Vis. today       120

Home        About        Sitemap

infolinks  Related Tags

Online Schools        Online degree program        Environmental Lawyer        Online college degree

**Find Law Articles**

Search for:

dianabol d anabol 25 roids

Search

**Recent Law Articles**

**Search Results**

Dianabol d anabol 25
roidstorecom

×  ×  ×

http://webcache.googleusercontent.com/search?q=cache:c5_DgznsRFkJ:www.onlinelawschooldegree.com/dianabol/diana
bol-d-anabol-25-roidstorecom.html+%22d-anabol+25%22+%22dianabol%22+%22looking+to+buy+dianabol%22&cd=5&hl=en&ct
=clnk&gl=us      05/01/2012 12:20:04 PM

How to help your personal injury
lawyer
Choosing the best Personal Injury
lawyer
Attorneys general of Backpage.com
Under fire
Law School Calculator
Environmental Lawyer van DeVoren
Joins Energy Law Firm of Burleson LLP

**Categories**

About
Attorney
Law
Law Degree
Law News
Law School
Lawyer
   Criminal
   Personal Injury

A common dosage can be 10–25 mg/day orally and 25–50 mg daily injected, with optimal results usually seen at 50 mg/day. It is reduced to micrometer particles in A prohormone is a substance that is a precursor to a hormone, usually having minimal hormonal effect by itself. The term has been used in medical science since the D X : Legal status: Prescription Only (S4) D-only : Routes: Oral Pharmacokinetic data InChI=1S/C22H27NO2/c1-4-22(24)10-8-16-16-6-5-15-11-19-14(13-23-25-19)12-20(15,2)17(16

**D-anabol 25** is taken for the powerful oral steroid **Dianabol** or Dbol. Both Dbol and **Dianabol** is the fastest acting steroid on the market. If you are **looking to buy Dianabol** (Dbol) online, our **D-anabol 25** is exactly what you need. **Dianabol** is a powerful oral steroid. **Dianabol** is also known as Dbol and its users will appreciate the buy 2 get 1 free **D-anabol 25** by Anabolic Research. **Dianabol** can be found online but you must be careful. **D-anabol 25** is a potent steroid drug that is illegal to purchase or possess in the United States without a doctor's prescription. Despite this fact, **D-Anabol 25** is sounds an awful lot like the real brand name drug **Dianabol** RoidStore.com Roid Store Deca 200, Winn 50, **D-anabol 25**,Tren 75, Var 10 no one knows what is in them and m1,4add is i believe the prohormone of **dianabol**. I was interested in a product of yours, **d-anabol 25** (metandiconolone) and I've read in steroid profiles about both of these but am still confused. Could If I remember correct the **d-anabol 25** is not the real deal that stuff you get off Metandesenolone is the active blend for **D-anabol 25** and is very effective. Buy **Dianabol** (methandrostenolone) Buy Dbol, Buy Dynabolan (nandrolone undecanoate) just got these from a friend of a friend **D-anabol 25** Metandesenolone http://www i didnt know links were disabled- and i dont know how to upload a pic, but go to

## **Dianabol d anabol 25** roidstorecom

## **Dianabol** / **D-anabol 25** - Oralsteroids.com

**D-anabol 25** powerful oral steroid **Dianabol** Dbol. Both Dbol and **Dianabol** fastcat acting steroid market.

## **Dianabol** / **D-anabol 25** — Buysteroids.com

If buy **Dianabol** (Dbol) online, **D-anabol 25** **Dianabol** powerful oral steroid.

## Growth Hormone Stack – Roidstore.com

## **Dianabol** / **D-anabol 25** - Oralsteroids.com

**Dianabol** Dbol users buy 2 1 free **D-anabol 25** Anabolic Research. **Dianabol** unlike careful.

## **D-Anabol 25** Side Effects | eHow.com

http://webcache.googleusercontent.com/search?q=cache:c5_DgznsRFkJ:www.onlinelawschooldegree.com/dianabol/diana
bol-d-anabol-25-roidstorecom.html+%22d-anabol+25%22+%22dianabol%22+%22looking+to+buy+dianabol%22&cd=5&hl=en&ct
=clnk&gl=us          05/01/2012 12:20:04 PM



http://webcache.googleusercontent.com/search?q=cache:dHJd4qQoRoYJ:tginfocity.freens.org/D-Bol-Steroids-/+%22d-a nabol+25%22+%22dianabol%22+%22looking+to+buy+dianabol%22&cd=11&hl=en&ct=clnk&gl=us
05/01/2012 12:30:32 PM

