BANNED SUBSTANCES CONTROL GROUP

CERTIFIED DRUG FREE®
CERTIFIED QUALITY™
CERTIFIED GMP™

11301 W. Olympic Blvd
Suite 685
Los Angeles, CA 90064
(800) 920-6605
www.bscg.org

CONFIDENTIAL

November 28, 2016

Jamie P. Woodard
Kitchens New Kleghorn
2973 Hardman Ct
Atlanta GA 30305
*Sent via email: jamie.woodard@knclawfirm.com*

### SUPPORTING DATA FOR ANALYTICAL REPORT – CONFIRMATION - 1605090

On August 26, 2016 BSCG provided an Analytical Report to Jamie P. Woodard indicating the results of confirmation testing for one item, identified as Dianabol - Lot# 152200608.  The item was given an internal sample identification code of ADR 1605090-01.  Testing was performed by liquid chromatography/mass spectrometry (LC/MS) using an API 4000 instrument.  The presence of Androstenedione, DHEA, and DHT were confirmed in the item at the quantities indicated below.

Androstenedione: 9,000 ng/g +/- 1,000 ng/g (9.0 µg/g +/- 1.0 µg/g)
DHEA: ~2,492,103 ng/g (~2,492.10 µg/g)
DHT: ~106,803 ng/g (~106.80 µg/g)

Supporting data is provided on the following pages.  The chain of custody form that arrived with the sample is at the beginning followed by a set of data for each compound confirmed.  For each compound confirmed a combined standard of androstenedione, DHEA, and DHT at 2ng/ul was analyzed as well as control negatives and blanks.  Control positives spiked with the compound of interest at the levels indicated were also analyzed in order to provide quantity estimates.  For androstenedione confirmation, two sample replicates were run along with five control positives to give a multi-point estimate of quantity.  For DHEA and DHT confirmations, one sample replicate was run along with one control positive to give a single point estimate of quantity.

Page 3: Chain of custody form received with item and signed upon receipt at the lab.

Androstenedione (Page 4-20)
Page 4: LC/MS Data Review Check Sheet for androstenedione with retention time and ion ratio checks.
Page 5: Androstenedione data sheet showing area counts, retention time, and ion ratio calculations of samples, standards and control samples analyzed.  Calculated concentration for the compound in the samples is also shown.
Page 6: Standard of androstenedione, DHEA, and DHT at 2ng/ul in MeOH 10ul
Page 7: Blank in MeOH 10ul
Page 8: Control negative in MeOH 10/100ul
Page 9: Blank in MeOH 10ul
Page 10: ADR 1605090-01 – 1:10 in MeOH 10/100ul
Page 11: Blank in MeOH 10ul
Page 12: ADR 1605090-01 replicate – 1:10 in MeOH 10/100ul
Page 13: Blank in MeOH 10ul
Page 14: Control positive of 5ng/g androstenedione in MeOH 20/200 ul.
Page 15: Control positive of 10ng/g androstenedione in MeOH 20/200 ul.

DSN-DEF008113

EXHIBIT A.7, PAGE 1



BANNED SUBSTANCES CONTROL GROUP

CERTIFIED DRUG FREE®
CERTIFIED QUALITY™
CERTIFIED GMP™

11301 W. Olympic Blvd
Suite 685
Los Angeles, CA 90064
(800) 920-6606
www.bscg.org

Page 16: Control positive of 25ng/g androstenedione in MeOH 20/200 ul.
Page 17: Control positive of 50ng/g androstenedione in MeOH 20/200 ul.
Page 18: Control positive of 100ng/g androstenedione in MeOH 20/200 ul.
Page 19: Blank in MeOH 10ul
Page 20: Standard of androstenedione, DHEA, and DHT at 2ng/ul in MeOH 10ul

DHEA (Page 21-31)
Page 21: LC/MS Data Review Check Sheet for DHEA with retention time and ion ratio checks.
Page 22: DHEA data sheet showing area counts, retention time, and ion ratio calculations of samples, standards and control samples analyzed. Calculated concentration for the compound in the sample is also shown.
Page 23: Standard of androstenedione, DHEA, and DHT at 2ng/ul in MeOH 10ul
Page 24: Blank in MeOH 10ul
Page 25: Control negative in MeOH 10/100ul
Page 26: Blank in MeOH 10ul
Page 27: ADR 1605090-01 – 1:10 in MeOH 10/100ul
Page 28: Blank in MeOH 10ul
Page 29: Control positive of 500ng/g DHEA in MeOH 20/200 ul.
Page 30: Blank in MeOH 10ul
Page 31: Standard of androstenedione, DHEA, and DHT at 2ng/ul in MeOH 10ul

DHT (Page 32-42)
Page 32: LC/MS Data Review Check Sheet for DHT with retention time and ion ratio checks.
Page 33: DHT data sheet showing area counts, retention time, and ion ratio calculations of samples, standards and control samples analyzed. Calculated concentration for the compound in the sample is also shown.
Page 34: Standard of androstenedione, DHEA, and DHT at 2ng/ul in MeOH 10ul
Page 35: Blank in MeOH 10ul
Page 36: Control negative in MeOH 10/100ul
Page 37: Blank in MeOH 10ul
Page 38: ADR 1605090-01 – 1:10 in MeOH 10/100ul
Page 39: Blank in MeOH 10ul
Page 40: Control positive of 500ng/g DHT in MeOH 20/200 ul.
Page 41: Blank in MeOH 10ul
Page 42: Standard of androstenedione, DHEA, and DHT at 2ng/ul in MeOH 10ul

Please contact us immediately if there are any concerns or questions.

