# EXHIBIT 2





| HOME | ALL PRODUCTS | ABOUT US | STACK INFO | CONTACT US | YOUR ACCOUNT | HELP | VIEW CART |

Home > Ingredients

# Ingredients

**Anabolic Research Ingredients**

| | |
|---|---|
| **TEST-600x** | **DECA 200** |
| Serving Size: 1 Tablet | Serving Size: 1 Capsule |
| Servings per container: 60 | Servings per container: 90 |
| | Vitamin B6 (as Pyridoxine HCI) |
| **Proprietary Blend - 600mg** | Vitamin B12 (as Cyanocobalamin) |
|     L-Arginine (as HCI) | |
|     Tribulus Fruit Powder | **Nandeconate Proprietary Blend - 229.9 mg** |
|     Caffeine |     Beta Hydroxy-Beta-methylbutyrate Calcium Salt (Calcium HMB) |
|     Maca Root Powder |     Eurycoma Longfolia Fruit Extract |
|     Eurycoma Longfolia (Long Jack) Fruit Powder |     L-CarnosineMagnesium 54% |
| **Other Ingredients** | **Other Ingredients** |
|     Stearic Acid |     Gelatin Capsule |
|     DiCalcium Phoshphate |     Magnesium Stearate |
|     Micro Crystalline Cellulose |     Dicalcium Phosphate |
|     Magnesium Stearate | |
|     Croscarmellose Sodium | |
|     Silicon Di Oxide | |
|     Pharmaceutical Glaze (Shellac, Povidone) | |
| **D-ANABOL 25** | **WINN-50** |
| Serving Size: 1 Capsule | Serving Size: 1 Capsule |
| Servings per container: 90 | Servings per container: 90 |
| | Vitamin B12 (as Cyanocobalamin) |
| **Metandesenolone Proprietary Blend - 429.3 mg** | Iron (as Amino Acid Chelate) |
|     L-Arginine HCL | |
|     Rhodiola Root Powder | **Vanazolol Proprietary Blend - 356.35 mg** |
|     Fenugreek Seed Extract |     Caffeine |
|     Cyanotis Vaga Extrract |     Dandelion Root Powder |
|     Inosine | |
|     Clary Sage Leaf Extract | |

## Sidebar

**OUR PRODUCTS**
- Test-600x ™
- Tren 75 ®
- Deca 200 ®
- D-Anabol 25 ™
- Winn 50 ®
- Var 10 ®
- Clen ®
- Pituitary Growth Hormone™



**POPULAR STACKS**
- View All Stacks
- Growth Hormone Stack
- Mass Stack
- Strength Stack
- Cutting Stack
- Summer Stack
- Xtreme Speed Stack

Search | Advanced Search | Search Tips

**Customer Comments**

Service is Extremely good. I am more than happy with the pruducts that are being supplied.
-Jermaine
Nov 21, 2016

I recommend this to everyone
-Shawn
Nov 21, 2016

It's my third time calling here and I must say that it works. I have a easy time weighing 195 pds of muscles while running about 30 miles a week + my 5 trainings + 2 hockey games. Thanks



HTP 000454

> *-Guillaume*
> Nov 21, 2016
>
> This is my second set and it has provided results I needed. It got me stronger, more mass, leaner and not feeling sluggish anymore
> *-Duveneck*
> Nov 21, 2016
>
> I love the buy 2 get 1 free deal! Great products to stock up on!
> *-Elizabeth*
> Nov 21, 2016
>
> This is an awesome sight you got here absolute awesome
> *-Luke*
> Nov 21, 2016
>
> I really enjoy your products, I have gotten amazing results, thank you so much!!!
> *-Brian*
> Nov 21, 2016
>
> Works excellent!
> *-Blake*
> Nov 21, 2016
>
> Your site came highly recommended by friends who have been getting solid results.
> *-Randall*
> Nov 21, 2016
>
> Great service
> *-Ashley*
> Nov 21, 2016


McAfee SECURE - CLICK TO VERIFY

---

**Other Ingredients**

    Gelatin Capsule

    Magnesium Stearate

---

**CLEN**

Serving Size: 1 Capsule
Servings per container: 90

Vitamin B12 (as Cyanocobalamin)

**Clen Proprietary Blend - 288.5 mg**

    Caffeine
    Cayenne Pepper Powder
    Octopamine HCl
    Guggul oleo-Gum-Resin Extract
    Synephrine HCl

**Other Ingredients**

    Rice Flour
    Gelatin Capsule
    Magnesium Stearate

---

**PITUITARY GROWTH HORMONE**

Serving Size: 1 Tablet
Servings per container: 60

**Proprietary Blend**

>     L-Glutamic Acid
>     L-Proline
>     Pituitary Substance
>     L-Isoleucine
>     L-Threonine
>     L-Alanine
>     L-Serine
>     L-Phenylalanine
>     L-Arginine HCl
>     L-Valine
>     L-Tyrosine
>     L-Histidine
>     L-Glycine
>     L-Methionine
>     L-Cystine
>     Soy Protein

---

DHEA (Dehydroepiandrosterone)
Vanadium (as Vanadyl Sulfate)

**Other Ingredients**

    Gelatin Capsule
    Magnesium Stearate
    Dicalcium Phosphate
    Soy

---

**TREN 75**

Serving Size: 1 Capsule
Servings per container: 90

**Finabolon Proprietary Blend - 292 mg**

    Tribulus Fruit Powder
    Fenugreek Seed Powder
    Cayenne Pepper Fruit Powder

**Other Ingredients**

    Gelatin Capsule
    Rice Flour
    Magnesium Stearate
    Titanium Dioxide

---

**VAR 10**

Serving Size: 1 Capsule
Servings per container: 90

Vitamin B6 (as Pyridoxine HCl)

Magnesium (as Magnesium Oxide)

Zinc (as Zinc Aspartate)

**Oxantrione Proprietary Blend - 66.6 mg**

    CLA (Conjugate Linoleic Acid)
    Winged Treebine Leaf Extract
    Methoxy Isoflavone

**Other Ingredients**

    Gelatin Capsule
    Rice Flour
    Magnesium Stearate
    Soy

L-Leuicine

**Other Ingredients**

DiCalcium Phoshphate

Stearic Acid

Magnesium Stearate

Silicon Dioxide

Pharmaceutical Glaze (Shellac, Povidone)

Soy

* These products are not intended to diagnose, treat, cure or prevent any disease. These statements have not been evaluated by the Food and Drug Administration. Our website and the domain name "**Anabolics**.com" is representative of products that may enhance blood levels of steroid hormones in the body. Anabolic Research is offering these very strong alternatives to anabolic steroids. These products are NOT intended for users under the age of 18. Use under a doctors supervision. This product is not a drug and should be used correctly. Use in conjunction with a well balanced diet and an intense bodybuilding or exercise program. For a list of ingredients, click here.

anabolics.com - Owned and operated by Dynamic Sports Nutrition, LLC dba Anabolic Research, Copyright © 2016 ALL RIGHTS RESERVED

$$ Webmasters Earn Money! $$

DMCA PROTECTED

HTP 000456