# EXHIBIT 3



# Advanced Botanical Consulting & Testing, Inc.

1169 Warner Ave., Tustin, CA 92780, Phone: (714) 259-0384 Fax: (714) 259-0385

**Law Office of Arthur W. Leach**
5780 Windwrard Parkway, Suite 225
Alpharetta, GA 30005
Tel: (770) 851-6718
Fax:

ATTN: Arthur W. Leach/ C. L Parker
P.O. #: 072417

Client Sample ID: Spring Valley DHEA
Lot#: 34028-01
Lab #: 205571

Received Date: 07/27/2017

Report Date:   08/02/2017

## Analyses      Results

| Analyses | Results |
|---|---|
| DHEA (HPLC) | 53.65 mg/tablet |
| Androstenedione (LC/MS) | 1.72 mcg/tablet |
| Average tablet weight (based on 10) | 350.23 mg/tablet |

Method: ALC153A, SOP: 3. 15. 15 (LC/MS)

Analyzed by: _____  Approved by: _____
              Chemist                                         Wendi Wang, PhD, President



# Advanced Botanical Consulting & Testing, Inc.

1169 Warner Ave., Tustin, CA 92780, Phone: (714) 259-0384 Fax: (714) 259-0385

**Law Office of Arthur W. Leach**
5780 Windwrard Parkway, Suite 225
Alpharetta, GA 30005
Tel: (770) 851-6718
Fax:

ATTN: Arthur W. Leach/ C. L Parker
P.O. #: 072417

Client Sample ID: Vitacost DHEA
Lot#: 163489
Lab #: 205572

Received Date: 07/27/2017

Report Date: 08/02/2017

| **Analyses** | **Results** |
|---|---|
| DHEA (HPLC) | 94.32 mg/capsule |
| Androstenedione (LC/MS) | 5.54 mcg/capsule |
| Average fill weight (based on 10) | 383.09 mg/capsule |

Method: ALC153A, SOP: 3. 15. 15 (LC/MS)

Analyzed by: _____ Approved by: _____
Chemist                        Wendi Wang, PhD, President



# Advanced Botanical Consulting & Testing, Inc.

1169 Warner Ave., Tustin, CA 92780, Phone: (714) 259-0384 Fax: (714) 259-0385

**Law Office of Arthur W. Leach**
5780 Windwrard Parkway, Suite 225
Alpharetta, GA 30005
Tel: (770) 851-6718
Fax:

ATTN: Arthur W. Leach/ C. L Parker
P.O. #: 072417

Client Sample ID: Finest Nutrition DHEA
Lot#: 995008-04
Lab #: 205573

Received Date: 07/27/2017

Report Date: 08/02/2017

| Analyses | Results |
|---|---|
| DHEA (HPLC) | 27.45 mg/tablet |
| Androstenedione (LC/MS) | 4.50 mcg/tablet |
| Average tablet weight (based on 10) | 336.56 mg/tablet |

Method: ALC153A, SOP: 3. 15. 15 (LC/MS)

Analyzed by: _____ Approved by: _____
Chemist                       Wendi Wang, PhD, President



# Advanced Botanical Consulting & Testing, Inc.

1169 Warner Ave., Tustin, CA 92780, Phone: (714) 259-0384  Fax: (714) 259-0385

**Law Office of Arthur W. Leach**
5780 Windwrard Parkway, Suite 225
Alpharetta, GA 30005
Tel: (770) 851-6718
Fax:

ATTN: Arthur W. Leach/ C. L Parker
P.O. #:  072417

Client Sample ID: MRM DHEA
Lot#: 161111E
Lab #: 205575

Received Date: 07/27/2017

Report Date:   08/02/2017

## Analyses                                   Results

| Analyses | Results |
|---|---|
| DHEA (HPLC) | 54.50 mg/capsule |
| Androstenedione (LC/MS) | 3.73 mcg/capsule |
| Average fill weight (based on 10) | 329.53 mg/capsule |

Method:  ALC153A, SOP: 3. 15. 15 (LC/MS)

Analyzed by: _____      Approved by: _____
                    Chemist                                      Wendi Wang, PhD, President



