# EXHIBIT 4



# Advanced Botanical Consulting & Testing, Inc.

1169 Warner Ave., Tustin, CA 92780, Phone: (714) 259-0384 Fax: (714) 259-0385

**Hi-Tech Pharmaceutical, Inc.**
6015 – B Unity Drive
Norcross, GA 30071
Tel: (770) 797-9959
Fax: (770) 797-9960

ATTN: Jared Wheat
PO#:

Client Sample ID:  DHEA Acetate            Received Date:  12/07/2016
Lot#: H329
Lab Number: 186078                         Report Date:    12/12/2016

| Analyses | Results |
|---|---|
| Dihydrotestosterone (LC/MS) | N. D. <1. 0 mcg/g |
| Androstenedione (LC/MS) | 3.92 mcg/g |

Method:  SOP: 3. 15. 15 (LC/MS)

Analyzed by: _____        Approved by: _____
              Chemist                                    Wendi Wang, PhD, President

ATTORNEY'S EYES ONLY                                                   HTP 000902



# Advanced Botanical Consulting & Testing, Inc.

1169 Warner Ave., Tustin, CA 92780, Phone: (714) 259-0384 Fax: (714) 259-0385

**Hi-Tech Pharmaceutical, Inc.**
6015 – B Unity Drive
Norcross, GA 30071
Tel: (770) 797-9959
Fax: (770) 797-9960

ATTN: Jared Wheat
PO#:

Client Sample ID: DHEA  
Lot#: H216  
Lab Number: 186079

Received Date: 12/07/2016

Report Date: 12/12/2016

| Analyses | Results |
|---|---|
| Dihydrotestosterone (LC/MS) | N. D. <1.0 mcg/g |
| Androstenedione (LC/MS) | 279.53 mcg/g |

Method:  SOP: 3. 15. 15 (LC/MS)

Analyzed by: _____  Approved by: _____
            Chemist                           Wendi Wang, PhD, President

ATTORNEY'S EYES ONLY                     HTP 000903



# Advanced Botanical Consulting & Testing, Inc.

1169 Warner Ave., Tustin, CA 92780, Phone: (714) 259-0384 Fax: (714) 259-0385

**Hi-Tech Pharmaceutical, Inc.**
6015 – B Unity Drive
Norcross, GA 30071
Tel: (770) 797-9959
Fax: (770) 797-9960

ATTN: Jared Wheat
PO#:

Client Sample ID: 4-DHEA  
Lot#: H648  
Lab Number: 186080  

Received Date: 12/07/2016

Report Date: 12/12/2016

## Analyses

## Results

Dihydrotestosterone (LC/MS)         N. D. <1.0 mcg/g

Androstenedione (LC/MS)             337.09 mcg/g

Method: SOP: 3. 15. 15 (LC/MS)

Analyzed by: _____  Approved by: _____
           Chemist                              Wendi Wang, PhD, President

ATTORNEY'S EYES ONLY                                    HTP 000904



# Advanced Botanical Consulting & Testing, Inc.

1169 Warner Ave., Tustin, CA 92780, Phone: (714) 259-0384 Fax: (714) 259-0385

Hi-Tech Pharmaceutical, Inc.
6015 – B Unity Drive
Norcross, GA 30071
Tel: (770) 797-9959
Fax: (770) 797-9960

ATTN: Jared Wheat
PO#:

Client Sample ID: Epiandrosterone
Lot#: H580
Lab Number: 186081

Received Date: 12/07/2016

Report Date:   12/12/2016

## Analyses

## Results

| Analyses | Results |
|---|---|
| Dihydrotestosterone (LC/MS) | N. D. <1.0 mcg/g |
| Androstenedione (LC/MS) | 2.11 mcg/g |

Method:  SOP: 3. 15. 15 (LC/MS)

Analyzed by: _____     Approved by: _____
             Chemist                                       Wendi Wang, PhD, President

ATTORNEY'S EYES ONLY                                       HTP 000905