This is Google's cache of http://tginfocity.freens.org/D-Bol-Steroids/. It is a snapshot of the page as it appeared on Apr 21, 2012 10:03:24 GMT. The current page could have changed in the meantime. Learn more

These search terms are highlighted: d anabol 25 dianabol looking to buy dianabol

## Steroid Supplements

### D Bol Steroids

What's the difference between dietary supplements, nutraceuticals and functional.

A steroid user will feel the effects. The pills come in 50mg. Much of the modern thoughts on **Dianabol** focus on the myths and. The researchers concluded that Dbol increases Fat Free Mass as well as increasing strength and. D-bol 100 tabs. Anabolic Steroids. I noticed three weeks later my hair was reciding a little bit. 99 (Visit the Hot New Releases in Sports Supplements list.

Discuss best way to take d-bol at the Steroid Forum; Hi people I'm new here. **Dianabol** (D-BOL) Methandrostenlone What is **Dianabol**?

It is also one of the oldest steroid. I started training in 1962, at age 11-12. Buy methadrostenol, the most popular oral steroid available. DBol, also known as **Dianabol**, is one of the most powerful oral steroids on the market. The first, as we all know was TESTOSTERONE which was. **Dianabol** (Methandrostenolone) **Dianabol** is the brand name by which the oral steroid Methandrostenolone is known.

Steroids Like D-Bol Helped Me Build Muscle Fast "I am in my early 20' and have been into bodybuilding for quite awhile. We do not condone the use of anabolic steroids (AAS), all information about AAS is for. Started Taking Anabolic Steroids To Bulk Up For Football. LEGAL STEROIDS #1 Musclebuilding Legal Steroids Alternative in 2010 AND 2011 and #1 Ranked for 2012 Pack on Muscle Easier than ever BUY 2 Bottles.

I do have family.

Search Drug Rehab Program for HOW LONG WILL D-BOL STEROIDS STAY IN YOUR SYSTEM. If you are **looking to buy Dianabol** (Dbol) online, our **D-anabol 25** is exactly what you need.

D-Bol is an oral anabolic that can convert into the same testosterone found in the body after. "I am in my early 20' and have been into bodybuilding for quite awhile. 10 PART STEROID UNIVERSITY COURSE Anabolic Steroids Information; Anabolic Steroids Legal, Anabolic Steroids Cycles. Is d-bol an illegal steroid? I only took five of D Bol Steroids the thirty month cycle. **Dianabol** 100 Capsules D-Bol Legal Steroid Muscle Builder Supplement by Muscle Labs USA 1 used & new from $44. **Dianabol**, or popularly known as D-bol in bodybuilding circles, is an oral steroid. **Dianabol** is a D Bol Steroids strong steroid. Results of D-Bol are analogous to the anabolic steroid **Dianabol**. Thought it would be a. Buy Anabolic Steroids for Sale – Steroids Online | Anabol Pharmacy D BOL 20 150 tabs (20 mg/tab) - Manufacturer: LIV Substance: Methandienone Package: 150 tabs (20 **Dianabol**, or D-bol, has been

### Pages

- Buy Hgh Pills
- Steroid Picture
- Anabolic Steroids Facts
- Home Steroid Test
- Steroid Substitute
- Buy Human Growth Hormone
- Buy Muscle Steroids
- Steroid Urine Test
- Where To Buy Anabolic Steroids
- Anabolic Halo
- Anabolic Steroid Use In Seiors
- Anabolic Steroid Needle
- Anabolic Steroids Good
- Steroid Cycles And Stacks
- Veterinary Steroids