Sincerely,

Oliver Catlin
Banned Substances Control Group

*Disclaimer: Analytical results apply only to the samples tested. BSCG makes no claims or representations about the items(s) and does not certify, endorse, make statements about the efficacy or safety, or make any other assurances regarding the items(s). Results are for internal use only not for marketing purposes and do not indicate certification of items tested. This report may not be posted or used publicly in any fashion.*

**Wellborn, Wallace & Woodard**
# EVIDENCE CHAIN OF CUSTODY TRACKING FORM

Case Number: 1:16-cv-00949-MHC
Person Submitting: Jamie Woodard
Client: DSN + Brian Clapp
Opposing Party: Hi-Tech Pharma
Date/Time: 4/4/16 3:00 PM   Location: WWW Office

| | | Description of Evidence | |
|---|---|---|---|
| Item # | Quantity | Description of Item (Model, Serial #, Condition, Marks, Scratches) | |
| 1 | 1 pkg | Package from Hi-Tech Pharma / Kelly Costello | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| | | Chain of Custody | | |
|---|---|---|---|---|
| Item # | Date/Time | Released by (Signature & ID#) | Received by (Signature & ID#) | Comments/Location |
| 1 | 4/4/16 | J. M. Kuh | Jon Webb | |
| 1 | 5/16/16 | | Julie Zara | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Truesdail Laboratories, Inc.

SOP R 8.62
Revision 3 Date: 07/16
by D. Park

LC/MS DATA REVIEW CHECK SHEET

Sample I.D.: <u>ADRI 1605090-01</u>
Lab Number: 1605090                    Race Date:NA

**RETENTION TIME (Seconds): (Goal ± 2% or ± 12 seconds)**

| Standard 1 | Sample | Spike | Standard 2 |
|---|---|---|---|
| <u>219.6</u> | <u>220.2</u> | <u>219.6</u> | <u>220.2</u> |
| seconds | seconds | seconds | seconds |

| Relative Abundance: | Acceptable Ion Ratio: |
|---|---|
| > 50% | (+/-) 10% absolute |
| 25 - 50% | (+/-) 20% relative |
| 5 - 25% | (+/-) 5% absolute |
| < 5% | (+/-) 50% relative |

**PEAK ION RATIO CHECK:**

I.D. : Androstenedione
Parent Mass:       287

| Mass (m/z) | Standard (%) | Sample #1 (%) | Range (%) Low | High | Difference (%) | |
|---|---|---|---|---|---|---|
| 79 | 26.26 | 28.24 | 21.01 - | 31.51 | **7.54%** | (+/-) 20% relative |
| 97 | 100.00 | 100.00 | 90.00 - | 100.00 | **0.00%** | (+/-) 10% absolute |
| 109 | 99.32 | 95.51 | 89.32 - | 100.00 | **3.81%** | (+/-) 10% absolute |

| | | Sample #2 (%) | Range (%) Low | High | Difference (%) | |
|---|---|---|---|---|---|---|
| | | 27.11 | 21.01 - | 31.51 | **3.24%** | (+/-) 20% relative |
| | | 100.00 | 90.00 - | 100.00 | **0.00%** | (+/-) 10% absolute |
| | | 95.66 | 89.32 - | 100.00 | **3.66%** | (+/-) 10% absolute |

COMMENTS:                                    The calculated concentration
                                             ~9000 ± 1000 ng/g

ANALYST_____   DATE _____

RUN ORDER OK?_____   BLANKS OK?_____   INTERNAL STDs OK?_____

REVIEWED BY_____   DATE _____

REMAINING:   VOL._____   FREEZER STORAGE BOX #_____

R8.62 LC-MS-MS Confirmation COVER FOR SOP 8.60   8/22/2016                    DataCover R8.62