# Advanced Botanical Consulting & Testing, Inc.

1169 Warner Ave., Tustin, CA 92780, Phone: (714) 259-0384 Fax: (714) 259-0385

**Law Office of Arthur W. Leach**
5780 Windwrard Parkway, Suite 225
Alpharetta, GA 30005
Tel: (770) 851-6718
Fax:

ATTN: Arthur W. Leach/ C. L Parker
P.O. #: 072417

Client Sample ID: Sundown Naturals DHEA
Lot#: 988237
Lab #: 205576

Received Date: 07/27/2017

Report Date:   08/02/2017

| Analyses | Results |
|---|---|
| DHEA (HPLC) | 56.03 mg/tablet |
| Androstenedione (LC/MS) | 3.05 mcg/tablet |
| Average tablet weight (based on 10) | 350.27 mg/tablet |

Method: ALC153A, SOP: 3. 15. 15 (LC/MS)

Analyzed by: _____  Approved by: _____
Chemist                          Wendi Wang, PhD, President



# Advanced Botanical Consulting & Testing, Inc.

1169 Warner Ave., Tustin, CA 92780, Phone: (714) 259-0384 Fax: (714) 259-0385

**Law Office of Arthur W. Leach**
5780 Windwrard Parkway, Suite 225
Alpharetta, GA 30005
Tel: (770) 851-6718
Fax:

ATTN: Arthur W. Leach/ C. L Parker
P.O. #: 072417

Client Sample ID: Lucky Vitamin DHEA
Lot#: 934627
Lab #: 205577

Received Date: 07/27/2017

Report Date:   08/02/2017

## Analyses                                     Results

| Analyses | Results |
|---|---|
| DHEA (HPLC) | 54.82 mg/capsule |
| Androstenedione (LC/MS) | 3.21 mcg/capsule |
| Average fill weight (based on 10) | 404.76 mg/capsule |

Method: ALC153A, SOP: 3. 15. 15 (LC/MS)

Analyzed by: _____   Approved by: _____
                     Chemist                                              Wendi Wang, PhD, President



# Advanced Botanical Consulting & Testing, Inc.

1169 Warner Ave., Tustin, CA 92780, Phone: (714) 259-0384 Fax: (714) 259-0385

**Law Office of Arthur W. Leach**
5780 Windwrard Parkway, Suite 225
Alpharetta, GA 30005
Tel: (770) 851-6718
Fax:

ATTN: Arthur W. Leach/ C. L Parker
P.O. #: 072417

Client Sample ID: Mason Natural Pure Power DHEA
Lot#: 17598J
Lab #: 205578

Received Date: 07/27/2017

Report Date:   08/02/2017

| **Analyses** | **Results** |
|---|---|
| DHEA (HPLC) | 53.14 mg/capsule |
| Androstenedione (LC/MS) | 3.00 mcg/capsule |
| Average fill weight (based on 10) | 437.11 mg/capsule |

Method: ALC153A, SOP: 3. 15. 15 (LC/MS)

Analyzed by: _____ Chemist     Approved by: _____ Wendi Wang, PhD, President



# Advanced Botanical Consulting & Testing, Inc.

1169 Warner Ave., Tustin, CA 92780, Phone: (714) 259-0384 Fax: (714) 259-0385

**Law Office of Arthur W. Leach**
5780 Windwrard Parkway, Suite 225
Alpharetta, GA 30005
Tel: (770) 851-6718
Fax:

ATTN: Arthur W. Leach/ C. L Parker
P.O. #: 072417

Client Sample ID: GNC DHEA
Lot#: 58101D17
Lab #: 205579

Received Date: 07/27/2017

Report Date:   08/02/2017

| Analyses | Results |
|---|---|
| DHEA (HPLC) | 115.68 mg/capsule |
| Androstenedione (LC/MS) | 2.22 mcg/capsule |
| Average fill weight (based on 10) | 280.98 mg/capsule |

Method: ALC153A, SOP: 3. 15. 15 (LC/MS)

Analyzed by: _____   Approved by: _____
Chemist                                                          Wendi Wang, PhD, President