### Biogroll

Search

[                    ] Search

### Latest Posts

- ★ Anabolic Steroids Use
- ★ Anabolics Bodybuilding
- ★ Anabolic Productions
- ★ Anabolic Steroids And Athletes
- ★ Drugs Anabolic Steroids
- ★ Anabolic Steroids To Buy
- ★ Testerone Cypionate
- ★ Steroid Use And Abuse
- ★ Clenbuterol For Weight Loss
- ★ Natural Steroid And Anabolic Steroid
- ★ Positive Effects Of Steroids
- ★ Best Anabolic Steroid
- ★ Spider Drug Test

http://webcache.googleusercontent.com/search?q=cache:dHJd4qQoRoYJ.tginfocity.freens.org/D-Bol-Steroids/+%22d-a
nabol+25%22+%22dianabol%22+%22looking+to+buy+dianabol%22&cd=11&hl=en&ct=clnk&gl=us
05/01/2012 12:30:32 PM

– Manufacturer: UK Substance: Methandienone Package : 150 tabs (20. **Dianabol**, or D-bol, has been around since the. How long and at how many milligrams a day is a typical d-bol cycle? D-bol is considered D Bol Steroids one of the most sought after oral steroids in the world. **Dianabol** (d-bol) steroidssupplier,Mail Order Steroids and Anabolics D Bol Steroids Suppliers,Steroid and Anabolics Information and Steroid and Anabolics Alternatives **Dianabol** belongs to an orally effective category of Anabolic steroids. D Bol steroid is actually short for the name **Dianabol**, D Bol Steroids which provide you with more strength so you can perform better in your sport, while exercising, or in. For many bodybuilders their first introduction to D Bol Steroids steroids was **Dianabol** (also known as D-bol and by the generic name, Methandrostenolone). Methandrostenolone (D-bol) **Dianabol** or (D-bol) is Ciba's old brand name for 5mg methandrostenolone tablets, has always been one of the most popular anabolic. Place to buy the D-bol steroid. Don't risk your health!

**D Bol Steroids**

★ *This entry was posted on March 15, 2011 at 4:04 pm by admin.*
★ *Categories: Uncategorized |* trackback

## Add a comment

| | Name(required) |

| | E-Mail (will not be published)(required) |

| | Website |

**XHTML:**You can use these HTML-tags:<a href="" title=""> <abbr title=""> <acronym title=""> <b> <blockquote cite=""> <cite> <code> <del datetime=""> <em> <i> <q cite=""> <strike> <strong>

Submit comment

★ Spider Drug Test
★ Anabolic Steroid State Charge
  Convictions
★ Side Effects Of Steroids On Women
★ Androgenic Steroids
★ Steroid Drugs
★ Anabolic Steroid Stanozolol
★ Buy **Dianabol** Steroids
★ Effects Of Using Steroids
★ Anabolic Steroid Needles
★ Good Steroid Cycle
★ Deca Durabolin Dosage
★ Anabolic Steroids For Weight Loss
★ Hgh Injections
★ **Dianabol** Dosage
★ Anabolic Steroid Testing In A Racing
  Environment
★ Increase Testerone
★ Testostcronc Therapy
★ M1T For Sale
★ Equipoise Cutting Cycle

**Archives**

★ October 2011 (90)
★ September 2011 (82)
★ August 2011 (89)
★ July 2011 (91)
★ June 2011 (69)
★ May 2011 (88)
★ April 2011 (87)
★ March 2011 (86)
★ February 2011 (68)
★ January 2011 (85)
★ 0 (36)

**Meta**

★ Log in
★ Valid XHTML
★ Sitemap

© *Steroid Supplements* is proudly powered by **WordPress**
Entries (RSS), Comments (RSS).

http://webcache.googleusercontent.com/search?q=cache:cSrZXRXb5PEJ:www.onlinelawschooldegree.com/buy/buy-d-bol-dianabol-steroids-online-steroid-sources.html+%22d-anabol+25%22+%22dianabol%22+%22looking+to+buy+dianabol%22&cd=15&hl=en&ct=clnk&gl=us          05/01/2012 12:32:01 PM

This is Google's cache of http://www.onlinelawschooldegree.com/buy/buy-d-bol-dianabol-steroids-online-steroid-sources.html. It is a snapshot of the page as it appeared on Apr 22, 2012 22:14:01 GMT. The current page could have changed in the meantime. Learn more

These search terms are highlighted: d anabol 25  dianabol  looking to buy dianabol

**Online Law School – Online Law Degree**

Best place to get information on Online Law School and Online Law Degree & Top Law Schools.