| Sample Name | Analyte Name | Analyte Area (counts) | Analyte RT (min) | Area Ratio | IS Area (counts) | IS RT (min) | Accuracy | Calculated Concentration (ng/g) | Relative RT | ion ratio 1 | ion ratio 2 | Result |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Androstenedione, DHEA, DHT STD 2 ng/ul in MeOH 10 ul | Androstenedione 1 | 388396 | 3.66 | 0 | 0 | 0 | | N/A | 0 | 92.44 | 26.26 | |
| Blank in MeOH 10 ul | Androstenedione 1 | 0 | 0 | -7 | 0 | 0 | | N/A | 0 | #DIV/0! | #DIV/0! | |
| C(-) 1 x AB in MeOH 10/100 ul | Androstenedione 1 | 0 | 0 | 0 | 119914 | 3.58 | | N/A | 0 | #DIV/0! | #DIV/0! | |
| Blank in MeOH 10 ul | Androstenedione 1 | 0 | 0 | -7 | 0 | 0 | | No Peak | 0 | #DIV/0! | #DIV/0! | |
| ADRI 1605090-01 x AB 1:10 in MeOH 10/100 ul | Androstenedione 1 | 1676678 | 3.67 | 3487.428 | 481 | 3.57 | 0.00 | 10579.156 | 1.026 | 95.51 | 28.24 | Positive |
| Blank in MeOH 10 ul | Androstenedione 1 | 0 | 0 | -7 | 0 | 0 | | N/A | 0 | #DIV/0! | #DIV/0! | |
| ADRI 1605090-01-r1 x AB 1:10 in MeOH 10/100 ul | Androstenedione 1 | 1038036 | 3.67 | 2659.724 | 390 | 3.58 | | 8067.82 | 1.025 | 95.66 | 29.44 | Positive |
| Blank in MeOH 10 ul | Androstenedione 1 | 0 | 0 | -7 | 0 | 0 | | N/A | 0 | #DIV/0! | #DIV/0! | |
| C(+) Androstenedione 5 ng/g 1 x SB in MeOH 20/200 ul | Androstenedione 1 | 293714 | 3.67 | 2.316 | 126832 | 3.57 | -0.23 | 4.989 | 1.026 | 89.61 | 28.61 | |
| C(+) Androstenedione 10 ng/g 1 x SB in MeOH 20/200 ul | Androstenedione 1 | 455192 | 3.66 | 4.095 | 111149 | 3.57 | 3.88 | 10.388 | 1.025 | 92.39 | 29.37 | |
| C(+) Androstenedione 25 ng/g 1 x SB in MeOH 20/200 ul | Androstenedione 1 | 1143366 | 3.66 | 9.001 | 127061 | 3.57 | 1.09 | 25.272 | 1.027 | 91.25 | 27.40 | |
| C(+) Androstenedione 50 ng/g 1 x SB in MeOH 20/200 ul | Androstenedione 1 | 2643759 | 3.66 | 18.137 | 145768 | 3.57 | 5.98 | 52.991 | 1.027 | 90.49 | 27.61 | |
| C(+) Androstenedione 100 ng/g 1 x SB in MeOH 20/200 ul | Androstenedione 1 | 4961133 | 3.67 | 33.102 | 149872 | 3.58 | -1.60 | 98.398 | 1.026 | 91.96 | 28.13 | |
| Blank in MeOH 10 ul | Androstenedione 1 | 0 | 0 | -7 | 0 | 0 | | N/A | 0 | #DIV/0! | #DIV/0! | |
| Androstenedione, DHEA, DHT STD 2 ng/ul in MeOH 10 ul | Androstenedione 1 | 542550 | 3.67 | -7 | | | | N/A | | 99.32 | 27.11 | |
| Androstenedione, DHEA, DHT STD 2 ng/ul in MeOH 10 ul | Androstenedione 2 | 359052 | | | | | | | | | | |
| Blank in MeOH 10 ul | Androstenedione 2 | 0 | | | | | | | | | | |
| Blank in MeOH 10 ul | Androstenedione 2 | 0 | | | | | | | | | | |
| C(-) 1 x AB in MeOH 10/100 ul | Androstenedione 2 | 0 | | | | | | | | | | |
| Blank in MeOH 10 ul | Androstenedione 2 | 0 | | | | | | | | | | |
| ADRI 1605090-01 x AB 1:10 in MeOH 10/100 ul | Androstenedione 2 | 1601419 | | | | | | | | | | |
| Blank in MeOH 10 ul | Androstenedione 2 | 0 | | | | | | | | | | |
| ADRI 1605090-01-r1 x AB 1:10 in MeOH 10/100 ul | Androstenedione 2 | 992955 | | | | | | | | | | |
| Blank in MeOH 10 ul | Androstenedione 2 | 0 | | | | | | | | | | |
| C(+) Androstenedione 5 ng/g 1 x SB in MeOH 20/200 ul | Androstenedione 2 | 263204 | | | | | | | | | | |
| C(+) Androstenedione 10 ng/g 1 x SB in MeOH 20/200 ul | Androstenedione 2 | 420566 | | | | | | | | | | |
| C(+) Androstenedione 25 ng/g 1 x SB in MeOH 20/200 ul | Androstenedione 2 | 1043600 | | | | | | | | | | |
| C(+) Androstenedione 50 ng/g 1 x SB in MeOH 20/200 ul | Androstenedione 2 | 2392216 | | | | | | | | | | |
| C(+) Androstenedione 100 ng/g 1 x SB in MeOH 20/200 ul | Androstenedione 2 | 4562107 | | | | | | | | | | |
| Androstenedione, DHEA, DHT STD 2 ng/ul in MeOH 10 ul | Androstenedione 2 | 538845 | | | | | | | | | | |
| Androstenedione, DHEA, DHT STD 2 ng/ul in MeOH 10 ul | Androstenedione 3 | 102007 | | | | | | | | | | |
| Blank in MeOH 10 ul | Androstenedione 3 | 0 | | | | | | | | | | |
| Blank in MeOH 10 ul | Androstenedione 3 | 0 | | | | | | | | | | |
| C(-) 1 x AB in MeOH 10/100 ul | Androstenedione 3 | 0 | | | | | | | | | | |
| Blank in MeOH 10 ul | Androstenedione 3 | 0 | | | | | | | | | | |
| ADRI 1605090-01 x AB 1:10 in MeOH 10/100 ul | Androstenedione 3 | 473576 | | | | | | | | | | |
| Blank in MeOH 10 ul | Androstenedione 3 | 0 | | | | | | | | | | |
| ADRI 1605090-01-r1 x AB 1:10 in MeOH 10/100 ul | Androstenedione 3 | 305578 | | | | | | | | | | |
| Blank in MeOH 10 ul | Androstenedione 3 | 0 | | | | | | | | | | |
| C(+) Androstenedione 5 ng/g 1 x SB in MeOH 20/200 ul | Androstenedione 3 | 84044 | | | | | | | | | | |
| C(+) Androstenedione 10 ng/g 1 x SB in MeOH 20/200 ul | Androstenedione 3 | 133701 | | | | | | | | | | |
| C(+) Androstenedione 25 ng/g 1 x SB in MeOH 20/200 ul | Androstenedione 3 | 313353 | | | | | | | | | | |
| C(+) Androstenedione 50 ng/g 1 x SB in MeOH 20/200 ul | Androstenedione 3 | 729824 | | | | | | | | | | |
| C(+) Androstenedione 100 ng/g 1 x SB in MeOH 20/200 ul | Androstenedione 3 | 1395529 | | | | | | | | | | |
| Blank in MeOH 10 ul | Androstenedione 3 | 0 | | | | | | | | | | |
| Androstenedione, DHEA, DHT STD 2 ng/ul in MeOH 10 ul | Androstenedione 3 | 147096 | | | | | | | | | | |



20160612 Androstenedione, DHEA, DHT-1.rdb (Androstenedione 1) "Linear" Regression ("1/x" weighting): y = 0.33 + 0.672 r = 0.9988

Analyte Area / IS Area

Analyte Conc. / IS Conc.