# Advanced Botanical Consulting & Testing, Inc.

1169 Warner Ave., Tustin, CA 92780, Phone: (714) 259-0384 Fax: (714) 259-0385

**Law Office of Arthur W. Leach**
5780 Windwrard Parkway, Suite 225
Alpharetta, GA 30005
Tel: (770) 851-6718
Fax:

ATTN: Arthur W. Leach/ C. L Parker
P.O. #: 072417

Client Sample ID: Thompson DHEA
Lot#: 211204
Lab #: 205580

Received Date: 07/27/2017

Report Date:   08/02/2017

| **Analyses** | **Results** |
|---|---|
| DHEA (HPLC) | 125.44 mg/capsule |
| Androstenedione (LC/MS) | 14.07 mcg/capsule |
| Average fill weight (based on 10) | 308.79 mg/capsule |

Method: ALC153A, SOP: 3. 15. 15 (LC/MS)

Analyzed by: _____    Approved by: _____
            Chemist                                   Wendi Wang, PhD, President



# Advanced Botanical Consulting & Testing, Inc.

1169 Warner Ave., Tustin, CA 92780, Phone: (714) 259-0384 Fax: (714) 259-0385

**Law Office of Arthur W. Leach**
5780 Windwrard Parkway, Suite 225
Alpharetta, GA 30005
Tel: (770) 851-6718
Fax:

ATTN: Arthur W. Leach/ C. L Parker
P.O. #:

Client Sample ID: Prothera DHEA
Lot#: 2017140651
Lab #: 205591

Received Date: 07/27/2017

Report Date:   08/02/2017

| Analyses | Results |
|---|---|
| DHEA (HPLC) | 26.75 mg/capsule |
| Androstenedione (LC/MS) | 2.54 mcg/capsule |
| Average fill weight (based on 10) | 131.60 mg/capsule |

Method: ALC153A, SOP: 3. 15. 15 (LC/MS)

Analyzed by: _____   Approved by: _____
Chemist                                                                Wendi Wang, PhD, President

Case 1:16-cv-00949-MLB   Document 163-5   Filed 12/18/17   Page 12 of 13



# Advanced Botanical Consulting & Testing, Inc.

1169 Warner Ave., Tustin, CA 92780, Phone: (714) 259-0384 Fax: (714) 259-0385

Law Office of Arthur W. Leach
5780 Windwrard Parkway, Suite 225
Alpharetta, GA 30005
Tel: (770) 851-6718
Fax:

ATTN: Arthur W. Leach/ C. L Parker
P.O. #:

Client Sample ID: Best Naturals DHEA
Lot#: 021704
Lab #: 205592

Received Date: 07/27/2017

Report Date:   08/02/2017

## Analyses                                       Results

| Analyses | Results |
|---|---|
| DHEA (HPLC) | 98.81 mg/capsule |
| Androstenedione (LC/MS) | 10.82 mcg/capsule |
| Average fill weight (based on 10) | 433.83 mg/capsule |

Method: ALC153A, SOP: 3. 15. 15 (LC/MS)

Analyzed by: _____  Approved by: _____
             Chemist                          Wendi Wang, PhD, President



# Advanced Botanical Consulting & Testing, Inc.

1169 Warner Ave., Tustin, CA 92780, Phone: (714) 259-0384 Fax: (714) 259-0385

**Law Office of Arthur W. Leach**
5780 Windwrard Parkway, Suite 225
Alpharetta, GA 30005
Tel: (770) 851-6718
Fax:

ATTN: Arthur W. Leach/ C. L Parker
P.O. #:

Client Sample ID: Puritan's Pride DHEA
Lot#: 994858-09
Lab #: 205593

Received Date: 07/27/2017

Report Date: 08/02/2017

| Analyses | Results |
|---|---|
| DHEA (HPLC) | 51.06 mg/tablet |
| Androstenedione (LC/MS) | 7.36 mcg/tablet |
| Average tablet weight (based on 10) | 345.44 mg/tablet |

Method: ALC153A, SOP: 3. 15. 15 (LC/MS)

Analyzed by: _____   Approved by: _____
Chemist                                          Wendi Wang, PhD, President