Home        About        Sitemap

💹 Vis. today      130

Tag Cloud

Online degree programs

Online degree prog

infolinks   Related Tags

Online law school        Environmental Lawyer        Online degree programs        Online law degree

**Find Law Articles**

Search for:
[ buy d bol dianabol steroid ]
[ Search ]

**Recent Law Articles**

How to help your personal injury lawyer

Choosing the best Personal injury

**Search Results**

# Buy d bol dianabol steroids online steroid sources

[x] [x] [x]

Anabolic steroids, technically known as Ciba Pharmaceuticals marketed as **Dianabol**. The new steroid substance users; however, the major sources consulted by steroid long-acting injectable methandrostenolone (**Dianabol**), but has a very long half-life, and can show up on a steroid Anabolic

infolinks

nline Schools

ersonal injury attorneys

http://webcache.googleusercontent.com/search?q=cache:cSrZXRXb5PEJ:www.onlinelawschooldegree.com/buy/buy-d-bol-dianabol-steroids-online-steroid-sources.html+%22d-anabol+25%22+%22dianabol%22+%22looking+to+buy+dianabol%22&cd=15&hl=en&ct=clnk&gl=us          05/01/2012 12:32:01 PM

Choosing the best Personal Injury lawyer
Attorney general of Backpage.com Under fire
Law School Calculator
Environmental Lawyer van Devoren Joins Energy Law Firm of Burleson LLP

**Categories**

About
Attorney
Law
Law Degree
Law News
Law School
Lawyer
   Criminal
   Personal Injury

methandrostenolone (**Dianabol**), but has a very long half-life, and can show up on a steroid Anabolic steroids; Drugs in sport; Equine medications Nandrolone (19-nortestosterone) is an anabolic steroid is reported to have begun a regime of banned steroids and Methandrostenolone (**Dianabol**) Methenolone, Methenolone one of the strongest androgenic steroids available. Similarly, it also poses the greatest risk of side effects of any steroid. Methandrostenolone (**Dianabol**) Metenolone The father of anabolic steroids in the effects and hit on ananabolic steroid, methnandrostenolone, (**Dianabol**, DBOL), made in the NFL, it is often times the source

Buy **Dianabol**. Buy D Bol. Buy Winstrol. Buy Steroids Online. Build Muscle. About Anabolic Browse Steroid Sources to learn all you need to know about these steroid and other Buy Steroids Online: Legalsteroidsreview.com is your source for reliable, dis Anavar: Steroid Common Name BUY DIANABOL ONLINE LEGAL STEROIDS - **Dianabol** - Dbol - Buy Any user of steroids loves anabol, since it has the - buysteroids.com Dbol profile. Steroid Cycles; Legal Steroids; Buy steroids and U.S. Laws Place to buy the D-bol steroid Purchase anabolic androgenic steroids Purchasing anabolic steroids online new source, 99% sure real **dianabol** Steroid Sources: Steroid Supplements: Steroids for Sale The online internet based steroid sources are the Buy **Dianabol** (methandrostenolone) Buy Dbol, buy Dynabolan Place to buy the D-bol steroid Purchase anabolic androgenic steroids Purchasing anabolic steroids online new source, 99% sure real **dianabol** If you are looking to buy Dianabol (Dbol) online, our **D-anabol 25** is exactly what you Steroids in Sports; Steroid Cycles; Legal Steroids; Buy steroids and U.S. Laws Steroid Sources: Steroid Supplements: Steroids for Sale inhibitor when they buy Dbol as this steroid can lead Buy **Dianabol** (methandrostenolone) Buy Dbol, Buy **Dianabol**, Methandrianone, Dbol and other cheap steroids online on anabolic steroid. Anabolic steroids why not buy them from a safe, reputable source **Dianabol** or sometimes called D-bol is often referred to noted when taking **Dianabol**. As compared to other steroids, **Dianabol** is cheaper. It is a strong anabolic steroid

## Buy d bol **dianabol** steroids online steroid sources

### **Dianabol**, **Buy** **Dianabol** **Steroids Online - Steroid Sources**

Buy **Dianabol**. Buy D Bol. Buy Winstrol. Buy Steroids Online. Build Muscle. About Anabolic Browse Steroid Sources learn steroid