DSN-DEF008117

EXHIBIT A.7, PAGE

Acq. File: Androstenedione, DHEA, DHT          Sample Name: Androstenedione, DHEA, DHT STD 2 ng/ul in MeOH 10 ul
Kinetex.dam,..                                 Sample Number: Sample 1 of 19

| | Sample Name | File Name | Analyte Signal To Noise |
|---|---|---|---|
| 3 | Androstenedione, DHEA, DHT STD 2 ng/ul in MeOH 10 ul | 2016\08_August\12 | 1271.2 |



DSN-DEF008118          EXHIBIT A.7, PAGE 6

Acq. File: Androstenedione, DHEA, DHT          Sample Name: Blank in MeOH 10 ul
Kinetex.dam,..                                 Sample Number: Sample 2 of 19

| | Sample Name | File Name | Analyte Signal To Noise |
|---|---|---|---|
| 6 | Blank in MeOH 10 ul | 2016\08_August\12 | N/A |



DSN-DEF008119          EXHIBIT A.7, PAGE 7

Acq. File: Androstenedione, DHEA, DHT
Kinetex.dam,..

Sample Name: C(-) 1 x AB in MeOH 10/100 ul
Sample Number: Sample 3 of 19



DSN-DEF008120

EXHIBIT A.7, PAGE 8

Acq. File: Androstenedione, DHEA, DHT          Sample Name: Blank in MeOH 10 ul
Kinetex.dam,..                                  Sample Number: Sample 8 of 19



Acq. File: Androstenedione, DHEA, DHT
Kinetex.dam,..

Sample Name: ADRI 1605090-01 1 x AB 1:10 in MeOH 10/100 ul
Sample Number: Sample 9 of 19

| | Sample Name | File Name | Analyte Signal To Noise |
|---|---|---|---|
| 27 | ADRI 1605090-01 1 x AB 1:10 in MeOH 10/100 ul | 2016\08_August\12 | 6666.9 |



DSN-DEF008122

EXHIBIT A.7, PAGE 10

Acq. File: Androstenedione, DHEA, DHT
Kinetex.dam,..

Sample Name: Blank in MeOH 10 ul
Sample Number: Sample 10 of 19

| | Sample Name | File Name | Analyte Signal To Noise |
|---|---|---|---|
| 30 | Blank in MeOH 10 ul | 2016\08_August\12 | N/A |



DSN-DEF008123

EXHIBIT A.7, PAGE 11

Acq. File: Androstenedione, DHEA, DHT
Kinetex.dam,..

Sample Name: ADRI 1605090-01-r 1 x AB 1:10 in MeOH 10/100 ul
Sample Number: Sample 11 of 19



DSN-DEF008124

EXHIBIT A.7, PAGE 12

Acq. File: Androstenedione, DHEA, DHT
Kinetex.dam,..

Sample Name: Blank in MeOH 10 ul
Sample Number: Sample 12 of 19

| | Sample Name | File Name | Analyte Signal To Noise |
|---|---|---|---|
| 36 | Blank in MeOH 10 ul | 2016\08_August\12 | N/A |



DSN-DEF008125

EXHIBIT A.7, PAGE 13

Acq. File: Androstenedione, DHEA, DHT
Kinetex.dam,..

Sample Name: C(+) Androstenedione 5 ng/g 1 x SB in MeOH 20/200 ul
Sample Number: Sample 13 of 19

| | Sample Name | File Name | Analyte Signal To Noise |
|---|---|---|---|
| 39 | C(+) Androstenedione 5 ng/g 1 x SB in MeOH 20/200 ul | 2016\08_August\12 | 689.0 |



DSN-DEF008126

EXHIBIT A.7, PAGE 14

Acq. File: Androstenedione, DHEA, DHT
Kinetex.dam,..

Sample Name: C(+) Androstenedione 10 ng/g 1 x SB in MeOH 20/200 ul
Sample Number: Sample 14 of 19

| | Sample Name | File Name | Analyte Signal To Noise |
|---|---|---|---|
| 42 | C(+) Androstenedione 10 ng/g 1 x SB in MeOH 20/200 ul | 2016\08_August\12 | 1353.1 |



EXHIBIT A.7, PAGE 15

Acq. File: Androstenedione, DHEA, DHT
Kinetex.dam,..

Sample Name: C(+) Androstenedione 25 ng/g 1 x SB in MeOH 20/200 ul
Sample Number: Sample 15 of 19

| | Sample Name | File Name | Analyte Signal To Noise |
|---|---|---|---|
| 45 | C(+) Androstenedione 25 ng/g 1 x SB in MeOH 20/200 ul | 2016\08_August\12 | 3421.5 |



Acq. File: Androstenedione, DHEA, DHT
Kinetex.dam,..