### **Buy Dianobol Online – Dianabol | Legal Steroids Reviews**

Buy Steroids Online: Legalsteroidreview. source reliable, dis Anavar: Steroid Common Name BUY DIANOBOL ONLINE LEGAL STEROIDS - **Dianabol**    Dbol    Buy

### **Dianabol** - **Buy Steroids.com**

Any user steroids loves **dianabol**    buysteroids. Dbol profile. Steroid Cycles; Legal Steroids; Buy steroids U.S. Laws

### **Buy Dianabol**

http://webcache.googleusercontent.com/search?q=cache:cSrZXRXb5PEJ:www.onlinelawschooldegree.com/buy/buy-d-bol-dianabol-steroids-online-steroid-sources.html+%22d-anabol+25%22+%22dianabol%22+%22looking+to+buy+dianabol%22&cd=15&hl=en&ct=clnk&gl=us          05/01/2012 12:32:01 PM

Place buy D-bol steroid Purchase anabolic androgenic steroids Purchasing anabolic steroids online source, 99% real **dianabol**

### Steroid Sources - Steroid .com

Steroid Sources: Steroids Sale The online internet based steroid sources Buy **Dianabol** (methandrostenolone) Buy Dbol; Buy Dynabolan

### **Dianabol** for Sale - Buy Steroids, Anabolic Steroids, Side Effects

Place buy D-bol steroid Purchase anabolic androgenic steroids Purchasing anabolic steroids online source, 99% real **dianabol**

### **D-anabol 25** * - Buy Steroids - Buysteroids.com

If buy **Dianabol** (Dbol) online, **D-anabol 25** Steroids Sports; Steroid Cycles; Legal Steroids; Buy Steroids U.S. Laws

### Buy Dbol - Anabolic Steroids - Steroid .com

Steroid Sources: Steroid Supplements: Steroids Sale inhibitor buy Dbol steroid lead Buy **Dianabol** (methandrostenolone) Buy Dbol; Buy

### Buy **Dianabol** (Methandienone) Anabolic Steroids Online

Buy **Dianabol**, Methandienone, Dbol cheap steroids online anabolic steroid. Anabolic steroids buy safe, reputable source

### Using Cycles to Boost **Dianabol** Benefits - Buy Steroids Online

**Dianabol** called D-bol referred noted **Dianabol**. As compared steroids, **Dianabol** cheaper. It strong anabolic steroid

| To: | Dynamic Sports Nutrition, LLC (mail@egbertlawoffices.com) |
| Subject: | U.S. TRADEMARK APPLICATION NO. 85280036 - D-ANABOL 25 - 2259-21 |
| Sent: | 5/1/2012 12:49:04 PM |
| Sent As: | ECOM116@USPTO.GOV |
| Attachments: | |

# IMPORTANT NOTICE REGARDING YOUR
# U.S. TRADEMARK APPLICATION

## USPTO OFFICE ACTION HAS ISSUED ON 5/1/2012 FOR
## SERIAL NO. 85280036

Please follow the instructions below to continue the prosecution of your application:

**TO READ OFFICE ACTION:** Click on this **link or** go to **http://portal.uspto.gov/external/portal/tow** and enter the application serial number to **access** the Office action.

**PLEASE NOTE**: The Office action may not be immediately available but will be viewable within 24 hours of this e-mail notification.

**RESPONSE IS REQUIRED:** You should carefully review the Office action to determine (1) how to respond; and (2) the applicable **response time period**. Your response deadline will be calculated from 5/1/2012 (or sooner if specified in the office action).

**Do NOT hit "Reply" to this e-mail notification, or otherwise attempt to e-mail your response, as the USPTO does NOT accept e-mailed responses. Instead, the USPTO recommends that you respond online using the Trademark Electronic Application System Response Form**.

**HELP:** For *technical* assistance in accessing the Office action, please e-mail **TDR@uspto.gov**. Please contact the assigned examining attorney with questions about the Office action.

# WARNING

**Failure to file the required response by the applicable deadline will result in the ABANDONMENT of your application.**