Sample Name: C(+) Androstenedione 50 ng/g 1 x SB in MeOH 20/200 ul
Sample Number: Sample 16 of 19

| | Sample Name | File Name | Analyte Signal To Noise |
|---|---|---|---|
| 48 | C(+) Androstenedione 50 ng/g 1 x SB in MeOH 20/200 ul | 2016\08_August\12 | 7086.2 |



DSN-DEF008129

EXHIBIT A.7, PAGE 17

Acq. File: Androstenedione, DHEA, DHT
Kinetex.dam,..

Sample Name: C(+) Androstenedione 100 ng/g 1 x SB in MeOH 20/200 ul
Sample Number: Sample 17 of 19

| | Sample Name | File Name | Analyte Signal To Noise |
|---|---|---|---|
| 51 | C(+) Androstenedione 100 ng/g 1 x SB in MeOH 20/200 ul | 2016\08_August\12 | 12955.0 |



DSN-DEF008130

Acq. File: Androstenedione, DHEA, DHT            Sample Name: Blank in MeOH 10 ul
Kinetex.dam,..                                   Sample Number: Sample 18 of 19

| | Sample Name | File Name | Analyte Signal To Noise |
|---|---|---|---|
| 54 | Blank in MeOH 10 ul | 2016\08_August\12 | N/A |



DSN-DEF008131

Acq. File: Androstenedione, DHEA, DHT          Sample Name: Androstenedione, DHEA, DHT STD 2 ng/ul in MeOH 10 ul
Kinetex.dam,..                                 Sample Number: Sample 19 of 19

| | Sample Name | File Name | Analyte Signal To Noise |
|---|---|---|---|
| 57 | Androstenedione, DHEA, DHT STD 2 ng/ul in MeOH 10 ul | 2016\08_August\12 | 1045.1 |



DSN-DEF008132

EXHIBIT A.7, PAGE 20

Truesdail Laboratories, Inc.

SOP R 8.62
Revision 3 Date: 07/16
by D. Park

LC/MS DATA REVIEW CHECK SHEET

Sample I.D.: <u>ADRI 1605090-01</u>
Lab Number: 1605090                     Race Date:NA

**RETENTION TIME (Seconds): (Goal ± 2% or ± 12 seconds)**

| Standard 1 | Sample | Spike | Standard 2 |
|---|---|---|---|
| <u>220.2</u> | <u>220.2</u> | <u>220.2</u> | <u>220.8</u> |
| seconds | seconds | seconds | seconds |

| Relative Abundance: | Acceptable Ion Ratio: |
|---|---|
| > 50% | (+/-) 10% absolute |
| 25 - 50% | (+/-) 20% relative |
| 5 - 25% | (+/-) 5% absolute |
| < 5% | (+/-) 50% relative |

**PEAK ION RATIO CHECK:**

I.D. : DHEA
Parent Mass: 289

| Mass (m/z) | Standard (%) | Sample (%) | Range (%) Low | High | Difference (%) | |
|---|---|---|---|---|---|---|
| 213 | 17.39 | 20.88 | 12.39 - 22.39 | | **3.49%** | (+/-) 5% absolute |
| 253 | 35.31 | 36.50 | 28.25 - 42.37 | | **3.37%** | (+/-) 20% relative |
| 271 | 100.00 | 100.00 | 90.00 - 100.00 | | **0.00%** | (+/-) 10% absolute |

COMMENTS:

ANALYST _____DA LE PARK_____ DATE _8/22/16_

RUN ORDER OK? _CA#_   BLANKS OK? _CA#_   INTERNAL STDs OK? _CA#_

REVIEWED BY _Anthony Floriano_   DATE _8/23/16_

REMAINING:  VOL. _16.5_   FREEZER STORAGE BOX # _SS99A_

R8.62 LC-MS-MS Confirmation COVER FOR SOP 8.60  8/22/2016                    DataCover R8.62

DSN-DEF008133            EXHIBIT A.7, PAGE 21

| Sample Name | Analyte Name | Analyte Area (counts) | Analyte RT (min) | Area Ratio | IS Area (counts) | IS RT (min) | Calculated Concentration (ng/g) | Relative RT | ion ratio 1 | ion ratio 2 | Result |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Androstenedione, DHEA, DHT STD 2 ng/ul in MeOH 10 ul | DHEA 1 | 37002 | 3.67 | -7 | 0 | 0 | N/A | 0 | 35.31 | 17.39 | |
| Blank in MeOH 10 ul | DHEA 1 | 0 | 0 | -7 | 0 | 0 | N/A | 0 | #DIV/0! | #DIV/0! | |
| C(-) 1 x AB in MeOH 10/100 ul | DHEA 1 | 0 | 0 | 0 | 119914 | 3.58 | No Peak | 0 | #DIV/0! | #DIV/0! | |
| Blank in MeOH 10 ul | DHEA 1 | 0 | 0 | -7 | 0 | 0 | N/A | 0 | #DIV/0! | #DIV/0! | |
| ADRI 1605090-01 1 x AB 1:10 in MeOH 10/100 ul | DHEA 1 | 860807 | 3.67 | 4905.428 | 481 | 3.57 | 2492103.26 | 1.029 | 36.50 | 20.88 | Positive |
| Blank in MeOH 10 ul | DHEA 1 | 0 | 0 | -7 | 0 | 0 | N/A | 0 | #DIV/0! | #DIV/0! | |
| C(+) DHEA 500 ng/g 1 x SB in MeOH 20/200 ul | DHEA 1 | 39873 | 3.67 | 0.984 | 111149 | 3.57 | 500 | 1.028 | 36.45 | 16.05 | |
| Blank in MeOH 10 ul | DHEA 1 | 0 | 0 | -7 | 0 | 0 | N/A | 0 | #DIV/0! | #DIV/0! | |
| Androstenedione, DHEA, DHT STD 2 ng/ul in MeOH 10 ul | DHEA 1 | 43756 | 3.68 | -7 | 0 | 0 | N/A | 0 | 36.81 | 20.75 | |
| Androstenedione, DHEA, DHT STD 2 ng/ul in MeOH 10 ul | DHEA 2 | 18220 | | | | | | | | | |
| Blank in MeOH 10 ul | DHEA 2 | 0 | | | | | | | | | |
| C(-) 1 x AB in MeOH 10/100 ul | DHEA 2 | 0 | | | | | | | | | |
| Blank in MeOH 10 ul | DHEA 2 | 0 | | | | | | | | | |
| ADRI 1605090-01 1 x AB 1:10 in MeOH 10/100 ul | DHEA 2 | 492414 | | | | | | | | | |
| Blank in MeOH 10 ul | DHEA 2 | 0 | | | | | | | | | |
| C(+) DHEA 500 ng/g 1 x SB in MeOH 20/200 ul | DHEA 2 | 17555 | | | | | | | | | |
| Blank in MeOH 10 ul | DHEA 2 | 0 | | | | | | | | | |
| Androstenedione, DHEA, DHT STD 2 ng/ul in MeOH 10 ul | DHEA 2 | 24661 | | | | | | | | | |
| Androstenedione, DHEA, DHT STD 2 ng/ul in MeOH 10 ul | DHEA 4 | 104781 | | | | | | | | | |
| Blank in MeOH 10 ul | DHEA 4 | 0 | | | | | | | | | |
| C(-) 1 x AB in MeOH 10/100 ul | DHEA 4 | 0 | | | | | | | | | |
| Blank in MeOH 10 ul | DHEA 4 | 0 | | | | | | | | | |
| ADRI 1605090-01 1 x AB 1:10 in MeOH 10/100 ul | DHEA 4 | 2358421 | | | | | | | | | |
| Blank in MeOH 10 ul | DHEA 4 | 0 | | | | | | | | | |
| C(+) DHEA 500 ng/g 1 x SB in MeOH 20/200 ul | DHEA 4 | 109392 | | | | | | | | | |
| Blank in MeOH 10 ul | DHEA 4 | 0 | | | | | | | | | |
| Androstenedione, DHEA, DHT STD 2 ng/ul in MeOH 10 ul | DHEA 4 | 118855 | | | | | | | | | |

DSN-DEF008134

EXHIBIT A.7, PAGE 22

Acq. File: Androstenedione, DHEA, DHT
Kinetex.dam,..

Sample Name: Androstenedione, DHEA, DHT STD 2 ng/ul in MeOH 10 ul
Sample Number: Sample 1 of 19

| | Sample Name | File Name | Analyte Signal To Noise |
|---|---|---|---|
| 2 | Androstenedione, DHEA, DHT STD 2 ng/ul in MeOH 10 ul | 2016\08_August\12 | 296.0 |



DSN-DEF008135

EXHIBIT A.7, PAGE 23

Acq. File: Androstenedione, DHEA, DHT
Kinetex.dam,..

Sample Name: Blank in MeOH 10 ul
Sample Number: Sample 2 of 19

| | Sample Name | File Name | Analyte Signal To Noise |
|---|---|---|---|
| 5 | Blank in MeOH 10 ul | 2016\08_August\12 | N/A |



DSN-DEF008136

EXHIBIT A.7, PAGE 24

Acq. File: Androstenedione, DHEA, DHT
Kinetex.dam,..

Sample Name: C(-) 1 x AB in MeOH 10/100 ul
Sample Number: Sample 3 of 19

| | Sample Name | File Name | Analyte Signal To Noise |
|---|---|---|---|
| 8 | C(-) 1 x AB in MeOH 10/100 ul | 2016\08_August\12 | N/A |



DSN-DEF008137

EXHIBIT A.7, PAGE 25

Acq. File: Androstenedione, DHEA, DHT    Sample Name: Blank in MeOH 10 ul
Kinetex.dam,..                           Sample Number: Sample 8 of 19

| | Sample Name | File Name | Analyte Signal To Noise |
|---|---|---|---|
| 23 | Blank in MeOH 10 ul | 2016\08_August\12 | N/A |



Acq. File: Androstenedione, DHEA, DHT Kinetex.dam,..

Sample Name: ADRI 1605090-01 1 x AB 1:10 in MeOH 10/100 ul
Sample Number: Sample 9 of 19

| | Sample Name | File Name | Analyte Signal To Noise |
|---|---|---|---|
| 26 | ADRI 1605090-01 1 x AB 1:10 in MeOH 10/100 ul | 2016\08_August\12 | 5841.7 |



DSN-DEF008139

EXHIBIT A.7, PAGE 27

Acq. File: Androstenedione, DHEA, DHT   Sample Name: Blank in MeOH 10 ul
Kinetex.dam,..                           Sample Number: Sample 12 of 19

| | Sample Name | File Name | Analyte Signal To Noise |
|---|---|---|---|
| 35 | Blank in MeOH 10 ul | 2016\08_August\12 | N/A |



DSN-DEF008140

Acq. File: Androstenedione, DHEA, DHT
Kinetex.dam,..

Sample Name: C(+) DHEA 500 ng/g 1 x SB in MeOH 20/200 ul
Sample Number: Sample 14 of 19

| | Sample Name | File Name | Analyte Signal To Noise |
|---|---|---|---|
| 41 | C(+) DHEA 500 ng/g 1 x SB in MeOH 20/200 ul | 2016\08_August\12 | 212.9 |



Acq. File: Androstenedione, DHEA, DHT
Kinetex.dam,..

Sample Name: Blank in MeOH 10 ul
Sample Number: Sample 18 of 19

| | Sample Name | File Name | Analyte Signal To Noise |
|---|---|---|---|
| 53 | Blank in MeOH 10 ul | 2016\08_August\12 | N/A |



DSN-DEF008142

Acq. File: Androstenedione, DHEA, DHT          Sample Name: Androstenedione, DHEA, DHT STD 2 ng/ul in MeOH 10 ul
Kinetex.dam,..                                  Sample Number: Sample 19 of 19

| | Sample Name | File Name | Analyte Signal To Noise |
|---|---|---|---|
| 56 | Androstenedione, DHEA, DHT STD 2 ng/ul in MeOH 10 ul | 2016\08_August\12 | 317.0 |



DSN-DEF008143

EXHIBIT A.7, PAGE 31

Truesdail Laboratories, Inc.

SOP R 8.62
Revision 3 Date: 07/16
by D. Park

LC/MS DATA REVIEW CHECK SHEET

Sample I.D.: <u>ADRI 1605090-01</u>
Lab Number: 1605090                     Race Date:NA

## RETENTION TIME (Seconds): (Goal ± 2% or ± 12 seconds)

| Standard 1 | Sample | Spike | Standard 2 |
|---|---|---|---|
| <u>229.2</u> | <u>227.4</u> | <u>229.8</u> | <u>229.8</u> |
| seconds | seconds | seconds | seconds |

| Relative Abundance: | Acceptable Ion Ratio: |
|---|---|
| > 50% | (+/-) 10% absolute |
| 25 - 50% | (+/-) 20% relative |
| 5 - 25% | (+/-) 5% absolute |
| < 5% | (+/-) 50% relative |

## PEAK ION RATIO CHECK:

I.D. : DHT
Parent Mass: 291

| Mass (m/z) | Standard (%) | Sample (%) | Range (%) Low | High | Difference (%) | |
|---|---|---|---|---|---|---|
| 91 | 28.90 | 32.22 | 23.12 - | 34.68 | **11.49%** | (+/-) 20% relative |
| 159 | 31.58 | 26.55 | 25.26 - | 37.90 | **15.93%** | (+/-) 20% relative |
| 255 | 100.00 | 100.00 | 90.00 - | 100.00 | **0.00%** | (+/-) 10% absolute |

COMMENTS:

ANALYST_____ DATE_____

RUN ORDER OK?____   BLANKS OK?____   INTERNAL STDs OK?____

REVIEWED BY_____ DATE_____

REMAINING:   VOL._____   FREEZER STORAGE BOX #_____

R8.62 LC-MS-MS Confirmation COVER FOR SOP 8.60  8/22/2016                     DataCover R8.62

DSN-DEF008144                     EXHIBIT A.7, PAGE 32

| Sample Name | Analyte Name | Analyte Area (counts) | Analyte RT (min) | Area Ratio | IS Area (counts) | IS RT (min) | Accuracy | Calculated Concentration (ng/g) | Relative RT | ion ratio 1 | ion ratio 2 | Result |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Androstenedione, DHEA, DHT STD 2 ng/ul in MeOH 10 ul | DHT 1 | 357969 | 3.82 | -7 | 0 | 0 | | N/A | 0 | 29.40 | 30.89 | |
| Blank in MeOH 10 ul | DHT 1 | 0 | 0 | -7 | 0 | 0 | | N/A | 0 | #DIV/0! | #DIV/0! | |
| C(-) 1 x AB in MeOH 10/100 ul | DHT 1 | 0 | 0 | 0 | 119914 | 3.58 | | No Peak | 0 | #DIV/0! | #DIV/0! | |
| Blank in MeOH 10 ul | DHT 1 | 0 | 0 | -7 | 481 | 3.57 | | N/A | 0 | #DIV/0! | #DIV/0! | |
| ADRI 1605090-01 1 x AB 1:10 in MeOH 10/100 ul | DHT 1 | 164254 | 3.79 | 341.641 | 481 | 3.57 | | 106803.6 | 1.061 | 32.22 | 26.55 | Positive |
| Blank in MeOH 10 ul | DHT 1 | 0 | 0 | -7 | 0 | 0 | | N/A | 0 | #DIV/0! | #DIV/0! | |
| C(+) DHT 500 ng/g 1 x SB in MeOH 20/200 ul | DHT 1 | 239704 | 3.83 | 1.599 | 149872 | 3.58 | | 500 | 1.071 | 24.82 | 34.01 | |
| Blank in MeOH 10 ul | DHT 1 | 0 | 0 | -7 | 0 | 0 | | N/A | 0 | #DIV/0! | #DIV/0! | |
| Androstenedione, DHEA, DHT STD 2 ng/ul in MeOH 10 ul | DHT 1 | 587591 | 3.83 | -7 | 0 | 0 | | N/A | 0 | 28.90 | 31.58 | |
| Androstenedione, DHEA, DHT STD 2 ng/ul in MeOH 10 ul | DHT 2 | 105259 | | | | | | | | | | |
| Blank in MeOH 10 ul | DHT 2 | 0 | | | | | | | | | | |
| C(-) 1 x AB in MeOH 10/100 ul | DHT 2 | 0 | | | | | | | | | | |
| Blank in MeOH 10 ul | DHT 2 | 0 | | | | | | | | | | |
| ADRI 1605090-01 1 x AB 1:10 in MeOH 10/100 ul | DHT 2 | 52928 | | | | | | | | | | |
| Blank in MeOH 10 ul | DHT 2 | 0 | | | | | | | | | | |
| C(+) DHT 500 ng/g 1 x SB in MeOH 20/200 ul | DHT 2 | 59492 | | | | | | | | | | |
| Blank in MeOH 10 ul | DHT 2 | 0 | | | | | | | | | | |
| Androstenedione, DHEA, DHT STD 2 ng/ul in MeOH 10 ul | DHT 2 | 169815 | | | | | | | | | | |
| Androstenedione, DHEA, DHT STD 2 ng/ul in MeOH 10 ul | DHT 5 | 110571 | | | | | | | | | | |
| Blank in MeOH 10 ul | DHT 5 | 0 | | | | | | | | | | |
| C(-) 1 x AB in MeOH 10/100 ul | DHT 5 | 0 | | | | | | | | | | |
| Blank in MeOH 10 ul | DHT 5 | 0 | | | | | | | | | | |
| ADRI 1605090-01 1 x AB 1:10 in MeOH 10/100 ul | DHT 5 | 43604 | | | | | | | | | | |
| Blank in MeOH 10 ul | DHT 5 | 0 | | | | | | | | | | |
| C(+) DHT 500 ng/g 1 x SB in MeOH 20/200 ul | DHT 5 | 81521 | | | | | | | | | | |
| Blank in MeOH 10 ul | DHT 5 | 0 | | | | | | | | | | |
| Androstenedione, DHEA, DHT STD 2 ng/ul in MeOH 10 ul | DHT 5 | 185536 | | | | | | | | | | |

DSN-DEF008145

EXHIBIT A.7, PAGE 33

Acq. File: Androstenedione, DHEA, DHT
Kinetex.dam,..

Sample Name: Androstenedione, DHEA, DHT STD 2 ng/ul in MeOH 10 ul
Sample Number: Sample 1 of 19

| | Sample Name | File Name | Analyte Signal To Noise |
|---|---|---|---|
| 2 | Androstenedione, DHEA, DHT STD 2 ng/ul in MeOH 10 ul | 2016\08_August\12 | 847.7 |



DSN-DEF008146

EXHIBIT A.7, PAGE 34

Acq. File: Androstenedione, DHEA, DHT
Kinetex.dam,..

Sample Name: Blank in MeOH 10 ul
Sample Number: Sample 2 of 19

| | Sample Name | File Name | Analyte Signal To Noise |
|---|---|---|---|
| 6 | Blank in MeOH 10 ul | 2016\08_August\12AUG019.wiff | N/A |



DSN-DEF008147

Acq. File: Androstenedione, DHEA, DHT
Kinetex.dam,..

Sample Name: C(-) 1 x AB in MeOH 10/100 ul
Sample Number: Sample 3 of 19



Acq. File: Androstenedione, DHEA, DHT
Kinetex.dam,..

Sample Name: Blank in MeOH 10 ul
Sample Number: Sample 8 of 19

| | Sample Name | File Name | Analyte Signal To Noise |
|---|---|---|---|
| 24 | Blank in MeOH 10 ul | 2016\08_August\12AUG025.wiff | N/A |



DSN-DEF008149

EXHIBIT A.7, PAGE 37

Acq. File: Androstenedione, DHEA, DHT Kinetex.dam,..

Sample Name: ADRI 1605090-01 1 x AB 1:10 in MeOH 10/100 ul
Sample Number: Sample 9 of 19

| | Sample Name | File Name | Analyte Signal To Noise |
|---|---|---|---|
| 27 | ADRI 1605090-01 1 x AB 1:10 in MeOH 10/100 ul | 2016\08_August\12AUG026.wiff | 250.1 |



DSN-DEF008150

EXHIBIT A.7, PAGE 38

Acq. File: Androstenedione, DHEA, DHT          Sample Name: Blank in MeOH 10 ul
Kinetex.dam,..                                 Sample Number: Sample 12 of 19

| | Sample Name | File Name | Analyte Signal To Noise |
|---|---|---|---|
| 36 | Blank in MeOH 10 ul | 2016\08_August\12AUG029.wiff | N/A |



DSN-DEF008151

EXHIBIT A.7, PAGE 39

Acq. File: Androstenedione, DHEA, DHT
Kinetex.dam,..

Sample Name: C(+) DHT 500 ng/g 1 x SB in MeOH 20/200 ul
Sample Number: Sample 17 of 19

| | Sample Name | File Name | Analyte Signal To Noise |
|---|---|---|---|
| 51 | C(+) DHT 500 ng/g 1 x SB in MeOH 20/200 ul | 2016\08_August\12AUG034.wiff | 471.5 |



DSN-DEF008152

EXHIBIT A.7, PAGE 40

Acq. File: Androstenedione, DHEA, DHT    Sample Name: Blank in MeOH 10 ul
Kinetex.dam,..                           Sample Number: Sample 18 of 19

| | Sample Name | File Name | Analyte Signal To Noise |
|---|---|---|---|
| 54 | Blank in MeOH 10 ul | 2016\08_August\12AUG035.wiff | N/A |



DSN-DEF008153

EXHIBIT A.7, PAGE 41

Acq. File: Androstenedione, DHEA, DHT          Sample Name: Androstenedione, DHEA, DHT STD 2 ng/ul in MeOH 10 ul
Kinetex.dam,..                                 Sample Number: Sample 19 of 19

