# EXHIBIT 20





# Expert Report of Melissa Pittaoulis, Ph.D.

February 6, 2017

# Table of Contents

**I.    Qualifications and Assignment                     1**
   A.  Qualifications                                         1
   B.  Background and Assignment                             2

**II.   Summary of Findings                               3**

**III.  Survey Methodology                                7**
   A.  Survey Screener                                       9
   B.  Survey Stimuli                                       10
   C.  Main Questionnaire                                   11
   D.  Data Quality                                         18

**IV.   Survey Results                                   21**
   A.  Survey 1                                             21
   B.  Survey 2                                             23

**V.    Conclusion                                       26**

# I.    Qualifications and Assignment

## A.    Qualifications

1.      I, Melissa Pittaoulis, am an Associate Director at NERA Economic Consulting ("NERA") where I am a member of the Survey and Sampling Practice. My business address is 1717 Arch Street, Suite 1100, Philadelphia, PA 19103. NERA was founded in 1961 and provides economic, financial, and statistical research and analysis.

2.      I earned a Ph.D. in Sociology from Temple University. My courses in graduate school focused on quantitative analysis. Among the courses I took are Research Design, Survey Research, Statistical Sampling, Social Statistics, Multivariate Statistics, and Hierarchical Linear Modeling. I have also taken "short courses" offered by the Joint Program in Survey Methodology, which is run by the University of Maryland. While I was a graduate student, I served as a teaching assistant in a graduate-level multivariate statistics class and as an instructor for undergraduate courses on statistics at Temple University.

3.      I have worked on survey and sampling projects at NERA since 2003. As part of my survey work, I design research, write questionnaires, supervise data collection, and analyze data. As part of my sampling work, I select samples and calculate sample estimates and confidence intervals. In my more than ten years of experience, I have worked on survey and sampling projects in a wide variety of industries, including: automobiles, beverages, beauty products, clothing apparel, computers, durable goods, electronics, financial products, insurance, mobile phones, personal care products, pharmaceuticals, snack foods, and video games. The majority of these projects have been conducted in connection with legal disputes, primarily intellectual property and consumer class action matters. I have also worked on projects involving antitrust issues and employment-related litigation.

4.      I am a member of the American Association of Public Opinion Research, the American Sociological Association, and the International Trademark Association. My curriculum vitae is attached as Exhibit A.

5.      NERA is being compensated for my services in this matter at my 2016 standard rate of $455 per hour. No part of NERA's or my compensation depends on the conclusions I

reach or the outcome of this litigation. Throughout this report, I have used the terms "I" and "my" to refer to work performed by me and/or others under my direction.

6.      A list of the documents I relied upon in preparing this expert report is attached as Exhibit B.

## B.    Background and Assignment

7.      I was retained by counsel for Hi-Tech Pharmaceuticals, Inc. ("Hi-Tech") in the matter of *Hi-Tech Pharmaceuticals, Inc. v. Dynamic Sports Nutrition, LLC d/b/a Anabolic Research, PBB Trademark Holdings, LLC, and Brian Clapp.* Hi-Tech sells, distributes, and manufactures dietary supplement products, including those designed for muscle and body building.[1] Defendants have owned and operated websites through which they have sold dietary supplements for muscle building.[2]

8.      I was asked to design and conduct survey research to determine three things:

(1) Do the websites Anabolics.com, BuySteroids.com, and Steroids.com give consumers the false impression that the products sold on these websites are anabolic steroids?

(2) Do the descriptions of certain products sold by Defendants, namely CLEN, D-ANABOL 25, TEST-600x, and TREN 75, cause consumers to believe that using these products would lead to specific results?

(3) Are certain advertising claims material to consumers' purchasing decisions regarding muscle-building supplements?

This report describes the results of my survey research, as well as the survey methodology I used.

## II.    Summary of Findings

9.      To address my research objectives, I designed two different online surveys. In the first survey, approximately 600 respondents from the relevant population were surveyed to determine whether consumers who viewed Defendants' websites believed the products sold on those websites were anabolic steroids. In the second survey, approximately 800 respondents from the relevant population were surveyed to determine whether the statements made about four

---

[1] Complaint, ¶ 1, 2, and 13.

[2] Complaint, ¶ 32.

products sold on Defendants' webpages – CLEN, D-ANABOL 25, TEST-600x, and TREN 75 – cause consumers to believe that using the products would lead to certain specific results (e.g., "reduces body fat," "increases muscle size," "increases strength," "increases stamina and endurance," and "improves sexual performance and sexual stamina"). In this second survey, I also asked questions to determine the extent to which certain advertising claims would influence consumers' purchasing decisions. Hereinafter, I refer to these surveys as the "Survey 1" and the "Survey 2," respectively.

10.     In both surveys, respondents were randomly assigned to either a test or a control group. However, each survey had its own test and control conditions and stimuli. Survey 1 had three test conditions and one control condition, while Survey 2 had four test conditions and four control conditions.

11.     In Survey 1, the three test stimuli were the homepages for Anabolics.com, BuySteroids.com, and Steroids.com.[3] For the control stimulus, the Anabolics.com homepage was altered to create a homepage called MuscleBuildingProducts.com. Approximately 200 respondents were assigned to the Anabolics.com test group, 100 were assigned to the BuySteroids.com test group, 100 were assigned to the Steroids.com test group, and 200 were assigned to the control group.

12.     In Survey 2, all test respondents, regardless of the test group to which they were assigned, viewed the Anabolics.com homepage. However, the individual product description pages shown to the respondents varied: test group respondents were randomly assigned to see one of four pages—either the CLEN, D-ANABOL 25, TEST-600x, or TREN 75 page. All control group respondents viewed the MuscleBuildingProducts.com homepage and then were randomly assigned to see a control page for one of these same four products. This design led to approximately 100 respondents in each of the eight conditions.

13.     The key findings from these two studies are as follows:

---

[3] Respondents in the group that viewed the Anabolics.com homepage were also shown the individual product pages for CLEN, D-ANABOL 25, TEST 600x, and TREN 75. No other group, including the control group, was shown these pages.

Survey 1

- In response to an open-ended question, 54.5 percent and 47.0 percent of respondents who viewed the BuySteroids.com and Steroids.com homepages, respectively, believed that the types of products sold on these pages included "anabolic steroids" or "steroids." Among respondents who viewed the Anabolics.com homepage, 7.0 percent indicated that the types of products sold on the website included steroids. Only 1.0 percent of respondents in the control group said that the website sold steroids.

- When asked directly about CLEN, 54.5 percent of consumers in the BuySteroids.com test group, 51.0 percent of consumers in the Steroids.com test group, and 25.9 percent of consumers in the Anabolics.com test group reported that the product was an anabolic steroid. Among the control group, 11.9 percent of respondents believed the control product was an anabolic steroid.

- When asked directly about D-ANABOL 25, a majority of respondents in each test group (80.2 percent in the BuySteroids.com group, 84.0 percent in the Steroids.com group, and 61.2 percent in the Anabolics.com group) indicated that it was an anabolic steroid. Among the control group, 44.3 percent believed the control product was an anabolic steroid.

- When asked directly about TEST-600x, a majority of respondents in each test group (68.3 percent in the BuySteroids.com group,  67.0 percent in the Steroids.com group, and 54.2 percent in the Anabolics.com group) reported that it was an anabolic steroid. Among the control group, 34.3 percent believed the control product was an anabolic steroid.

- When asked directly about TREN 75, 73.3 percent of consumers in the BuySteroids.com test group, 71.0 percent of consumers in the Steroids.com test group, and 43.3 percent of consumers in the Anabolics.com test group reported that the product was an anabolic steroid. Among the control group, 25.9 percent believed the control product was an anabolic steroid.

- The results for the test groups show that substantial numbers of respondents believe that the products at issue are anabolic steroids. To determine whether such beliefs are attributable to specific elements of the webpages, namely the domain names and product names, it is necessary to compare the test group results to the control group results. The percentage of respondents in the control group who believe that the product is an anabolic steroid is a measure of the extent to which respondents' beliefs are due to elements of the webpage that were not changed in the control stimulus (e.g., the product descriptions, the consumer reviews), pre-existing beliefs about muscle-building products, or survey noise (e.g., guessing or the survey design itself). By subtracting the control group's response levels from each of the test groups' response levels, I can estimate the level of confusion about the type of products that is specifically attributable to the combination of the website name (i.e., the domain name) and the product names. These estimates are generally known as "net differences" or "net rates."

- Among those who viewed the BuySteroids.com homepage, the net rates ranged from 34.0 percent for TEST-600x to 47.4 percent for TREN 75. Among those who viewed the Steroids.com homepage, the net rates ranged from 32.7 percent for TEST-600x to 45.1 percent for TREN 75. Among those who viewed the Anabolics.com webpages, the net rates for respondents believing the product to be an anabolic steroid ranged from 13.9 percent for CLEN to 19.9 percent for TEST-600x. Based on my professional experience, these rates suggest that the combination of website and product names are likely to lead a substantial number of consumers to believe that the products sold on the website are anabolic steroids.

Survey 2

- Among test group respondents who viewed the CLEN product description page, 76.9 percent believed CLEN would reduce body fat and 57.7 percent believed that it would increase stamina and endurance.

- Among test group respondents who viewed the D-ANABOL 25 product description page, 76.5 percent believed D-ANABOL 25 would increase muscle size and 72.4 percent believed it would increase strength.

- Among test group respondents who viewed the TEST 600x product description page, 46.5 percent believed TEST 600x would reduce body fat, 71.3 percent believed it would increase muscle size, 75.2 percent believed it would increase strength, and 26.7 percent thought it would increase sexual performance and sexual stamina.

- Among test group respondents who viewed the TREN 75 product description page, 59.8 percent believed TREN 75 would reduce body fat and 77.5 percent believed it would increase muscle size.

- For each product description page, I showed a control group a corresponding control page that removed statements regarding the results in question. I then asked the control group respondents the same questions I asked the test group. Subtracting the control group response level from the test group response level yields "net rates" that measure the extent to which the test group response levels are attributable to the statements at issue rather than other elements of the webpage, survey noise, or pre-existing beliefs. These net rates varied by product and claim, ranging from 6.9 percent for the claim that TEST 600x increases muscle size to 39.9 percent for the claim that CLEN reduces body fat.

- I also included a control question that allowed me to measure the amount of survey noise in the test group responses. The control question asked respondents whether or not the product would increase flexibility—a claim that was not stated or suggested in any of the product description pages. The share of test respondents who believed the product would increase flexibility ranged from 18.8 percent for TEST 600x to 32.7 percent for CLEN. Subtracting the control question percentages from the test group percentages for the various claims yields net rates ranging from 7.9 percent for the claim that TEST 600x increases sexual performance and sexual stamina to 56.4 percent for the claim that TEST 600x increases strength. The fact that the net rates were generally higher when based on

the control question, as opposed to the control group, suggests that pre-existing beliefs and/or elements of the webpages that were not changed in the control pages may have contributed to respondents' belief that the products would produce the specified result.

- Among all 804 respondents, at least two-thirds of respondents indicated that each of the following claims would make them more likely to purchase a product: (1) the product reduces body fat; (2) the product increases muscle size; (3) the product increases strength; and (4) the product increases stamina and endurance. In addition, 38.6 percent of respondents reported that information that a product would improve sexual performance and sexual stamina would make them more likely to purchase the product. In my professional opinion, these results suggest that these claims are likely to influence a substantial number of consumers' purchasing decisions.

## III.    Survey Methodology

14.    I conducted the surveys in accordance with accepted survey research principles, such as those listed in the Federal Judicial Center's *Manual for Complex Litigation*[4] and described in the *Reference Manual on Scientific Evidence*.[5]

15.    Both surveys were conducted online. Survey Sampling International ("SSI"), a leading market research firm that specializes in sampling and data collection, programmed and hosted the surveys.[6] SSI was founded in 1977 and has been providing online samples for many years.[7] SSI maintains volunteer panels of individuals who agree to take online surveys in

---

[4] Federal Judicial Center. 2004. *Manual for Complex Litigation, Fourth Edition*, §11.493, pp.102-104.

[5] Diamond, Shari S. 2011. "Reference Guide on Survey Research," pp. 359-423 in the *Reference Manual on Scientific Evidence*, Committee on the Development of the Third Edition of the Reference Manual on Scientific Evidence; Federal Judicial Center; National Research Council.

[6] Survey Sampling International. 2017. "Who is SSI & Why Should You Care?" Retrieved February 2, 2017 (https://www.surveysampling.com/site/assets/files/1057/ssi-capabilities-brochure.pdf).

[7] Survey Sampling International. 2017. "ESOMAR 28: 28 Questions to Help Research Buyers of Online Sample." p.1. Retrieved February 2, 2017 (https://www.surveysampling.com/site/assets/files/1069/esomar-28-questions.pdf).

exchange for earning nominal incentives.[8] For each of the two studies, SSI sent invitations to a sample of its panelists to complete the survey screeners and questionnaires that I provided.

16.     For Survey 1, SSI collected data between January 20, 2017 and January 30, 2017, and a total of 603 respondents qualified and completed the survey. For Survey 2, SSI collected data between January 10, 2017 and January 25, 2017, and a total of 804 respondents qualified and completed the survey.

17.     When conducting online studies, researchers sometimes use "click balancing." In a click balanced study, the group of individuals who enter the survey (i.e., take the survey screener) are a representative sample of some defined population (e.g., the U.S. adult population). Click balancing allows for the possibility that the group of respondents who qualify for the study and complete the entire survey will have a different demographic makeup than the sample of respondents who answered the screener.[9]

18.     Click balancing is a useful strategy for ensuring that the demographics of the overall sample are representative of the relevant population. However, when a study uses a design with multiple test/control conditions, click balancing may lead to test and control groups that do not have the same demographic makeup. Thus, quotas are preferable to click balancing if the researcher wants to ensure that the demographics of the individual test/control conditions are similar. I used click-balancing during the initial days of data collection to help me determine the age and gender quotas to set.

19.     Specifically, for Survey 2 (the first survey for which data were collected), the inbound sample, i.e., the sample of *potential* respondents, was initially balanced on gender, age, and census region so that the distribution of potential respondents matched U.S. Census data. In other words, the distribution of respondents who started the survey by clicking the survey link

---

[8] Survey Sampling International. 2017. "ESOMAR 28: 28 Questions to Help Research Buyers of Online Sample." pp.5-6. Retrieved February 2, 2017 (https://www.surveysampling.com/site/assets/files/1069/esomar-28-questions.pdf).

[9] These two groups represent different populations. For example, the group of respondents who take the screener are representative of one population (e.g., the U.S. adult population), while the group of respondents who complete the entire study are representative of the relevant population (e.g., consumers of a particular product).

closely matched those of the general U.S. adult population in terms of age, gender, and region.[10] After the first few days of data collection, I instructed SSI to institute gender and age quotas for each test and control group that reflected the makeup of respondents who had qualified for the survey during the click balancing period. For gender, I instituted a quota for the samples to be 60 percent male and 40 percent female. For age, I instituted a quota for the samples to be no more than 40 percent for persons between the ages of 18-34, no more than 40 percent for persons between the ages of 35-49, no more than 20 percent for persons between the ages of 50-64, and no more than 5 percent for persons aged 65 or older. I used these same quotas for Survey 1. The gender distribution and age distribution of the qualified respondents who passed all quality control checks are shown in Table 1 for Survey 1 and Table 2 for Survey 2.

20.    The survey process was conducted in a double-blind manner. Respondents were unaware of the purpose and sponsor of the study. While the project managers at SSI were aware that this study was to be used in litigation, they did not know who NERA's client was, nor were they aware of the issues being litigated.

## A.    Survey Screener

21.    I understand that the relevant population for this matter has been defined by the court as persons interested in products that assist in developing and maintaining muscle mass, including anabolic steroids as well as dietary supplements. To identify members of this population, I used the same screening criteria for both surveys. To qualify for the surveys, respondents had to:

- Complete the survey on a desktop, laptop, or tablet computer;
- Be 18 years of age or over;
- Live in the U.S.;
- Report that neither they nor anyone in their household are employed in any of the following: an advertising company, a market research firm, a fitness center

---

[10] This strategy, used in conjunction with a screening questionnaire, allows for the possibility that the demographics of the relevant population are different than the U.S. population in general.  In other words, certain age/gender categories may have higher qualification rates than others do.

or gym, a physician's or nutritionist's office, or a company that makes, sells, or distributes vitamins or supplements;

- Report that they had not taken a survey in the prior six months about products for building muscle mass, size, or strength; and

- Report that in the past 12 months they had purchased products for building muscle mass, size, or strength or that they expected to make such purchases in the next 3 months.

Respondents who indicated they had purchased products for increasing muscle mass, size, or strength within the prior 12 months were asked a follow up question as to whether they had visited or shopped on any websites selling muscle building products. Of the 449 respondents who indicated in Survey 1 that they had purchased muscle building products in the past 12 months, 85 percent indicated they had visited or shopped on websites selling muscle building products. Of the 602 respondents who indicated in Survey 2 that they had purchased muscle building products in the past 12 months, 86 percent indicated they had visited or shopping online for these products.

22.    Although the screening criteria for the two studies was the same, the studies were conducted separately and each had its own unique sample.

## B.    Survey Stimuli

### 1.    Survey 1

23.    Respondents to Survey 1 were randomly assigned to one of four groups. Three of these groups were test groups that showed webpages owned and operated by the Defendants while the fourth group was a control group. Respondents assigned to one of the test groups were shown either the homepage for Anabolics.com, the homepage for BuySteroids.com, or the homepage for Steroids.com. Control group respondents were shown an altered version of the Anabolics.com homepage in which the domain name was changed to

MuscleBuildingProducts.com and references to "anabolics" or "growth hormones" were removed.[11] In addition the product names were altered to be the colors shown on the bottles.[12]

24.      Respondents shown the homepage for Anabolics.com were also shown the product description pages for CLEN, D-ANABOL 25, TEST-600x, and TREN 75.  This allowed me to test the possibility that reviewing additional website pages might alleviate any initial confusion respondents had about the types of products sold on the website.

25.      Each of the webpages shown was a static image, meaning that the stimuli were not live webpages with working links. However, in order to allow respondents to view the product ingredients, the survey was programmed in such a way that if respondents clicked on the ingredients link at the bottom of the page, then the ingredients page would be shown in a pop-up window. Respondents were informed they could click on links that they were interested in clicking on, and that some of the links would open a new page.

26.      The images used as test and control stimuli in Survey 1 can be found in Exhibit C.

## 2.      Survey 2

27.      In Survey 2, each respondent viewed two webpages: a homepage and a product description page. Respondents were first randomly assigned to one of two groups: test group respondents were shown the homepage for Anabolics.com while control respondents were shown an altered version of this page in which the name of the website was changed to MuscleBuildingProducts.com.[13] After viewing the assigned homepage, respondents were subdivided further so that the survey included a total of eight "conditions" or "groups." The test respondents (i.e., those that viewed the Anabolics.com homepage) were randomly assigned to

---

[11] Specific changes include: altering the tab name to read "Musclebuilding" instead of "Anabolics – anabolics.com"; changing the banner from "Anabolics.com" to "MuscleBuildingProducts.com"; the "Growth hormone stack" under "Popular stacks" was removed; on the left-hand side of the webpage, the "Our Products" list was removed, leaving blank space.

[12] All product name references were either renamed to the colors on their bottles or removed from the control webpage homepage entirely. The product names were changed as follows: Pituitary Growth Hormone (pGH) was changed to Orange, TEST 600x was changed to Light Blue, WINN-50 was changed to Yellow, TREN 75 was changed to Green, D-ANABOL 25 was changed to Red, VAR 10 was changed to Pink, CLEN was changed to Purple, and DECA 200 was changed to Blue.

[13] In addition to changing the page references of Anabolics.com to MuscleBuildingProducts.com, additional changes to the control webpage included: removing certain references to anabolics and description claims such as muscle enhancement, density, or hardening, vascularity, endurance, joint protection, fat/weight loss, etc.

see the product description page for one of four products advertised on the homepage: CLEN, D-ANABOL 25, TEST-600x, or TREN 75. Control respondents (i.e., those that viewed the MuscleBuildingProducts.com homepage) were randomly assigned to see one of four control pages for those same products.  As shown in Exhibit D, the control pages removed certain claims from the product descriptions.

28.    As with Survey 1, each of the webpages shown was a static image, meaning that the stimuli were not live webpages with working links. However, in order to allow respondents to view the product ingredients, the survey was programmed in such a way that if respondents clicked on the ingredients link at the bottom of the page, the ingredients page would be shown in a pop-up window. Respondents were informed they could click on links that they were interested in clicking on, and that some of the links would open a new page.

29.    The images used as test and control stimuli in Survey 2 can be found in Exhibit E.

## C.    Main Questionnaire

## 1.        Survey 1

30.    After respondents qualified for Survey 1, they were taken to the main questionnaire and given the following instruction:

> We are interested in your honest opinions. There are no right or wrong answers to the questions in this survey.  If, for any question, you don't know the answer or don't have an opinion, please feel free to choose the "Don't know/no opinion" option. Please do not guess.

> Please click on the ">" button below once you are ready to continue.

31.    After respondents clicked the ">" button, they were shown the assigned homepage (i.e., either Anabolics.com, BuySteroids.com, Steroids.com,  or MuscleBuildingProducts.com) and given the following instructions:

> Please look at the webpage below. Please look at this webpage as you normally would if you were considering making a purchase from this website. The webpage is a real page from an actual website, but the image is not a live page. If there are links that you are interested in clicking on, please do so. Some, but not all, of the links will open a new page. Take as much time as you would like to review the webpage and when you are finished, click ">" to continue. To ensure that you have enough time to review the webpage, the ">" button will appear after a short delay.

32.     In order to ensure respondents spent enough time reviewing the information on the webpage, the ">" button remained disabled for 20 seconds. Respondents could spend as much time beyond the initial 20 seconds on the page as needed to review the webpage material. All respondents were asked to verify that they were able to see the product clearly. Respondents who were unable to see the product were screened out of the study.

33.     After viewing the assigned homepage, all respondents then answered two open-ended questions regarding the messages conveyed by the webpages. Respondents were asked:

"What message or messages does the webpage communicate to you?" and

"What else, if anything, did the webpage communicate to you?"

34.     Next, all respondents were asked a close-ended question as to whether they believed a particular type of product was being described on the webpage:

"Is there a type or types of products that you believe are described on this webpage?

1.     Yes
2.     No
3.     Don't know/No opinion"

If the respondent answered "yes" to this question, then an open-ended question immediately followed that asked:

"What type or types of products are described on this webpage?

35.     The subsequent survey flow depended upon which group the respondent was assigned. If the respondent was assigned to the Anabolics.com test group, then the respondent was taken to a new page and shown the following message:

Now we are going to show you the webpage again, along with the webpages of four of the products shown on the website.

Please look at the webpages as you normally would if you were considering purchasing the product shown. The webpages are real pages from an actual website, but the images are not live pages. If there are links that you are interested in clicking on, please do so. Some, but not all, of the links will open a new page. Take as much time as you would like and when you are finished, click ">" to continue. To ensure that you have enough time to review the webpage, the ">" button will appear after a short delay.

36.     Once the Anabolics.com group respondent pressed the ">" button, the respondent was once more shown the Anabolics.com homepage and then subsequently shown the product descriptions pages for CLEN, D-ANABOL 25, TEST-600x, and TREN 75 in randomized order. Respondents did not have a delay to move forward past the homepage; however, there was a 15 second delay for each product page shown. After respondents viewed all of the webpages, they were asked whether they could clearly see all of the webpages. If the respondents indicated they were able to see all pages clearly, then they were taken to the next series of questions. If the respondents indicated they were unable to clearly see all of the webpages, then they skipped the next series of questions and were taken to final data quality control questions.

37.     If the respondents were assigned to either of the other two test groups (i.e. BuySteroids.com or Steroids.com) or to the control group (i.e. MuscleBuildingProducts.com), they did not see the product description pages shown to the Anabolics.com group and were instead taken directly to the next series of questions.

38.     All respondents, regardless of group, were then asked a series of closed- and open-ended questions to test whether respondents believed any of the four products were anabolic steroids. For each of the four products, respondents were asked the following closed-ended question:

> Based on your review of the webpage/the webpages[14] you just viewed, which, if any, of the following do you think [INSERT PRODUCT NAME][15] is? *Select all that apply*
>
>     1.   Anabolic Steroid
>     2.   Dietary Supplement
>     3.   Herbal Supplement
>     4.   Amino Acid
>     5.   Vitamin
>     6.   None of these

---

[14] The MuscleBuildingProducts.com, BuySteroids.com, and Steroids.com test groups saw the word webpage, while the Anabolics.com group saw the word webpages.

[15] The Anabolics.com,  BuySteroids.com, and Steroids.com test groups saw the product name, whereas the MuscleBuildingProducts.com control group saw the color name. Control group respondents saw instead of:

- CLEN – "the PURPLE product";
- D-ANABOL 25 – "the RED product";
- TEST 600x – "the LIGHT BLUE product"; and
- TREN 75 – "the GREEN product".

       7.   Other (Specify)
       8.   Don't know/no opinion

To guard against order effects, the order in which the first five response options was shown was randomized across respondents. In addition, while all respondents were asked about each of the four products, the order in which the products were asked about was randomized across respondents. To allow respondents the opportunity to review the webpage again, below each question and above the answer choices, the survey provided a link to view the website homepage.

39.      For each of the products the respondent identified as an anabolic steroid, the respondent was asked an open-ended question asking "You mentioned that you thought [INSERT PRODUCT NAME] is an anabolic steroid. What makes you say that?"

40.      The survey concluded with several questions used to address data quality. These questions are described in Section III.D of my report. In addition, I also asked two questions about the types of products for building muscle mass, size, or strength that respondents purchased in the past 12 months or expected to purchase in the next 3 months.

41.      The complete Survey 1 questionnaire is provided in Exhibit F, and screenshots of the survey as it appeared to respondents are provided in Exhibit G.

## 2.  Survey 2

42.      As with Survey 1, after qualifying for the survey, respondents were taken to the main questionnaire, which began with the following instruction:

> We are interested in your honest opinions. There are no right or wrong answers to the questions in this survey.  If, for any question, you don't know the answer or don't have an opinion, please feel free to choose the "Don't know/no opinion" option. Please do not guess.
>
> Please click on the ">" button below once you are ready to continue.

43.      After respondents clicked the ">" button, they were shown the assigned webpage (i.e., either Anabolics.com or MuscleBuildingProducts.com) along with the following instructions:

> Please look at the webpage below. Please look at this webpage as you normally would if you were considering making a purchase from this website.  The webpage is a real page from an actual website, but the image is not a live page. If there are links that you are interested in clicking on, please do so. Some, but not all, of the links will open a new page. Take as much time as you would like to review the webpage and when you are finished, click ">" to continue. To

ensure that you have enough time to review the webpage, the ">" button will appear after a short delay.

In order to ensure respondents spent time reviewing the information on the webpage, the ">" button remained disabled for 20 seconds. Respondents could spend as much time beyond the initial 20 seconds on the page as needed to review the webpage material. All respondents were asked to verify that they were able to see the product clearly. Respondents who were unable to see the product were screened out of the study.

44.    After viewing the assigned homepage, respondents were then shown the assigned product description webpage, along with the following instruction:

Now we are going to show you the webpage of one of the products shown on the website. Please look at this webpage as you normally would if you were considering purchasing the product shown. If there are links that you are interested in clicking on, please do so. Some, but not all, of the links will open a new page. Take as much time as you would like and when you are finished, click ">" to continue.

Once more, in order to ensure respondents spent time reviewing the product's information the ">" button remained disabled for 20 seconds. Respondents could spend as much time beyond the initial 20 seconds on the page as needed to review the webpage material. Respondents were again asked to verify that they were able to see the product clearly. Respondents who were unable to see the product description were screened out of the study.

45.    Respondents were then asked to identify the name of the product they reviewed on the second webpage they viewed. In both the test and control conditions, 83 percent of respondents correctly identified the name of the product reviewed. Next, respondents were asked two open-ended questions to capture their top-of-mind recollections regarding what the webpage conveyed about the product shown.

46.    The next series of questions asked respondents whether, based on their review of the product's webpage, they believed the product would lead to certain results. The "results" respondents were asked about varied based upon the product description page shown; however, the questions all followed the same format in that they were closed-ended questions with four response options indicating: (1) the product would lead to the result; (2) the product would not lead to the result; (3) there was not information to determine whether the product would lead to

the result; and (4) a don't know option.[16] For example, respondents who viewed the D-ANABOL 25 product description page were asked:

> Based on your review of this product's webpage, do you think this product…
>
> 1. Would increase muscle size
> 2. Would not increase muscle size
> 3. There is not enough information to determine whether or not this product would increase muscle size
> 4. Don't know/no opinion

If respondents indicated that they thought the product either would or would not lead to the result (e.g., "would increase muscle size" or "would not increase muscle size" for D-ANABOL 25), they were asked the open-ended follow-up question, "What makes you say that?"

47.    In addition to asking about certain specific results, I also asked all respondents whether they thought the product would increase flexibility, a claim that was not stated or suggested in any of the product descriptions. This claim serves as a control that allows me to test the extent to which respondents might report that the product will achieve any result asked about in the survey, regardless of whether it appears on the webpage.

48.    In the table below, I show the specific results asked about for each product.

|  | CLEN | D-ANABOL 25 | TEST 600X | TREN 75 |
|---|---|---|---|---|
| Would Reduce Body Fat | X |  | X | X |
| Would Increase Muscle Size |  | X | X | X |
| Would Increase Strength |  | X | X |  |
| Would Increase Stamina and Endurance | X |  |  |  |
| Would Increase Sexual Performance and Sexual Stamina |  |  | X |  |
| Would Increase Flexibility | X | X | X | X |

49.    Next, in order to test whether particular advertising claims influence consumers' likelihood of purchasing muscle-building products, all respondents, regardless of which webpages they viewed, were asked whether eight product claims would influence their purchase decisions.

---

[16] To avoid order effects, the order of the first two options was rotated across respondents so that some respondents saw the "would not" version first. In addition, for each product, the question order was randomized.

Thinking about products like the ones shown on these webpages, would the following information influence or not influence your decision to purchase the product?

1. The product reduces body fat
2. The product increases muscle size
3. The product increases strength
4. The product increases stamina and endurance
5. The product improves sexual performance and sexual stamina
6. The product improves sleep
7. The product is endorsed by a celebrity
8. The product is shipped discreetly

The order in which the claims were listed was randomized so that different respondents saw the claims in different orders. The first five claims listed above are claims that I understand to be at issue in this case. I included the last three claims on the list as distractor items.

50.    If respondents indicated a particular claim would influence their decision to purchase the product, then in the subsequent question respondents were asked how these claims would influence their purchasing decisions. Specifically, I asked:

Thinking about products like the ones shown on these webpages, would the following information make you:

- More likely to purchase the product over other similar products
- Neither more nor less likely to purchase the product over other similar products
- Less likely to purchase the product over other similar products
- or do you not know?

51.    The survey concluded with several questions used to address data quality. These questions are described in the Section III.D of my report. In addition, I also asked two questions about the types of products for building muscle mass, size, or strength that respondents purchased in the past 12 months or expected to purchase in the next 3 months.

52.    The complete Survey 2 questionnaire is provided in Exhibit H, and screenshots of the survey as it appeared to respondents are provided in Exhibit I.

## D.    Data Quality

53.    To ensure that the data were of high quality, the survey included procedures and questions that would allow me to validate the respondents' identities and identify distracted respondents. First, SSI used "digital fingerprinting technology" to identify and exclude any

respondent who attempted to take the survey more than one time.[17]  Second, at the beginning of the each survey, respondents were asked to complete a CAPTCHA question.[18] A CAPTCHA question asks respondents to enter a code as it appears in an image, which helps to make sure that a person is completing the survey rather than a computer "bot." Third, to validate the survey respondents' identities, I instructed SSI to terminate any respondents who, when answering the screener, reported a gender or age that was different than the gender or age SSI has on file in its panel database.

54.    Because the survey required respondents to view webpage images, I asked respondents to confirm that they were able to see the images clearly. Respondents who could not see the images clearly were screened out of the study. Survey 1Survey 2

55.    To identify respondents who were distracted while taking the surveys, I included the following "red herring" question:

> This question is a little different. While most people carefully read and respond to the questions in our surveys, a small number do not. To verify that you have read this question carefully, please select the [X] response from the list below.
>
> 1. Extremely Important
> 2. Very Important
> 3. Somewhat Important
> 4. Not at all Important
> 5. Don't know

Respondents were randomly assigned a response option to select. This means that some respondents were instructed to choose the first option, some were instructed to choose the second, and so on. Respondents who answered this question incorrectly were screened out of the survey.

56.    Lastly, I asked the five following questions to ensure that respondents had followed the instructions given at the beginning of the survey:

- At any time during this survey, did you open any other windows or tabs on this computer?

---

[17] Using this technology, each respondent is assigned a digital fingerprint based on information gathered from his or her computer (e.g., IP address, operating system, browser type, etc.).

[18] For more information on how CAPTCHA works, see Carnegie Mellon University's website, "The Official CAPTCHA Site." 2010. Retrieved February 2, 2017 (http://www.captcha.net/).

- At any time during this survey, did you use any other computer?

- At any time during this survey, did you look at or use any hand-held electronic device, such as a cell phone or tablet computer?

- At any time during this survey, did you view any written material (other than this survey)?

- At any time during this survey, did you consult or talk with someone else?

Respondents who answered "Yes" to any of these questions were screened out of the survey.

## IV.    Survey Results

### A.    Survey 1

57.    As described earlier, the first open-ended question series in the main questionnaire asked respondents about the messages communicated by the homepages. Respondents saw two back-to-back messaging questions in order to capture any additional top-of-mind messages the respondent believed were communicated but may have not mentioned in response to the first iteration of the question As a reminder, respondents were asked:

"What message or messages does the webpage communicate to you?" and

"What else, if anything, did the webpage communicate to you?"

58.    In order to avoid double-counting of messages, if a respondent identified the same message in both versions of the question, then the message would only be counted once. In Table 3, I present a summary of the main message verbatim answers given by respondents. Of those respondents who viewed the BuySteroids.com homepage and Steroids.com homepage, 64.4 percent and 51.0 percent of respondents respectively reported that the main message of the webpages was about "anabolic steroids" or "steroids." Of those who viewed the Anabolics.com homepage, 7.0 percent reported that the main message of the website was about "anabolic steroids" or "steroids" compared to 1.0 percent of control group respondents who viewed the MuscleBuildingProducts.com homepage. Other common main messages included a more general message that the websites were about muscle building, as well as the promotional deals and wide variety of products available for purchase.

59.    Table 4 shows that when asked an open-ended question about the type of product sold on the webpage, 54.5 percent of those who viewed the BuySteroids.com homepage and 47.0

percent of those who viewed Steroids.com homepage reported that the website sold "anabolic steroids" or "steroids. Among those who viewed the Anabolics.com homepage, 7.0 percent reported that the website sold "anabolic steroids" or "steroids" compared to 1.0 percent of control group respondents who viewed the MuscleBuildingProducts.com homepage.

60.    In Tables 5a and 5b, I present the share of respondents who reported that CLEN was an anabolic steroid. As shown in Table 5a, 54.5 percent of respondents who viewed BuySteroids.com, 51.0 percent of respondents who viewed Steroids.com, and 25.9 percent of respondents who viewed Anabolics.com reported that CLEN was an anabolic steroid. By comparison, 11.9 percent of control group respondents thought that the Purple product was an anabolic steroid. Table 5b shows the net differences after taking the control results into account. These range from 13.9 percent for Anabolics.com to 42.5 percent for BuySteroids.com.

61.    In Tables 6a and 6b, I present the share of respondents who reported that D-ANABOL 25 was an anabolic steroid. As shown in Table 6a, 80.2 percent of respondents who viewed BuySteroids.com, 84 percent of respondents who viewed Steroids.com, and 61.2 percent of respondents who viewed Anabolics.com reported that D-ANABOL 25 was an anabolic steroid. By comparison, 44.3 percent of control group respondents thought that the Red product was an anabolic steroid. Table 6b shows the net differences after taking the control results into account. These range from 16.9 percent for Anabolics.com to 39.7 percent for Steroids.com.

62.    Tables 7a and 7b show the results for TEST-600x while Tables 8a and 8b show the results for TREN 75. These tables show high percentages of test group respondents believe the product is an anabolic steroid. After subtracting the control group responses from the Anabolics.com responses, the net rates for believing that TEST-600x and TREN 75 are anabolic steroids are 19.9 percent and 17.4 percent, respectively. Among those who viewed either the BuySteroids.com or Steroids.com pages, the net rates ranged from 32.7 percent to 34.0 percent for TEST-600x, and from 45.1 to 47.4 percent for TREN 75.

## B.    Survey 2

63.    As mentioned earlier, respondents were asked two open-ended questions regarding the messages conveyed about the product shown. Table 9 shows the most commonly-cited messages respondents reported were conveyed on the webpage. Of the specific products

effects described, the most commonly-cited effect for both groups was muscle building, with 56.3 percent of test group and 30.3 percent of control group respondents indicating the products would have such an effect. Twenty-eight percent of test respondents as compared to 5.0 percent of control respondents reported an effect of the products was weight loss. Few respondents in either group reported the products' effects included energy boosting, improved sleep, sexual performance, or stamina and endurance.

**1.      CLEN**

64.      As shown in Table 10a, among the 104 test group respondents who viewed the CLEN product description page, 76.9 percent reported that the product would reduce body fat, 57.7 percent reported that it would increase stamina and endurance, and 32.7 percent indicated it would increase flexibility.

65.      Among the100 control group respondents who viewed the CLEN (control) product description page, 37.0 percent reported that the product would reduce body fat, 45.0 percent reported that it would increase stamina and endurance, and 36.0 percent indicated it would increase flexibility.

66.      In designing the survey, I included two types of controls: a control group and a control question. The control group allows me to test whether respondents' perceptions are attributable to specific elements of the webpage. The control group viewed a webpage that is identical to the webpage shown to the test group, with the exception of the elements being tested. The control group measures the extent to which the responses are due to pre-existing beliefs, guessing, other elements of the webpage, or the survey design itself. Subtracting the control group's response levels from the test group's levels provides a measure of the effect of the tested webpage elements on the respondents' perceptions. Table 10a shows the net differences between the test and control group responses. Among respondents who viewed the CLEN product description page, the net difference for the belief that it would reduce body fat is (76.9%-37.0%=) 39.9 percent. The net difference for the belief that CLEN would increase stamina and endurance is (57.7%-45.0%=)12.7 percent. Both of these percentages indicate that the claims made about CLEN in the test webpages make respondents more likely to think the product will have these effects. In contrast, the net difference for "would increase flexibility"—a claim that

was not stated in or suggested by the webpage—is (32.7%-36.0%=) -3.3 percent. In other words, the test and control groups responded similarly to the question about flexibility.

67.    When comparing test and control group results, the question about flexibility provides a useful contrast to the questions on the claims at issue. However, the question also serves as a control in its own right. As a control question, it can be used to test the alternative hypothesis that respondents would have said that the product would have led to any "result" asked about in the survey. As shown in Table 10b,  when used as a control question, the net differences for the claims that CLEN would reduce body fat  and would increase stamina are (76.9%-32.7%=) 44.2 percent and (57.7%-32.7%=) 25.0 percent, respectively.

## 2.    D-ANABOL 25

68.    Among the 98 test group respondents who viewed the D-ANABOL 25 product description page, 76.5 percent reported that the product would increase muscle size, 72.4 percent reported that it would increase strength, and 29.6 percent indicated it would increase flexibility (Table 11a).

69.    Among the 97 control group respondents who viewed the D-ANABOL 25 (control) product description page, 56.7 percent reported that the product would increase muscle size, 62.9 percent reported that it would increase strength, and 29.9 percent indicated it would increase flexibility.

70.    Among respondents who viewed the D-ANABOL 25 product description page, the net difference for the belief that it would increase muscle size is 19.8 percent. The net difference for the belief that D-ANABOL 25 would increase strength is 9.6 percent. In contrast, the net difference for the belief that D-ANABOL 25 would increase flexibility is -0.3 percent.

71.    Table 11b shows the net differences when the flexibility question is used as a control question. Among test group respondents who viewed the D-ANABOL 25 product description page, the net difference for "would increase muscle size" is 46.9 percent while the net difference for "Would increase strength" is 42.9 percent.

### 3.        TEST-600x

72.        As shown in Table 12a, among the 101 test group respondents who viewed the TEST-600x product description page, 46.5 percent reported that the product would reduce body fat, 71.3 percent reported that it would increase muscle size, 75.2 percent reported that it would increase strength, 26.7 percent reported that it would increase sexual performance and sexual stamina, and 18.8 percent indicated it would increase flexibility.

73.        Among the 101 control group respondents who viewed the TEST-600x (control) product description page, 33.7 percent reported that the product would reduce body fat, 64.4 percent reported that it would increase muscle size, 64.4 percent reported that it would increase strength, 11.9 percent reported that it would increase sexual performance and sexual stamina, and 26.7 percent indicated it would increase flexibility.

74.        Among respondents who viewed the TEST-600x product description page, the net difference for the belief that it would increase reduce body fat is 12.9 percent. The net difference for the belief that TEST-600x would increase muscle size is 6.9 percent. The net difference for the belief that TEST-600x would increase strength is 10.9 percent. The net difference for the belief that TEST-600x would increase sexual performance and sexual stamina is 14.9 percent.  In contrast, the net difference for the belief that TEST-600x would increase flexibility is -7.9 percent.

75.        Table 12b shows the net differences when the flexibility question is used as a control question. Among test group respondents who viewed the TEST-600x product description page, the net differences are 7.9 percent for "would increase sexual performance and sexual stamina," 27.7 percent for "would reduce body fat," 52.5 percent for would increase muscle size and 56.4 percent for would increase strength.

### 4.        TREN 75

76.        Among the 102 test group respondents who viewed the TREN 75 product description page, 59.8 percent reported that the product would reduce body fat, 77.5 percent reported that it would increase muscle size, and 29.4 percent indicated it would increase flexibility (Table 13a).

77.     Among the 101 control group respondents who viewed the TREN 75 (control) product description page, 33.7 percent reported that the product would reduce body fat, 61.4 percent reported that it would increase muscle size, and 23.8 percent indicated it would increase flexibility.

78.     Among respondents who viewed the TREN 75 product description page, the net difference for the belief that it would reduce body fat is 26.1 percent. The net difference for the belief that TREN 75 would increase muscle size is 16.1 percent. In contrast, the net difference for the belief that TREN 75 would increase flexibility is 5.6 percent.

79.     Table 13b shows the net differences when the flexibility question is used as a control question. Among test group respondents who viewed the TREN 75 product description page, the net differences are 30.4 percent for "would reduce body fat" and 48.0 percent for would increase muscle size.

## 5.        Materiality of Claims

80.     Table 14 shows survey results regarding whether the claims at issue (i.e., "reduces body fat," "increases muscle size," "increases strength," "increases stamina and endurance," and "improves sexual performance and sexual stamina") would influence respondents' purchasing decisions. The share of respondents reporting that the claims at issue would influence their decision ranged from 46.4 percent for "improves sexual performance and sexual stamina" to 84.5 percent for "increases strength." In contrast, fewer respondents indicated that a claim that a product is endorsed by a celebrity (18.8 percent) or shipped discreetly (37.4 percent) would influence their decision.

81.     Respondents who indicated that a claim would influence their purchasing decisions were asked whether the claim would make them more likely, less likely, or neither more or less likely to purchase the product over other similar products. As shown in Table 15, two-thirds or more of respondents indicated that claims about reducing body fat, increasing muscle size, increasing strength, and increasing stamina and endurance would make them more likely to purchase the product. For the claim "improves sexual performance and sexual stamina", 38.6 percent of respondents indicated that this claim would make them more likely to purchase the product.

## V.    Conclusion

82.     I was asked to conduct survey research to evaluate consumer perceptions about the types of products sold on three websites that have been operated by Defendants, and specifically whether consumers believed that the websites sold anabolic steroids. I was also asked to conduct survey research to determine (1) whether or not certain product descriptions are likely to cause consumers to believe that using the products would lead to specific results and (2) whether certain advertising claims would influence consumers' purchasing decisions.

83.     The results of Survey 1 demonstrate a substantial number of consumers believe that the Defendants' websites sell anabolic steroids. The results of Survey 2 demonstrate that the descriptions of CLEN, D-ANABOL 25, TEST-600x and TREN 75 on the product webpages are likely to lead a substantial number of consumers to believe that these products will lead to specific results. In addition, the survey also shows that the claims at issue are likely to influence consumers' purchasing decisions.

84.     My opinions and conclusions as expressed in this report are to a reasonable degree of professional certainty. My work is ongoing and my opinions will continue to be informed by any additional material that becomes available to me.


Melissa Pittaoulis
February 6, 2017

**Table 1**
**Age and Gender Distribution of NERA Survey 1 Respondents by Group**

| Characteristic | Test Group | | | Control Group |
|---|---|---|---|---|
| | Anabolics.com | BuySteroids.com | Steroids.com | MuscleBuildingProducts.com |
| (a) | (b) | (c) | (d) | (e) |
| *Age* | | | | |
| 18-34 | 39.8% | 44.6% | 39.0% | 38.3% |
| 35-49 | 38.8% | 35.6% | 37.0% | 39.3% |
| 50-64 | 17.4% | 16.8% | 18.0% | 17.9% |
| 65+ | 4.0% | 3.0% | 6.0% | 4.5% |
| **Total:** | **100.0%** | **100.0%** | **100.0%** | **100.0%** |
| *Gender* | | | | |
| Male | 62.2% | 56.4% | 52.0% | 61.7% |
| Female | 37.8% | 43.6% | 48.0% | 38.3% |
| **Total:** | **100.0%** | **100.0%** | **100.0%** | **100.0%** |
| **Total Number of Respondents:** | **201** | **101** | **100** | **201** |

Source:
  NERA Survey 1, Questions S3, S4

**Table 2**
**Age and Gender Distribution of NERA Survey 2 Respondents**

|  | | Test Group | Control Group |
|---|---|---|---|
| **Characteristic** | | **Anabolics.com** | **MuscleBuildingProducts.com** |
|  | | **(Percent)** | **(Percent)** |
| **(a)** | | **(b)** | **(c)** |
| *Age* | | | |
| 18-34 | | 37.5% | 37.1% |
| 35-49 | | 36.5% | 36.3% |
| 50-64 | | 20.2% | 20.1% |
| 65+ | | 5.7% | 6.5% |
| | **Total:** | **100.0%** | **100.0%** |
| *Gender* | | | |
| Male | | 60.5% | 60.2% |
| Female | | 39.5% | 39.8% |
| | **Total:** | **100.0%** | **100.0%** |
| **Total Number of Respondents:** | | **405** | **399** |

Source:
  NERA Survey 2, Questions S3, S4

**Table 3**
**Respondents' Top-of-Mind Responses about the Messages Communicated by the Webpage**

| Messages Communicated | Test Group | | | Control Group |
|---|---|---|---|---|
| | Anabolics.com | BuySteroids.com | Steroids.com | MuscleBuildingProducts.com |
| (a) | (b) | (d) | (e) | (c) |
| Anabolic steroid\Steroid | 7.0% | 64.4% | 51.0% | 1.0% |
| Anabolic or growth hormone [no further description] | 14.4% | 1.0% | 5.0% | 0.5% |
| Product variety | 23.9% | 13.9% | 20.0% | 27.4% |
| Muscle building | 39.8% | 31.7% | 23.0% | 49.3% |
| Weight loss | 10.9% | 1.0% | 10.0% | 11.9% |
| Stamina and Performance enhancement | 2.0% | 1.0% | 2.0% | 3.5% |
| Strengthening | 6.5% | 6.9% | 4.0% | 3.0% |
| Illegal or not trustworthy | 3.5% | 10.9% | 8.0% | 3.0% |
| Safe to use or no side effects | 1.5% | 6.9% | 1.0% | 0.5% |
| Improves health | 6.0% | 5.0% | 4.0% | 6.5% |
| Vitamin or medicine | 11.9% | 3.0% | 4.0% | 9.0% |
| Good price or promotional deal | 21.4% | 5.0% | 9.0% | 22.9% |
| Color | 0.0% | 0.0% | 1.0% | 6.0% |
| Athletic and fitness oriented | 4.0% | 3.0% | 1.0% | 0.5% |
| Top of the line products | 6.0% | 5.9% | 2.0% | 8.0% |
| Reviews and testimonials | 9.5% | 1.0% | 2.0% | 13.9% |
| Other miscellaneous messages | 44.8% | 32.7% | 37.0% | 44.3% |
| **Total Number of Respondents:** | **201** | **101** | **100** | **201** |

Notes:

Messages were coded from verbatim responses.

Responses could add up to more than 100% because respondents could identify more than one type of message communicated.

Source:

NERA Survey 1, Questions Q1, Q2

**Table 4**
**Respondents' Beliefs About the Type or Types of Products Sold on Website**

| | Test Group | | | Control Group |
|---|---|---|---|---|
| **Described Product Types** | **Anabolics.com** | **BuySteroids.com** | **Steroids.com** | **MuscleBuildingProducts.com** |
| **(a)** | **(b)** | **(d)** | **(e)** | **(c)** |
| Anabolic Steroid\Steroid | 7.0% | 54.5% | 47.0% | 1.0% |
| Anabolic [no further description]/Growth Hormone | 13.4% | 1.0% | 1.0% | 2.0% |
| Muscle building | 31.3% | 10.9% | 14.0% | 46.8% |
| Weight loss | 11.9% | 3.0% | 4.0% | 10.4% |
| Herbal or natural supplement | 0.5% | 0.0% | 0.0% | 1.0% |
| Amino acid | 0.0% | 0.0% | 0.0% | 0.0% |
| Vitamins or nutritional supplement | 3.5% | 2.0% | 3.0% | 5.5% |
| Supplement or pill [no further description] | 10.0% | 3.0% | 2.0% | 8.0% |
| Medicine or antibiotics | 5.0% | 0.0% | 2.0% | 4.0% |
| Specified Product Name  [no further description] | 2.5% | 2.0% | 4.0% | 0.0% |
| Protein product\powder | 1.0% | 1.0% | 4.0% | 4.0% |
| Energy or stamina or endurance | 0.5% | 0.0% | 0.0% | 3.0% |
| Athletic or fitness enhancer | 1.5% | 1.0% | 0.0% | 3.0% |
| Other | 5.0% | 2.0% | 3.0% | 5.0% |
| Don't know/no opinion | 0.5% | 1.0% | 1.0% | 1.5% |
| No types of products were identified | 19.4% | 20.8% | 19.0% | 24.4% |
| **Total Number of Respondents:** | **201** | **101** | **100** | **201** |

Notes:

Only respondents who indicated there was a type or types of products described on the webpage were asked to indicate which types of products were shown.

Messages were coded from verbatim responses.

Responses could add up to more than 100% because respondents could choose more than one type of product.

Source:

NERA Survey 1, Questions Q3, Q4

**Table 5a**

**Respondents' Beliefs About the Type of Product CLEN is**

| Type of Product | Test | | | Control |
|---|---|---|---|---|
| | Clen | | | Purple |
| | Anabolics.com | BuySteroids.com | Steroids.com | MuscleBuildingProducts.com |
| (a) | (b) | (c) | (d) | (e) |
| Anabolic Steroid | 25.9% | 54.5% | 51.0% | 11.9% |
| Dietary Supplement | 52.7% | 25.7% | 30.0% | 43.8% |
| Herbal Supplement | 18.9% | 12.9% | 9.0% | 17.9% |
| Amino Acid | 10.0% | 11.9% | 5.0% | 10.0% |
| Vitamin | 13.9% | 7.9% | 7.0% | 14.9% |
| Other | 5.5% | 4.0% | 5.0% | 8.0% |
| None of these | 0.0% | 2.0% | 2.0% | 2.5% |
| Don't know/no opinion | 8.0% | 5.9% | 7.0% | 10.4% |
| **Total Number of Respondents:** | **201** | **101** | **100** | **201** |

Notes:

Responses add to more than 100% because respondents could choose more than one type of product.

Source:

NERA Survey 1, Question Q6

**Table 5b**
**Share of Respondents Who Believe CLEN is an Anabolic Steroid**

| Group | Test | Control | Net Difference |
|---|---|---|---|
| (a) | (b) | (c) | (d) |
| | | | [(b - c)] |
| Anabolics.com | 25.9% | 11.9% | 13.9% |
| BuySteroids.com | 54.5% | 11.9% | 42.5% |
| Steroids.com | 51.0% | 11.9% | 39.1% |

Source:
  NERA Survey 1, Question Q6

**Table 6a**

**Respondents' Beliefs About the Type of Product D-ANABOL 25 is**

| Type of Product | Test | | | Control |
|---|---|---|---|---|
| | D-Anabol 25 | | | Red |
| (a) | Anabolics.com | BuySteroids.com | Steroids.com | MuscleBuildingProducts.com |
| | (b) | (c) | (d) | (e) |
| Anabolic Steroid | 61.2% | 80.2% | 84.0% | 44.3% |
| Dietary Supplement | 25.4% | 13.9% | 8.0% | 21.9% |
| Herbal Supplement | 9.5% | 5.9% | 4.0% | 12.9% |
| Amino Acid | 9.0% | 4.0% | 4.0% | 13.4% |
| Vitamin | 9.5% | 5.0% | 9.0% | 14.4% |
| Other | 1.5% | 0.0% | 0.0% | 2.5% |
| None of these | 1.0% | 2.0% | 2.0% | 1.5% |
| Don't know/no opinion | 7.0% | 5.9% | 3.0% | 10.9% |
| **Total Number of Respondents:** | **201** | **101** | **100** | **201** |

Notes:

  Responses add to more than 100% because respondents could choose more than one type of product.

Source:

  NERA Survey 1, Question Q7

**Table 6b**
**Share of Respondents Who Believe D-ANABOL 25 is an Anabolic Steroid**

| Group | Test | Control | Net Difference |
|---|---|---|---|
| (a) | (b) | (c) | (d) |
| | | | [(b - c)] |
| Anabolics.com | 61.2% | 44.3% | 16.9% |
| BuySteroids.com | 80.2% | 44.3% | 35.9% |
| Steroids.com | 84.0% | 44.3% | 39.7% |

Source:
  NERA Survey 1, Question Q7

**Table 7a**

**Respondents' Beliefs About the Type of Product TEST-600x is**

| Type of Product | Test | | | Control |
|---|---|---|---|---|
| | Test-600x | | | Light Blue |
| | Anabolics.com | BuySteroids.com | Steroids.com | MuscleBuildingProducts.com |
| (a) | (b) | (c) | (d) | (e) |
| Anabolic Steroid | 54.2% | 68.3% | 67.0% | 34.3% |
| Dietary Supplement | 27.9% | 20.8% | 16.0% | 24.9% |
| Herbal Supplement | 13.4% | 8.9% | 10.0% | 13.9% |
| Amino Acid | 10.9% | 10.9% | 7.0% | 12.9% |
| Vitamin | 9.5% | 4.0% | 6.0% | 17.4% |
| Other | 3.5% | 1.0% | 4.0% | 2.0% |
| None of these | 0.5% | 5.0% | 4.0% | 2.5% |
| Don't know/no opinion | 6.5% | 5.0% | 5.0% | 11.9% |
| **Total Number of Respondents:** | **201** | **101** | **100** | **201** |

Notes:

Responses add to more than 100% because respondents could choose more than one type of product.

Source:

NERA Survey 1, Question Q8

**Table 7b**
**Share of Respondents Who Believe TEST-600x is an Anabolic Steroid**

| Group | Test | Control | Net Difference |
|---|---|---|---|
| (a) | (b) | (c) | (d) |
| | | | [(b - c)] |
| Anabolics.com | 54.2% | 34.3% | 19.9% |
| BuySteroids.com | 68.3% | 34.3% | 34.0% |
| Steroids.com | 67.0% | 34.3% | 32.7% |

Source:
 NERA Survey 1, Question Q8

**Table 8a**

**Respondents' Beliefs About the Type of Product TREN 75 is**

| Type of Product | Test Tren 75 | | | Control Green |
|---|---|---|---|---|
| | Anabolics.com | BuySteroids.com | Steroids.com | MuscleBuildingProducts.com |
| (a) | (b) | (c) | (d) | (e) |
| Anabolic Steroid | 43.3% | 73.3% | 71.0% | 25.9% |
| Dietary Supplement | 40.8% | 16.8% | 11.0% | 28.9% |
| Herbal Supplement | 11.9% | 8.9% | 9.0% | 25.9% |
| Amino Acid | 12.9% | 5.0% | 8.0% | 16.4% |
| Vitamin | 11.4% | 9.9% | 9.0% | 13.4% |
| Other | 3.0% | 1.0% | 0.0% | 3.5% |
| None of these | 1.0% | 1.0% | 2.0% | 2.5% |
| Don't know/no opinion | 5.0% | 6.9% | 7.0% | 12.4% |
| **Total Number of Respondents:** | **201** | **101** | **100** | **201** |

Notes:

Responses add to more than 100% because respondents could choose more than one type of product.

Source:

NERA Survey 1, Question Q9

**Table 8b**
**Share of Respondents Who Believe TREN 75 is an Anabolic Steroid**

| Group | Test | Control | Net Difference |
|---|---|---|---|
| **(a)** | **(b)** | **(c)** | **(d)** |
| | | | **[(b - c)]** |
| Anabolics.com | 43.3% | 25.9% | 17.4% |
| BuySteroids.com | 73.3% | 25.9% | 47.4% |
| Steroids.com | 71.0% | 25.9% | 45.1% |

Source:
  NERA Survey 1, Question Q9

**Table 9**
**Share of Respondents Who Indicated the Webpage Communicated Certain Messages to Consumers**

| Message | Test Group Anabolics.com (Percent) | Control Group MuscleBuildingProducts.com (Percent) |
|---|---|---|
| (a) | (b) | (c) |
| Anabolic steroid | 0.7% | 0.8% |
| Anabolic [no further description] or growth hormone | 4.4% | 1.5% |
| Flexibility | 0.0% | 0.0% |
| Muscle Building | 56.3% | 30.3% |
| Weight loss | 28.4% | 5.0% |
| Fast Acting or Works Quickly | 8.4% | 5.8% |
| Strength Increasing | 10.4% | 7.3% |
| Energy Boosting | 2.0% | 0.8% |
| Safe or Safe to Use | 4.7% | 3.5% |
| Sexual performance enhancer | 2.5% | 0.0% |
| Sleep | 1.2% | 0.0% |
| Good deal or price or promotion | 24.0% | 26.3% |
| Expensive or Pricy | 4.0% | 4.0% |
| Price/cost [no further description] | 9.4% | 11.3% |
| Athletes/Fitness/Body builder | 2.5% | 11.3% |
| Top Product or Number One Product | 15.1% | 16.5% |
| Regiment or Dosage | 6.2% | 17.8% |
| No Water Retention or Bloating | 1.2% | 5.0% |
| User Reviews and Testimonials | 4.7% | 5.8% |
| High Performance Enhancement | 0.7% | 3.3% |
| Ingredients | 2.5% | 2.8% |
| Stamina or Endurance | 3.5% | 0.0% |
| Product Description [not specific] | 7.4% | 6.8% |
| Control Appetite or Curbs Hunger | 3.5% | 0.0% |
| Healthy or Good for You | 2.5% | 3.5% |
| Alternative to steroids | 1.0% | 1.0% |
| Other miscellaneous messages | 37.3% | 40.9% |
| **Total Number of Respondents:** | **405** | **399** |

Notes:
  Options were coded from verbatim responses.
  Responses could add up to more than 100% because respondents could identify more than one type of message communicated.
Source:
  NERA Survey 2, Questions Q4 Q5

**Table 10a**

**Share of Respondents in the "Clen Conditions" Who Believed, Based on the Product's Webpage, that the Product Would Lead to Certain Results**

| Claim | Product | | |
|---|---|---|---|
| | Clen | | |
| | Test | Control | Net |
| | (Percent) | (Percent) | (Percent) |
| **(a)** | **(b)** | **(c)** | **(d)** |
| | | | **[(b - c)]** |
| **Body Fat** | | | |
| Would reduce | 76.9% | 37.0% | 39.9% |
| Would not reduce | 2.9% | 3.0% | |
| Not enough information | 13.5% | 41.0% | |
| Don't know/No opinion | 6.7% | 19.0% | |
| Total | 100.0% | 100.0% | |
| **Stamina and Endurance** | | | |
| Would increase | 57.7% | 45.0% | 12.7% |
| Would not increase | 1.0% | 0.0% | |
| Not enough information | 22.1% | 36.0% | |
| Don't know/No opinion | 19.2% | 19.0% | |
| Total | 100.0% | 100.0% | |
| **Flexibility** | | | |
| Would increase | 32.7% | 36.0% | -3.3% |
| Would not increase | 9.6% | 5.0% | |
| Not enough information | 33.7% | 44.0% | |
| Don't know/No opinion | 24.0% | 15.0% | |
| Total | 100.0% | 100.0% | |
| **Total Number of Respondents:** | **104** | **100** | |

Source:
  NERA Survey 2, Questions Q6, Q7, Q11

**Table 10b**
**Net Differenes Based on Control Question,**
**Clen Conditions**

| | Claim | | | Net Difference from Flexibility | |
|---|---|---|---|---|---|
| Group | Would Reduce Body Fat | Would Increase Stamina | Would Increase Flexibility | Net Difference Body Fat | Net Difference Stamina |
| | (Percent) | (Percent) | (Percent) | (Percent) | (Percent) |
| (a) | (b) | (c) | (d) | (e) [(b - d)] | (f) [(c - d)] |
| Test | 76.9% | 57.7% | 32.7% | 44.2% | 25.0% |
| Control | 37.0% | 45.0% | 36.0% | 1.0% | 9.0% |

Source:
NERA Survey 2, Questions Q6, Q7, Q11

**Table 11a**
**Share of Respondents in the "D-Anabol 25 Conditions" Who Believed,**
**Based on the Product's Webpage, that the Product Would Lead**
**to Certain Results**

| | Product | | |
| | D-Anabol 25 | | |
| Claim | Test | Control | Net |
| | (Percent) | (Percent) | (Percent) |
| (a) | (b) | (c) | (d) [(b - c)] |
|---|---|---|---|
| **Muscle Size** | | | |
| Would increase | 76.5% | 56.7% | 19.8% |
| Would not increase | 0.0% | 1.0% | |
| Not enough information | 14.3% | 33.0% | |
| Don't know/No opinion | 9.2% | 9.3% | |
| Total | 100.0% | 100.0% | |
| **Strength** | | | |
| Would increase | 72.4% | 62.9% | 9.6% |
| Would not increase | 2.0% | 3.1% | |
| Not enough information | 16.3% | 27.8% | |
| Don't know/No opinion | 9.2% | 6.2% | |
| Total | 100.0% | 100.0% | |
| **Flexibility** | | | |
| Would increase | 29.6% | 29.9% | -0.3% |
| Would not increase | 10.2% | 4.1% | |
| Not enough information | 37.8% | 52.6% | |
| Don't know/No opinion | 22.4% | 13.4% | |
| Total | 100.0% | 100.0% | |
| **Total Number of Respondents:** | 98 | 97 | |

Source:
  NERA Survey 2,  Questions Q6, Q8, Q9

**Table 11b**
**Net Rates Based on Net Differences,**
**D-Anabol 25 Conditions**

| | Claim | | | Net Difference from Flexibility | |
| --- | --- | --- | --- | --- | --- |
| Group | Would Increase Muscle Size | Would Increase Strength | Would Increase Flexibility | Net Difference Muscle Size | Net Difference Strength |
| | (Percent) | (Percent) | (Percent) | (Percent) | (Percent) |
| (a) | (b) | (c) | (d) | (e) [(b - d)] | (f) [(c - d)] |
| Test | 76.5% | 72.4% | 29.6% | 46.9% | 42.9% |
| Control | 56.7% | 62.9% | 29.9% | 26.8% | 33.0% |

Source:
  NERA Survey 2,  Questions Q6, Q8, Q9

**Table 12a**

**Share of Respondents in the "Test-600x Conditions" Who Believed, Based on the Product's Webpage, that the Product Would Lead to Certain Results**

| | Product | | |
| | Test-600x | | |
| Claim | Test | Control | Net |
| | (Percent) | (Percent) | (Percent) |
| (a) | (b) | (c) | (d) [(b - c)] |
|---|---|---|---|
| **Body Fat** | | | |
| Would reduce | 46.5% | 33.7% | 12.9% |
| Would not reduce | 7.9% | 3.0% | |
| Not enough information | 29.7% | 51.5% | |
| Don't know/No opinion | 15.8% | 11.9% | |
| Total | 100.0% | 100.0% | |
| **Muscle Size** | | | |
| Would increase | 71.3% | 64.4% | 6.9% |
| Would not increase | 2.0% | 2.0% | |
| Not enough information | 11.9% | 22.8% | |
| Don't know/No opinion | 14.9% | 10.9% | |
| Total | 100.0% | 100.0% | |
| **Strength** | | | |
| Would increase | 75.2% | 64.4% | 10.9% |
| Would not increase | 2.0% | 2.0% | |
| Not enough information | 14.9% | 24.8% | |
| Don't know/No opinion | 7.9% | 8.9% | |
| Total | 100.0% | 100.0% | |
| **Sexual Performance and Sexual Stamina** | | | |
| Would increase | 26.7% | 11.9% | 14.9% |
| Would not increase | 8.9% | 9.9% | |
| Not enough information | 41.6% | 62.4% | |
| Don't know/No opinion | 22.8% | 15.8% | |
| Total | 100.0% | 100.0% | |
| **Flexibility** | | | |
| Would increase | 18.8% | 26.7% | -7.9% |
| Would not increase | 5.0% | 4.0% | |
| Not enough information | 53.5% | 55.4% | |
| Don't know/No opinion | 22.8% | 13.9% | |
| Total | 100.0% | 100.0% | |
| **Total Number of Respondents:** | **101** | **101** | |

Source:
   NERA Survey 2, Questions Q6, Q7, Q8, Q9, Q10

**Table 12b**
**Net Rates Based on Control Question,**
**Test-600x Conditions**

| Group | Claim | | | | | Net Difference from Flexibility | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Would Reduce Body Fat | Would Increase Muscle Size | Would Increase Strength | Would Increase Sexual Performance and Sexual Stamina | Would Increase Flexibility | Net Difference Body Fat | Net Difference Muscle Size | Net Difference Strength | Net Difference Sexual Performance and Sexual Stamina |
| | (Percent) | (Percent) | (Percent) | (Percent) | (Percent) | (Percent) | (Percent) | (Percent) | (Percent) |
| (a) | (b) | (c) | (d) | (e) | (f) | (g) [(b - f)] | (h) [(c - f)] | (i) [(d - f)] | (j) [(e - f)] |
| Test | 46.5% | 71.3% | 75.2% | 26.7% | 18.8% | 27.7% | 52.5% | 56.4% | 7.9% |
| Control | 33.7% | 64.4% | 64.4% | 11.9% | 26.7% | 6.9% | 37.6% | 37.6% | -14.9% |

Source:
NERA Survey 2, Questions Q6, Q7, Q8, Q9, Q10

**Table 13a**

**Share of Respondents in the "Tren 75 Conditions" Who Believed, Based on the Product's Webpage that the Product Would Lead to Certain Results**

| | Product | | |
| | Tren 75 | | |
| Claim | Test | Control | Net |
| | (Percent) | (Percent) | (Percent) |
| (a) | (b) | (c) | (d) |
| | | | [(b - c)] |
| **Body Fat** | | | |
| Would reduce | 59.8% | 33.7% | 26.1% |
| Would not reduce | 5.9% | 5.0% | |
| Not enough information | 23.5% | 49.5% | |
| Don't know/No opinion | 10.8% | 11.9% | |
| Total | 100.0% | 100.0% | |
| **Muscle Size** | | | |
| Would increase | 77.5% | 61.4% | 16.1% |
| Would not increase | 6.9% | 0.0% | |
| Not enough information | 14.7% | 31.7% | |
| Don't know/No opinion | 1.0% | 6.9% | |
| Total | 100.0% | 100.0% | |
| **Flexibility** | | | |
| Would increase | 29.4% | 23.8% | 5.6% |
| Would not increase | 12.7% | 3.0% | |
| Not enough information | 38.2% | 58.4% | |
| Don't know/No opinion | 19.6% | 14.9% | |
| Total | 100.0% | 100.0% | |
| **Total Number of Respondents:** | **102** | **101** | |

Source:
   NERA Survey 2, Questions Q6, Q7, Q8

**Table 13b**
**Net Differences Based on Control Question,**
**Tren 75**

| Group | Claim | | | Net Difference from Flexibility | |
|---|---|---|---|---|---|
| | Would Reduce Body Fat | Would Increase Muscle Size | Would Increase Flexibility | Net Difference Body Fat | Net Difference Muscle Size |
| | (Percent) | (Percent) | (Percent) | (Percent) | (Percent) |
| (a) | (b) | (c) | (d) | (e) [(b - d)] | (f) [(c - d)] |
| Test | 59.8% | 77.5% | 29.4% | 30.4% | 48.0% |
| Control | 33.7% | 61.4% | 23.8% | 9.9% | 37.6% |

Source:
  NERA Survey 2, Questions Q6, Q7, Q8

**Table 14**

**Share of Respondents Who Believed the Following Claims Would Influence Their Decision
to Purchase the Product**

| | Influence Factor | | | |
|---|---|---|---|---|
| **Claims** | **Would influence** | **Would not influence** | **Don't know** | **Total** |
| | (Percent) | (Percent) | (Percent) | (Percent) |
| **(a)** | **(b)** | **(c)** | **(d)** | **(e)** |
| | | | | **[(b + c + d)]** |
| Reduces body fat | 78.7% | 15.3% | 6.0% | 100.0% |
| Increases muscle size | 79.7% | 14.6% | 5.7% | 100.0% |
| Increases strength | 84.5% | 10.4% | 5.1% | 100.0% |
| Increases stamina and endurance | 80.6% | 12.6% | 6.8% | 100.0% |
| Improves sexual performance and sexual stamina | 46.4% | 40.4% | 13.2% | 100.0% |
| Improves sleep | 63.3% | 25.5% | 11.2% | 100.0% |
| Is endorsed by a celebrity | 18.8% | 68.5% | 12.7% | 100.0% |
| Is shipped discreetly | 37.4% | 50.2% | 12.3% | 100.0% |
| **Total Number of Respondents:** | | **804** | | |

Source:
NERA Survey 2, Question Q12

**Table 15**

**Share of Respondents Who Believe the Following Claims Would Make Them More Likely to Purchase the Product Over Similar Products**

| | Influence Factor | | | | | |
| Claims | More likely | Neither more nor less likely | Less likely | Don't know | Would not influence | Total |
| | (Percent) | (Percent) | (Percent) | (Percent) | (Percent) | (Percent) |
| (a) | (b) | (c) | (d) | (e) | (f) | (g) [(b + c + d + e + f)] |
| Reduces body fat | 67.5% | 9.2% | 1.2% | 0.7% | 21.3% | 100.0% |
| Increases muscle size | 66.9% | 11.2% | 0.4% | 1.2% | 20.3% | 100.0% |
| Increases strength | 73.4% | 10.1% | 0.6% | 0.4% | 15.5% | 100.0% |
| Increases stamina and endurance | 70.8% | 8.7% | 0.5% | 0.6% | 19.4% | 100.0% |
| Improves sexual performance and sexual stamina | 38.6% | 6.7% | 0.4% | 0.7% | 53.6% | 100.0% |
| Improves sleep | 51.6% | 10.2% | 0.6% | 0.9% | 36.7% | 100.0% |
| Is endorsed by a celebrity | 12.1% | 5.7% | 0.6% | 0.4% | 81.2% | 100.0% |
| Is shipped discreetly | 27.4% | 9.6% | 0.2% | 0.2% | 62.6% | 100.0% |

**Total Number of Respondents:**    804

Source:
  NERA Survey 2, Question Q13

# Exhibit A

**NERA**
Economic Consulting

**Melissa Pittaoulis**
Associate Director

NERA Economic Consulting
Three Logan Square, Suite 1100
Philadelphia, Pennsylvania 19103
+1 215 864 3880 Fax +1 215 864 3849
Direct dial: 215-864-3879
melissa.pittaoulis@nera.com
www.nera.com

# Melissa Pittaoulis
## Associate Director

Dr. Pittaoulis is an Associate Director based in NERA's Philadelphia office. Dr. Pittaoulis specializes in survey research, statistical sampling, and demography. Her survey research experience includes designing research, writing questionnaires, supervising data collection, and analyzing data. In addition to designing surveys, Dr. Pittaoulis also reviews and evaluates third-party surveys.

Dr. Pittaoulis has extensive experience working on surveys used in intellectual property disputes concerning false advertising and trademark and trade dress infringement. In the area of trademark and trade dress infringement, Dr. Pittaoulis' project experience includes participating in the design of surveys used to establish likelihood of confusion, secondary meaning, and genericness. She has conducted false advertising and trademark surveys using different modes of data collection, including telephone, mall-intercept, and the Internet.

Dr. Pittaoulis also has experience designing and evaluating conjoint surveys used to assess the value of product features. Such surveys are used in a variety of contexts, including patent cases, class actions, and antitrust matters.

Dr. Pittaoulis' sampling expertise includes designing sampling plans, selecting samples, and calculating sample estimates and confidence intervals. Her demography work has concentrated on producing population estimates used in determining class certification.

Dr. Pittaoulis has worked on survey and sampling projects in a wide variety of industries, including: automobiles, beverages, beauty products, clothing apparel, computers, financial products, insurance, mobile phones, personal care products, pharmaceuticals, snack foods, and video games. In addition, Dr. Pittaoulis has considerable experience with radio and television audience measurement. She has also conducted studies on cost-sharing in the Medicare Part D program.

In addition to her work at NERA, Dr. Pittaoulis has taught statistics at the undergraduate level at Temple University.

**MMC**  Marsh & McLennan Companies

## Education

**Temple University**
Ph.D., Sociology 2012
M.A., Sociology, 2004

**La Salle University**
B.A., Sociology and Criminal Justice, 2000

## Professional Experience

**NERA Economic Consulting**
2017-Present   Associate Director

2013-2017      Senior Consultant

2011-2013      Consultant

2006-2011      Senior Analyst

2003-2006      Research Associate

2003-2005      **Temple University**
Instructor
Taught undergraduate courses in statistics

Teaching Assistant
Taught lab sections for undergraduate courses in statistics

## Honors and Professional Activities

University Fellowship, Temple University, 2002-2006
University Scholarship, La Salle University, 1996-2000
Member, American Association of Public Opinion Research
Member, American Sociological Association
Member, International Trademark Association

## Presentations

**Presenter**

"Competitor's Comparative Advertising: Practical Guide and Best Practices in Winning Your Claims in 2016." Webinar presented by The Knowledge Group in 2016.

"Hot Topics in Online Behavioral Advertising for 2015 Explored!" Webinar presented by The Knowledge Group in 2015.

"Attitudes and Approaches Towards Choosing a College Major" at American Sociological Association in 2013.

"Designing and Defending Surveys Used in Commercial Litigation" at American Association of Public Opinion Research in 2013.

"College Students' Motivations for Choosing Academic Majors," at Eastern Sociological Society in 2010.

"The Impact of Work-Family Conflict on Job Satisfaction," at Eastern Sociological Society in 2005.

**Presider**
Eastern Sociological Society, Philadelphia, Pennsylvania March 2010

## Papers and Publications

"Control Groups in Lanham Act Surveys," with Eugene P. Ericksen, *The Trademark Reporter*, May-June 2014 Vol. 104 No. 3.

"Comments on EPA's Notice of Data Availability for §316(b) Stated Preference Survey," with David Harrison et al., NERA Working Paper, July 2012.

"How Much Does that Medication Cost? A Study of Medicare Beneficiaries' Knowledge of Out-of-Pocket Costs for Prescription Drugs on the Specialty Tier," with Eugene P. Ericksen, NERA Working Paper, August 2011.

## Expert Testimony

Tracy Sanborn and Louis Lucrezia et al.* v. Nissan North America Inc., Nissan Motor Company, LTD., United States District Court, Southern District of Florida Designed and conducted a choice-based conjoint survey.[Expert Report: January 26, 2016; Deposition: February 11, 2016; Expert Reply Report: March 11, 2016]

Terrance Justice, Andrea Hatfield et al.* v. Rheem Manufacturing Company, United States District Court, Southern District of Florida Evaluated a survey relied upon by opposing expert. Designed a choice based conjoint survey. [Expert Report: February 15, 2016; Deposition: March 1, 2016]

Edible Arrangements International, LLC and Edible Arrangements, LLC v. 1-800-Flowers.com, Inc., 800-Flowers, Inc.*, and June V. Delaney and David Delaney d/b/a Fruit Bouquets Staten Island, United States District Court, District of Connecticut Evaluated genericness survey. [Expert Report: March 24, 2016; Deposition: May 3, 2016]

In Re: Fluidmaster, Inc. Water Connector Components Products Liability Litigation, United States District Court, Northern District of Illinois Designed a choice based conjoint survey. [Expert Report: April 29, 2016; Deposition: June 6, 2016]

Trump Old Post Office, LLC* v. CZ-National, LLC and BVS Acquisition Co., LLC Superior Court for the District of Columbia, Civil Division Evaluated a survey relied upon by opposing expert. [Expert Report: June 27, 2016; Deposition: July 7, 2016]

Wendy and Nicholas Grasso et al.* v. Electrolux Home Products, Inc., United States District Court, Middle District of Florida, Tampa Division Designed a choice based conjoint survey. Initial Expert Report: July 29, 2016; Supplemental Expert Report: August 31, 2016; Deposition: October 12, 2016]

*Retaining Party

# Exhibit B

**Exhibit B**

---

**Documents Relied Upon**

---

**Legal Documents**

– *Hi-Tech Pharmaceuticals, Inc. v. Dynamic Sports Nutrition, LLC, PBB Trademark Holdings, LLC, and Brain Clapp*. Complaint. Case No. 1:16-cv-00949-MHC

– *Hi-Tech Pharmaceuticals, Inc. v. Dynamic Sports Nutrition, LLC, PBB Trademark Holdings, LLC, and Brain Clapp*. Complaint, Exhibit 1. Case No. 1:16-cv-00949-MHC

– *Hi-Tech Pharmaceuticals, Inc. v. Dynamic Sports Nutrition, LLC, PBB Trademark Holdings, LLC, and Brain Clapp*. Complaint, Exhibit 2. Case No. 1:16-cv-00949-MHC

– *Hi-Tech Pharmaceuticals, Inc. v. Dynamic Sports Nutrition, LLC, PBB Trademark Holdings, LLC, and Brain Clapp*. Complaint, Exhibit 3. Case No. 1:16-cv-00949-MHC

– *Hi-Tech Pharmaceuticals, Inc. v. Dynamic Sports Nutrition, LLC, PBB Trademark Holdings, LLC, and Brain Clapp*. Complaint, Exhibit 4. Case No. 1:16-cv-00949-MHC

– *Hi-Tech Pharmaceuticals, Inc. v. Dynamic Sports Nutrition, LLC, PBB Trademark Holdings, LLC, and Brain Clapp*. Complaint, Exhibit 5. Case No. 1:16-cv-00949-MHC

– *Hi-Tech Pharmaceuticals, Inc. v. Dynamic Sports Nutrition, LLC, PBB Trademark Holdings, LLC, and Brain Clapp*. Complaint, Exhibit 6. Case No. 1:16-cv-00949-MHC

– *Hi-Tech Pharmaceuticals, Inc. v. Dynamic Sports Nutrition, LLC, PBB Trademark Holdings, LLC, and Brain Clapp*. Complaint, Exhibit 7. Case No. 1:16-cv-00949-MHC

– *Hi-Tech Pharmaceuticals, Inc. v. Dynamic Sports Nutrition, LLC, PBB Trademark Holdings, LLC, and Brain Clapp*. Complaint, Exhibit 8. Case No. 1:16-cv-00949-MHC

**Data**

– NERA Survey 1 data

– NERA Survey 2 data

**Articles and Book Chapters**

– Diamond, Shari S. 2011. "Reference Guide on Survey Research," pp. 359-423 in the *Reference Manual on Scientific Evidence,* Third Edition.

– Federal Judicial Center. 2004. *Manual for Complex Litigation, Fourth Edition*, §11.493, pp.102-104.

**Websites**

–   Carnegie Mellon University. "CAPTCHA: Telling Humans and Computers Apart Automatically," *CAPTCHA*. Retrieved February 2, 2017. (http://www.captcha.net/).

–   Survey Sampling International. 2017. "Who is SSI & Why Should You Care?" Retrieved February 2, 2017 (https://www.surveysampling.com/site/assets/files/1057/ssi-capabilities-brochure.pdf).

–   Survey Sampling International. 2017. "ESOMAR 28: 28 Questions to Help Research Buyers of Online Sample." pp.1, 5-6. Retrieved February 2, 2017 (https://www.surveysampling.com/site/assets/files/1069/esomar-28-questions.pdf).

# Exhibit C
# Survey 1
# Test and Control Stimuli

# Anabolics.com Group



**Anabolics.com**
Advanced Science of Muscle Building

The Web's #1 Source For Muscle Building Anabolics

Secure Billing & Shipping | International Available

HOME    ALL PRODUCTS    ABOUT US    STACK INFO    CONTACT US    YOUR ACCOUNT    HELP    VIEW CART

SHARE
Recommend 524

**OUR PRODUCTS**
Test-600x ™
Tren 75 ®
Deca 200 ®
D-Anabol 25 ™
Winn 50 ®
Var 10 ®
Clen ®
Pituitary Growth Hormone™

Watch Customer
**TESTIMONIALS**

**POPULAR STACKS**
View All Stacks
Growth Hormone Stack
Mass Stack
Strength Stack
Cutting Stack
Summer Stack
Xtreme Speed Stack

Search
Advanced Search    Search Tips

**WINTER SALE**
CLICK HERE FOR LIMITED TIME OFFERS!

Find The Right Product With Our
**Product Wizard**

We sell only the highest quality muscle building anabolic supplements.
These anabolic supplements have not been approved for sale or use by the FDA.



**PICK THREE!**
PRODUCTS OF YOUR CHOICE AND SAVE $$$
Save More When You Pick 3!

**Pituitary Growth Hormone™ (pGH)***
Designed to increase IGF-1, Pituitary Growth Hormone ™ is the most effective product we have ever developed ... PERIOD. This amazing product has almost too many benefits to list and should be used by anyone looking for dramatic results in health and fitness.
DETAILS

**Test-600x™ ***
Formulated for Overall Muscle Growth, Strength, and Size. Test-600x is one of the most effective and Fast-Acting products we carry and was designed to help improve your performance at almost every level of physical enhancement. Experience this top choice for all athletes.
DETAILS

**Winn 50® ***
If you're looking for Lean Muscle, Endurance, Strength, and Vascularity, Winn-50 is the answer. Scientifically engineered to enhance your metabolic rate, this maximum strength compound is ideal for anyone looking to take His or Her athletic performance to the next level.
DETAILS

**Tren 75® ***
The potent Tren 75 is used for Muscle Hardening, Power, Vascularity, and Fat Burning. This amazing product is coveted for its ability to give the user Explosive Results without unwanted, excessive weight gain. Tren75's results are un-matched!
DETAILS

**D-Anabol 25™ ***
The #1 product for Mass, Strength, Size and Power. Fast acting D-Anabol 25 is designed to give you the size and strength you desire, in the shortest time possible. This remarkable product produces highly effective results, all without having to deal with any unwanted bloat or water retention.
DETAILS

**Var 10® ***
Known as the most versatile muscle building formulation to date, Var 10 is a favorite among both Men and Women. Designed to give users Greater Muscle Density, Speed, and all around Athletic Performance, this multi-faceted product will provide high quality gains that last, making it one of the most diverse products on the planet today!
DETAILS

**Clen® ***
Our #1 Selling Product! There is nothing better for Fat Loss, Stamina, Endurance, and Energy than Maximum Strength Clen. As the most requested product we carry, this Ultra Fast-Acting thermogenic is known by athletes, body-builders and fitness models as the "King of Fat Burners!"
DETAILS

**Deca 200® ***
Designed for Strength, Size, Joint protection and Muscle Recovery. Take your workouts to the next level with the last-acting compound considered to be the single best lean-muscle and strength-enhancing product on the market.
DETAILS



**PICK THREE!**
PRODUCTS OF YOUR CHOICE AND SAVE $$$
BUY NOW!

**Customer Comments**

Best site I have ever seen for buying supplements
-Steve
Dec 19, 2016

The Summer stack has been a great to keep off weight during the holiday season.
-Daniel
Dec 19, 2016

This is the third time I have purchased these products from this site, they have always arrived here in Australia and have produced excellent results.
-Shane
Dec 19, 2016

The information your site provided was very educational and helpful. It helped me to decide to buy the right product for me and my wife.
-Sandra
Dec 19, 2016

when I first these products I was amazed how quick they had started working thankyou Dale from Australia
-Dale
Dec 19, 2016

Hands down best site, best quality and no double talk. Real pros, real products.
-Roger
Dec 19, 2016

Johnny really helped me out. I was lost and Johnny guided me through the website. I am happy with what I see and how my experience went.
-Alexander
Dec 19, 2016

Thank you for always being able to help with any questions or concerns that I have.
-Darko
Dec 19, 2016

Love the products ...result are amazing ...
-Teddy
Dec 19, 2016

Been using your product for two months now. On my 2nd cycle and have been seeing some real nice improvements. I'll be submitting a before and after picture pretty soon. Awesome products. Thanks!
-Valentino
Dec 19, 2016


McAfee SECURE

* These products are not intended to diagnose, treat, cure or prevent any disease. These statements have not been evaluated by the Food and Drug Administration. Our website and the domain name "Anabolics.com" is representative of products that may enhance blood levels of steroid hormones in the body. Anabolic Research is offering these very strong alternatives to anabolic steroids. These products are NOT intended for users under the age of 18. Use under a doctors supervision. This product is not a drug and should be used correctly. Use in conjunction with a well balanced diet and an intense bodybuilding or exercise program. For a list of ingredients, click here.

Privacy Policy | Sitemap | Terms of Use

anabolics.com - Owned and operated by Dynamic Sports Nutrition, LLC dba Anabolic Research. Copyright © 2016 ALL RIGHTS RESERVED

$$ Webmasters Earn Money! $$

DMCA PROTECTED






**Anabolics.com** — Advanced Science of Muscle Building

The Web's #1 Source For Muscle Building Anabolics

Secure Billing & Shipping | International Available



HOME | ALL PRODUCTS | ABOUT US | STACK INFO | CONTACT US | YOUR ACCOUNT | HELP | VIEW CART



**WINTER SALE** CLICK HERE FOR LIMITED TIME OFFERS!

Find The Right Product With Our **Product Wizard**

We sell only the highest quality muscle building anabolic supplements.
These anabolic supplements have not been approved for sale or use by the FDA.



## OUR PRODUCTS

Test-600x ™
Tren 75 ®
Deca 200 ®
D-Anabol 25 ™
Winn 50 ®
Var 10 ®
Clen ®
Pituitary Growth Hormone™


Watch Customer **TESTIMONIALS**

### POPULAR STACKS

View All Stacks
Growth Hormone Stack
Mass Stack
Strength Stack
Cutting Stack
Summer Stack
Xtreme Speed Stack

[search box] Search
Advanced Search  Search Tips

### Customer Comments

Best site I have ever seen for buying supplements
-Steve
Dec 19, 2016

The Summer stack has been a great to keep off weight during the holiday season.
-Daniel
Dec 19, 2016

This is the third time I have purchased these products from this site, they have always arrived here in Australia and have produced excellent results.
-Shane
Dec 19, 2016

The information your site provided was very educational and helpful. It helped me to decide to buy the right product for me and my wife.
-Sandra
Dec 19, 2016

when I first these products I was amazed how quick they had started working thankyou Dale from Australia
-Dale
Dec 19, 2016

Hands down best site, best quality and no double talk. Real pros, real products.
-Roger
Dec 19, 2016

Johnny really helped me out. I was lost and Johnny guided me through the website. i am happy with what i see and how my experience went.
-Alexander
Dec 19, 2016

Thank you for always being able to help with any questions or concerns that I have.
-Darko
Dec 19, 2016

Love the products ..result are amazing ..
-Teddy
Dec 19, 2016

Been using your product for two months now. On my 2nd cycle and have been seeing some real nice improvements. I'll be submitting a before and after picture pretty soon. Awesome products. Thanks!
-Valentino
Dec 19, 2016


McAfee SECURE

Home › All Products › Clen®

## Clen® - (Fat Loss, Stamina, Endurance, Energy, Appetite Control)

Watch video

When it comes to burning body fat and increasing stamina, nothing is more powerfully effective than Maximum Strength Clen®.

There are numerous fat loss products on the market, stimulants and fat burners alike, but Maximum Strength Clen® is truly unique for one very special reason…IT WORKS…IT ABSOLUTELY WORKS!

While we carry a host of the most effective and powerful muscle building products on the market, our most popularly requested formula is our Maximum Strength Clen® and the reasons are straightforward:

Clen® has been formulated with beta-2 receptor stimulation in mind and is designed to promote a simultaneously thermogenic and lipolysis effect. This action provides a significant metabolic boost and creates an internal environment that is perfect for fat loss. Not only does Clen® effectively help burn stubborn body fat, it can significantly reduce and help you control your hunger and cravings. A stronger and more powerful metabolism with more appetite control means one thing - Clen® will help you reach the lean physique you crave!

Surprisingly to some, Clen® is also a great tool for those who are looking to build up muscle mass or who are in what's commonly known as a "bulking phase." Gaining too much body fat is a common problem when bulking, but Clen® will help you control the unwanted fat gain so that your gains are of a higher quality. Athletes, be it high performance or endurance, will find Clen® to be invaluable as it has been designed to promote cardiovascular endurance and stamina, which means you will breath easier. All athletes from all walks of life will also find Clen® provides a significant boost of energy, which is always welcomed when training.

If you want to lose body fat, if you're looking to enhance your athletic performance or if you simply need a boost of energy or appetite control, you will find Clen® is the top choice to meet your needs. A highly effective product when used alone, the effects of Maximum Strength Clen® are a perfect addition to any performance stack.

**"Clen" was scientifically formulated to help:**

Rapidly Remove Body Fat*

Efficiently Burn Fat Calories*

Stimulate Fat Cells to Enhance the Breakdown of Triglycerides*

Improve Stamina and Endurance*

Safely and Substantially Reduce Appetite*

**Directions For Use:** This product contains 90 capsules and is designed to be a 30 day cycle. Take 1 capsule 3 times daily with 8 ounces of water. Doses should be spaced evenly throughout the day.

To view the list of ingredients for each product… click here



* Clen®
$82.00 $70.00
add to cart



* Clen - BUY 2 GET 1 FREE!
$246.00 $140.00
add to cart

BUY 2 GET 1 FREE!



* These products are not intended to diagnose, treat, cure or prevent any disease. These statements have not been evaluated by the Food and Drug Administration. Our website and the domain name "Anabolics.com" is representative of products that may enhance blood levels of steroid hormones in the body. Anabolic Research is offering these very strong alternatives to anabolic steroids. These products are NOT intended for users under the age of 18. Use under a doctors supervision. This product is not a drug and should be used correctly. Use in conjunction with a well balanced diet and an intense bodybuilding or exercise program. For a list of ingredients, click here.

Privacy Policy | Sitemap | Terms of Use

anabolics.com - Owned and operated by Dynamic Sports Nutrition, LLC dba Anabolic Research, Copyright © 2016 ALL RIGHTS RESERVED

$$ Webmasters Earn Money! $$

DMCA PROTECTED




**Anabolics.com**
Advanced Science of Muscle Building

The Web's #1 Source For Muscle Building Anabolics

Secure Billing & Shipping | International Available

HOME | ALL PRODUCTS | ABOUT US | STACK INFO | CONTACT US | YOUR ACCOUNT | HELP | VIEW CART

SHARE
Recommend | Share

**OUR PRODUCTS**
Test-600x ™
Tren 75 ®
Deca 200 ®
D-Anabol 25 ™
Winn 50 ®
Var 10 ®
Clen ®
Pituitary Growth Hormone™



**WINTER SALE**
CLICK HERE FOR LIMITED TIME OFFERS!

**HELP** Find The Right Product With Our Product Wizard

We sell only the highest quality muscle building anabolic supplements.
These anabolic supplements have not been approved for sale or use by the FDA.

Home > All Products > D-Anabol 25™

**Watch Customer TESTIMONIALS**

**POPULAR STACKS**
View All Stacks
Growth Hormone Stack
Mass Stack
Strength Stack
Cutting Stack
Summer Stack
Xtreme Speed Stack

[Search]
Advanced Search  Search Tips

**Customer Comments**

Best site I have ever seen for buying supplements
-Steve

The Summer stack has been a great to keep off weight during the holiday season.
-Daniel
Dec 19, 2016

This is the third time I have purchased these products from this site, they have always arrived here in Australia and have produced excellent results.
-Shane
Dec 19, 2016

The information your site provided was very educational and helpful. It helped me to decide to buy the right product for me and my wife.
-Sandra
Dec 19, 2016

when I first these products I was amazed how quick they had started working thankyou Dale from Australia
-Dale
Dec 19, 2016

Hands down best site, best quality and no double talk. Real pros. real products.
-Roger
Dec 19, 2016

Johnny really helped me out. I was lost and Johnny guided me through the website. I am happy with what I see and how my experience went.
-Alexander
Dec 19, 2016

Thank you for always being able to help with any questions or concerns that I have.
-Darko
Dec 19, 2016

Love the products ..result are amazing ..
-Teddy
Dec 19, 2016

Been using your product for two months now. On my 2nd cycle and have been seeing some real nice improvements. I'll be submitting a before and after picture pretty soon. Awesome products. Thanks!
-Valentino
Dec 19, 2016

McAfee SECURE
CLICK TO VERIFY

## D-Anabol 25™  -  (Mass, Strength, Size, Power)

Watch Video

There is no other way to describe our D-Anabol 25™ other than by hailing it the "King of Mass!" D-Anabol 25™ is hands down the most popular and effective size and strength gaining compound currently available.

Our fast acting D-Anabol 25™ was designed for the athlete that desires to become bigger and stronger in the shortest possible time and who is more concerned with size and strength than with a leaned out look.  Although our formula for D-Anabol 25™ is not known to cause severe bloating or water retention, it most certainly has been known to generate some incredible muscle pumps and pack on pounds of high quality dense muscle.

**For those looking for the size, power, and strength of D-Anabol 25™ but want to have a more defined look, try adding our popular Tren 75® with Clen® to get the best of both worlds.*

If size and strength is what you are craving, D-Anabol 25™ is precisely what you are looking for.  Scientifically engineered to consistently deliver superior results, D-Anabol 25™ was formulated to help you reach your goals by:

**D-Anabol 25™ was designed for:**

Providing Hard and Nourishing Muscle Pumps*

Generating Solid, High Quality Muscle Tissue*

Employing a Fast-Acting Mass Formula*

Improving Nitrogen Retention for Muscle Repair and Growth*

Boosting Major Lifts and Enhancing Overall Strength*

**Directions For Use:** This product contains 90 capsules and is designed to be a 30 day cycle. Take 1 capsule 3 times daily with 8 ounces of water. Doses should be spaced evenly throughout the day.

To view the list of ingredients for each product ...  click here



* D-Anabol 25™
$100.00 $85.00
[add to cart]

* D-anabol 25 - BUY 2 GET 1 FREE!
$300.00 $170.00
[add to cart]

BUY 2 GET 1 FREE!





D-ANABOL 25*

* These products are not intended to diagnose, treat, cure or prevent any disease. These statements have not been evaluated by the Food and Drug Administration. Our website and the domain name "Anabolics.com" is representative of products that may enhance blood levels of steroid hormones in the body. Anabolic Research is offering these very strong alternatives to anabolic steroids. These products are NOT intended for users under the age of 18. Use under a doctors supervision.  This product is not a drug and should be used correctly. Use in conjunction with a well balanced diet and an intense bodybuilding or exercise program. For a list of ingredients, click here

Privacy Policy | Sitemap | Terms of Use

anabolics.com - Owned and operated by Dynamic Sports Nutrition, LLC dba Anabolic Research, Copyright © 2016 ALL RIGHTS RESERVED
$$ Webmasters Earn Money! $$
DMCA PROTECTED





 

**Anabolics.com**
Advanced Science of Muscle Building

The Web's #1 Source For Muscle Building Anabolics

Secure Billing & Shipping | International Available

HOME | ALL PRODUCTS | ABOUT US | STACK INFO | CONTACT US | YOUR ACCOUNT | HELP | VIEW CART

SHARE
Recommend | Share

## OUR PRODUCTS
- Test-600x ®
- Tren 75 ®
- Deca 200 ®
- D-Anabol 25 ™
- Winn 50 ®
- Var 10 ®
- Clen ®
- Pituitary Growth Hormone ™


Watch Customer TESTIMONIALS

## POPULAR STACKS
- View All Stacks
- Growth Hormone Stack
- Mass Stack
- Strength Stack
- Cutting Stack
- Summer Stack
- Xtreme Speed Stack

[ Search ] Search
Advanced Search    Search Tips

### Customer Comments

Best site I have ever seen for buying supplements
-Steve
Dec 19, 2016

The Summer stack has been a great to keep off weight during the holiday season.
-Daniel
Dec 19, 2016

This is the third time I have purchased these products from this site, they have always arrived here in Australia and have produced excellent results.
-Shane
Dec 19, 2016

The information your site provided was very educational and helpful. It helped me to decide to buy the right product for me and my wife.
-Sandra
Dec 19, 2016

when I first these products I was amazed how quick they had started working thankyou Dale from Australia
-Dale
Dec 19, 2016

Hands down best site, best quality and no double talk. Real pros, real products.
-Roger
Dec 19, 2016

Johnny really helped me out. I was lost and Johnny guided me through the website. I am happy with what I see and how my experience went.
-Alexander
Dec 19, 2016

Thank you for always being able to help with any questions or concerns that I have.
-Darko
Dec 19, 2016

Love the products ..result are amazing ..
-Teddy
Dec 19, 2016

Been using your product for two months now. On my 2nd cycle and have been seeing some real nice improvements. I'll be submitting a before and after picture pretty soon. Awesome products. Thanks!
-Valentino
Dec 19, 2016


McAfee SECURE


WINTER SALE
CLICK HERE FOR LIMITED TIME OFFERS!

HELP Find The Right Product With Our Product Wizard

We sell only the highest quality muscle building anabolic supplements.
These anabolic supplements have not been approved for sale or use by the FDA.

Home » All Products » Test-600x

## Test-600x™ - (Overall Muscle Growth, Strength, and Size)

[Watch Test-600x™ Video]

Test-600x™ is without a doubt the most powerful and versatile muscle building product available on the market today and should be the "Go To" choice for athletes of all fitness levels.

Test-600x™ has a reputation of being extremely fast acting and effective at almost every level of physical enhancement. No matter if you are looking for a massive increase in lean muscle gains, improvements in both strength and size, reduced body fat while continuing to maintain muscularity, or just overall physical enhancement, Test-600x™ is the ONLY product to take by itself and is ALWAYS included in our powerful stacks.

Additionally, Test-600x™ has been formulated to directly target your unique masculinizing properties and has been reported to not only greatly improve sexual performance and stamina, but provide its users with an overall sense of well being for a dramatic impact on their quality of life.

All in all, you cannot go wrong with this powerful product.

"Test-600x™ was designed and formulated to help:

Promote Strength, Size and Lean Muscle Mass*

Increase Fat Free Mass (FFM) for Reducing Body Fat*

Improve Attitude, Mood, and Sleep*

Enhance Sexual Performance*

Reduce Muscle Wasting (Anti-Catabolic)*

**Directions For Use:** This product contains 60 tablets and is designed to be a 30 day cycle. Take 1 tablet 2 times daily with 8 ounces of water. Doses should be spaced evenly throughout the day.

To view the list of ingredients for each product... click here


* Test-600x™
$100.00 $85.00
[ add to cart ]


* Test-600x - BUY 2 GET 1 FREE!
$300.00 $170.00
[ add to cart ]
BUY 2 GET 1 FREE!


TEST 600x

* These products are not intended to diagnose, treat, cure or prevent any disease. These statements have not been evaluated by the Food and Drug Administration. Our website and the domain name "Anabolics.com" is representative of products that may enhance blood levels of steroid hormones in the body. Anabolic Research is offering these very strong alternatives to anabolic steroids. These products are NOT intended for users under the age of 18. Use under a doctors supervision. This product is not a drug and should be used correctly. Use in conjunction with a well balanced diet and an intense bodybuilding or exercise program. For a list of ingredients, click here.

Privacy Policy | Sitemap | Terms of Use

anabolics.com - Owned and operated by Dynamic Sports Nutrition, LLC dba Anabolic Research, Copyright © 2016 ALL RIGHTS RESERVED
$$ Webmasters Earn Money! $$
DMCA PROTECTED

  

**Anabolics.com**
Advanced Science of Muscle Building

The Web's #1 Source For Muscle Building Anabolics

VISA MasterCard AMEX DISCOVER

Secure Billing & Shipping | International Available

HOME | ALL PRODUCTS | ABOUT US | STACK INFO | CONTACT US | YOUR ACCOUNT | HELP | VIEW CART

### OUR PRODUCTS

- Test-600x ™
- Tren 75 ®
- Deca 200 ®
- D-Anabol 25 ™
- Winn 50 ®
- Var 10 ®
- Clen ®
- Pituitary Growth Hormone™


Watch Customer
**TESTIMONIALS**

### POPULAR STACKS

- View All Stacks
- Growth Hormone Stack
- Mass Stack
- Strength Stack
- Cutting Stack
- Summer Stack
- Xtreme Speed Stack

[Search]
Advanced Search  Search Tips

### Customer Comments

Best site I have ever seen for buying supplements.
-Steve
Dec 19, 2016

The Summer stack has been a great to keep off weight during the holiday season.
-Daniel
Dec 19, 2016

This is the third time I have purchased these products from this site, they have always arrived here in Australia and have produced excellent results.
-Shane
Dec 19, 2016

The information your site provided was very educational and helpful. It helped me to decide to buy the right product for me and my wife.
-Sandra
Dec 19, 2016

when I first these products I was amazed how quick they had started working thankyou Dale from Australia
-Dale
Dec 19, 2016

Hands down best site, best quality and no double talk. Real pros, real products.
-Roger
Dec 19, 2016

Johnny really helped me out. I was lost and Johnny guided me through the website. I am happy with what I see and how my experience went.
-Alexander
Dec 19, 2016

Thank you for always being able to help with any questions or concerns that I have.
-Darko
Dec 19, 2016

Love the products ..result are amazing ..
-Teddy
Dec 19, 2016

Been using your product for two months now. On my 2nd cycle and have been seeing some real nice improvements. I'll be submitting a before and after picture pretty soon. Awesome products. Thanks!
-Valentino
Dec 19, 2016


McAfee SECURE


**WINTER SALE**
CLICK HERE FOR LIMITED TIME OFFERS!


HELP  Find The Right Product With Our
**Product Wizard**

We sell only the highest quality muscle building anabolic supplements.
These anabolic supplements have not been approved for sale or use by the FDA.

Home  ›  All Products  ›  Tren 75®

## Tren 75®  -  (Muscle Hardening, Power, Vascularity, Fat Burning)

### Watch Tren-75® Video

The highly absorbable Tren 75® is in a class by itself, and is arguably one of the most potent muscle building formulations we have ever developed. Tren 75® will ensure its users the ability to achieve explosive strength and power, while maintaining a hard, hard and vascular appearance without unwanted "Water Retention" or Bloating.

One of the most frequently reported traits of our Tren 75® is how incredibly strong and powerful its users feel while maintaining a "Hard" and "Vascular" appearance.  Tren 75® is the perfect choice when getting ready for summer, or for the high performance athlete that wants explosive power and strength without excessive weight gain.

A unique property of Tren 75® is its amazing ability to help incinerate stubborn body fat while increasing appetite and continuing to add high quality lean muscle, which makes it one of our most popular products currently available.

Tren 75® whether stacked or taken alone will help provide you with Dry, Lean, Hard Muscle of the highest quality.

**"Tren 75® was designed and formulated to:**

Generate Near Instant Metabolic Results*

Increase Appetite and Optimize Nutrient Absorption*

Produce Dry, Vascular, Dense Muscle, While Hardening and Cutting*

Improve Nitrogen Retention in Muscle Tissue*

Eliminate Muscle Blurring "Water Retention" and Bloat*

Incinerate Body Fat While Maintaining Muscle Mass*

**Directions For Use:** This product contains 90 capsules and is designed to be a 30 day cycle. Take 1 capsule 3 times daily with 8 ounces of water. Doses should be spaced evenly throughout the day.

To view the list of ingredients for each product...  click here


* Tren 75®
$100.00 $85.00
[add to cart]


* Tren 75 - BUY 2 GET 1 FREE!
$300.00 $170.00
[add to cart]

BUY 2 GET 1 FREE!


TRE ▶ 75*

* These products are not intended to diagnose, treat, cure or prevent any disease. These statements have not been evaluated by the Food and Drug Administration. Our website and the domain name "Anabolics.com" is representative of products that may enhance blood levels of steroid hormones in the body. Anabolic Research is offering these very strong alternatives to anabolic steroids. These products are NOT intended for users under the age of 18. Use under a doctors supervision. This product is not a drug and should be used correctly. Use in conjunction with a well balanced diet and an intense bodybuilding or exercise program. For a list of ingredients, click here

anabolics.com - Owned and operated by Dynamic Sports Nutrition, LLC dba Anabolic Research, Copyright © 2016 ALL RIGHTS RESERVED

$$ Webmasters Earn Money! $$
DMCA PROTECTED

Privacy Policy | Sitemap | Terms of Use



# BuySteroids.com Group

**BUYSTEROIDS.COM**
The Web's #1 Source For Muscle Building Products

HOME | ALL PRODUCTS | ABOUT US | STACK INFO | VIEW CART | CONTACT US | YOUR ACCOUNT | HELP.

NOT SURE WHICH PRODUCT IS RIGHT FOR YOU?
Find out now with our *Product Selection Wizard!*   START NOW

We sell only the highest quality muscle building anabolic dietary supplements.
These anabolic dietary supplements have not been approved for sale or use by the FDA.

OUR PRODUCTS
Tren 75 ®
Test-600x ®
Deca 200 ®
Winn 50 ®
Var 10 ®
D-anabol 25 ®
Clen ®
Pituitary Growth Hormone™
Steroid Cleanse™

POPULAR STACKS
Muscle Building Stacks
Cutting Stack
Mass Stack
Growth Hormone Stack
Strength Stack
Summer Stack
Xtreme Speed Stack

Customer Comments

McAfee SECURE
RapidSSL




## Buy Steroids

They are often misunderstood but due to the nature of effects and benefits millions worldwide buy steroids every day; an estimated 6 million Americans buy steroids every year and a multitude of millions more the world over. Anabolic steroid use is not something new; athletes have been supplementing with them regularly since the 1950's and heavily since the 1970's increasing every year. Even before the advent of true synthetic steroid use for hundreds of years athletes supplemented with testicular extract looking for an advantage and hundreds of years later nothing has changed; the advantage is still desired. The question remains, with the hoopla that surrounds them use continues to increase but for many where to **buy steroids** is as complicated as trying figure out how to build a refrigerator box that will fly to the moon. There are several options you have when it comes time to make a purchase and we will discuss them all but if you're looking for legal and powerful anabolic tools we highly recommend you click on the banner above.

### Buy Steroids on the Black Market:

It is one of the most common avenues of anabolic androgenic steroid purchase and it is without question often the most dangerous. With more underground labs than we can count there is a lot of dirty gear, fake gear and under-dosed gear on the black market; the majority of it is pure garbage. However, the prices are often so cheap compared to other avenues many risk the purchase only to be left disappointed in the end. Absolutely, there are some good sources on the black market who sell quality gear but the amount of poor sources is a plague. Further and this is beyond important, in countries such as the United States purchasing anabolic steroids on the black market is illegal; it doesn't matter if they're from an underground lab or a human grade source, in both cases it is illegal and serious consequences can occur if you buy steroids in this fashion.

### Buy Steroids from your Doctor:

Many men who suffer from low testosterone legally buy steroids from their own doctor or a hormone replacement clinic every day. Granted, they will not be allowed to buy the amounts commonly associated with heavy performance enhancing but they will be receiving not only legal anabolics but clean and effective ones as well. Steroids such as testosterone of most forms, Deca-Durabolin, Anadrol, Anavar and Winstrol are common place as well as the powerful peptide hormone Human Growth Hormone. Yes, you will pay a greater price in comparison to black market gear but you will be within the safety of the law and that makes this a very good deal indeed and one of the highest recommended outlets for those looking to buy steroids.

### Buy Steroids at the Gym:

Many simply buy steroids from a friend at the gym; small steroid sales at most any gym are very common place but this does fall into the black market category in countries such as the U.S. As most of the gym sources are middle-men for middle-men the price is often very, very high. There are not too many steroid sources that sell openly in a gym, in most cases it's simply an individual who made a purchase from a source and is now reselling it to turn a small profit; it's not uncommon for this gear to change hands a multitude of times before it makes it to you and when it does you could pay 3-4 times the normal rate.

### Making your own Steroids:

For numerous reasons many individuals forgo **buying steroids** on the black market or from a doctor and simply make their own. However, to buy the ingredients you'll need such as raw steroid powder, this purchase will be just as illegal in the United States as actually buying ready to use anabolic hormones. Many people believe this rout is safer because you will not be dealing with a typical underground source and there is some truth to this assumption. Normally buying a little powder for your own personal use will go unnoticed and if you have the ability to make sterile gear you'll not only have a very cheaply obtained steroid but effective as well. Even so, you need to understand you are not safe by any means simply because you follow this protocol; if you are caught, even though you did not buy directly from a standard source you're going to be in more trouble than if you did. In countries such as the U.S. you can now be charged with manufacturing; a much more serious charge than simple possession. For this reason and while we will not recommend any illegal rout, when it comes time to **buy steroids** this may be one of the most dangerous avenues of all.

### The Bottom Line:

There are a lot of options and each one we've discussed runs much deeper and in several different directions; it's unfortunate that buying cigarettes is a much simpler process than the desire to buy steroids for the everyday guy. Even so, there are legal avenues, you can obtain quality and potent anabolic supplements as we have discussed; yes, you read that correctly, "Supplements" in truth they are simply anabolic supplements we use to aid in what we've already doing right. If you are looking for a quality, legal, very powerful and effective anabolic supplement, visit the banner above. If you've never used an anabolic supplement before be prepared to be amazed! If increased strength, increased muscle mass, a ripped physique and simply a better overall physique is what you're after; you'll be hard pressed to find better anabolic supplements than in the banner above.

Regardless of your decision in-terms of where you make a purchase, if you decide to *buy steroids* you should consult with your doctor first to make sure you are healthy enough for use. Those who already suffer from high blood pressure or high cholesterol will need to remedy this problem before use begins as steroid use can exasperate it.

** This is a very potent anabolic steroid. We strongly recommend caution when using this drug. Do not use without doctors supervision.

* These products are not intended to diagnose, treat, cure or prevent any disease. These statements have not been evaluated by the Food and Drug Administration. Our website and the domain name "buysteroids.com" is representative of products that may enhance blood levels of steroid hormones in the body. Anabolic Research is offering these very strong alternatives to anabolic steroids. This product is not to be used by anyone 18 years of age or younger. Use under a doctors supervision. This dietary supplement is not a drug and should be used correctly. Use in conjunction with a well balanced diet and an intense bodybuilding or exercise program. For a list of ingredients, click here.

BuySteroids.com - Owned and operated by Dynamic Sports Nutrition, LLC dba Anabolic Research, Copyright © 2014 ALL RIGHTS RESERVED



** This is a very potent anabolic steroid. We strongly recommend caution when using this drug. Do not use without doctors supervision.

* These products are not intended to diagnose, treat, cure or prevent any disease. These statements have not been evaluated by the Food and Drug Administration. Our website and the domain name "buysteroids.com" is representative of products that may enhance blood levels of steroid hormones in the body. Anabolic Research is offering these very strong alternatives to anabolic steroids. This product is not to be used by anyone 18 years of age or younger. Use under a doctors supervision. This dietary supplement is not a drug and should be used correctly. Use in conjunction with a well balanced diet and an intense bodybuilding or exercise program. For a list of ingredients, click here.

BuySteroids.com - Owned and operated by Dynamic Sports Nutrition, LLC dba Anabolic Research, Copyright © 2014 ALL RIGHTS RESERVED

# Steroids.com Group





# Control Group

















* These products are not intended to diagnose, treat, cure or prevent any disease. These statements have not been evaluated by the Food and Drug Administration. Our website and the domain name is representative of products that may enhance blood levels of steroid hormones in the body. Anabolic Research is offering these very strong alternatives to anabolic steroids. These products are NOT intended for users under the age of 18. Use under a doctors supervision. This product is not a drug and should be used correctly. Use in conjunction with a well balanced diet and an intense bodybuilding or exercise program. For a list of ingredients, click here

Privacy Policy | Sitemap | Terms of Use

MuscleBuildingProducts.com - Owned and operated by Dynamic Sports Nutrition, LLC dba Anabolic Research, Copyright © 2016 ALL RIGHTS RESERVED

$$ Webmasters Earn Money! $$



# Ingredients

**LIGHT BLUE**

Serving Size: 1 Tablet
Servings per container: 60

Proprietary Blend - 600mg

   L-Arginine (as HCl)
   Tribulus Fruit Powder
   Caffeine
   Maca Root Powder
   Eurycoma Longifolia (Long Jack) Fruit Powder

Other Ingredients

   Stearic Acid
   DiCalcium Phosphate
   Micro Crystalline Cellulose
   Magnesium Stearate
   Croscarmellose Sodium
   Silicon Di Oxide
   Pharmaceutical Glaze (Shellac, Povidone)

**BLUE**

Serving Size: 1 Capsule
Servings per container: 90

Vitamin B6 (as Pyridoxine HCl)

Vitamin B12 (as Cyanocobalamin)

Nandecanoate Proprietary Blend - 229.9 mg

   Beta Hydroxy-Beta-methylbutyrate Calcium Salt (Calcium HMB)
   Eurycoma Longifolia Fruit Extract
   L-Carnosine/Magnesium 54%

Other Ingredients

   Gelatin Capsule
   Magnesium Stearate
   Dicalcium Phosphate

**RED**

Serving Size: 1 Capsule
Servings per container: 90

Metandesenolone Proprietary Blend - 429.2 mg

   L-Arginine HCL
   Rhodiola Root Powder
   Fenugreek Seed Extract
   Cyanotis Vaga Extract
   Inosine
   Clary Sage Leaf Extract

Other Ingredients

   Gelatin Capsule
   Magnesium Stearate

**YELLOW**

Serving Size: 1 Capsule
Servings per container: 90

Vitamin B12 (as Cyanocobalamin)

Iron (as Amino Acid Chelate)

Vanasolol Proprietary Blend - 386.35 mg

   Caffeine
   Dandelion Root Powder
   DHEA (Dehydroepiandrosterone)
   Vanadium (as Vanadyl Sulfate)

Other Ingredients

   Gelatin Capsule
   Magnesium Stearate
   Dicalcium Phosphate
   Soy

**PURPLE**

Serving Size: 1 Capsule
Servings per container: 90

Vitamin B12 (as Cyanocobalamin)

Clen Proprietary Blend - 288.6 mg

   Caffeine
   Cayenne Pepper Powder
   Octopamine HCl
   Guggul oleo-Gum-Resin Extract
   Synephrine HCl

Other Ingredients

   Rice Flour
   Gelatin Capsule
   Magnesium Stearate

**GREEN**

Serving Size: 1 Capsule
Servings per container: 90

Finabolon Proprietary Blend - 292 mg

   Tribulus Fruit Powder
   Fenugreek Seed Powder
   Cayenne Pepper Fruit Powder

Other Ingredients

   Gelatin Capsule
   Rice Flour
   Magnesium Stearate
   Titanium Dioxide

**ORANGE**

Serving Size: 1 Tablet
Servings per container: 60

Proprietary Blend

   L-Glutamic Acid
   L-Proline
   Pituitary Substance
   L-Isoleucine
   L-Threonine
   L-Alanine
   L-Serine
   L-Phenylalanine
   L-Arginine HCl
   L-Valine
   L-Tyrosine
   L-Histidine
   L-Glycine
   L-Methonine
   L-Cystine
   Soy Protein
   L-Leucine

Other Ingredients

   DiCalcium Phosphate
   Stearic Acid
   Magnesium Stearate
   Silicon Dioxide
   Pharmaceutical Glaze (Shellac, Povidone)
   Soy

**PINK**

Serving Size: 1 Capsule
Servings per container: 90

Vitamin B6 (as Pyridoxine HCl)

Magnesium (as Magnesium Oxide)

Zinc (as Zinc Aspartate)

Oxantrinone Proprietary Blend - 86.6 mg

   CLA (Conjugate Linoleic Acid)
   Winged Treebine Leaf Extract
   Methoxy Isoflavone

Other Ingredients

   Gelatin Capsule
   Rice Flour
   Magnesium Stearate
   Soy

* These products are not intended to diagnose, treat, cure or prevent any disease. These statements have not been evaluated by the Food and Drug Administration. Our website and the domain name is representative of products that may enhance blood levels of steroid hormones in the body. Anabolic Research is offering these very strong alternatives to anabolic steroids. These products are NOT intended for users under the age of 18. Use under a doctors supervision. This product is not a drug and should be used correctly. Use in conjunction with a well balanced diet and an intense bodybuilding or exercise program. For a list of ingredients, click here.

Privacy Policy | Sitemap | Terms of Use

MuscleBuildingProducts.com - Owned and operated by Dynamic Sports Nutrition, LLC dba Anabolic Research, Copyright © 2016 ALL RIGHTS RESERVED
$$ Webmasters Earn Money $$

# Exhibit D

**Exhibit D**

**Changes Made to Create Control Stimuli**

| Changes Made to All Pages | | |
|---|---|---|
| | **Original Text** | **Altered Text for Control Stimuli** |
| **Website URL** | www.anabolics.com | www.musclebuildingproducts.com |
| **Tab** | Anabolics – anabolics.com | Musclebuilding.. |
| **Banner** | The Web's #1 Source For Muscle Building Anabolics | The Web's #1 Source For Muscle Building Products |
| **Banner Logo** |  (Steroids.com Seal) | [Removed entirely] |
| **Disclaimer** | * Our website and the domain name "Anabolics.com" is representative of products that may enhance blood levels of steroid hormones in the body. | * Our website and the domain name is representative of products that may enhance blood levels of steroid hormones in the body. |
| **Bottom banner** | anabolics.com - Owned and operated by Dynamic Sports Nutrition, LLC dba Anabolic Research… | MuscleBuildingProducts.com - Owned and operated by Dynamic Sports Nutrition, LLC dba Anabolic Research… |

| Changes Made to the Ingredient Page Only | | |
|---|---|---|
| | **Original Text** | **Altered Text for Control Stimuli** |
| **Subtitle** | Anabolics Research Ingredients | [Removed entirely] |

| Changes Made to the Homepage Only | | |
|---|---|---|
| | **Original Text** | **Altered Text for Control Stimuli** |
| **Subtitle** | We sell only the highest quality muscle building anabolic supplements. These anabolic supplements have not been approved for sale or use by the FDA. | We sell only the highest quality muscle building supplements. These supplements have not been approved for sale or use by the FDA. |
| **Pituitary Growth Hormone Description** | Designed to increase IGF-1, Pituitary Growth Hormone ™ is the most effective product we have ever developed… PERIOD. This amazing product has almost too many benefits to list and should be used by anyone looking for dramatic results in health and fitness. | Pituitary Growth Hormone ™ is the most effective product we have ever developed… PERIOD. This amazing product has almost too many benefits to list and should be used by anyone looking for dramatic results in health and fitness |
| **Test-600x Description** | Formulated for Overall Muscle Growth, Strength, and Size. Test-600x is one of the most effective and Fast-Acting products we carry and was designed to help improve your performance at almost every level of physical enhancement. Experience this top choice for all altheltes. | Test-600x is one of the most effective and Fast-Acting products we carry and was designed to help improve your performance at almost every level of physical enhancement. Experience this top choice for all athletes. |
| **Winn-50 Description** | If you're looking for Lean Muscle, Endurance, Strength, and Vascularity, Winn-50 is the answer. Scientifically engineered to enhance your metabolic rate, this maximum strength compound is ideal for anyone looking to take His or Her athletic performance to the next level. | Winn-50 is the answer. This maximum strength compound is ideal for anyone looking to take His or Her athletic performance to the next level. |
| **Tren 75 Description** | The potent Tren 75 is used for Muscle Hardening, Power, Vascularity, and Fat Burning. This amazing product is coveted for its ability to give the user Explosive Results without unwanted, excessive weight gain. Tren75's results are un-matched! | This amazing product is coveted for its ability to give the user Explosive Results without unwanted, excessive weight gain. Tren75's results are un-matched! |
| **D-Anabol 25 Description** | The #1 product for Mass, Strength, Size and Power. Fast acting D-Anabol 25 is designed to give you the size and strength you desire, in the shortest time possible. This remarkable product produces highly effective results, all without having to deal with any unwanted bloat or water retention. | The #1 product Fast acting D-Anabol 25 is designed in the shortest time possible. This remarkable product produces highly effective results, all without having to deal with any unwanted bloat or water retention. |
| **Var 10 Description** | Known as the most versatile muscle building formulation to date, Var 10 is a favorite among both Men and Women. Designed to give users Greater Muscle Density, Speed, and all around Athletic Performance, this multi-faceted product will provide high quality gains that last, making it one of the most diverse products on the planet today! | Known as the most versatile formulation to date, Var 10 is a favorite among both Men and Women. Designed to give users Greater all around Athletic Performance, this multi-faceted product will provide high quality gains that last, making it one of the most diverse products on the planet today! |
| **Clen description** | Our #1 Selling Product! There is nothing better for Fat Loss, Stamina, Endurance, and Energy than Maximum Strength Clen. As the most requested product we carry, this Ultra Fast-Acting thermogenic is known by athletes, body-builders and fitness models as the "King of Fat Burners!" | Our #1 Selling Product! There is nothing better than Maximum Strength Clen. The most requested product we carry! |
| **Deca 200 Description** | Designed for Strength, Size, Joint protection and Muscle Recovery. Take your workouts to the next level with the fast-acting compound considered to be the single best lean-muscle and strength-enhancing product on the market. | Take your workouts to the next level with the fast-acting compound considered to be the single best product on the market. |

| Changes Made to the Clen Product Page Only | |
|---|---|
| **Original Text** | **Altered Text for Control Stimuli** |
| - (Fat Loss, Stamina, Endurance, Energy, Appetite Control) | [Removed entirely] |
| When it comes to burning body fat and increasing stamina, nothing is more powerfully effective than Maximum Strength Clen®. | Nothing is more powerfully effective than Maximum Strength Clen®. |
| There are numerous fat loss products on the market, stimulants and fat burners alike, but Maximum Strength Clen® is truly unique for one very special reason…IT WORKS…IT ABSOLUTELY WORKS! | Maximum Strength Clen® is truly unique. |
| While we carry a host of the most effective and powerful muscle building products on the market, our most popularly requested formula is our Maximum Strength Clen® and the reasons are straightforward: | Our most popularly requested formula is our Maximum Strength Clen® and the reasons are straightforward. |
| Clen® has been formulated with beta-2 receptor stimulation in mind and is designed to promote a simultaneously thermogenic and lipolysis effect. This action provides a significant metabolic boost and creates an internal environment that is perfect for fat loss. Not only does Clen® effectively help burn stubborn body fat, it can significantly reduce and help you control your hunger and cravings. A stronger and more powerful metabolism with more appetite control means one thing - Clen® will help you reach the lean physique you crave! | [Removed entirely] |
| Surprisingly to some, Clen® is also a great tool for those who are looking to build up muscle mass or who are in what's commonly known as a "bulking phase." Gaining too much body fat is a common problem when bulking, but Clen® will help you control the unwanted fat gain so that your gains are of a higher quality. Athletes, be it high performance or endurance, will find Clen® to be invaluable as it has been designed to promote cardiovascular endurance and stamina, which means you will breath easier. All athletes from all walks of life will also find Clen® provides a significant boost of energy, which is always welcomed when training. | [Removed entirely] |
| If you want to lose body fat, if you're looking to enhance your athletic performance or if you simply need a boost of energy or appetite control, you will find Clen® is the top choice to meet your needs. A highly effective product when used alone, the effects of Maximum Strength Clen® are a perfect addition to any performance stack. | You will find Clen® is the top choice to meet your needs. A highly effective product when used alone, the effects of Maximum Strength Clen® are a perfect addition to any performance stack. |
| *Clen® was scientifically formulated to help:<br>　•Rapidly Remove Body Fat*<br>　•Efficiently Burn Fat Calories*<br>　•Stimulate Fat Cells to Enhance the Breakdown of Triglycerides*<br>　•Improve Stamina and Endurance*<br>　•Safely and Substantially Reduce Appetite* | [Removed entirely] |

| Changes Made to the D-Anabol 25 Product Page Only | |
|---|---|
| **Original Text** | **Altered Text for Control Stimuli** |
| - (Mass, Strength, Size, Power) | [Removed entirely] |
| There is no other way to describe our D-Anabol 25™ other than by hailing it the "King of Mass!"  D-Anabol 25™ is hands down the most popular and effective size and strength gaining compound currently available. | Our fast acting D-Anabol 25™ was designed for the athlete. Although our formula for D-Anabol 25™ is not known to cause severe bloating or water retention. |
| Our fast acting D-Anabol 25™ was designed for the athlete that desires to become bigger and stronger in the shortest possible time and who is more concerned with size and strength than with a leaned out look.  Although our formula for D-Anabol 25™ is not known to cause severe bloating or water retention, it most certainly has been known to generate some incredible muscle pumps and pack on pounds of high quality dense muscle. | [Removed entirely] |
| **For those looking for the size, power, and strength of D-Anabol 25™ but want to have a more defined look, try adding our popular Tren 75® with Clen® to get the best of both worlds.* | [Removed entirely] |
| If size and strength is what you are craving, D-Anabol 25™ is precisely what you are looking for.  Scientifically engineered to consistently deliver superior results, D-Anabol 25™ was formulated to help you reach your goals by: | D-Anabol 25™ is precisely what you are looking for.  Scientifically engineered to consistently deliver superior results, D-Anabol 25™ was formulated to help you reach your goals. |
| *D-Anabol 25™ was designed for:<br>•Providing Hard and Nourishing Muscle Pumps*<br>•Generating Sold, High Quality Muscle Tissue*<br>•Employing a Fast-Acting Mass Formula*<br>•Improving Nitrogen Retention for Muscle Repair and Growth*<br>•Boosting Major Lifts and Enhancing Overall Strength* | [Removed entirely] |

| Changes Made to the Test-600x Product Page Only | |
|---|---|
| **Original Text** | **Altered Text for Control Stimuli** |
| - (Overall Muscle Growth, Strength, and Size) | [Removed entirely] |
| Test-600x™ is without a doubt the most powerful and versatile muscle building product available on the market today and should be the "Go To" choice for athletes of all fitness levels. | Test-600x™ should be the "Go To" choice for athletes of all fitness levels. |
| Test-600x™ has a reputation of being extremely fast acting and effective at almost every level of physical enhancement.  No matter if you are looking for a massive increase in lean muscle gains, improvements in both strength and size, reduced body fat while continuing to maintain muscularity, or just overall physical enhancement, Test-600x™ is the ONLY product to take by itself and is ALWAYS included in our powerful stacks. | Test-600x™ has a reputation of being extremely fast acting and effective at almost every level of physical enhancement. |
| Additionally, Test-600x™ has been formulated to directly target your unique masculinizing properties and has been reported to not only greatly improve sexual performance and stamina, but provide its users with an overall sense of well being for a dramatic impact on their quality of life. | [Removed entirely] |
| *Test-600x™ was designed and formulated to help:<br>  •Promote Strength, Size and Lean Muscle Mass*<br>  •Increase Fat Free Mass (FFM) for Reducing Body Fat*<br>  •Improve Attitude, Mood, and Sleep*<br>  •Enhance Sexual Performance*<br>  •Reduce Muscle Wasting (Anti-Catabolic)* | [Removed entirely] |

| Changes Made to the Tren 75 Product Page Only ||
| Original Text | Altered Text for Control Stimuli |
|---|---|
| - (Muscle Hardening, Power, Vascularity, Fat Burning) | [Removed entirely] |
| The highly absorbable Tren 75® is in a class by itself, and is arguably one of the most potent muscle building formulations we have ever developed. Tren 75® will ensure its users the ability to achieve explosive strength and power, while maintaining a lean, hard and vascular appearance without unwanted "Water Retention" or Bloating. | The highly absorbable Tren 75® is in a class by itself. |
| One of the most frequently reported traits of our Tren 75® is how incredibly strong and powerful its users feel while maintaining a "Hard" and "Vascular" appearance.  Tren 75® is the perfect choice when getting ready for summer, or for the high performance athlete that wants explosive power and strength without excessive weight gain. | Tren 75® is the perfect choice when getting ready for summer, or for the high performance athlete that wants explosive power and strength without excessive weight gain. |
| A unique property of Tren 75® is its amazing ability to help incinerate stubborn body fat while increasing appetite and continuing to add high quality lean muscle, which makes it one of our most popular products currently available. | It is one of our most popular products currently available. |
| Tren 75® whether stacked or taken alone will help provide you with Dry, Lean, Hard Muscle of the highest quality. | Tren 75® whether stacked or taken alone. |
| *Tren 75® was designed and formulated to:<br>•Generate Near Instant Metabolic Results*<br>•Increase Appetite and Optimize Nutrient Absorption*<br>•Produce Dry, Vascular, Dense Muscle, While Hardening and Cutting*<br>•Improve Nitrogen Retention in Muscle Tissue*<br>•Eliminate Muscle Blurring "Water Retention" and Bloat*<br>•Incinerate Body Fat While Maintaining Muscle Mass* | [Removed entirely] |

# Exhibit E
# Survey 2
# Test and Control Stimuli

# CLEN
# Test Group




The Web's #1 Source For Muscle Building Anabolics

Secure Billing & Shipping | International Available

HOME | ALL PRODUCTS | ABOUT US | STACK INFO | CONTACT US | YOUR ACCOUNT | HELP | VIEW CART

SHARE
Recommend 524

**OUR PRODUCTS**
Test-600x ™
Tren 75 ®
Deca 200 ®
D-Anabol 25 ™
Winn 50 ®
Var 10 ®
Clen ®
Pituitary Growth Hormone™

Watch Customer TESTIM☺NIALS

**POPULAR STACKS**
View All Stacks
Growth Hormone Stack
Mass Stack
Strength Stack
Cutting Stack
Summer Stack
Xtreme Speed Stack

Search
Advanced Search   Search Tips



WINTER SALE
CLICK HERE FOR LIMITED TIME OFFERS!

Find The Right Product With Our Product Wizard

We sell only the highest quality muscle building anabolic supplements.
These anabolic supplements have not been approved for sale or use by the FDA.





**Pituitary Growth Hormone™ (pGH)***
Designed to increase IGF-1, Pituitary Growth Hormone ™ is the most effective product we have ever developed... PERIOD. This amazing product has almost too many benefits to list and should be used by anyone looking for dramatic results in health and fitness.
DETAILS

**Test-600x™ ***
Formulated for Overall Muscle Growth, Strength, and Size. Test-600x is one of the most effective and Fast-Acting products we carry and was designed to help improve your performance at almost every level of physical enhancement. Experience this top choice for all athletes.
DETAILS

**Winn 50® ***
If you're looking for Lean Muscle, Endurance, Strength, and Vascularity, Winn-50 is the answer. Scientifically engineered to enhance your metabolic rate, this maximum strength compound is ideal for anyone looking to take His or Her athletic performance to the next level.
DETAILS

**Tren 75® ***
The potent Tren 75 is used for Muscle Hardening, Power, Vascularity, and Fat Burning. This amazing product is coveted for its ability to give the user Explosive Results without unwanted, excessive weight gain. Tren75's results are un-matched!
DETAILS

**D-Anabol 25™ ***
The #1 product for Mass, Strength, Size and Power. Fast acting D-Anabol 25 is designed to give you the size and strength you desire, in the shortest time possible. This remarkable product produces highly effective results, all without having to deal with any unwanted bloat or water retention.
DETAILS

**Var 10® ***
Known as the most versatile muscle building formulation to date, Var 10 is a favorite among both Men and Women. Designed to give users Greater Muscle Density, Speed, and all around Athletic Performance, this multi-faceted product will provide high quality gains that last, making it one of the most diverse products on the planet today!
DETAILS

**Clen® ***
Our #1 Selling Product! There is nothing better for Fat Loss, Stamina, Endurance, and Energy than Maximum Strength Clen. As the most requested product we carry, this Ultra Fast-Acting thermogenic is known by athletes, bodybuilders and fitness models as the "King of Fat Burners!"
DETAILS

**Deca 200® ***
Designed for Strength, Size, Joint protection and Muscle Recovery. Take your workouts to the next level with the last-acting compound considered to be the single best lean-muscle and strength-enhancing product on the market.
DETAILS


PICK THREE! PRODUCTS OF YOUR CHOICE AND SAVE $$$ BUY NOW!

**Customer Comments**

Best site I have ever seen for buying supplements
-Steve Dec 19, 2016

The Summer stack has been a great to keep off weight during the holiday season.
-Daniel Dec 19, 2016

This is the third time I have purchased these products from this site, they have always arrived here in Australia and have produced excellent results.
-Shane Dec 19, 2016

The information your site provided was very educational and helpful. It helped me to decide to buy the right product for me and my wife.
-Sandra Dec 19, 2016

when I first these products I was amazed how quick they had started working thankyou Dale from Australia
-Dale Dec 19, 2016

Hands down best site, best quality and no double talk. Real pros, real products.
-Roger Dec 19, 2016

Johnny really helped me out. I was lost and Johnny guided me through the website. I am happy with what I see and how my experience went.
-Alexander Dec 19, 2016

Thank you for always being able to help with any questions or concerns that I have.
-Darko Dec 19, 2016

Love the products ...result are amazing ..
-Teddy Dec 19, 2016

Been using your product for two months now. On my 2nd cycle and have been seeing some real nice improvements. I'll be submitting a before and after picture pretty soon. Awesome products. Thanks!
-Valentino Dec 19, 2016


McAfee SECURE

* These products are not intended to diagnose, treat, cure or prevent any disease. These statements have not been evaluated by the Food and Drug Administration. Our website and the domain name "Anabolics.com" is representative of products that may enhance blood levels of steroid hormones in the body. Anabolic Research is offering these very strong alternatives to anabolic steroids. These products are NOT intended for users under the age of 18. Use under a doctors supervision. This product is not a drug and should be used correctly. Use in conjunction with a well balanced diet and an intense bodybuilding or exercise program. For a list of ingredients, click here.

Privacy Policy | Sitemap | Terms of Use

anabolics.com - Owned and operated by Dynamic Sports Nutrition, LLC dba Anabolic Research. Copyright © 2016 ALL RIGHTS RESERVED

$$ Webmasters Earn Money! $$

DMCA PROTECTED





**Anabolics.com**
Advanced Science of Muscle Building

The Web's #1 Source For Muscle Building Anabolics

Secure Billing & Shipping | International Available

HOME | ALL PRODUCTS | ABOUT US | STACK INFO | CONTACT US | YOUR ACCOUNT | HELP | VIEW CART

**WINTER SALE**
CLICK HERE FOR LIMITED TIME OFFERS!

Find The Right Product With Our **Product Wizard**

We sell only the highest quality muscle building anabolic supplements.
These anabolic supplements have not been approved for sale or use by the FDA.

Home › All Products › Clen®

SHARE
Recommend 0  Share

**OUR PRODUCTS**
Test-600x ™
Tren 75 ®
Deca 200 ®
D-Anabol 25 ™
Winn 50 ®
Var 10 ®
Clen ®
Pituitary Growth Hormone™

Watch Customer
**TESTIMONIALS**

**POPULAR STACKS**
View All Stacks
Growth Hormone Stack
Mass Stack
Strength Stack
Cutting Stack
Summer Stack
Xtreme Speed Stack

[search box] Search
Advanced Search  Search Tips

**Customer Comments**

Best site I have ever seen for
buying supplements
-Steve
Dec 19, 2016

The Summer stack has been a
great to keep off weight during
the holiday season.
-Daniel
Dec 19, 2016

This is the third time I have
purchased these products from
this site, they have always
arrived here in Australia and
have produced excellent
results.
-Shane
Dec 19, 2016

The information your site
provided was very educational
and helpful. It helped me to
decide to buy the right product
for me and my wife.
-Sandra
Dec 19, 2016

when I first these products I
was amazed how quick they
had started working thankyou
Dale from Australia
-Dale
Dec 19, 2016

Hands down best site, best
quality and no double talk. Real
pros, real products.
-Roger
Dec 19, 2016

Johnny really helped me out. I
was lost and Johnny guided
me through the website. i am
happy with what i see and how
my experience went.
-Alexander
Dec 19, 2016

Thank you for always being
able to help with any questions
or concerns that I have.
-Darko
Dec 19, 2016

Love the products ..result are
amazing ..
-Teddy
Dec 19, 2016

Been using your product for
two months now. On my 2nd
cycle and have been seeing
some real nice improvements.
I'll be submitting a before and
after picture pretty soon.
Awesome products. Thanks!
-Valentine
Dec 19, 2016

**Clen®** - (Fat Loss, Stamina, Endurance, Energy, Appetite Control)

Watch video

When it comes to burning body fat and increasing stamina, nothing is more powerfully effective than Maximum Strength Clen®.

There are numerous fat loss products on the market, stimulants and fat burners alike, but Maximum Strength Clen® is truly unique for one very special reason...IT WORKS...IT ABSOLUTELY WORKS!

While we carry a host of the most effective and powerful muscle building products on the market, our most popularly requested formula is our Maximum Strength Clen® and the reasons are straightforward:

Clen® has been formulated with beta-2 receptor stimulation in mind and is designed to promote a simultaneously thermogenic and lipolysis effect. This action provides a significant metabolic boost and creates an internal environment that is perfect for fat loss. Not only does Clen® effectively help burn stubborn body fat, it can significantly reduce and help you control your hunger and cravings. A stronger and more powerful metabolism with more appetite control means one thing - Clen® will help you reach the lean physique you crave!

Surprisingly to some, Clen® is also a great tool for those who are looking to build up muscle mass or who are in what's commonly known as a "bulking phase." Gaining too much body fat is a common problem when bulking, but Clen® will help you control the unwanted fat gain so that your gains are of a higher quality. Athletes, be it high performance or endurance, will find Clen® to be invaluable as it has been designed to promote cardiovascular endurance and stamina, which means you will breath easier. All athletes from all walks of life will also find Clen® provides a significant boost of energy, which is always welcomed when training.

If you want to lose body fat, if you're looking to enhance your athletic performance or if you simply need a boost of energy or appetite control, you will find Clen® is the top choice to meet your needs. A highly effective product when used alone, the effects of Maximum Strength Clen® are a perfect addition to any performance stack.

**"Clen"® was scientifically formulated to help:**

Rapidly Remove Body Fat*

Efficiently Burn Fat Calories*

Stimulate Fat Cells to Enhance the Breakdown of Triglycerides*

Improve Stamina and Endurance*

Safely and Substantially Reduce Appetite*

**Directions For Use:** This product contains 90 capsules and is designed to be a 30 day cycle. Take 1 capsule 3 times daily with 8 ounces of water. Doses should be spaced evenly throughout the day.

To view the list of ingredients for each product... click here

* Clen®
$82.00 $70.00
add to cart

* Clen - BUY 2 GET 1 FREE!
$246.00 $140.00
add to cart

BUY 2 GET 1 FREE!




McAfee SECURE

* These products are not intended to diagnose, treat, cure or prevent any disease. These statements have not been evaluated by the Food and Drug Administration. Our website and the domain name "Anabolics.com" is representative of products that may enhance blood levels of steroid hormones in the body. Anabolic Research is offering these very strong alternatives to anabolic steroids. These products are NOT intended for users under the age of 18. Use under a doctors supervision. This product is not a drug and should be used correctly. Use in conjunction with a well balanced diet and an intense bodybuilding or exercise program. For a list of ingredients, click here.

Privacy Policy | Sitemap | Terms of Use

anabolics.com - Owned and operated by Dynamic Sports Nutrition, LLC dba Anabolic Research, Copyright © 2016 ALL RIGHTS RESERVED

$$ Webmasters Earn Money! $$

DMCA PROTECTED



# D-ANABOL 25
# Test Group

The Web's #1 Source For Muscle Building Anabolics

Secure Billing & Shipping | International Available

VISA | MasterCard | AMEX | DISCOVER

HOME | ALL PRODUCTS | ABOUT US | STACK INFO | CONTACT US | YOUR ACCOUNT | HELP | 🛒 VIEW CART

SHARE
Recommend 524 · Share

**OUR PRODUCTS**
- Test-600x ™
- Tren 75 ®
- Deca 200 ®
- D-Anabol 25 ™
- Winn 50 ®
- Var 10 ®
- Clen ®
- Pituitary Growth Hormone™

Watch Customer
TESTIMONIALS
▶

**POPULAR STACKS**
- View All Stacks
- Growth Hormone Stack
- Mass Stack
- Strength Stack
- Cutting Stack
- Summer Stack
- Xtreme Stack

[Search]
Advanced Search    Search Tips

**Customer Comments**

Best site I have ever seen for buying supplements
-Steve
Dec 19, 2016

The Summer stack has been a great to keep off weight during the holiday season.
-Daniel
Dec 19, 2016

This is the third time I have purchased these products from this site, they have always arrived here in Australia and have produced excellent results.
-Shane
Dec 19, 2016

The information your site provided was very educational and helpful. It helped me to decide to buy the right product for me and my wife.
-Sandra
Dec 18, 2016

when I first these products I was amazed how quick they had started working thankyou Dale from Australia
-Dale
Dec 19, 2016

Hands down best site, best quality and no double talk. Real pros, real products.
-Roger
Dec 18, 2016

Johnny really helped me out. I was lost and Johnny guided me through the website. I am happy with what I see and how my experience went.
-Alexander
Dec 18, 2016

Thank you for always being able to help with any questions or concerns that I have.
-Darko
Dec 18, 2016

Love the products ...result are amazing ...
-Teddy
Dec 18, 2016

Been using your product for two months now. On my 2nd cycle and have been seeing some real nice improvements. I'll be submitting a before and after picture pretty soon. Awesome products. Thanks!
-Valentino
Dec 16, 2016


McAfee SECURE
CLICK TO VERIFY

WINTER SALE
CLICK HERE FOR LIMITED TIME OFFERS!

HELP Find The Right Product With Our
Product Wizard

We sell only the highest quality muscle building anabolic supplements.
These anabolic supplements have not been approved for sale or use by the FDA.


NEW!
PICK THREE!
PRODUCTS OF YOUR CHOICE AND SAVE $$$
Save More When You Pick 3!


GROWTH HORMONE™

**Pituitary Growth Hormone™ (pGH)***
Designed to increase IGF-1, Pituitary Growth Hormone™ is the most effective product we have ever developed... Pituitary Growth Hormone™ This is amazing product has almost too many benefits to list and should be used by anyone looking for dramatic results in health and fitness.
[DETAILS]


TEST-600x

**Test-600x™ ***
Formulated for Overall Muscle Growth, Strength, and Size. Test-600x is one of the most effective and Fast-Acting products we carry and was designed to help improve your performance at almost every level of physical enhancement. Experience this top choice for all athletes.
[DETAILS]

WINN-50

**Winn 50® ***
If you're looking for Lean Muscle, Endurance, Strength, and Vascularity, Winn-50 is the answer. Scientifically engineered to enhance your metabolic rate, this maximum strength compound is ideal for anyone looking to take His or Her athletic performance to the next level.
[DETAILS]

TREN 75

**Tren 75® ***
The potent Tren 75 is used for Muscle Hardening, Power, Vascularity, and Fat Burning. This amazing product is coveted for its ability to give the user Explosive Results without unwanted, excessive weight gain. Tren75's results are un-matched!
[DETAILS]


D-ANABOL 25

**D-Anabol 25™ ***
The #1 product for Mass, Strength, Size and Power. Fast acting D-Anabol 25 is designed to give you the size and strength you desire, in the shortest time possible. This remarkable product produces highly effective results, all without having to deal with any unwanted bloat or water retention.
[DETAILS]

VAR 10

**Var 10® ***
Known as the most versatile muscle building formulation to date, Var 10 is a favorite among both Men and Women. Designed to give users Greater Muscle Density, Speed, and all around Athletic Performance, this multi-faceted product will provide high quality gains that last, making it one of the most diverse products on the planet today!
[DETAILS]

CLEN

**Clen® ***
Our #1 Selling Product! There is nothing better for Fat Loss, Stamina, Endurance, and Energy than Maximum Strength Clen. As the most requested product we carry, this Ultra Fast-Acting thermogenic is known by athletes, body-builders and fitness models as the "King of Fat Burners!"
[DETAILS]


DECA 200

**Deca 200® ***
Designed for Strength, Size, Joint protection and Muscle Recovery. Take your workouts to the next level with the last-acting compound considered to be the single best lean-muscle and strength-enhancing product on the market.
[DETAILS]


NEW!
PICK THREE!
PRODUCTS OF YOUR CHOICE AND SAVE $$$
BUY NOW!

* These products are not intended to diagnose, treat, cure or prevent any disease. These statements have not been evaluated by the Food and Drug Administration. Our website and the domain name "Anabolics.com" is representative of products that may enhance blood levels of steroid hormones in the body. Anabolic Research is offering these very strong alternatives to anabolic steroids. These products are NOT intended for users under the age of 18. Use under a doctors supervision. This product is not a drug and should be used correctly. Use in conjunction with a well balanced diet and an intense bodybuilding or exercise program. For a list of ingredients, click here.

Privacy Policy | Sitemap | Terms of Use

anabolics.com - Owned and operated by Dynamic Sports Nutrition, LLC dba Anabolic Research. Copyright © 2016 ALL RIGHTS RESERVED

$$ Webmasters Earn Money! $$

DMCA PROTECTED

 

**Anabolics.com**
Advanced Science of Muscle Building

The Web's #1 Source For Muscle Building Anabolics

Secure Billing & Shipping | International Available

HOME | ALL PRODUCTS | ABOUT US | STACK INFO | CONTACT US | YOUR ACCOUNT | HELP | VIEW CART

SHARE  Recommend  Share

**OUR PRODUCTS**
- Test-600x ™
- Tren 75 ®
- Deca 200 ®
- D-Anabol 25 ®
- Winn 50 ®
- Var 10 ®
- Clen ®
- Pituitary Growth Hormone ™


Watch Customer TESTIMONIALS

**POPULAR STACKS**
- View All Stacks
- Growth Hormone Stack
- Mass Stack
- Strength Stack
- Cutting Stack
- Summer Stack
- Xtreme Speed Stack

Search
Advanced Search  Search Tips

**Customer Comments**

Best site I have ever seen for buying supplements
-Steve
Dec 19, 2016

The Summer stack has been a great to keep off weight during the holiday season.
-Daniel
Dec 19, 2016

This is the third time I have purchased these products from this site, they have always arrived here in Australia and have produced excellent results.
-Shane
Dec 19, 2016

The information your site provided was very educational and helpful. It helped me to decide to buy the right product for me and my wife.
-Sandra
Dec 19, 2016

when I first these products I was amazed how quick they had started working thankyou Dale from Australia
-Dale
Dec 19, 2016

Hands down best site, best quality and no double talk. Real pros, real products.
-Roger
Dec 19, 2016

Johnny really helped me out. I was lost and Johnny guided me through the website. I am happy with what I see and how my experience went.
-Alexander
Dec 19, 2016

Thank you for always being able to help with any questions or concerns that I have.
-Darko
Dec 19, 2016

Love the products ..result are amazing ..
-Teddy
Dec 19, 2016

Been using your product for two months now. On my 2nd cycle and have been seeing some real nice improvements. I'll be submitting a before and after picture pretty soon. Awesome products. Thanks!
-Valentino
Dec 19, 2016

McAfee SECURE

WINTER SALE
CLICK HERE FOR LIMITED TIME OFFERS!

Find The Right Product With Our
Product Wizard

We sell only the highest quality muscle building anabolic supplements. These anabolic supplements have not been approved for sale or use by the FDA.

Home » All Products » D-Anabol 25™

### D-Anabol 25™ - (Mass, Strength, Size, Power)

_Watch Video_

There is no other way to describe our D-Anabol 25™ than by hailing the "King of Mass!" D-Anabol 25™ is hands down the most popular and effective size and strength gaining compound currently available.

Our fast acting D-Anabol 25™ was designed for the athlete that desires to become bigger and stronger in the shortest possible time and who is more concerned with size and strength than with a leaned out look. Although our formula for D-Anabol 25™ is not known to cause severe bloating or water retention, it most certainly has been known to generate some incredible muscle pumps and pack on pounds of high quality dense muscle.

**For those looking for the size, power, and strength of D-Anabol 25™ but want to have a more defined look, try adding our popular Tren 75® with Clen® to get the best of both worlds.*

If size and strength is what you are craving, D-Anabol 25™ is precisely what you are looking for.  Scientifically engineered to consistently deliver superior results, D-Anabol 25™ was formulated to help you reach your goals by:

**D-Anabol 25™ was designed for:**

Providing Hard and Nourishing Muscle Pumps*

Generating Solid, High Quality Muscle Tissue*

Employing a Fast-Acting Mass Formula*

Improving Nitrogen Retention for Muscle Repair and Growth*

Boosting Major Lifts and Enhancing Overall Strength*

**Directions For Use:** This product contains 90 capsules and is designed to be a 30 day cycle. Take 1 capsule 3 times daily with 8 ounces of water. Doses should be spaced evenly throughout the day.

To view the list of ingredients for each product...  _click here_


* D-Anabol 25™
~~$100.00~~ $85.00
add to cart


* D-anabol 25 - BUY 2 GET 1 FREE!
~~$300.00~~ $170.00
add to cart
BUY 2 GET 1 FREE!


D-ANABOL 25*

* These products are not intended to diagnose, treat, cure or prevent any disease. These statements have not been evaluated by the Food and Drug Administration. Our website and the domain name "Anabolics.com" is representative of products that may enhance blood levels of steroid hormones in the body. Anabolic Research is offering these very strong alternatives to anabolic steroids. These products are NOT intended for users under the age of 18. Use under a doctors supervision. This product is not a drug and should be used correctly. Use in conjunction with a well balanced diet and an intense bodybuilding or exercise program. For a list of ingredients, click here.

Privacy Policy | Sitemap | Terms of Use

anabolics.com - Owned and operated by Dynamic Sports Nutrition, LLC dba Anabolic Research, Copyright © 2016 ALL RIGHTS RESERVED
$$ Webmasters Earn Money! $$
DMCA PROTECTED



# TEST-600x
# Test Group





| HOME | ALL PRODUCTS | ABOUT US | STACK INFO | CONTACT US | YOUR ACCOUNT | HELP | VIEW CART |

**OUR PRODUCTS**
- Test-600x ™
- Tren 75 ®
- Deca 200 ®
- D-Anabol 25 ™
- Winn 50 ®
- Var 10 ®
- Clen ®
- Pituitary Growth Hormone™


Watch Customer TESTIMONIALS

**POPULAR STACKS**
- View All Stacks
- Growth Hormone Stack
- Mass Stack
- Strength Stack
- Cutting Stack
- Summer Stack
- Xtreme Stack

Search
Advanced Search    Search Tips

**Customer Comments**

Best site I have ever seen for buying supplements
-Steve
Dec 19, 2016

The Summer stack has been a great to keep off weight during the holiday season.
-Daniel
Dec 19, 2016

This is the third time I have purchased these products from this site, they have always arrived here in Australia and have produced excellent results.
-Shane
Dec 19, 2016

The information your site provided was very educational and helpful. It helped me to decide to buy the right product for me and my wife.
-Sandra
Dec 18, 2016

when I first these products I was amazed how quick they had started working thankyou Dale from Australia
-Dale
Dec 18, 2016

Hands down best site, best quality and no double talk. Real pros, real products.
-Roger
Dec 16, 2016

Johnny really helped me out, I was lost and Johnny guided me through the website. I am happy with what I see and how my experience went.
-Alexander
Dec 16, 2016

Thank you for always being able to help with any questions or concerns that I have.
-Darko
Dec 16, 2016

Love the products ...result are amazing ...
-Teddy
Dec 16, 2016

Been using your product for two months now. On my 2nd cycle and have been seeing some real nice improvements. I'll be submitting a before and after picture pretty soon. Awesome products. Thanks!
-Valentino
Dec 16, 2016



---

WINTER SALE
CLICK HERE FOR LIMITED TIME OFFERS!

HELP Find The Right Product With Our **Product Wizard**

We sell only the highest quality muscle building anabolic supplements.
These anabolic supplements have not been approved for sale or use by the FDA.



PICK THREE!
PRODUCTS OF YOUR CHOICE AND SAVE $$$
Save More When You Pick 3!

**Pituitary Growth Hormone™ (pGH)\***
Designed to increase IGF-1, Pituitary Growth Hormone ™ is the most effective product we have ever developed. PERIOD. This amazing product has almost too many benefits to list and should be used by anyone looking for dramatic results in health and fitness.
DETAILS

**Test-600x ™ \***
Formulated for Overall Muscle Growth, Strength, and Size. Test-600x is one of the most effective and Fast-Acting products we carry and was designed to help improve your performance at almost every level of physical enhancement. Experience this top choice for all athletes.
DETAILS

**Winn 50® \***
If you're looking for Lean Muscle, Endurance, Strength, and Vascularity, Winn-50 is the answer. Scientifically engineered to enhance your metabolic rate, this maximum strength compound is ideal for anyone looking to take His or Her athletic performance to the next level.
DETAILS

**Tren 75® \***
The potent Tren 75 is used for Muscle Hardening, Power, Vascularity, and Fat Burning. This amazing product is coveted for its ability to give the user Explosive Results without unwanted, excessive weight gain. Tren75's results are un-matched!
DETAILS

**D-Anabol 25™ \***
The #1 product for Mass, Strength, Size and Power. Fast acting D-Anabol 25 is designed to give you the size and strength you desire, in the shortest time possible. This remarkable product produces highly effective results, all without having to deal with any unwanted bloat or water retention.
DETAILS

**Var 10® \***
Known as the most versatile muscle building formulation to date, Var 10 is a favorite among both Men and Women. Designed to give users Greater Muscle Density, Speed, and all around Athletic Performance, this multi-faceted product will provide high quality gains that last, making it one of the most diverse products on the planet today!
DETAILS

**Clen® \***
Our #1 Selling Product! There is nothing better for Fat Loss, Stamina, Endurance, and Energy than Maximum Strength Clen. As the most requested product we carry, this Ultra Fast-Acting thermogenic is known by athletes, body-builders and fitness models as the "King of Fat Burners!"
DETAILS

**Deca 200® \***
Designed for Strength, Size, Joint protection and Muscle Recovery. Take your workouts to the next level with the last-acting compound considered to be the single best lean-muscle and strength-enhancing product on the market.
DETAILS

NEW! PICK THREE! PRODUCTS OF YOUR CHOICE AND SAVE $$$ BUY NOW!

---

* These products are not intended to diagnose, treat, cure or prevent any disease. These statements have not been evaluated by the Food and Drug Administration. Our website and the domain name "**Anabolics**.com" is representative of products that may enhance blood levels of steroid hormones in the body. Anabolic Research is offering these very strong alternatives to anabolic steroids. These products are NOT intended for users under the age of 18. Use under a doctors supervision. This product is not a drug and should be used correctly. Use in conjunction with a well balanced diet and an intense bodybuilding or exercise program. For a list of ingredients, click here.

Privacy Policy | Sitemap | Terms of Use

anabolics.com - Owned and operated by Dynamic Sports Nutrition, LLC dba Anabolic Research. Copyright © 2016 ALL RIGHTS RESERVED

$$ Webmasters Earn Money! $$

DMCA PROTECTED

   


Advanced Science of Muscle Building

The Web's #1 Source For Muscle Building Anabolics



Secure Billing & Shipping | International Available

**HOME** | **ALL PRODUCTS** | **ABOUT US** | **STACK INFO** | **CONTACT US** | **YOUR ACCOUNT** | **HELP** | 🛒 **VIEW CART**

SHARE

Recommend 0 | Share

**OUR PRODUCTS**
- Test-600x ®
- Tren 75 ®
- Deca 200 ®
- D-Anabol 25 ™
- Winn 50 ®
- Var 10 ®
- Clen ®
- Pituitary Growth Hormone ™


Watch Customer TESTIMONIALS

**POPULAR STACKS**
- View All Stacks
- Growth Hormone Stack
- Mass Stack
- Strength Stack
- Cutting Stack
- Summer Stack
- Xtreme Speed Stack

[Search]
Advanced Search   Search Tips

**Customer Comments**

Best site I have ever seen for buying supplements
-Steve
Dec 19, 2016

The Summer stack has been a great to keep off weight during the holiday season.
-Daniel
Dec 19, 2016

This is the third time I have purchased these products from this site, they have always arrived here in Australia and have produced excellent results.
-Shane
Dec 19, 2016

The information your site provided was very educational and helpful. It helped me to decide to buy the right product for me and my wife.
-Sandra
Dec 19, 2016

when I first these products I was amazed how quick they had started working thankyou Dale from Australia
-Dale
Dec 19, 2016

Hands down best site, best quality and no double talk. Real pros, real products.
-Roger
Dec 19, 2016

Johnny really helped me out. I was lost and Johnny guided me through the website. I am happy with what I see and how my experience went.
-Alexander
Dec 19, 2016

Thank you for always being able to help with any questions or concerns that I have.
-Darko
Dec 19, 2016

Love the products ..result are amazing ..
-Teddy
Dec 19, 2016

Been using your product for two months now. On my 2nd cycle and have been seeing some real nice improvements. I'll be submitting a before and after picture pretty soon. Awesome products. Thanks!
-Valentino
Dec 19, 2016


McAfee SECURE


**WINTER SALE**
CLICK HERE FOR LIMITED TIME OFFERS!


HELP Find The Right Product With Our **Product Wizard**

We sell only the highest quality muscle building anabolic supplements.
These anabolic supplements have not been approved for sale or use by the FDA.

Home > All Products > Test-600x

**Test-600x™** - (Overall Muscle Growth, Strength, and Size)

Watch Test-600x™ Video

Test-600x™ is without a doubt the most powerful and versatile muscle building product available on the market today and should be the "Go To" choice for athletes of all fitness levels.

Test-600x™ has a reputation of being extremely fast acting and effective at almost every level of physical enhancement. No matter if you are looking for a massive increase in lean muscle gains, improvements in both strength and size, reduced body fat while continuing to maintain muscularity, or just overall physical enhancement, Test-600x™ is the ONLY product to take by itself and is ALWAYS included in our powerful stacks.

Additionally, Test-600x™ has been formulated to directly target your unique masculinizing properties and has been reported to not only greatly improve sexual performance and stamina, but provide its users with an overall sense of well being for a dramatic impact on their quality of life.

All in all, you cannot go wrong with this powerful product.

"Test-600x™ was designed and formulated to help:

Promote Strength, Size and Lean Muscle Mass*

Increase Fat Free Mass (FFM) for Reducing Body Fat*

Improve Attitude, Mood, and Sleep*

Enhance Sexual Performance*

Reduce Muscle Wasting (Anti-Catabolic)*

**Directions For Use:** This product contains 60 tablets and is designed to be a 30 day cycle. Take 1 tablet 2 times daily with 8 ounces of water. Doses should be spaced evenly throughout the day.

To view the list of ingredients for each product...   click here

* Test-600x™
~~$100.00~~ $85.00
[ add to cart ]

* Test-600x - BUY 2 GET 1 FREE!
~~$300.00~~ $170.00
[ add to cart ]

BUY 2 GET 1 FREE!



* These products are not intended to diagnose, treat, cure or prevent any disease. These statements have not been evaluated by the Food and Drug Administration. Our website and the domain name "Anabolics.com" is representative of products that may enhance blood levels of steroid hormones in the body. Anabolic Research is offering these very strong alternatives to anabolic steroids. These products are NOT intended for users under the age of 18. Use under a doctors supervision. This product is not a drug and should be used correctly. Use in conjunction with a well balanced diet and an intense bodybuilding or exercise program. For a list of ingredients, click here

Privacy Policy | Sitemap | Terms of Use

anabolics.com - Owned and operated by Dynamic Sports Nutrition, LLC dba Anabolic Research, Copyright © 2016 ALL RIGHTS RESERVED

$$ Webmasters Earn Money! $$

DMCA PROTECTED



# TREN 75
# Test Group



 

We sell only the highest quality muscle building anabolic supplements.
These anabolic supplements have not been approved for sale or use by the FDA.

**OUR PRODUCTS**
- Test-600x ™
- Tren 75 ®
- Deca 200 ®
- D-Anabol 25 ™
- Winn 50 ®
- Var 10 ®
- Clen ®
- Pituitary Growth Hormone™



**POPULAR STACKS**
- View All Stacks
- Growth Hormone Stack
- Mass Stack
- Strength Stack
- Cutting Stack
- Summer Stack
- Xtreme Speed Stack

**Pituitary Growth Hormone™ (pGH)®***
Designed to increase IGF-1, Pituitary Growth Hormone ™ is the most effective product we have ever developed... PERIOD. This amazing product has almost too many benefits to list and should be used by anyone looking for dramatic results in health and fitness.



**Test-600x™ ***
Formulated for Overall Muscle Growth, Strength, and Size. Test-600x is one of the most effective and Fast-Acting products we carry and was designed to help improve your performance at almost every level of physical enhancement. Experience this top choice for all athletes.



**Winn 50® ***
If you're looking for Lean Muscle, Endurance, Strength, and Vascularity, Winn-50 is the answer. Scientifically engineered to enhance your metabolic rate, this maximum strength compound is ideal for anyone looking to take His or Her athletic performance to the next level.

**Tren 75® ***
The potent Tren 75 is used for Muscle Hardening, Power, Vascularity, and Fat Burning. This amazing product is coveted for its ability to give the user Explosive Results without unwanted, excessive weight gain. Tren75's results are un-matched!

**D-Anabol 25™ ***
The #1 product for Mass, Strength, Size and Power. Fast acting D-Anabol 25 is designed to give you the size and strength you desire, in the shortest time possible. This remarkable product produces highly effective results, all without having to deal with any unwanted bloat or water retention.

**Var 10® ***
Known as the most versatile muscle building formulation to date, Var 10 is a favorite among both Men and Women. Designed to give users Greater Muscle Density, Speed, and all around Athletic Performance, this multi-faceted product will provide high quality gains that last, making it one of the most diverse products on the planet today!

**Clen® ***
Our #1 Selling Product! There is nothing better for Fat Loss, Stamina, Endurance, and Energy than Maximum Strength Clen. As the most requested product we carry, this Ultra Fast-Acting thermogenic is known by athletes, body-builders and fitness models as the "King of Fat Burners!"

**Deca 200® ***
Designed for Strength, Size, Joint protection and Muscle Recovery. Take your workouts to the next level with the last-acting compound considered to be the single best lean-muscle and strength-enhancing product on the market.





**Customer Comments**

Best site i have ever seen for buying supplements
-Steve
Dec 19, 2016

The Summer stack has been a great to keep off weight during the holiday season.
-Daniel
Dec 19, 2016

This is the third time I have purchased these products from this site, they have always arrived here in Australia and have produced excellent results.
-Shane
Dec 19, 2016

The information your site provided was very educational and helpful. It helped me to decide to buy the right product for me and my wife.
-Sandra
Dec 19, 2016

when I first these products I was amazed how quick they had started working thankyou Dale from Australia
-Dale
Dec 19, 2016

Hands down best site, best quality and no double talk. Real pros, real products.
-Roger
Dec 19, 2016

Johnny really helped me out. I was lost and Johnny guided me through the website. I am happy with what I see and how my experience went.
-Alexander
Dec 19, 2016

Thank you for always being able to help with any questions or concerns that I have.
-Darko
Dec 19, 2016

Love the products ...result are amazing ...
-Teddy
Dec 19, 2016

Been using your product for two months now. On my 2nd cycle and have been seeing some real nice improvements. I'll be submitting a before and after picture pretty soon. Awesome products. Thanks!
-Valentino
Dec 19, 2016



* These products are not intended to diagnose, treat, cure or prevent any disease. These statements have not been evaluated by the Food and Drug Administration. Our website and the domain name "Anabolics.com" is representative of products that may enhance blood levels of steroid hormones in the body. Anabolic Research is offering these very strong alternatives to anabolic steroids. These products are NOT intended for users under the age of 18. Use under a doctors supervision. This product is not a drug and should be used correctly. Use in conjunction with a well balanced diet and an intense bodybuilding or exercise program. For a list of ingredients, click here.

Privacy Policy | Sitemap | Terms of Use

anabolics.com - Owned and operated by Dynamic Sports Nutrition, LLC dba Anabolic Research. Copyright © 2016 ALL RIGHTS RESERVED

$$ Webmasters Earn Money! $$

   

**Anabolics.com**
Advanced Science of Muscle Building

The Web's #1 Source For Muscle Building Anabolics

Secure Billing & Shipping | International Available

HOME | ALL PRODUCTS | ABOUT US | STACK INFO | CONTACT US | YOUR ACCOUNT | HELP | VIEW CART

**OUR PRODUCTS**
- Test-600x ™
- Tren 75 ®
- Deca 200 ®
- D-Anabol 25 ™
- Winn 50 ®
- Var 10 ®
- Clen ®
- Pituitary Growth Hormone™

**Watch Customer TESTIMONIALS**

**POPULAR STACKS**
- View All Stacks
- Growth Hormone Stack
- Mass Stack
- Strength Stack
- Cutting Stack
- Summer Stack
- Xtreme Speed Stack

[Search]
Advanced Search   Search Tips

**Customer Comments**

Best site I have ever seen for buying supplements
-Steve
Dec 19, 2016

The Summer stack has been a great to keep off weight during the holiday season.
-Daniel
Dec 19, 2016

This is the third time I have purchased these products from this site, they have always arrived here in Australia and have produced excellent results.
-Shane
Dec 19, 2016

The information your site provided was very educational and helpful. It helped me to decide to buy the right product for me and my wife.
-Sandra
Dec 19, 2016

when I first these products I was amazed how quick they had started working thankyou Dale from Australia
-Dale
Dec 19, 2016

Hands down best site, best quality and no double talk. Real pros, real products.
-Roger
Dec 19, 2016

Johnny really helped me out. I was lost and Johnny guided me through the website. I am happy with what I see and how my experience went.
-Alexander
Dec 19, 2016

Thank you for always being able to help with any questions or concerns that I have.
-Darko
Dec 19, 2016

Love the products ..result are amazing ..
-Teddy
Dec 19, 2016

Been using your product for two months now. On my 2nd cycle and have been seeing some real nice improvements. I'll be submitting a before and after picture pretty soon. Awesome products. Thanks!
-Valentino
Dec 19, 2016



**WINTER SALE**
CLICK HERE FOR LIMITED TIME OFFERS!

Find The Right Product With Our **Product Wizard**

We sell only the highest quality muscle building anabolic supplements.
These anabolic supplements have not been approved for sale or use by the FDA.

Home > All Products > Tren 75

## Tren 75® - (Muscle Hardening, Power, Vascularity, Fat Burning)

_Watch Tren-75® Video_

The highly absorbable Tren 75® is in a class by itself, and is arguably one of the most potent muscle building formulations we have ever developed. Tren 75® will ensure its users the ability to achieve explosive strength and power, while maintaining a lean, hard and vascular appearance without unwanted "Water Retention" or Bloating.

One of the most frequently reported traits of our Tren 75® is how incredibly strong and powerful its users feel while maintaining a "Hard" and "Vascular" appearance. Tren 75® is the perfect choice when getting ready for summer, or for the high performance athlete that wants explosive power and strength without excessive weight gain.

A unique property of Tren 75® is its amazing ability to help incinerate stubborn body fat while increasing appetite and continuing to add high quality lean muscle, which makes it one of our most popular products currently available.

Tren 75® whether stacked or taken alone will help provide you with Dry, Lean, Hard Muscle of the highest quality.

**"Tren 75® was designed and formulated to:**

Generate Near Instant Metabolic Results*

Increase Appetite and Optimize Nutrient Absorption*

Produce Dry, Vascular, Dense Muscle, While Hardening and Cutting*

Improve Nitrogen Retention in Muscle Tissue*

Eliminate Muscle Blurring "Water Retention" and Bloat*

Incinerate Body Fat While Maintaining Muscle Mass*

**Directions For Use:** This product contains 90 capsules and is designed to be a 30 day cycle. Take 1 capsule 3 times daily with 8 ounces of water. Doses should be spaced evenly throughout the day.

To view the list of ingredients for each product... click here



* Tren 75®
$100.00 $85.00
$$ Webmasters Earn Money! $$
[add to cart]



* Tren 75 - BUY 2 GET 1 FREE!
$300.00 $170.00
[add to cart]

BUY 2 GET 1 FREE!



* These products are not intended to diagnose, treat, cure or prevent any disease. These statements have not been evaluated by the Food and Drug Administration. Our website and the domain name "Anabolics.com" is representative of products that may enhance blood levels of steroid hormones in the body. Anabolic Research is offering these very strong alternatives to anabolic steroids. These products are NOT intended for users under the age of 18. Use under a doctors supervision. This product is not a drug and should be used correctly. Use in conjunction with a well balanced diet and an intense bodybuilding or exercise program. For a list of ingredients, click here

Privacy Policy | Sitemap | Terms of Use

anabolics.com - Owned and operated by Dynamic Sports Nutrition, LLC dba Anabolic Research, Copyright © 2016 ALL RIGHTS RESERVED

$$ Webmasters Earn Money! $$

Anabolics.com
Advanced Science of Muscle Building

The Web's #1 Source For Muscle Building Anabolics

Secure Billing & Shipping | International Available

HOME | ALL PRODUCTS | ABOUT US | STACK INFO | CONTACT US | YOUR ACCOUNT | HELP | VIEW CART

Home › Ingredients

## Ingredients

**Anabolic Research Ingredients**

**TEST-600x**
Serving Size: 1 Tablet
Servings per container: 60

Proprietary Blend - 600mg

L-Arginine (as HCl)
Tribulus Fruit Powder
Caffeine
Maca Root Powder
Eurycoma Longfolia (Long Jack) Fruit Powder

Other Ingredients

Stearic Acid
DiCalcium Phosphate
Micro Crystalline Cellulose
Magnesium Stearate
Croscarmellose Sodium
Silicon Di Oxide
Pharmaceutical Glaze (Shellac, Povidone)

**DECA 200**
Serving Size: 1 Capsule
Servings per container: 90

Vitamin B6 (as Pyridoxine HCl)

Vitamin B12 (as Cyanocobalamin)

Nandeconate Proprietary Blend - 229.9 mg

Beta Hydroxy-Beta-methylbutyrate Calcium Salt (Calcium HMB)
Eurycoma Longfolia Fruit Extract
L-CarnosineMagnesium 54%

Other Ingredients

Gelatin Capsule
Magnesium Stearate
Dicalcium Phosphate

**D-ANABOL 25**
Serving Size: 1 Capsule
Servings per container: 90

Metandienolone Proprietary Blend - 429.2 mg

L-Arginine HCL
Rhodiola Root Powder
Fenugreek Seed Extract
Cyanotis Vaga Extract
Inosine
Clary Sage Leaf Extract

Other Ingredients

Gelatin Capsule
Magnesium Stearate

**WINN-50**
Serving Size: 1 Capsule
Servings per container: 90

Vitamin B12 (as Cyanocobalamin)

Iron (as Amino Acid Chelate)

Vanasolol Proprietary Blend - 356.35 mg

Caffeine
Dandelion Root Powder
DHEA (Dehydroepiandrosterone)
Vanadium (as Vanadyl Sulfate)

Other Ingredients

Gelatin Capsule
Magnesium Stearate
Dicalcium Phosphate
Soy

**CLEN**
Serving Size: 1 Capsule
Servings per container: 90

Vitamin B12 (as Cyanocobalamin)

Clen Proprietary Blend - 288.8 mg

Caffeine
Cayenne Pepper Powder
Octopamine HCl
Guggul oleo-Gum-Resin Extract
Synephrine HCl

Other Ingredients

Rice Flour
Gelatin Capsule
Magnesium Stearate

**TREN 75**
Serving Size: 1 Capsule
Servings per container: 90

Finabolon Proprietary Blend - 292 mg

Tribulus Fruit Powder
Fenugreek Seed Powder
Cayenne Pepper Fruit Powder

Other Ingredients

Gelatin Capsule
Rice Flour
Magnesium Stearate
Titanium Dioxide

**PITUITARY GROWTH HORMONE**
Serving Size: 1 Tablet
Servings per container: 60

Proprietary Blend

L-Glutamic Acid
L-Proline
Pituitary Substance
L-Isoleucine
L-Threonine
L-Alanine
L-Serine
L-Phenylalanine
L-Arginine HCl
L-Valine
L-Tyrosine
L-Histidine
L-Glycine
L-Methionine
L-Cystine
Soy Protein
L-Leucine

Other Ingredients

DiCalcium Phosphate
Stearic Acid
Magnesium Stearate
Silicon Dioxide
Pharmaceutical Glaze (Shellac, Povidone)
Soy

**VAR 10**
Serving Size: 1 Capsule
Servings per container: 90

Vitamin B6 (as Pyridoxine HCl)

Magnesium (as Magnesium Oxide)

Zinc (as Zinc Aspartate)

Oxantrinone Proprietary Blend - 66.6 mg

CLA (Conjugate Linoleic Acid)
Winged Treebine Leaf Extract
Methoxy Isoflavone

Other Ingredients

Gelatin Capsule
Rice Flour
Magnesium Stearate
Soy

* These products are not intended to diagnose, treat, cure or prevent any disease. *These statements have not been evaluated by the Food and Drug Administration. Our website and the domain name "Anabolics.com" is representative of products that may enhance blood levels of steroid hormones in the body. Anabolic Research is offering these very strong alternatives to anabolic steroids. These products are NOT intended for users under the age of 18. Use under a doctors supervision. This product is not a drug and should be used correctly. Use in conjunction with a well balanced diet and an intense bodybuilding or exercise program. For a list of ingredients, click here.

Privacy Policy | Sitemap | Terms of Use

anabolics.com - Owned and operated by Dynamic Sports Nutrition, LLC dba Anabolic Research. Copyright © 2016 ALL RIGHTS RESERVED
$$ Webmasters Earn Money $$

# CLEN
# Control Group



# MuscleBuildingProducts.com
### Advanced Science of Muscle Building

The Web's #1 Source For Muscle Building Products

Secure Billing & Shipping | International Available

| HOME | ALL PRODUCTS | ABOUT US | STACK INFO | CONTACT US | YOUR ACCOUNT | HELP | VIEW CART |

**OUR PRODUCTS**
- Test-600x ™
- Tren 75 ®
- Deca 200 ®
- D-Anabol 25 ™
- Winn 50 ®
- Var 10 ®
- Clen ®
- Pituitary Growth Hormone™



**POPULAR STACKS**
- View All Stacks
- Growth Hormone Stack
- Mass Stack
- Strength Stack
- Cutting Stack
- Summer Stack
- Xtreme Speed Stack

Search
Advanced Search   Search Tips

**Customer Comments**

Best site I have ever seen for buying supplements
-Steve
Dec 19, 2016

The Summer stack has been a great to keep off weight during the holiday season.
-Daniel
Dec 19, 2016

This is the third time I have purchased these products from this site, they have always arrived here in Australia and have produced excellent results.
-Shane
Dec 19, 2016

The information your site provided was very educational and helpful. It helped me to decide to buy the right product for me and my wife.
-Sandra
Dec 19, 2016

when I first these products I was amazed how quick they had started working thankyou Dale from Australia
-Dale
Dec 19, 2016

Hands down best site, best quality and no double talk. Real pros, real products.
-Roger
Dec 19, 2016

Johnny really helped me out. I was lost and Johnny guided me through the website. I am happy with what I see and how my experience went.
-Alexander
Dec 19, 2016

Thank you for always being able to help with any questions or concerns that I have.
-Darko
Dec 19, 2016

Love the products ...result are amazing ...
-Teddy
Dec 19, 2016

Been using your product for two months now. On my 2nd cycle and have been seeing some real nice improvements. I'll be submitting a before and after picture pretty soon. Awesome products. Thanks!
-Valentino
Dec 19, 2016


WINTER SALE
CLICK HERE FOR LIMITED TIME OFFERS!

Find The Right Product With Our **Product Wizard**

We sell only the highest quality muscle building supplements. These supplements have not been approved for sale or use by the FDA.

PICK THREE!
PRODUCTS OF YOUR CHOICE AND SAVE $$$
Save More When You Pick 3!

**Pituitary Growth Hormone™ (pGH)***
Pituitary Growth Hormone ™ is the most effective product we have ever developed ... PERIOD. This amazing product has almost too many benefits to list and should be used by anyone looking for dramatic results in health and fitness.
DETAILS


**Test-600x™ ***
Test-600x is one of the most effective and Fast-Acting products we carry and was designed to help improve your performance at almost every level of physical enhancement. Experience this top choice for all athletes.
DETAILS

**Winn 50® ***
Winn-50 is the answer. This maximum strength compound is ideal for anyone looking to take His or Her athletic performance to the next level.
DETAILS

**Tren 75® ***
This amazing product is coveted for its ability to give the user Explosive Results without unwanted, excessive weight gain. Tren75's results are un-matched!
DETAILS

**D-Anabol 25™ ***
The #1 product! Fast acting D-Anabol 25 is designed to work in the shortest time possible. This remarkable product produces highly effective results, all without having to deal with any unwanted bloat or water retention.
DETAILS

**Var 10® ***
Known as the most versatile formulation to date, Var 10 is a favorite among both Men and Women. Designed to give users Greater all around Athletic Performance, this multi-faceted product will provide high quality gains that last, making it one of the most diverse products on the planet today!
DETAILS

**Clen® ***
Our #1 Selling Product! There is nothing better than Maximum Strength Clen. The most requested product we carry!
DETAILS

**Deca 200® ***
Take your workouts to the next level with the fast-acting compound considered to be the single best product on the market.
DETAILS


NEW! PICK THREE! PRODUCTS OF YOUR CHOICE AND SAVE $$$ BUY NOW!

McAfee SECURE

* These products are not intended to diagnose, treat, cure or prevent any disease. These statements have not been evaluated by the Food and Drug Administration. Our website and the domain name is representative of products that may enhance blood levels of steroid hormones in the body. Anabolic Research is offering these very strong alternatives to anabolic steroids. These products are NOT intended for users under the age of 18. Use under a doctors supervision. This product is not a drug and should be used correctly. Use in conjunction with a well balanced diet and an intense bodybuilding or exercise program. For a list of ingredients, click here.

Privacy Policy | Sitemap | Terms of Use

MuscleBuildingProducts.com - Owned and operated by Dynamic Sports Nutrition, LLC dba Anabolic Research, Copyright © 2016 ALL RIGHTS RESERVED

$$ Webmasters Earn Money! $$
DMCA PROTECTED



# MuscleBuildingProducts.com
### Advanced Science of Muscle Building

The Web's #1 Source For Muscle Building Products



Secure Billing & Shipping | International Available

**HOME    ALL PRODUCTS    ABOUT US    STACK INFO    CONTACT US    YOUR ACCOUNT    HELP    VIEW CART**

SHARE

Recommend 0    Share

## OUR PRODUCTS

- Test-600x ™
- Tren 75 ®
- Deca 200 ®
- D-Anabol 25 ™
- Winn 50 ®
- Var 10 ®
- Clen ®
- Pituitary Growth Hormone™

**Watch Customer TESTIMONIALS**

## POPULAR STACKS

- View All Stacks
- Growth Hormone Stack
- Mass Stack
- Strength Stack
- Cutting Stack
- Summer Stack
- Xtreme Speed Stack

[ Search ]

Advanced Search   Search Tips

## Customer Comments

Best site I have ever seen for buying supplements.
-Steve
Dec 16, 2016

The Summer stack has been a great to keep off weight during the holiday season.
-Daniel
Dec 16, 2016

This is the third time I have purchased these products from this site, they have always arrived here in Australia and have produced excellent results.
-Shane
Dec 16, 2016

The information your site provided was very educational and helpful. It helped me to decide to buy the right product for me and my wife.
-Sandra
Dec 16, 2016

when I first these products I was amazed how quick they had started working thankyou Dale from Australia
-Dale
Dec 16, 2016

Hands down best site, best quality and no double talk. Real pros, real products.
-Roger
Dec 16, 2016

Johnny really helped me out. I was lost and Johnny guided me through the website. i am happy with what i see and how my experience went.
-Alexander
Dec 16, 2016

Thank you for always being able to help with any questions or concerns that I have.
-Darko
Dec 16, 2016

Love the products ..result are amazing ..
-Teddy
Dec 16, 2016

Been using your product for two months now. On my 2nd cycle and have been seeing some real nice improvements. I'll be submitting a before and after picture pretty soon. Awesome products. Thanks!
-Valentino
Dec 16, 2016

**McAfee SECURE**

CLICK TO VERIFY

---

**WINTER SALE** CLICK HERE FOR LIMITED TIME OFFERS!

**HELP** Find The Right Product With Our **Product Wizard**

We sell only the highest quality muscle building supplements.
These supplements have not been approved for sale or use by the FDA.

Home  ›  All Products  ›  Clen

## Clen®

_Watch video_

Nothing is more powerfully effective than Maximum Strength Clen®.

Maximum Strength Clen® is truly unique.

Our most popularly requested formula is our Maximum Strength Clen® and the reasons are straightforward.

You will find Clen® is the top choice to meet your needs. A highly effective product when used alone, the effects of Maximum Strength Clen® are a perfect addition to any performance stack.



**Directions For Use:** This product contains 90 capsules and is designed to be a 30 day cycle. Take 1 capsule 3 times daily with 8 ounces of water. Doses should be spaced evenly throughout the day.

To view the list of ingredients for each product... click here



\* Clen®
$82.00 $70.00

➤ add to cart



\* Clen - BUY 2 GET 1 FREE!
$246.00 $140.00

➤ add to cart

BUY 2 GET 1 FREE!



---

\* These products are not intended to diagnose, treat, cure or prevent any disease. These statements have not been evaluated by the Food and Drug Administration. Our website and the domain name is representative of products that may enhance blood levels of steroid hormones in the body. Anabolic Research is offering these very strong alternatives to anabolic steroids. These products are NOT intended for users under the age of 18. Use under a doctors supervision. This product is not a drug and should be used correctly  Use in conjunction with a well balanced diet and an intense bodybuilding or exercise program. For a list of ingredients, click here

Privacy Policy | Sitemap | Terms of Use

MuscleBuildingProducts.com - Owned and operated by Dynamic Sports Nutrition, LLC dba Anabolic Research, Copyright © 2016 ALL RIGHTS RESERVED

**$$ Webmasters Earn Money! $$**

DMCA PROTECTED



# D-ANABOL 25
# Control Group



* These products are not intended to diagnose, treat, cure or prevent any disease. These statements have not been evaluated by the Food and Drug Administration. Our website and the domain name is representative of products that may enhance blood levels of steroid hormones in the body. Anabolic Research is offering these very strong alternatives to anabolic steroids. These products are NOT intended for users under the age of 18. Use under a doctors supervision. This product is not a drug and should be used carefully. Use in conjunction with a well balanced diet and an intense bodybuilding or exercise program. For a list of ingredients, click here.

Privacy Policy | Sitemap | Terms of Use

MuscleBuildingProducts.com - Owned and operated by Dynamic Sports Nutrition, LLC dba Anabolic Research, Copyright © 2016 ALL RIGHTS RESERVED

$$ Webmasters Earn Money! $$



**MuscleBuildingProducts.com**
Advanced Science of Muscle Building

The Web's #1 Source For Muscle Building Products

Secure Billing & Shipping | International Available

| HOME | ALL PRODUCTS | ABOUT US | STACK INFO | CONTACT US | YOUR ACCOUNT | HELP | VIEW CART |

**OUR PRODUCTS**
- Test-600x ™
- Tren 75 ®
- Deca 200 ®
- D-Anabol 25 ®
- Winn 50 ®
- Var 10 ®
- Clen ®
- Pituitary Growth Hormone™

Watch Customer **TESTIMONIALS**

**POPULAR STACKS**
- View All Stacks
- Growth Hormone Stack
- Mass Stack
- Strength Stack
- Cutting Stack
- Summer Stack
- Xtreme Speed Stack

[ Search ]
Advanced Search   Search Tips

**Customer Comments**

Best site i have ever seen for buying supplements.
-Steve
Dec 19, 2016

The Summer stack has been a great to keep off weight during the holiday season.
-Daniel
Dec 19, 2016

This is the third time I have purchased these products from this site, they have always arrived here in Australia and have produced excellent results.
-Shane
Dec 19, 2016

The information your site provided was very educational and helpful. It helped me to decide to buy the right product for me and my wife.
-Sandra
Dec 19, 2016

when I first these products I was amazed how quick they had started working thankyou Dale from Australia
-Cole
Dec 19, 2016

Hands down best site, best quality and no double talk. Real pros. real products.
-Roger
Dec 19, 2016

Johnny really helped me out. I was lost and Johnny guided me through the website. I am happy with I see and how my experience went.
-Alexander
Dec 19, 2016

Thank you for always being able to help with any questions or concerns that I have.
-Darko
Dec 19, 2016

Love the products ..result are amazing ..
-Teddy
Dec 19, 2016

Been using your product for two months now. On my 2nd cycle and have been seeing some real nice improvements. I'll be submitting a before and after picture pretty soon. Awesome products. Thanks!
-Valentino
Dec 19, 2016

McAfee SECURE

---

WINTER SALE
CLICK HERE FOR LIMITED TIME OFFERS!

Find The Right Product With Our **Product Wizard** 

We sell only the highest quality muscle building supplements. These supplements have not been approved for sale or use by the FDA.

Home › All Products › D-Anabol 25™

## D-Anabol 25™

Watch Video

Our fast acting D-Anabol 25™ was designed for athletes. Our formula for D-Anabol 25™ is not known to cause severe bloating or water retention.

D-Anabol 25™ is precisely what you are looking for. Scientifically engineered to consistently deliver superior results, D-Anabol 25™ was formulated to help you reach your goals.



**Directions For Use:** This product contains 90 capsules and is designed to be a 30 day cycle. Take 1 capsule 3 times daily with 8 ounces of water. Doses should be spaced evenly throughout the day.

To view the list of ingredients for each product... click here



\* D-Anabol 25™
$100.00 $85.00
[ add to cart ]

\* D-anabol 25 - BUY 2 GET 1 FREE!
$300.00 $170.00
[ add to cart ]

BUY 2 GET 1 FREE!



---

* These products are not intended to diagnose, treat, cure or prevent any disease. These statements have not been evaluated by the Food and Drug Administration. Our website and the domain name is representative of products that may enhance blood levels of steroid hormones in the body. Anabolic Research is offering these very strong alternatives to anabolic steroids. These products are NOT intended for users under the age of 18. Use under a doctors supervision. This product is not a drug and should be used correctly. Use in conjunction with a well balanced diet and an intense bodybuilding or exercise program. For a list of ingredients, click here

Privacy Policy | Sitemap | Terms of Use

MuscleBuildingProducts.com - Owned and operated by Dynamic Sports Nutrition, LLC dba Anabolic Research, Copyright © 2016 ALL RIGHTS RESERVED

$$ Webmasters Earn Money! $$

DMCA PROTECTED





# TEST-600x
# Control Group



# MuscleBuildingProducts.com
### Advanced Science of Muscle Building

The Web's #1 Source For Muscle Building Products

VISA  MasterCard  DISCOVER

Secure Billing & Shipping | International Available

| HOME | ALL PRODUCTS | ABOUT US | STACK INFO | CONTACT US | YOUR ACCOUNT | HELP | VIEW CART |

SHARE

Recommend 524  Share

## OUR PRODUCTS
- Test-600x ™
- Tren 75 ®
- Deca 200 ®
- D-Anabol 25 ™
- Winn 50 ®
- Var 10 ®
- Clen ®
- Pituitary Growth Hormone™

Watch Customer TESTIMONIALS ▶

## POPULAR STACKS
- View All Stacks
- Growth Hormone Stack
- Mass Stack
- Strength Stack
- Cutting Stack
- Summer Stack
- Xtreme Speed Stack

[ Search ]   Search
Advanced Search   Search Tips

## Customer Comments

Best site I have ever seen for buying supplements
-Steve
Dec 19, 2016

The Summer stack has been a great to keep off weight during the holiday season.
-Daniel
Dec 19, 2016

This is the third time I have purchased these products from this site, they have always arrived here in Australia and have produced excellent results.
-Shane
Dec 19, 2016

The information your site provided was very educational and helpful. It helped me to decide to buy the right product for me and my wife.
-Sandra
Dec 19, 2016

when I first these products I was amazed how quick they had started working thankyou Dale from Australia
-Dale
Dec 19, 2016

Hands down best site, best quality and no double talk. Real pros, real products.
-Roger
Dec 19, 2016

Johnny really helped me out. I was lost and Johnny guided me through the website. i am happy with what I see and how my experience went.
-Alexander
Dec 19, 2016

Thank you for always being able to help with any questions or concerns that I have.
-Darko
Dec 19, 2016

Love the products ...result are amazing ...
-Teddy
Dec 19, 2016

Been using your product for two months now. On my 2nd cycle and have been seeing some real nice improvements. I'll be submitting a before and after picture pretty soon. Awesome products. Thanks!
-Valentino
Dec 19, 2016

McAfee SECURE
CLICK TO VERIFY

## WINTER SALE
CLICK HERE FOR LIMITED TIME OFFERS!

HELP  Find The Right Product With Our Product Wizard

We sell only the highest quality muscle building supplements.
These supplements have not been approved for sale or use by the FDA.



NEW!

## PICK THREE!
PRODUCTS OF YOUR CHOICE AND SAVE $$$

Save More When You Pick 3!

### Pituitary Growth Hormone (pGH)*
Pituitary Hormone ™ is the most effective product we have ever developed... PERIOD. This amazing product has almost too many benefits to list and should be used by anyone looking for dramatic results in health and fitness.

DETAILS

### Test-600x™ *
Test-600x is one of the most effective and Fast-Acting products we carry and was designed to help improve your performance at almost every level of physical enhancement. Experience this top choice for all athletes.

DETAILS

### Winn 50® *
Winn-50 is the answer. This maximum strength compound is ideal for anyone looking to take His or Her athletic performance to the next level.

DETAILS

### Tren 75® *
This amazing product is coveted for its ability to give the user Explosive Results without unwanted, excessive weight gain. Tren75's results are un-matched!

DETAILS

### D-Anabol 25™ *
The #1 product! Fast acting D-Anabol 25 is designed to work in the shortest time possible. This remarkable product produces highly effective results, all without having to deal with any unwanted bloat or water retention.

DETAILS

### Var 10® *
Known as the most versatile formulation to date, Var 10 is a favorite among both Men and Women. Designed to give users Greater all around Athletic Performance, this multi-faceted product will provide high quality gains that last, making it one of the most diverse products on the planet today!

DETAILS

### Clen® *
Our #1 Selling Product! There is nothing better than Maximum Strength Clen. The most requested product we carry!

DETAILS

### Deca 200® *
Take your workouts to the next level with the fast-acting compound considered to be the single best product on the market.

DETAILS

NEW!

## PICK THREE!
PRODUCTS OF YOUR CHOICE AND SAVE $$$

BUY NOW!

* These products are not intended to diagnose, treat, cure or prevent any disease. These statements have not been evaluated by the Food and Drug Administration. Our website and the domain name is representative of products that may enhance blood levels of steroid hormones in the body. Anabolic Research is offering these very strong alternatives to anabolic steroids. These products are NOT intended for users under the age of 18. Use under a doctors supervision. This product is not a drug and should be used correctly. Use in conjunction with a well balanced diet and an intense bodybuilding or exercise program. For a list of ingredients, click here.

Privacy Policy | Sitemap | Terms of Use

MuscleBuildingProducts.com  - Owned and operated by Dynamic Sports Nutrition, LLC dba Anabolic Research, Copyright © 2016 ALL RIGHTS RESERVED

$$ Webmasters Earn Money! $$

DMCA PROTECTED

**MuscleBuildingProducts.com**
Advanced Science of Muscle Building

The Web's #1 Source For Muscle Building Products

VISA    MasterCard    DISCOVER

Secure Billing & Shipping | International Available

HOME | ALL PRODUCTS | ABOUT US | STACK INFO | CONTACT US | YOUR ACCOUNT | HELP | VIEW CART

Share    Recommend

**OUR PRODUCTS**
- Test-600x ™
- Tren 75 ®
- Deca 200 ®
- D-Anabol 25 ™
- Winn 50 ®
- Var 10 ®
- Clen ®
- Pituitary Growth Hormone™



Watch Customer TESTIMONIALS

**POPULAR STACKS**
- View All Stacks
- Growth Hormone Stack
- Mass Stack
- Strength Stack
- Cutting Stack
- Summer Stack
- Xtreme Speed Stack

Search    Advanced Search | Search Tips

WINTER SALE
CLICK HERE FOR LIMITED TIME OFFERS!

HELP Find The Right Product With Our Product Wizard

We sell only the highest quality muscle building supplements.
These supplements have not been approved for sale or use by the FDA.

Home › All Products › Test-600x™

**Test-600x™**

Watch Test-600x™ Video

Test-600x™ should be the "Go To" choice for athletes of all fitness levels.

Test-600x™ has a reputation of being extremely fast acting and effective at almost every level of physical enhancement.

All in all, you cannot go wrong with this powerful product.

**Directions For Use:** This product contains 60 tablets and is designed to be a 30 day cycle. Take 1 tablet 2 times daily with 8 ounces of water. Doses should be spaced evenly throughout the day.

To view the list of ingredients for each product... click here



* Test-600x™
$100.00 $85.00

add to cart

* Test-600x - BUY 2 GET 1 FREE!
$300.00 $170.00

add to cart

BUY 2 GET 1 FREE!



**Customer Comments**

Best site i have ever seen for buying supplements
-Steve
Dec 19, 2016

The Summer stack has been a great to keep off weight during the holiday season.
-Daniel
Dec 19, 2016

This is the third time I have purchased these products from this site, they have always arrived here in Australia and have produced excellent results.
-Shane
Dec 19, 2016

The information your site provided was very educational and helpful. It helped me to decide to buy the right product for me and my wife.
-Sandra
Dec 19, 2016

when I first these products I was amazed how quick they had started working thankyou Dale from Australia
-Dale
Dec 19, 2016

Hands down best site, best quality and no double talk. Real pros. real products.
-Roger
Dec 19, 2016

Johnny really helped me out. I was lost and Johnny guided me through the website. I am happy with what I see and how my experience went.
-Alexander
Dec 19, 2016

Thank you for always being able to help with any questions or concerns that I have.
-Darko
Dec 19, 2016

Love the products ..result are amazing ..
-Teddy
Dec 19, 2016

Been using your product for two months now. On my 2nd cycle and have been seeing some real nice improvements. I'll be submitting a before and after picture pretty soon. Awesome products. Thanks!
-Valentino
Dec 19, 2016

McAfee SECURE

* These products are not intended to diagnose, treat, cure or prevent any disease. These statements have not been evaluated by the Food and Drug Administration. Our website and the domain name is representative of products that may enhance blood levels of steroid hormones in the body. Anabolic Research is offering these very strong alternatives to anabolic steroids. These products are NOT intended for users under the age of 18. Use under a doctors supervision. This product is not a drug and should be used correctly. Use in conjunction with a well balanced diet and an intense bodybuilding or exercise program. For a list of ingredients, click here

Privacy Policy | Sitemap | Terms of Use

MuscleBuildingProducts.com  - Owned and operated by Dynamic Sports Nutrition, LLC dba Anabolic Research, Copyright © 2016 ALL RIGHTS RESERVED

$$ Webmasters Earn Money! $$

DMCA PROTECTED



# TREN 75
# Control Group



**MuscleBuildingProducts.com**
Advanced Science of Muscle Building

The Web's #1 Source For Muscle Building Products

Secure Billing & Shipping | International Available

HOME | ALL PRODUCTS | ABOUT US | STACK INFO | CONTACT US | YOUR ACCOUNT | HELP | VIEW CART

SHARE | Recommend 524 Share

**OUR PRODUCTS**

Test-600x ™
Tren 75 ®
Deca 200 ®
D-Anabol 25 ™
Winn 50 ®
Var 10 ®
Clen ®
Pituitary Growth Hormone™


Watch Customer TESTIMONIALS

**POPULAR STACKS**

View All Stacks
Growth Hormone Stack
Mass Stack
Strength Stack
Cutting Stack
Summer Stack
Xtreme Speed Stack

[Search]
Advanced Search   Search Tips

**Customer Comments**

Best site I have ever seen for buying supplements
-Steve
Dec 19, 2016

The Summer stack has been a great to keep off weight during the holiday season.
-Daniel
Dec 19, 2016

This is the third time I have purchased these products from this site, they have always arrived here in Australia and have produced excellent results.
-Shane
Dec 19, 2016

The information your site provided was very educational and helpful. It helped me to decide to buy the right product for me and my wife.
-Sandra
Dec 19, 2016

when I first these products I was amazed how quick they had started working thankyou Dale from Australia
-Dale
Dec 19, 2016

Hands down best site, best quality and no double talk. Real pros, real products.
-Roger
Dec 19, 2016

Johnny really helped me out. I was lost and Johnny guided me through the website. i am happy with what i see and how my experience went.
-Alexander
Dec 19, 2016

Thank you for always being able to help with any questions or concerns that I have.
-Darko
Dec 19, 2016

Love the products ...result are amazing ..
-Teddy
Dec 19, 2016

Been using your product for two months now. On my 2nd cycle and have been seeing some real nice improvements. I'll be submitting a before and after picture pretty soon. Awesome products. Thanks!
-Valentino
Dec 19, 2016

McAfee SECURE
CLICK TO VERIFY

---

**WINTER SALE**
CLICK HERE FOR LIMITED TIME OFFERS!

Find The Right Product With Our **Product Wizard**

We sell only the highest quality muscle building supplements.
These supplements have not been approved for sale or use by the FDA.


NEW!
**PICK THREE!**
PRODUCTS OF YOUR CHOICE AND SAVE $$$
Save More When You Pick 3!

**Pituitary Growth Hormone™ (pGH)***

Pituitary Hormone ™ is the most effective product we have ever developed... PERIOD. This amazing product has almost too many benefits to list and should be used by anyone looking for dramatic results in health and fitness.
DETAILS

**Test-600x™ ***

Test-600x is one of the most effective and Fast-Acting products we carry and was designed to help improve your performance at almost every level of physical enhancement. Experience this top choice for all athletes.
DETAILS

**Winn 50® ***
Winn-50 is the answer. This maximum strength compound is ideal for anyone looking to take His or Her athletic performance to the next level.
DETAILS

**Tren 75® ***
This amazing product is coveted for its ability to give the user Explosive Results without unwanted, excessive weight gain. Tren75's results are un-matched!
DETAILS

**D-Anabol 25™ ***

The #1 product! Fast acting D-Anabol 25 is designed to work in the shortest time possible. This remarkable product produces highly effective results, all without having to deal with any unwanted bloat or water retention.
DETAILS

**Var 10® ***
Known as the most versatile formulation to date, Var 10 is a favorite among both Men and Women. Designed to give users Greater all around Athletic Performance, this multi-faceted product will provide high quality gains that last, making it one of the most diverse products on the planet today!
DETAILS

**Clen® ***
Our #1 Selling Product! There is nothing better than Maximum Strength Clen. The most requested product we carry!
DETAILS

**Deca 200® ***
Take your workouts to the next level with the fast-acting compound considered to be the single best product on the market.
DETAILS


NEW!
**PICK THREE!**
PRODUCTS OF YOUR CHOICE AND SAVE $$$
BUY NOW!

---

* These products are not intended to diagnose, treat, cure or prevent any disease. These statements have not been evaluated by the Food and Drug Administration. Our website and the domain name is representative of products that may enhance blood levels of steroid hormones in the body. Anabolic Research is offering these very strong alternatives to anabolic steroids. These products are NOT intended for users under the age of 18. Use under a doctors supervision. This product is not a drug and should be used correctly. Use in conjunction with a well balanced diet and an intense bodybuilding or exercise program. For a list of ingredients, click here.

Privacy Policy | Sitemap | Terms of Use

MuscleBuildingProducts.com - Owned and operated by Dynamic Sports Nutrition, LLC dba Anabolic Research, Copyright © 2016 ALL RIGHTS RESERVED

$$ Webmasters Earn Money! $$
DMCA PROTECTED







The Web's #1 Source For Muscle Building Products

Secure Billing & Shipping | International Available

HOME    ALL PRODUCTS    ABOUT US    STACK INFO    CONTACT US    YOUR ACCOUNT    HELP    VIEW CART

**OUR PRODUCTS**

Test-600x ™
Tren 75 ®
Deca 200 ®
D-Anabol 25 ™
Winn 50 ®
Var 10 ®
Clen ®
Pituitary Growth Hormone™

Find The Right Product With Our **Product Wizard**

WINTER SALE
CLICK HERE FOR LIMITED TIME OFFERS!

We sell only the highest quality muscle building supplements.
These supplements have not been approved for sale or use by the FDA.

Home  »  All Products  »  Tren 75®



## Tren 75®

**Watch Tren-75® Video**

The highly absorbable Tren 75® is in a class by itself.

Tren 75® is the perfect choice when getting ready for summer, or for the high performance athlete.

It is one of our most popular products currently available.

Tren 75® can be stacked or taken alone.

**Directions For Use:** This product contains 90 capsules and is designed to be a 30 day cycle. Take 1 capsule 3 times daily with 8 ounces of water. Doses should be spaced evenly throughout the day.

To view the list of ingredients for each product...  click here



* Tren 75®
~~$100.00~~ $85.00

add to cart



* Tren 75 - BUY 2 GET 1 FREE!
~~$300.00~~ $170.00

add to cart

**POPULAR STACKS**

View All Stacks
Growth Hormone Stack
Mass Stack
Strength Stack
Cutting Stack
Summer Stack
Xtreme Speed Stack

Search    Advanced Search   Search Tips

**Customer Comments**

Best site I have ever seen for buying supplements.
-Steve
Dec 19, 2016

The Summer stack has been a great to keep off weight during the holiday season.
-Daniel
Dec 19, 2016

This is the third time I have purchased these products from this site, they have always arrived here in Australia and have produced excellent results.
-Shane
Dec 19, 2016

The information your site provided was very educational and helpful. It helped me to decide to buy the right product for me and my wife.
-Sandra
Dec 19, 2016

when I first these products I was amazed how quick they had started working thankyou Dale from Australia
-Dale
Dec 19, 2016

Hands down best site, best quality and no double talk. Real pros, real products.
-Roger
Dec 19, 2016

Johnny really helped me out. I was lost and Johnny guided me through the website. I am happy with what I see and how my experience went.
-Alexander
Dec 19, 2016

Thank you for always being able to help with any questions or concerns that I have.
-Darko
Dec 19, 2016

Love the products ..result are amazing ..
-Teddy
Dec 19, 2016

Been using your product for two months now. On my 2nd cycle and have been seeing some real nice improvements. I'll be submitting a before and after picture pretty soon. Awesome products. Thanks!
-Valentino
Dec 19, 2016





* These products are not intended to diagnose, treat, cure or prevent any disease. These statements have not been evaluated by the Food and Drug Administration. Our website and the domain name is representative of products that may enhance blood levels of steroid hormones in the body. Anabolic Research is offering these very strong alternatives to anabolic steroids. These products are NOT intended for users under the age of 18. Use under a doctors supervision. This product is not a drug and should be used correctly. Use in conjunction with a well balanced diet and an intense bodybuilding or exercise program. For a list of ingredients, click here.

Privacy Policy | Sitemap | Terms of Use

MuscleBuildingProducts.com  - Owned and operated by Dynamic Sports Nutrition, LLC dba Anabolic Research, Copyright © 2016 ALL RIGHTS RESERVED

$$ Webmasters Earn Money! $$



# Exhibit F
# Survey 1
# Questionnaire

# DIETARY SUPPLEMENT SURVEY

---

**[PROGRAMMER NOTES IN BOLD CAPS AND BRACKETS]**

**[DO NOT ALLOW ROUTED SURVEY TRAFFIC]**

**[PROGRAMMER: DISABLE RESUME LATER BUTTON FOR ENTIRE SURVEY]**

**[PROGRAMMER: DISABLE BACK BUTTON FOR ENTIRE SURVEY]**

**[EACH QUESTION APPEARS ON INDIVIDUAL PAGE]**

**[DIGITAL FINGERPRINTING SHOULD BE USED TO AVOID REPEAT PARTICIPATION]**

**[PLEASE CONFIRM THAT THIS SURVEY WILL ONLY BE SHOWN ON LAPTOP, TABLET OR DESKTOP COMPUTERS (NOT CELL PHONES)]**

**[IF DEVICE IS DETECTED AS MOBILE PHONE, TERM.]**

---

**INTRODUCTION**

Thank you for your willingness to participate in our study. The responses you give to our questions are very important to us.  If you don't know an answer to a question or if you don't have an opinion, please indicate this in your response.

During the survey, please do not use your browser's *FORWARD* and *BACK* buttons.  Instead, please always use the button below to move through the survey.

Simply click on the ">" button at the bottom of the page to begin the survey.

**[DISPLAY ON NEW PAGE]**
**Before continuing with this survey, please carefully read these instructions:**

- Please take the survey in one session.

- While completing this survey, please do not visit any other websites or refer to any outside websites for help in answering the survey questions.

- While completing this survey, please do not open any other windows or tabs on this computer or any other computer.

- While taking this survey, please do not use any hand-held electronic device, such as a cell phone.

- Please do not view any other written material while taking this survey.

- Please do not ask anyone else for help in answering the survey questions.

S1.     Please enter the code exactly as it appears in the image below, and then click ">" to continue.

**[INSERT CAPTCHA CENTERED ON PAGE]**

**[ALLOW TWO TRYS. IN ERROR MESSAGE, MENTION TEXT IS CASE SENSITIVE]**

**[TERMINATE IF CAPTCHA INPUTTED VS. WHAT IS DISPLAYED IS INCORRECT]**

S2.    What type of device are you using to complete this survey?

    1.  Desktop computer

    2.  Laptop computer

    3.  Tablet computer

    4.  Mobile phone or cell phone        **[TERMINATE]**

    5.  Something else (Please specify)  **[TERMINATE]**

S3.    Are you…..

    1.  Male

    2.  Female

**[TERMINATE IF GENDER DOES NOT MATCH PANEL DATA]**

S4.    Please select your age.

**[AGE DROP DOWN] [RANGE: 0-100]**

**[TERMINATE IF AGE DOES NOT MATCH PANEL DATA. TERMINATE IF UNDER 18.]**

**[PROGRAMMER: INCLUDE HIDDEN VARIABLE CAPTURING AGE CATEGORY: 18-34, 35-49, 50-64, AND 65+.]**

S5.    In which state do you currently live?
**[INSERT DROP DOWN BOX WITH LIST OF STATES, INCLUDE DC AND "Outside of United States"]**

**[TERMINATE IF OUTSIDE US]**

**[PROGRAMMER: INCLUDE HIDDEN VARIABLE CAPTURING REGION CATEGORY: Northeast, Midwest, South, West, Not in US]**

S6.    Do you or does anyone in your household work for any of the following?

**[RANDOMIZE ORDER]**

|  | Yes | No | Don't Know |
|---|---|---|---|
| An advertising company | **TERMINATE** |  | **TERMINATE** |
| A market research company | **TERMINATE** |  | **TERMINATE** |
| A hair salon |  |  |  |
| A fitness center or gym | **TERMINATE** |  | **TERMINATE** |
| A physician's or nutritionist's office | **TERMINATE** |  | **TERMINATE** |
| A company that makes, sells, or distributes vitamins or supplements | **TERMINATE** |  | **TERMINATE** |
| A company that makes, sells, or distributes hair products |  |  |  |
| A grocery store |  |  |  |

2

S7.    Please indicate which, if any, of the following you have taken a survey about in the last six months.

**[RANDOMIZE ORDER]**

|  | Yes | No | Don't Know |
|---|---|---|---|
| Products for building muscle mass, size, or strength | **TERMINATE** |  | **TERMINATE** |
| Products for losing weight |  |  |  |
| Products for reducing fine lines or wrinkles |  |  |  |
| Products for strengthening hair |  |  |  |
| Products for preventing hair loss |  |  |  |

S8.    Within the past 12 months, have you purchased any of the following types of products?

**[RANDOMIZE ORDER]**

|  | **Yes** | **No** | **Don't Know** |
|---|---|---|---|
| Products for building muscle mass, size, or strength |  |  |  |
| Products for losing weight |  |  |  |
| Products for reducing fine lines or wrinkles |  |  |  |
| Products for strengthening hair |  |  |  |
| Products for preventing hair loss |  |  |  |

S9.    Within the next 3 months, do you expect to purchase any of the following types of products?

**[RANDOMIZE ORDER]**

|  | **Yes** | **No** | **Don't Know** |
|---|---|---|---|
| Products for building muscle mass, size, or strength |  |  |  |
| Products for losing weight |  |  |  |
| Products for reducing fine lines or wrinkles |  |  |  |
| Products for strengthening hair |  |  |  |
| Products for preventing hair loss |  |  |  |

**TO CONTINUE, RESPONDENT MUST HAVE PURCHASED OR EXPECT TO PURCHASE PRODUCTS FOR BUILDING MUSCLE MASS, SIZE, OR STRENGTH.**

**[IF S8="Yes" for products for building muscle mass, size, or strength, ASK S10]**

S10.    In the past 12 months, have you visited or shopped on any websites that sell products for building muscle mass, size, or strength?

1.  Yes
2.  No
3.  Don't Know

## MAIN SURVEY

We are interested in your honest opinions. There are no right or wrong answers to the questions in this survey.  If, for any question, you don't know the answer or don't have an opinion, please feel free to choose the "Don't know/No opinion" option. Please do not guess.

Please click on the ">" button below once you are ready to continue.

**[NEW SCREEN]**

Please look at the webpage below. Please look at this webpage as you normally would if you were considering making a purchase from this website. The webpage is a real page from an actual website, but the image is not a live page. If there are links that you are interested in clicking on, please do so. Some, but not all, of the links will open a new page. Take as much time as you would like to review the webpage and when you are finished, click ">" to continue. To ensure that you have enough time to review the webpage, the ">" button will appear after a short delay.

---

**DO NOT DISPLAY. PROGRAMMING INSTRUCTIONS ONLY**

**CREATE HIDDEN VARIABLE "GROUP"**

**[DATA ONLY, RANDOMLY ASSIGN 125 RESPONDENTS TO GROUPS 1 AND 2 EACH. RANDOMLY ASSIGN 75 RESPONDNETS TO GROUPS 3 AND 4 EACH.**
> 1 – GROUP 1: Anabolics.com
> 2 – GROUP 2: MuscleBuildingProducts.com
> 3 – GROUP 3: BuySteroids.com
> 4 – GROUP 4: Steroids.com

**DISPLAY WEBPAGE A**

**[DO NOT ENABLE CONTINUE BUTTON FOR 20 SECONDS]**
**[TRACK HOW MANY SECONDS RESPONDENT SPENDS ON EACH PAGE]**

---

QA. Were you able to see the webpage clearly?

1. Yes
2. No             **[TERMINATE]**

1.  What message or messages does the webpage communicate to you?
    **[LARGE TEXT BOX]**

2.  What else, if anything, did the webpage communicate to you?
    **[LARGE TEXT BOX]**

3.  Is there a type or types of products that you believe are described on this webpage?

    1.  Yes
    2.  No                          **[SKIP Q4]**
    3.  Don't know/No opinion        **[SKIP Q4]**

4.  What type or types of products are described on this webpage?
    **[LARGE TEXT BOX]**

---

**GROUP 1:**

Now we are going to show you the webpage again, along with the webpages of four of the products shown on the website.

Please look at the webpages as you normally would if you were considering purchasing the product shown. The webpages are real pages from an actual website, but the images are not live pages. If there are links that you are interested in clicking on, please do so. Some, but not all, of the links will open a new page. Take as much time as you would like and when you are finished, click ">" to continue. To ensure that you have enough time to review the webpage, the ">" button will appear after a short delay.

---

**GROUP 1:**

**[NEW SCREEN]**

**[DISPLAY WEBPAGE A FIRST, FOLLOWED BY FOUR PRODUCT PAGES]**

**[RANDOMIZE ORDER OF PRODUCT WEBPAGES. EACH WEBPAGE SHOULD BE SHOWN ON A SEPARATE PAGE.  NO DELAY FOR WEBPAGE A AND 15 SECOND DELAY FOR EACH PRODUCT PAGE. RECORD ORDER.]**

---

**GROUP 1:**

**[NEW SCREEN]**

5.  Were you able to see all of the webpages clearly?

    1.  Yes
    2.  No                **[GO TO Q11]**

---

6

==GROUPS 2, 3 AND 4:==

Now we are going to ask you some questions about some of the products shown on the webpage you just viewed. Here is the webpage again.

**[FOR GROUP 1, QUESTIONS 6-9 SHOULD BE ASKED IN SAME ORDER AS PRODUCT WEBPAGES SHOWN. [FOR GROUPS 2, 3 AND 4, RANDOMIZE ORDER OF Q6-9.]**

**[FOR Q6-Q10, FOR GROUP 1, DISPLAY "the webpages". FOR GROUPS 2, 3 AND 4, DISPLAY, "the webpage".]**

**[FOR Q6-Q10, DISPLAY LINK TO HOMEPAGE BELOW EACH QUESTION AND INCLUDE THE FOLLOWING TEXT "Click here to view the webpage again." RECORD WHETHER RESPONDENT CLICKS ON LINK.]**

**[FOR GROUPS 1, 3, AND 4, SHOW CLEN. FOR GROUP 2, SHOW "the PURPLE product".]**
6.  Based on your review of the ==webpage/==the ==webpages== you just viewed, which, if any, of the following do you think CLEN/the PURPLE product is?
    *Select all that apply*

             **[RANDOMIZE LIST]**
             1. Anabolic Steroid
             2. Dietary Supplement
             3. Herbal Supplement
             4. Amino Acid
             5. Vitamin
             6. None of these
             7. Other (Specify)
             8. Don't know/no opinion

**FOR GROUPS 1, 3, AND 4, SHOW D-ANABOL 25. FOR GROUP 2, SHOW "the RED product".]**
7.  Based on your review of the ==webpage/==the ==webpages== you just viewed, which, if any, of the following do you think D-ANABOL 25/the RED product is?
    *Select all that apply*

             **[RANDOMIZE LIST]**
             1.  Anabolic Steroid
             2.  Dietary Supplement
             3.  Herbal Supplement
             4.  Amino Acid
             5.  Vitamin
             6.  None of these
             7.  Other (Specify)
             8.  Don't know/no opinion

**[FOR GROUPS 1, 3, AND 4, SHOW TEST-600x. FOR GROUP 2, SHOW "the LIGHT BLUE product".]**
8.  Based on your review of the ==webpage/==the ==webpages== you just viewed, which, if any, of the following do you think TEST-600X/the LIGHT BLUE product is?

*Select all that apply*

    **[RANDOMIZE LIST]**
1. Anabolic Steroid
2. Dietary Supplement
3. Herbal Supplement
4. Amino Acid
5. Vitamin
6. None of these
7. Other (Specify)
8. Don't know/no opinion

**FOR GROUPS 1, 3, AND 4, SHOW TREN. FOR GROUP 2, SHOW "the GREEN product".]**

9. Based on your review of the webpage/the webpages you just viewed, which, if any, of the following do you think TREN 75/the GREEN product is?
*Select all that apply*

    **[RANDOMIZE LIST]**
1. Anabolic Steroid
2. Dietary Supplement
3. Herbal Supplement
4. Amino Acid
5. Vitamin
6. None of these
7. Other (Specify)
8. Don't know/no opinion

**[ASK Q10 FOR EACH PRODUCT RESPONDENT THOUGHT WAS ANABOLIC STEROID ( Q6=1/Q7=1/Q8=1/ Q9=1)]**
**[SHOW CORRESPONDING HOMEPAGE ABOVE Q10]**

10. You mentioned that you thought **[INSERT PRODUCT NAME]** is an anabolic steroid. What makes you say that?
*Please be as specific and detailed as possible.*
**[LARGE TEXT BOX]**

8

**We are almost finished. Just a few more questions.**

11. This question is a little different. While most people carefully read and respond to the questions in our surveys, a small number do not. To verify that you have read this question carefully, please select the [RANDOMLY ASSIGN FIRST, SECOND, THIRD, FOURTH, OR FIFTH] response from the list below.

    1. Extremely Important
    2. Very Important
    3. Somewhat Important
    4. Not at all Important
    5. Don't know/Not sure

    **[TERMINATE IF RESPONDENT SELECTS WRONG ANSWER]**

12. Within the past 12 months, have you purchased any of the following products for building muscle mass, size, or strength?
**[RANDOMIZE ORDER]**

|  | Yes | No | Don't Know |
|---|---|---|---|
| Dietary supplements |  |  |  |
| Amino acids |  |  |  |
| Herbal products |  |  |  |
| Anabolic steroids |  |  |  |
| Protein powders |  |  |  |
| Protein bars |  |  |  |
| Protein shakes or smoothies |  |  |  |

13. Within the next 3 months, do you expect to purchase any of the following products for building muscle mass, size, or strength?
**[RANDOMIZE ORDER]**

|  | Yes | No | Don't Know |
|---|---|---|---|
| Dietary supplements |  |  |  |
| Amino acids |  |  |  |
| Herbal products |  |  |  |
| Anabolic steroids |  |  |  |
| Protein powders |  |  |  |
| Protein bars |  |  |  |
| Protein shakes or smoothies |  |  |  |

**DUMMY VARIABLE: 1=RESPONDENT MUST HAVE PURCHASED OR EXPECT TO PURCHASE DIETARY SUPPLEMENTS, AMINO ACIDS, HERBAL PRODUCTS, OR ANABOLIC STEROIDS; 2= ALL ELSE.**

9

14. At any time during this survey, did you open any other windows or tabs on this computer?
    1.    Yes    **[TERMINATE]**
    2.    No


15. At any time during this survey, did you use any other computer?
    1.    Yes    **[TERMINATE]**
    2.    No


**[IF S2= "Tablet computer," OMIT "or tablet computer"]**
16. At any time during this survey, did you look at or use any hand-held electronic device, such as a cell phone or tablet computer?
    1.    Yes    **[TERMINATE]**
    2.    No


17. At any time during this survey, did you view any written material (other than this survey)?
    1.    Yes    **[TERMINATE]**
    2.    No


18. At any time during this survey, did you consult or talk with someone else?
    1.    Yes    **[TERMINATE]**
    2.    No

# Exhibit G
# Survey 1
# Screenshots

Thank you for your willingness to participate in our study. The responses you give to our questions are very important to us. If you don't know an answer to a question or if you don't have an opinion, please indicate this in your response.

During the survey, please do not use your browser's *FORWARD* and *BACK* buttons. Instead, please always use the button below to move through the survey.

Simply click on the ">" button at the bottom of the page to begin the survey.



© Powered by SSI

Before continuing with this survey, please carefully read these instructions:

- Please take the survey in <u>one</u> session.
- While completing this survey, please do <u>not</u> visit any other websites or refer to any outside websites for help in answering the survey questions.
- While completing this survey, please do <u>not</u> open any other windows or tabs on this computer or any other computer.
- While taking this survey, please do <u>not</u> use any hand-held electronic device, such as a cell phone.
- Please do <u>not</u> view any other written material while taking this survey.
- Please do <u>not</u> ask anyone else for help in answering the survey questions.

>

© Powered by SSI



Please enter the code exactly as it appears in the image below, and then click ">" to continue.

Ex7yZ

© Powered by SSI

Note: Randomized CAPTCHA codes.

**What type of device are you using to complete this survey?**

Desktop computer

Laptop computer

Tablet computer

Mobile phone or cell phone

Something else (Please specify)   ✎ ........

>

Are you.....

Male

Female

>

© Powered by SSI



Note: Drop down box with ages up to 99 and a "Prefer not to answer" option.



In which state do you currently live?

Please select your answer ▾

>

© Powered by SSI

Note: Drop down box with a list of States, including the District of Columbia and "Outside of US."



**Do you or does anyone in your household work for any of the following?**

| | | | |
|---|---|---|---|
| A hair salon | Yes | No | Don't Know |
| A fitness center or gym | Yes | No | Don't Know |
| A company that makes, sells, or distributes vitamins or supplements | Yes | No | Don't Know |
| An advertising company | Yes | No | Don't Know |
| A grocery store | Yes | No | Don't Know |
| A physician's or nutritionist's office | Yes | No | Don't Know |
| A market research company | Yes | No | Don't Know |
| A company that makes, sells, or distributes hair products | Yes | No | Don't Know |

>

© Powered by SSI

Note: Randomized order.

Please indicate which, if any, of the following you have taken a survey about in the last six months.

| | | | |
|---|---|---|---|
| Products for preventing hair loss | Yes | No | Don't Know |
| Products for reducing fine lines or wrinkles | Yes | No | Don't Know |
| Products for losing weight | Yes | No | Don't Know |
| Products for strengthening hair | Yes | No | Don't Know |
| Products for building muscle mass, size, or strength | Yes | No | Don't Know |

>

© Powered by SSI

Note: Randomized order.



Note: Randomized order.



Within the next 3 months, do you expect to purchase any of the following types of products?

| Products for preventing hair loss | Yes | No | Don't Know |
| Products for reducing fine lines or wrinkles | Yes | No | Don't Know |
| Products for losing weight | Yes | No | Don't Know |
| Products for strengthening hair | Yes | No | Don't Know |
| Products for building muscle mass, size, or strength | Yes | No | Don't Know |

>

© Powered by SSI

Note: Randomized order.

In the past 12 months, have you visited or shopped on any websites that sell products for building muscle mass, size, or strength?

Yes

No

Don't know

>

© Powered by SSI

We are interested in your honest opinions. There are no right or wrong answers to the questions in this survey. If, for any question, you don't know the answer or don't have an opinion, please feel free to choose the "Don't know/No opinion" option. Please do not guess.

Please click on the ">" button below once you are ready to continue.

>

© Powered by SSI

# Test Groups

Please look at the webpage below. Please look at this webpage as you normally would if you were considering making a purchase from this website. The webpage is a real page from an actual website, but the image is not a live page. If there are links that you are interested in clicking on, please do so. Some, but not all, of the links will open a new page. Take as much time as you would like and when you are finished, click ">" to continue. To ensure that you have enough time to review the webpage, the ">" button will appear after a short delay.





arrived here in Australia and have produced excellent results.

-Shane

The information your site provided was very educational and helpful. It helped me to decide to buy the right product for me and my wife.

-Sandra

when I first these products I was amazed how quick they had started working thankyou Dale from Australia

-Dale

Hands down best site, best quality and no double talk. Real pros, real products.

-Roger

Johnny really helped me out. I was lost and Johnny guided me through the website. i am happy with what i see and how my experience went.

-Alexander

Thank you for always being able to help with any questions or concerns that I have.

-Darko

Love the products ..result are amazing ..

-Teddy



PRODUCTS OF YOUR CHOICE AND SAVE $$$ ● BUY NOW!



Thank you for always being able to help with any questions or concerns that I have.
-Darko
Dec 19, 2010

Love the products ..result are amazing ..
-Teddy
Dec 19, 2010

Been using your product for two months now. On my 2nd cycle and have been seeing some real nice improvements. I'll be submitting a before and after picture pretty soon. Awesome products. Thanks!
-Valentino
Dec 19, 2016

McAfee SECURE
CLICK TO VERIFY

* These products are not intended to diagnose, treat, cure or prevent any disease. These statements have not been evaluated by the Food and Drug Administration. Our website and the domain name "**Anabolics**.com" is representative of products that may enhance blood levels of steroid hormones in the body. Anabolic Research is offering these very strong alternatives to anabolic steroids. These products are NOT intended for users under the age of 18. Use under a doctors supervision. This product is not a drug and should be used correctly. Use in conjunction with a well balanced diet and an intense bodybuilding or exercise program. For a list of ingredients, click here

Privacy Policy | Sitemap | Terms of Use

anabolics.com - Owned and operated by Dynamic Sports Nutrition, LLC dba Anabolic Research, Copyright © 2016 ALL RIGHTS RESERVED

$$ Webmasters Earn Money! $$
DMCA PROTECTED

>

© Powered by SBI



Note: If the respondent clicked on the ingredient link, a popup still image of the ingredient page appeared on the screen.



Note: If the respondent clicked on the ingredient link, a popup still image of the ingredient page appeared on the screen.



was amazed how quick they had started working thankyou Dale from Australia
-Dale
Dec 19, 2016

Hands down best site, best quality and no double talk. Real pros, real products.
-Roger
Dec 19, 2016

Johnny really helped me out. i was lost and Johnny guided me through the website. i am happy with i see and how my experience went.
-Alexander
Dec 19, 2016

Thank you for always being able to help with any questions or concerns that I have.
-Darko
Dec 19, 2016

Love the products ..result are amazing ..
-Teddy
Dec 19, 2016

Been using your product for two months now. On my 2nd cycle and have been seeing some real nice improvements. I'll be submitting a before and after picture pretty soon. Awesome products. Thanks!
-Valentino
Dec 19, 2016

**CLEN**

Serving Size: 1 Capsule
Servings per container: 90

Vitamin B12 (as Cyanocobalamin)

Clen Proprietary Blend - 288.5 mg

Caffeine
Cayenne Pepper Powder
Octopamine HCl
Guggul oleo-Gum-Resin Extract
Synephrine HCl

**Other Ingredients**

Rice Flour
Gelatin Capsule
Magnesium Stearate

**PITUITARY GROWTH HORMONE**

Serving Size: 1 Tablet
Servings per container: 60

Proprietary Blend

L-Glutamic Acid
L-Proline
Pituitary Substance

**TREN 75**

Serving Size: 1 Capsule
Servings per container: 90

Finabolon Proprietary Blend - 292 mg

Tribulus Fruit Powder
Fenugreek Seed Powder
Cayenne Pepper Fruit Powder

**Other Ingredients**

Gelatin Capsule
Rice Flour
Magnesium Stearate
Titanium Dioxide

**VAR 10**

Serving Size: 1 Capsule
Servings per container: 90

Vitamin B6 (as Pyridoxine HCl)

Magnesium (as Magnesium Oxide

Zinc (as Zinc Aspartate)

Dicalcium Phosphate

Soy

McAfee SECURE
CLICK TO VERIFY

Note: If the respondent clicked on the ingredient link, a popup still image of the ingredient page appeared on the screen.



L-Proline
Pituitary Substance
L-Isoleucine
L-Threonine
L-Alanine
L-Serine
L-Phenylalanine
L-Arginine HCl
L-Valine
L-Tyrosine
L-Histidine
L-Glycine
L-Methionine
L-Cystine
Soy Protein
L-Leucine

Other Ingredients

DiCalcium Phoshphate
Stearic Acid
Magnesium Stearate
Silicon Dioxide
Pharmaceutical Glaze (Shellac, Povidone)
Soy

Zinc (as Zinc Aspartate)

Oxantrione Proprietary Blend - 66.6 mg

CLA (Conjugate Linoleic Acid)
Winged Treebine Leaf Extract
Methoxy Isoflavone

Other Ingredients

Gelatin Capsule
Rice Flour
Magnesium Stearate
Soy

* These products are not intended to diagnose, treat, cure or prevent any disease. These statements have not been evaluated by the Food and Drug Administration. Our website and the domain name "**Anabolics**.com" is representative of products that may enhance blood levels of steroid hormones in the body. Anabolic Research is offering these very strong alternatives to anabolic steroids. These products are NOT intended for users under the age of 18. Use under a doctors supervision. This product is not a drug and should be used correctly. Use in conjunction with a well balanced diet and an intense bodybuilding or exercise program. For a list of ingredients, click here

Privacy Policy | Sitemap | Terms of Use

anabolics.com - Owned and operated by Dynamic Sports Nutrition, LLC dba Anabolic Research. Copyright © 2016 ALL RIGHTS RESERVED

$$ Webmasters Earn Money! $$

DMCA PROTECTED

Note: If the respondent clicked on the ingredient link, a popup still image of the ingredient page appeared on the screen.

**Were you able to see the webpage clearly?**

Yes

No

>

© Powered by SSI

Please look at the webpage below. Please look at this webpage as you normally would if you were considering making a purchase from this website. The webpage is a real page from an actual website, but the image is not a live page. If there are links that you are interested in clicking on, please do so. Some, but not all, of the links will open a new page. Take as much time as you would like to review the webpage and when you are finished, click ">" to continue. To ensure that you have enough time to review the webpage, the ">" button will appear after a short delay.





## Buy Steroids

They are often misunderstood but due to the nature of effects and benefits millions worldwide buy steroids every day; an estimated 6 million Americans buy steroids every year and a multitude of millions more the world over. Anabolic steroid use is not something new, athletes have been supplementing with them regularly since the 1950's and heavily since the 1970's increasing every year. Even before the advent of true synthetic steroid use for hundreds of years athletes supplemented with testicular extract looking for an advantage and hundreds of years later nothing has changed; the advantage is still desired. The question remains, with the hoopla that surrounds them use continues to increase but for many where to **buy steroids** is as complicated as trying figure out how to build a refrigerator box that will fly to the moon. There are several options you have when it comes time to make a purchase and we will discuss them all but if you're looking for **legal and powerful anabolic** tools we highly recommend you click on the banner above.

### Buy Steroids on the Black Market:

It is one of the most common avenues of anabolic androgenic steroid purchase and it is without question often the most dangerous. With more underground labs than we can count there is a lot of dirty gear, fake gear and under-dosed gear on the black market; the majority of it is pure garbage. However, the prices are often so cheap compared to other avenues many risk the purchase only to be left disappointed in the end. Absolutely, there are some good sources on the black market who sell quality gear but the amount of poor sources is a plague. Further and this is beyond important, in countries such as the **United States** purchasing anabolic steroids on the black market is illegal; it doesn't matter if they're from an underground lab or a human grade source. In both cases it is illegal and serious consequences can occur if you buy steroids in this fashion.

### Buy Steroids from your Doctor:

Many men who suffer from low testosterone legally buy steroids from their own doctor or a hormone replacement clinic every day. Granted, they will not be allowed to buy the amounts commonly associated with heavy performance enhancing but they will be receiving not only legal anabolics but clean and effective ones as well. Steroids such as testosterone of most forms, Deca-Durabolin, Anadrol, Anavar and Winstrol are common place as well as the powerful peptide hormone Human Growth Hormone. Yes, you will pay a far greater price in comparison to black market gear but you will be within the safety of the law and that makes this a very good deal indeed and one of the highest recommended outlets for those looking to *buy steroids.*

### Buy Steroids at the Gym:

Many simply buy steroids from a friend at the gym; small steroid sales at most any gym are very common place but this does fall into the black market category in countries such as the U.S. As most of the gym sources are middle-men for middle-men the price is often very, very high. There are not too many steroid sources that sell openly in a gym, in most cases it's simply an individual who made a purchase from a source and is now reselling it to turn a small profit; it's not uncommon for this gear to change hands a multitude of times before it makes it to you and when it does you

their own. However, to buy the ingredients you'll need such as raw steroid powder, this purchase will be just as illegal in the United States as actually buying ready to use anabolic hormones. Many people believe this rout is safer because you will not be dealing with a typical underground source and there is some truth to this assumption. Normally buying a little powder for your own personal use will go unnoticed and if you have the ability to make sterile gear you'll not only have a very cheaply obtained steroid but effective as well. Even so, you need to understand you are not safe by any means simply because you follow this protocol; if you are caught, even though you did not buy directly from a standard source you're going to be in more trouble than if you did. In countries such as the U.S. you can now be charged with manufacturing; a much more serious charge than simple possession. For this reason and while we will not recommend any illegal rout, when it comes time to **buy steroids** this may be one of the most dangerous avenues of all.

### The Bottom Line:

There are a lot of options and each one we've discussed runs much deeper and in several different directions; it's unfortunate that buying cigarettes is a much simpler process than the desire to buy steroids is for the everyday guy. Even so, there are legal avenues, you can obtain quality and potent anabolic supplements as we have discussed; yes. you read that correctly, "Supplements" in-truth they are simply supplements we use to aid in what we're already doing right. If you are looking for a quality, legal, very powerful and effective anabolic supplement, visit the banner above. If you've never used an anabolic supplement before be prepared to be amazed! If increased strength, increased muscle mass, a ripped physique and simply a better overall physique is what you're after, you'll be hard pressed to find better anabolic supplements than in the banner above.

Regardless of your decision in-terms of where you make a purchase, if you decide to *buy steroids* you should consult with your doctor first to make sure you are healthy enough for use. Those who already suffer from high blood pressure or high cholesterol will need to remedy this problem before use begins as steroid use can exasperate it.

** This is a very potent anabolic steroid. We strongly recommend caution when using this drug. Do not use without doctors supervision.

* These products are not intended to diagnose, treat, cure or prevent any disease. These statements have not been evaluated by the Food and Drug Administration. Our website and the domain name **"buysteroids.com"** is representative of products that may enhance blood levels of steroid hormones in the body. Anabolic Research is offering these very strong alternatives to anabolic steroids. This product is not to be used by anyone 18 years of age or younger. Use under a doctors supervision. This dietary supplement is not a drug and should be used correctly. Use in conjunction with a well balanced diet and an intense bodybuilding or exercise program. For a list of ingredients, click here.

BuySteroids.com - Owned and operated by Dynamic Sports Nutrition, LLC dba Anabolic Research, Copyright © 2014 ALL RIGHTS RESERVED



Note: If the respondent clicked on the ingredient link, a popup still image of the ingredient page appeared on the screen.



Note: If the respondent clicked on the ingredient link, a popup still image of the ingredient page appeared on the screen.



Note: If the respondent clicked on the ingredient link, a popup still image of the ingredient page appeared on the screen.

**Were you able to see the webpage clearly?**

Yes

No

>

© Powered by SSI

Please look at the webpage below. Please look at this webpage as you normally would if you were considering making a purchase from this website. The webpage is a real page from an actual website, but the image is not a live page. If there are links that you are interested in clicking on, please do so. Some, but not all, of the links will open a new page. Take as much time as you would like to review the webpage and when you are finished, click ">" to continue. To ensure that you have enough time to review the webpage, the ">" button will appear after a short delay.







**PERFORMANCE STACKS**

*#1 SELLING MASS STACK*

**Deca 200 ®**
**Winn 50 ®**
**Var 10 ®**
**D-anabol 25 ®**
**Clen ®**
**Pituitary Growth Hormone™**
**Steroid Cleanse™**

**Watch Customer TESTIMONIALS**

**POPULAR STACKS**
**Muscle Building Stacks**
**Cutting Stack**
**Mass Stack**
**Growth Hormone Stack**
**Strength Stack**
**Summer Stack**
**Xtreme Speed Stack**

**McAfee SECURE**
**SECURED BY RapidSSL**
$10,000 Warranty

**Customer Comments**

**Winn 50® ***
Winn 50 is an extremely potent, highly absorbable and convenient oral muscle builder that promotes superior muscular density and definition! Once the industry's best kept secret, this remarkable compound is now available to you!

**Tren 75® ***
For serious gains in the form of super lean muscle, you can't beat the multi-faceted potency of fast-acting Tren 75! Designed for maximum absorption, Tren 75 provides rapid, highly visible muscular results!

**Deca 200® ***
Deca 200 has become a favorite! Deca 200 is well known for its ability to quickly enhance size and strength with 100% quality muscle mass. Unlike many products, the gains from Deca 200 are often kept long after it has been discontinued

**Var 10® ***
Get cut, strong, hard and dense with fast-acting Var 10! This power packed, highly absorbable oral product does it all, and is mild enough for both men and women!

**Clen® ***
Take your definition that giant step further! Fat-burners only burn calories, but maximum strength Clen strictly metabolizes fat to get your body shredded faster!

**D-anabol 25® ***
Grow beyond your potential with D-anabol 25, the most explosive size and power promoting oral product available!

**GROWTH HORMONE**
Hormone formula and begin improving your overall health today! This remarkably highly absorbable formula was designed to accelerate fat loss, recovery capacity, and promote muscle growth!

**TEST-600x**
enhance both your performance and physique for competition and recreational demands!



**Strength Stack**

**Summer Stack**

**Xtreme Speed Stack**

McAfee SECURE

SECURED BY RapidSSL
$10,000 Warranty

**Customer Comments**

NEW
**Customer TESTIMONIALS**
Watch and Post Video Testimonials

VAR 10 — Get cut, strong, hard and dense with fast-acting Var 10! This power packed, highly absorbable oral product does it all, and is mild enough for both men and women!

CLEN — Take your definition that giant step further! Fat-burners only burn calories, but maximum strength Clen strictly metabolizes fat to get your body shredded faster!

D-ANABOL 25 — Grow beyond your potential with D-anabol 25, the most explosive size and power promoting oral product available!

DETAILS    DETAILS    DETAILS

| History of Steroids | Steroid Abuse | Steroid Cycles | Types of Steroids | Legal Steroids |
|---|---|---|---|---|

**Steroid Profiles**

| | | | | |
|---|---|---|---|---|
| Winstrol | Anadrol | Amino Acids | Anavar | Androgel |
| Dianabol | Albuterol | Equipoise | Primobolan | Human Chorionic Gonadotropin |
| Cytomel | Clomid | Deca-Durabolin | Testosterone | Trenbolone |
| Hormone Replacement Therapy | Clenbuterol | Nolvadex | Androderm | |

About Us  |  **Buy online Steroids**  |  Privacy Policy  |  Steroids Products  |  Steroids Categories  |  List of Steroids  |  Help  |  Terms of Use

** This is a very potent anabolic steroid. We strongly recommend caution when using this drug. Do not use without doctors supervision.

* These products are not intended to diagnose, treat, cure or prevent any disease. These statements have not been evaluated by the Food and Drug Administration. Our website and the domain name "Steroids.com" is representative of products that may enhance blood levels of steroid hormones in the body. Anabolic Research is offering this very strong alternative to the highly toxic drug listed at the top of the page. This product is not to be used by anyone 18 years of age or younger. Use under a doctors supervision. This product is not a drug and should be used correctly. Use in conjunction with a well balanced diet and an intense bodybuilding or exercise program. For a list of ingredients, click here.

steroids.com - Owned and operated by Dynamic Sports Nutrition, LLC dba Anabolic Research. Copyright © 2014 ALL RIGHTS RESERVED



Note: If the respondent clicked on the ingredient link, a popup still image of the ingredient page appeared on the screen.



Note: If the respondent clicked on the ingredient link, a popup still image of the ingredient page appeared on the screen.



Note: If the respondent clicked on the ingredient link, a popup still image of the ingredient page appeared on the screen.

Were you able to see the webpage clearly?

Yes

No

>

© Powered by SSI

What message or messages does the webpage communicate to you?

>

© Powered by SSI

What else, if anything, did the webpage communicate to you?

>

© Powered by SSI

Is there a type or types of products that you believe are described on this webpage?

Yes

No

Don't know/No opinion

>

© Powered by SSI



What type or types of products are described on this webpage?

© Powered by SSI

Now we are going to show you the webpage again, along with the webpages of four of the products shown on the website.

Please look at this webpage as you normally would if you were considering purchasing the product shown. The webpages are real pages from an actual website, but the images are not live pages. If there are links that you are interested in clicking on, please do so. Some, but not all, of the links will open a new page. Take as much time as you would like and when you are finished, click ">" to continue. To ensure that you have enough time to review the webpage, the ">" button will appear after a short delay.



© Powered by SSI

Note: Only respondents in the Anabolics.com group saw this page.



Note: Only respondents in the Anabolics.com group saw product pages.



The information your site
provided was very educational
and helpful. It helped me to
decide to buy the right product
for me and my wife.
                    -Sandra
                    Dec 18, 2016

when I first these products I
was amazed how quick they
had started working thankyou
Dale from Australia
                    -Dale
                    Dec 15, 2016

Hands down best site, best
quality and no double talk. Real
pros, real products.
                    -Roger
                    De 10, 2016

Johnny really helped me out. I
was lost and Johnny guided
me through the website. i am
happy with what i see and how
my experience went.
                    -Alexander
                    Dec 10, 2016

Thank you for always being
able to help with any questions
or concerns that I have.
                    -Darko
                    Dec 10, 2016

Love the products ..result are
amazing ..
                    -Teddy
                    Dec 10, 2016

Been using your product for
two months now. On my 2nd
cycle and have been seeing
some real nice improvements.
I'll be submitting a before and





Thank you for always being able to help with any questions or concerns that I have.
-Darko
Dec 19, 2016

Love the products ..result are amazing ..
-Teddy
Dec 19, 2016

Been using your product for two months now. On my 2nd cycle and have been seeing some real nice improvements. I'll be submitting a before and after picture pretty soon. Awesome products. Thanks!
-Valentino
Dec 19, 2016

* These products are not intended to diagnose, treat, cure or prevent any disease. These statements have not been evaluated by the Food and Drug Administration. Our website and the domain name "Anabolics.com" is representative of products that may enhance blood levels of steroid hormones in the body. Anabolic Research is offering these very strong alternatives to anabolic steroids. These products are NOT intended for users under the age of 18. Use under a doctors supervision. This product is not a drug and should be used correctly. Use in conjunction with a well balanced diet and an intense bodybuilding or exercise program. For a list of ingredients, click here

Privacy Policy | Sitemap | Terms of Use

anabolics.com - Owned and operated by Dynamic Sports Nutrition, LLC dba Anabolic Research. Copyright © 2016 ALL RIGHTS RESERVED

$$ Webmasters Earn Money! $$



Note: Only respondents in the Anabolics.com group saw product pages.

**POPULAR STACKS**

View All Stacks

Growth Hormone Stack

Mass Stack

Strength Stack

Cutting Stack

Summer Stack

Xtreme Speed Stack

Search

Advanced Search   Search Tips

**Customer Comments**

Best site I have ever seen for buying supplements
-Steve
Dec 19, 2016

The Summer stack has been a great to keep off weight during the holiday season.
-Daniel
Dec 19, 2016

This is the third time I have purchased these products from this site, they have always arrived here in Australia and have produced excellent results.
-Shane
Dec 19, 2016

The information your site provided was very educational and helpful. It helped me to



Clen® has been formulated with beta-2 receptor stimulation in mind and is designed to promote a simultaneously thermogenic and lipolysis effect. This action provides a significant metabolic boost and creates an internal environment that is perfect for fat loss. Not only does Clen® effectively help burn stubborn body fat, it can significantly reduce and help you control your hunger and cravings. A stronger and more powerful metabolism with more appetite control means one thing - Clen® will help you reach the lean physique you crave!

Surprisingly to some, Clen® is also a great tool for those who are looking to build up muscle mass or who are in what's commonly known as a "bulking phase." Gaining too much body fat is a common problem when bulking, but Clen® will help you control the unwanted fat gain so that your gains are of a higher quality. Athletes, be it high performance or endurance, will find Clen® to be invaluable as it has been designed to promote cardiovascular endurance and stamina, which means you will breath easier. All athletes from all walks of life will also find Clen® provides a significant boost of energy, which is always welcomed when training.

If you want to lose body fat, if you're looking to enhance your athletic performance or if you simply need a boost of energy or appetite control, you will find Clen® is the top choice to meet your needs. A highly effective product when used alone, the effects of Maximum Strength Clen® are a perfect addition to any performance stack.

*Clen® was scientifically formulated to help:

Rapidly Remove Body Fat*

Efficiently Burn Fat Calories*

Stimulate Fat Cells to Enhance the Breakdown of Triglycerides*

Improve Stamina and Endurance*

Safely and Substantially Reduce Appetite*

**Directions For Use:** This product contains 90 capsules and is designed to be a 30 day cycle. Take 1 capsule 3 times daily with 8 ounces of water. Doses should be spaced evenly throughout the day.

To view the list of ingredients for each product... click here



* Clen®

$82.00 $70.00

add to cart



decide to buy the right product for me and my wife.

—Sanora

when I first these products I was amazed how quick they had started working thankyou Dale from Australia

—Dale

Hands down best site, best quality and no double talk. Real pros, real products.

—Roger

Johnny really helped me out. I was lost and Johnny guided me through the website, I am happy with what I see and how my experience went.

—Alexander

Thank you for always being able to help with any questions or concerns that I have.

—Darko

Love the products ..result are amazing ..

—Teddy

Been using your product for two months now. On my 2nd cycle and have been seeing some real nice improvements. I'll be submitting a before and after picture pretty soon. Awesome products. Thanks!

—Valentino

* Clen - BUY 2 GET 1 FREE!

$246.00 $140.00

add to cart

BUY 2 GET 1 FREE!



Thank you for always being able to help with any questions or concerns that I have.

-Davis

Love the products ..result are amazing ..

-Teddy

Been using your product for two months now. On my 2nd cycle and have been seeing some real nice improvements. I'll be submitting a before and after picture pretty soon. Awesome products. Thanks!

-Valentino

McAfee SECURE

† These products are not intended to diagnose, treat, cure or prevent any disease. These statements have not been evaluated by the Food and Drug Administration. Our website and the domain name "**Anabolics**.com" is representative of products that may enhance blood levels of steroid hormones in the body. Anabolic Research is offering these very strong alternatives to anabolic steroids. These products are NOT intended for users under the age of 18. Use under a doctors supervision. This product is not a drug and should be used correctly. Use in conjunction with a well balanced diet and an intense bodybuilding or exercise program. For a list of ingredients, click here.

Privacy Policy | Sitemap | Terms of Use

anabolics.com - Owned and operated by Dynamic Sports Nutrition, LLC dba Anabolic Research, Copyright © 2016 ALL RIGHTS RESERVED

$$ Webmasters Earn Money! $$

DMCA PROTECTED



Note: Only respondents in the Anabolics.com group saw product pages.



## POPULAR STACKS

**View All Stacks**
**Growth Hormone Stack**
**Mass Stack**
**Strength Stack**
**Cutting Stack**
**Summer Stack**
**Xtreme Speed Stack**

Search

Advanced Search   Search Tips

### Customer Comments

Best site I have ever seen for buying supplements
-Steve
Dec 15, 2010

The Summer stack has been a great to keep off weight during the holiday season.
-Daniel
Jan 19, 2010

This is the third time I have purchased these products from this site, they have always arrived here in Australia and have produced excellent results.
-Shane
Dec 17, 2010

The information your site provided was very educational and helpful. It helped me to decide to buy the right product

If size and strength is what you are craving, D-Anabol 25™ is precisely what you are looking for. Scientifically engineered to consistently deliver superior results, D-Anabol 25™ was formulated to help you reach your goals by

**"D-Anabol 25™ was designed for:**

Providing Hard and Nourishing Muscle Pumps*

Generating Solid, High Quality Muscle Tissue*

Employing a Fast-Acting Mass Formula*

Improving Nitrogen Retention for Muscle Repair and Growth*

Boosting Major Lifts and Enhancing Overall Strength*

**Directions For Use:** This product contains 90 capsules and is designed to be a 30 day cycle. Take 1 capsule 3 times daily with 8 ounces of water. Doses should be spaced evenly throughout the day.

To view the list of ingredients for each product.   click here

* D-Anabol 25™

$100.00 $85.00

▶ add to cart

* D-anabol 25 - BUY 2 GET 1 FREE!

$300.00 $170.00

▶ add to cart

for me and my wife.
-Sandra

when I first these products I was amazed how quick they had started working thankyou Dale from Australia
-Dale

Hands down best site, best quality and no double talk. Real pros, real products.
-Roger

Johnny really helped me out. i was lost and Johnny guided me through the website. i am happy with what i see and how my experience went.
-Alexander

Thank you for always being able to help with any questions or concerns that I have.
-Danny

Love the products ..result are amazing ..
-Teddy

Been using your product for two months now. On my 2nd cycle and have been seeing some real nice improvements. I'll be submitting a before and after picture pretty soon. Awesome products. Thanks!
-Valentino



BUY 2 GET 1 FREE!

D-ANABOL 25*



Thank you for always being able to help with any questions or concerns that I have.
-Darko
Dec 19, 2016

Love the products ..result are amazing ..
-Teddy
Dec 19, 2016

Been using your product for two months now. On my 2nd cycle and have been seeing some real nice improvements. I'll be submitting a before and after picture pretty soon. Awesome products. Thanks!
-Valentino
Dec 19, 2016

* These products are not intended to diagnose, treat, cure or prevent any disease. These statements have not been evaluated by the Food and Drug Administration. Our website and the domain name "**Anabolics**.com" is representative of products that may enhance blood levels of steroid hormones in the body. Anabolic Research is offering these very strong alternatives to anabolic steroids. These products are NOT intended for users under the age of 18. Use under a doctors supervision. This product is not a drug and should be used correctly. Use in conjunction with a well balanced diet and an intense bodybuilding or exercise program. For a list of ingredients, click here

Privacy Policy | Sitemap | Terms of Use

anabolics.com - Owned and operated by Dynamic Sports Nutrition, LLC dba Anabolic Research. Copyright © 2016 ALL RIGHTS RESERVED

$$ Webmasters Earn Money! $$

DMCA PROTECTED



Note: Only respondents in the Anabolics.com group saw product pages.



**POPULAR STACKS**

View All Stacks

Growth Hormone Stack

Mass Stack

Strength Stack

Cutting Stack

Summer Stack

Xtreme Speed Stack

[          ] Search

Advanced Search   Search Tips

**Customer Comments**

Best site I have ever seen for buying supplements
~Steve

The Summer stack has been a great to keep off weight during the holiday season.
~Donna

This is the third time I have purchased these products from this site, they have always arrived here in Australia and have produced excellent results.
~Shane

The information your site provided was very educational and helpful. It helped me to

Additionally, Test-600x™ has been formulated to directly target your unique masculinizing properties and has been reported to not only greatly improve sexual performance and stamina, but provide its users with an overall sense of well being for a dramatic impact on their quality of life.

All in all, you cannot go wrong with this powerful product.

*Test-600x™ was designed and formulated to help:

Promote Strength, Size and Lean Muscle Mass*

Increase Fat Free Mass (FFM) for Reducing Body Fat*

Improve Attitude, Mood, and Sleep*

Enhance Sexual Performance*

Reduce Muscle Wasting (Anti-Catabolic)*

**Directions For Use:** This product contains 60 tablets and is designed to be a 30 day cycle. Take 1 tablet 2 times daily with 8 ounces of water. Doses should be spaced evenly throughout the day.

To view the list of ingredients for each product...  click here

* Test-600x™

$100.00 $85.00

▶ add to cart

^ Test-600x - BUY 2 GET 1 FREE!

$300.00 $170.00

▶ add to cart

decide to buy the right product for me and my wife.

-Sandra

when I first these products I was amazed how quick they had started working thankyou Dale from Australia

Dale

Hands down best site, best quality and no double talk. Real pros, real products.

-Roger

Johnny really helped me out. I was lost and Johnny guided me through the website. i am happy with what i see and how my experience went.

Alexander

Thank you for always being able to help with any questions or concerns that I have.

-Darko

Love the products ..result are amazing ..

-Teddy

Been using your product for two months now. On my 2nd cycle and have been seeing some real nice improvements. I'll be submitting a before and after picture pretty soon. Awesome products. Thanks!



BUY 2 GET 1 FREE!

TEST▶SOOx*



Thank you for always being
able to help with any questions
or concerns that I have.
-Darko
Dec 9, 2016

Love the products ..result are
amazing ..
-Teddy
Dec 9, 2016

Been using your product for
two months now. On my 2nd
cycle and have been seeing
some real nice improvements.
I'll be submitting a before and
after picture pretty soon.
Awesome products. Thanks!
-Valentino
Dec 9, 2016

* These products are not intended to diagnose, treat, cure or prevent any disease. These statements have not been evaluated by the Food and Drug Administration. Our website and the domain name "Anabolics.com" is representative of products that may enhance blood levels of steroid hormones in the body. Anabolic Research is offering these very strong alternatives to anabolic steroids. These products are NOT intended for users under the age of 18. Use under a doctors supervision. This product is not a drug and should be used correctly. Use in conjunction with a well balanced diet and an intense bodybuilding or exercise program. For a list of ingredients, click here

Privacy Policy | Sitemap | Terms of Use

anabolics.com - Owned and operated by Dynamic Sports Nutrition, LLC dba Anabolic Research, Copyright © 2016 ALL RIGHTS RESERVED

$$ Webmasters Earn Money! $$

DMCA PROTECTED

© Powered by SSI



Note: Only respondents in the Anabolics.com group saw product pages.



**POPULAR STACKS**

View All Stacks
Growth Hormone Stack
Mass Stack
Strength Stack
Cutting Stack
Summer Stack
Xtreme Speed Stack

Search

Advanced Search   Search Tips

**Customer Comments**

Best site I have ever seen for buying supplements
-Steve
Dec 13, 2010

The Summer stack has been a great to keep off weight during the holiday season.
-Daniel
Dec 8, 2010

This is the third time I have purchased these products from this site, they have always arrived here in Australia and have produced excellent results.
-Shane
Dec 9, 2010

The information your site provided was very educational and helpful. It helped me to

gain

A unique property of Tren 75® is its amazing ability to help incinerate stubborn body fat while increasing appetite and continuing to add high quality lean muscle, which makes it one of our most popular products currently available.

Tren 75® whether stacked or taken alone will help provide you with Dry, Lean, Hard Muscle of the highest quality.

**"Tren 75® was designed and formulated to:**

Generate Near Instant Metabolic Results*

Increase Appetite and Optimize Nutrient Absorption*

Produce Dry, Vascular, Dense Muscle, While Hardening and Cutting*

Improve Nitrogen Retention in Muscle Tissue*

Eliminate Muscle Blurring "Water Retention" and Bloat*

Incinerate Body Fat While Maintaining Muscle Mass*

**Directions For Use:** This product contains 90 capsules and is designed to be a 30 day cycle. Take 1 capsule 3 times daily with 8 ounces of water. Doses should be spaced evenly throughout the day.

To view the list of ingredients for each product... click here

* Tren 75®

$100.00 $85.00

add to cart

* Tren 75 - BUY 2 GET 1 FREE!

$300.00 $170.00



decide to buy the right product for me and my wife.
—Sandra

when I first these products I was amazed how quick they had started working thankyou Dale from Australia
—Dale

Hands down best site, best quality and no double talk. Real pros, real products.
—Roger

Johnny really helped me out. I was lost and Johnny guided me through the website. I am happy with what I see and how my experience went.
—Alexander

Thank you for always being able to help with any questions or concerns that I have.
—Danko

Love the products ..result are amazing ..
—Teddy

Been using your product for two months now. On my 2nd cycle and have been seeing some real nice improvements. I'll be submitting a before and after picture pretty soon. Awesome products. Thanks!
—Valentino

add to cart

BUY 2 GET 1 FREE!



Thank you for always being able to help with any questions or concerns that I have.

-Donald

Love the products .. result are amazing ..

-Theddy

Been using your product for two months now. On my 2nd cycle and have been seeing some real nice improvements. I'll be submitting a before and after picture pretty soon. Awesome products. Thanks!

-Valentino

[1] These products are not intended to diagnose, treat, cure or prevent any disease. These statements have not been evaluated by the Food and Drug Administration. Our website and the domain name "Anabolics.com" is representative of products that may enhance blood levels of steroid hormones in the body. Anabolic Research is offering these very strong alternatives to anabolic steroids. These products are NOT intended for users under the age of 18. Use under a doctors supervision. This product is not a drug and should be used correctly. Use in conjunction with a well balanced diet and an intense bodybuilding or exercise program. For a list of ingredients, click here

Privacy Policy | Sitemap | Terms of Use

anabolics.com - Owned and operated by Dynamic Sports Nutrition, LLC dba Anabolic Research. Copyright © 2016 ALL RIGHTS RESERVED

$$ Webmasters Earn Money! $$

Were you able to see all of the webpages clearly?

Yes

No

>

© Powered by SSI

Now we are going to ask you some questions about some of the products shown on the webpage you just viewed. Here is the webpage again.





**Buy Steroids**

They are often misunderstood but due to the nature of effects and benefits millions worldwide buy steroids every day:

an estimated 6 million Americans buy steroids every year and a multitude of millions more the world over. Anabolic steroid use is not something new, athletes have been supplementing with them regularly since the 1950's and heavily since the 1970's increasing every year. Even before the advent of true synthetic steroid use for hundreds of years athletes supplemented with testicular extract looking for an advantage and hundreds of years later nothing has changed; the advantage is still desired. The question remains, with the hoopla that surrounds them use continues to increase but for many where to **buy steroids** is as complicated as trying figure out how to build a refrigerator box that will fly to the moon. There are several options you have when it comes time to make a purchase and we will discuss them all but if you're looking for **legal and powerful anabolic** tools we highly recommend you click on the banner above.

**Buy Steroids on the Black Market:**

It is one of the most common avenues of anabolic androgenic steroid purchase and it is without question often the most dangerous. With more underground labs than we can count there is a lot of dirty gear, fake gear and under-dosed gear on the black market; the majority of it is pure garbage. However, the prices are often so cheap compared to other avenues many risk the purchase only to be left disappointed in the end. Absolutely, there are some good sources on the black market who sell quality gear but the amount of poor sources is a plague. Further and this is beyond important, in countries such as the **United States** purchasing anabolic steroids on the black market is illegal; it doesn't matter if they're from an underground lab or a human grade source, in both cases it is illegal and serious consequences can occur if you buy steroids in this fashion.

**Buy Steroids from your Doctor:**

Many men who suffer from low testosterone legally buy steroids from their own doctor or a hormone replacement clinic every day. Granted, they will not be allowed to buy the amounts commonly associated with heavy performance enhancing but they will be receiving not only legal anabolics but clean and effective ones as well. Steroids such as testosterone of most forms, Deca-Durabolin, Anadrol, Anavar and Winstrol are common place as well as the powerful peptide hormone Human Growth Hormone. Yes, you will pay a far greater price in comparison to black market gear but you will be within the safety of the law and that makes this a very good deal indeed and one of the highest recommended outlets for those looking to buy steroids.

**Buy Steroids at the Gym:**

Many simply buy steroids from a friend at the gym; small steroid sales at most any gym are very common place but this does fall into the black market category in countries such as the U.S. As most of the gym sources are middle-men for middle-men the price is often very, very high. There are not too many steroid sources that sell openly in a gym, in most cases it's simply an individual who made a purchase from a source and is now reselling it to turn a small profit; it's not uncommon for this gear to change hands a multitude of times before it makes it to you and when it does you could pay 3-4 times the normal rate.

**Making your own Steroids:**

### Making your own Steroids:

For numerous reasons many individuals forgo **buying steroids** on the black market or from a doctor and simply make their own. However, to buy the ingredients you'll need such as raw steroid powder, this purchase will be just as illegal in the United States as actually buying ready to use anabolic hormones. Many people believe this rout is safer because you will not be dealing with a typical underground source and there is some truth to this assumption. Normally buying a little powder for your own personal use will go unnoticed and if you have the ability to make sterile gear you'll not only have a very cheaply obtained steroid but effective as well. Even so, you need to understand you are not safe by any means simply because you follow this protocol; if you are caught, even though you did not buy directly from a standard source you're going to be in more trouble than if you did. In countries such as the U.S. you can now be charged with manufacturing; a much more serious charge than simple possession. For this reason and while we will not recommend any illegal rout, when it comes time to **buy steroids** this may be one of the most dangerous avenues of all.

### The Bottom Line:

There are a lot of options and each one we've discussed runs much deeper and in several different directions; it's unfortunate that buying cigarettes is a much simpler process than the desire to buy steroids is for the everyday guy. Even so, there are legal avenues, you can obtain quality and potent anabolic supplements as we have discussed; yes, you read that correctly, "Supplements" in-truth they are simply supplements we use to aid in what we're already doing right. If you are looking for a quality, legal, very powerful and effective anabolic supplement, visit the banner above. If you've never used an anabolic supplement before be prepared to be amazed! If increased strength, increased muscle mass, a ripped physique and simply a better overall physique is what you're after, you'll be hard pressed to find better anabolic supplements than in the banner above.

Regardless of your decision in-terms of where you make a purchase, if you decide to *buy steroids* you should consult with your doctor first to make sure you are healthy enough for use. Those who already suffer from high blood pressure or high cholesterol will need to remedy this problem before use begins as steroid use can exasperate it.

** This is a very potent anabolic steroid. We strongly recommend caution when using this drug. Do not use without doctors supervision.

* These products are not intended to diagnose, treat, cure or prevent any disease. These statements have not been evaluated by the Food and Drug Administration. Our website and the domain name **"buysteroids.com"** is representative of products that may enhance blood levels of steroid hormones in the body. Anabolic Research is offering these very strong alternatives to anabolic steroids. This product is not to be used by anyone 18 years of age or younger. Use under a doctors supervision. This dietary supplement is not a drug and should be used correctly. Use in conjunction with a well balanced diet and an intense bodybuilding or exercise program. For a list of ingredients, click here.

BuySteroids.com - Owned and operated by Dynamic Sports Nutrition, LLC dba Anabolic Research, Copyright © 2014 ALL RIGHTS RESERVED

Now we are going to ask you some questions about some of the products shown on the webpage you just viewed. Here is the webpage again.









Winn 50 ®
Var 10 ®
D-anabol 25 ®
Clen ®
Pituitary Growth Hormone™
Steroid Cleanse™

**Watch Customer TESTIMONIALS**

**POPULAR STACKS**
**Muscle Building Stacks**
**Cutting Stack**
**Mass Stack**
**Growth Hormone Stack**
**Strength Stack**
**Summer Stack**
**Xtreme Speed Stack**

McAfee SECURE

SECURED BY RapidSSL
$10,000 Warranty

**Customer Comments**

Customer TESTIMONIALS

#1 SELLING MASS STACK

This remarkably highly absorbable formula was designed to accelerate fat loss, recovery capacity, and promote muscle growth!

**DETAILS**

physique for competition and recreational demands!

**DETAILS**

### Winn 50® *
Winn 50 is an extremely potent, highly absorbable and convenient oral muscle builder that promotes superior muscular density and definition! Once the industry's best kept secret, this remarkable compound is now available to you!

**DETAILS**

### Tren 75® *
For serious gains in the form of super lean muscle, you can't beat the multi-faceted potency of fast-acting Tren 75! Designed for maximum absorption, Tren 75 provides rapid, highly visible muscular results!

**DETAILS**

### Deca 200® *
Deca 200 has become a favorite! Deca 200 is well known for its ability to quickly enhance size and strength with 100% quality muscle mass. Unlike many products, the gains from Deca 200 are often kept long after it has been discontinued.

**DETAILS**

### Var 10® *
Get cut, strong, hard and dense with fast-acting Var 10! This power packed, highly absorbable oral product does it all, and is mild enough for both men and women!

**DETAILS**

### Clen® *
Take your definition to that giant step further! Fat-burners only burn calories, but maximum strength Clen strictly metabolizes fat to get your body shredded faster!

**DETAILS**

### D-anabol 25® *
Grow beyond your potential with D-anabol 25, the most explosive size and power promoting oral product available!

**DETAILS**



History of Steroids    Steroid Abuse    Steroid Cycles    Types of Steroids    Legal Steroids

**Steroid Profiles**

| | | | | |
|---|---|---|---|---|
| Winstrol | Anadrol | Amino Acids | Anavar | Androgel |
| Dianabol | Albuterol | Equipoise | Primobolan | Human Chorionic Gonadotropin |
| Cytomel | Clomid | Deca-Durabolin | Testosterone | Trenbolone |
| Hormone Replacement Therapy | Clenbuterol | Nolvadex | Androderm | |

About Us | **Buy online Steroids** | Privacy Policy | Steroids Products | Steroids Categories | List of Steroids | Help | Terms of Use

** This is a very potent anabolic steroid. We strongly recommend caution when using this drug. Do not use without doctors supervision.

* These products are not intended to diagnose, treat, cure or prevent any disease. These statements have not been evaluated by the Food and Drug Administration. Our website and the domain name "Steroids.com" is representative of products that may enhance blood levels of steroid hormones in the body. Anabolic Research is offering this very strong alternative to the highly toxic drug listed at the top of the page. This product is not to be used by anyone 18 years of age or younger. Use under a doctors supervision. This product is not a drug and should be used correctly. Use in conjunction with a well balanced diet and an intense bodybuilding or exercise program. For a list of ingredients, click here.

steroids.com - Owned and operated by Dynamic Sports Nutrition, LLC dba Anabolic Research. Copyright © 2014 ALL RIGHTS RESERVED

Based on your review of the webpages you just viewed, which, if any, of the following do you think CLEN is?

*Select all that apply*

Click *here* to view the webpage again.

Anabolic Steroid

Herbal Supplement

Vitamin

Dietary Supplement

Amino Acid

None of these

Other (Specify)  ✎........

Don't know/No opinion

>

© Powered by SSI

Note: Randomized order.

Based on your review of the webpage you just viewed, which, if any, of the following do you think CLEN is?

*Select all that apply*

Click *here* to view the webpage again.

Vitamin

Herbal Supplement

Dietary Supplement

Amino Acid

Anabolic Steroid

None of these

Other (Specify) ✏........

Don't know/No opinion

>

© Powered by SSI

Note: (1) Randomized order. (2) Same question as the previous slide; however, respondents in the BuySteroids.com and Steroids.com conditions saw the word webpage instead of webpages.

Based on your review of the webpages you just viewed, which, if any, of the following do you think D-ANABOL 25 is?

*Select all that apply*

Click *here* to view the webpage again.

Anabolic Steroid

Herbal Supplement

Vitamin

Dietary Supplement

Amino Acid

None of these

Other (Specify)    ........

Don't know/No opinion

© Powered by SSI

Note: Randomized order.

Based on your review of the webpage you just viewed, which, if any, of the following do you think D-ANABOL 25 is?

*Select all that apply*

Click *here* to view the webpage again.

| Vitamin |
| Herbal Supplement |
| Dietary Supplement |
| Amino Acid |
| Anabolic Steroid |
| None of these |
| Other (Specify) ✎ ........ |
| Don't know/No opinion |

>

© Powered by SSI

Note: (1) Randomized order. (2) Same question as the previous slide; however, respondents in the BuySteroids.com and Steroids.com conditions saw  the word webpage instead of webpages.

Based on your review of the webpages you just viewed, which, if any, of the following do you think TEST-600X is?

*Select all that apply*

Click *here* to view the webpage again.

Anabolic Steroid

Herbal Supplement

Vitamin

Dietary Supplement

Amino Acid

None of these

Other (Specify) 🖊........

Don't know/No opinion

>

© Powered by SSI

Note: Randomized order.

Based on your review of the webpage you just viewed, which, if any, of the following do you think TEST-600X is?

*Select all that apply*

Click *here* to view the webpage again.

| Vitamin |
|---|

| Herbal Supplement |
|---|

| Dietary Supplement |
|---|

| Amino Acid |
|---|

| Anabolic Steroid |
|---|

| None of these |
|---|

| Other (Specify) ✎........ |
|---|

| Don't know/No opinion |
|---|

>

© Powered by SSI

Note: (1) Randomized order. (2) Same question as the previous slide; however, respondents in the BuySteroids.com and Steroids.com conditions saw the word webpage instead of webpages.

Based on your review of the webpages you just viewed, which, if any, of the following do you think TREN 75 is?

*Select all that apply*

Click *here* to view the webpage again.

Anabolic Steroid

Herbal Supplement

Vitamin

Dietary Supplement

Amino Acid

None of these

Other (Specify)  ✎........

Don't know/No opinion

>

© Powered by SSI

Note: Randomized order.

Based on your review of the webpage you just viewed, which, if any, of the following do you think TREN 75 is?

*Select all that apply*

Click *here* to view the webpage again.

| Vitamin |
| Herbal Supplement |
| Dietary Supplement |
| Amino Acid |
| Anabolic Steroid |
| None of these |
| Other (Specify) ✎........ |
| Don't know/No opinion |

>

© Powered by SSI

Note: (1) Randomized order. (2) Same question as the previous slide; however, respondents in the BuySteroids.com and Steroids.com conditions saw the word webpage instead of webpages.

You mentioned that you thought CLEN is an anabolic steroid. What makes you say that?

*Please be as specific and detailed as possible.*

© Powered by SSI

You mentioned that you thought D-ANABOL 25 is an anabolic steroid. What makes you say that?

*Please be as specific and detailed as possible.*

>

© Powered by SSI

**You mentioned that you thought TEST-600X is an anabolic steroid. What makes you say that?**

*Please be as specific and detailed as possible.*

>

**You mentioned that you thought TREN 75 is an anabolic steroid. What makes you say that?**

*Please be as specific and detailed as possible.*

>

© Powered by SSI

# Control Group

Please look at the webpage below. Please look at this webpage as you normally would if you were considering making a purchase from this website. The webpage is a real page from an actual website, but the image is not a live page. If there are links that you are interested in clicking on, please do so. Some, but not all, of the links will open a new page. Take as much time as you would like to review the webpage and when you are finished, click ">" to continue. To ensure that you have enough time to review the webpage, the ">" button will appear after a short delay.







The information your site provided was very educational and helpful. It helped me to decide to buy the right product for me and my wife.

-Sandra

when i first these products i was amazed how quick they had started working thankyou Dale from Australia

-Dale

Hands down best site, best quality and no double talk. Real pros, real products.

-Roger

Johnny really helped me out. i was lost and Johnny guided me through the website. i am happy with what i see and how my experience went.

-Alexander

Thank you for always being able to help with any questions or concerns that I have.

-Darkia

Love the products ..result are amazing ..

-Teddy

Been using your product for two months now. On my 2nd cycle and have been seeing some real nice improvements. I'll be submitting a before and





Thank you for always being able to help with any questions or concerns that I have.

Clarke
Dec 13, 2016

Love the products ..result are amazing ..

-Teddy
Dec 13, 2016

Been using your product for two months now. On my 2nd cycle and have been seeing some real nice improvements. I'll be submitting a before and after picture pretty soon. Awesome products. Thanks!

-Valentino
Dec 19, 2016

* These products are not intended to diagnose, treat, cure or prevent any disease. These statements have not been evaluated by the Food and Drug Administration. Our website and the domain name is representative of products that may enhance blood levels of steroid hormones in the body. Anabolic Research is offering these very strong alternatives to anabolic steroids. These products are NOT intended for users under the age of 18. Use under a doctors supervision. This product is not a drug and should be used correctly. Use in conjunction with a well balanced diet and an intense bodybuilding or exercise program. For a list of ingredients, click here

Privacy Policy | Sitemap | Terms of Use

MuscleBuildingProducts.com - Owned and operated by Dynamic Sports Nutrition, LLC dba Anabolic Research. Copyright © 2016 ALL RIGHTS RESERVED

$$ Webmasters Earn Money! $$



Note: If the respondent clicked on the ingredient link, a popup still image of the ingredient page appeared on the screen.



Note: If the respondent clicked on the ingredient link, a popup still image of the ingredient page appeared on the screen.



when I first these products I was amazed how quick they had started working thankyou Dale from Australia

-Dale
Dec 19, 2015

Hands down best site, best quality and no double talk. Real pros, real products.

-Roger
Dec 19, 2015

Johnny really helped me out. I was lost and Johnny guided me through the website. I am happy with what I see and how my experience went.

-Alexander
Dec 18, 2015

Thank you for always being able to help with any questions or concerns that I have.

-Dante
Dec 18, 2015

Love the products ...result are amazing ..

-Teddy
Dec 18, 2015

Been using your product for two months now. On my 2nd cycle and have been seeing some real nice improvements. I'll be submitting a before and after picture pretty soon. Awesome products. Thanks!

-Valentino
Dec 18, 2015

**McAfee SECURE**

Dicalcium Phosphate

Soy

**PURPLE**

Serving Size: 1 Capsule
Servings per container: 90

Vitamin B12 (as Cyanocobalamin)

**Clen Proprietary Blend - 288.5 mg**

Caffeine
Cayenne Pepper Powder
Octopamine HCl
Guggul oleo-Gum-Resin Extract
Synephrine HCl

**Other Ingredients**

Rice Flour
Gelatin Capsule
Magnesium Stearate

**ORANGE**

Serving Size: 1 Tablet
Servings per container: 60

**Proprietary Blend**

L-Glutamic Acid
L-Proline

**GREEN**

Serving Size: 1 Capsule
Servings per container: 90

**Finabolon Proprietary Blend - 282 mg**

Tribulus Fruit Powder
Fenugreek Seed Powder
Cayenne Pepper Fruit Powder

**Other Ingredients**

Gelatin Capsule
Rice Flour
Magnesium Stearate
Titanium Dioxide

**PINK**

Serving Size: 1 Capsule
Servings per container: 90

Vitamin B6 (as Pyridoxine HCl)

Magnesium (as Magnesium Oxide)

Zinc (as Zinc Aspartate)

Note: If the respondent clicked on the ingredient link, a popup still image of the ingredient page appeared on the screen.



L-Proline
Pituitary Substance
L-Isoleucine
L-Threonine
L-Alanine
L-Serine
L-Phenylalanine
L-Arginine HCl
L-Valine
L-Tyrosine
L-Histidine
L-Glycine
L-Methionine
L-Cystine
Soy Protein
L-Leucine

**Other Ingredients**

DiCalcium Phosphate
Stearic Acid
Magnesium Stearate
Silicon Dioxide
Pharmaceutical Glaze (Shellac, Povidone)
Soy

Zinc (as Zinc Aspartate)

**Oxantrione Proprietary Blend - 66.6 mg**

CLA (Conjugate Linoleic Acid)
Winged Treebine Leaf Extract
Methoxy Isoflavone

**Other Ingredients**

Gelatin Capsule
Rice Flour
Magnesium Stearate
Soy

These products are not intended to diagnose, treat, cure or prevent any disease. These statements have not been evaluated by the Food and Drug Administration. Our website and the domain name is representative of products that may enhance blood levels of steroid hormones in the body. Anabolic Research is offering these very strong alternatives to anabolic steroids. These products are NOT intended for users under the age of 18. Use under a doctors supervision. This product is not a drug and should be used correctly. Use in conjunction with a well balanced diet and an intense bodybuilding or exercise program. For a list of ingredients, click here

Privacy Policy | Sitemap | Terms of Use

MuscleBuildingProducts.com  - Owned and operated by Dynamic Sports Nutrition, LLC dba Anabolic Research. Copyright © 2016 ALL RIGHTS RESERVED
$$ Webmasters Earn Money! $$
DMCA PROTECTED

Note: If the respondent clicked on the ingredient link, a popup still image of the ingredient page appeared on the screen.

Were you able to see the webpage clearly?

Yes

No

>

© Powered by SSI

What message or messages does the webpage communicate to you?

>

What else, if anything, did the webpage communicate to you?

>

© Powered by SSI

Is there a type or types of products that you believe are described on this webpage?

Yes

No

Don't know/No opinion

>

© Powered by SSI



What type or types of products are described on this webpage?

@ Powered by SSI

Now we are going to ask you some questions about some of the products shown on the webpage you just viewed. Here is the webpage again.







Dec 15, 2016

The information your site provided was very educational and helpful. It helped me to decide to buy the right product for me and my wife.

-Sammy

Dec 15, 2016

when i first these products I was amazed how quick they had started working thankyou Dale from Australia

-Dale

Dec 15, 2016

Hands down best site. best quality and no double talk. Real pros, real products.

-Roger

Dec 15, 2016

Johnny really helped me out. i was lost and Johnny guided me through the website. i am happy with what i see and how my experience went.

-Alexander

Dec 15, 2016

Thank you for always being able to help with any questions or concerns that I have.

-Darko

Dec 15, 2016

Love the products ..result are amazing ..

-Teddy

Dec 15, 2016

Been using your product for two months now. On my 2nd cycle and have been seeing some real nice improvements.



Thank you for always being able to help with any questions or concerns that I have.

-Darko

Dec 19, 2016

Love the products ..result are amazing ..

-Teddy

Dec 19, 2016

Been using your product for two months now. On my 2nd cycle and have been seeing some real nice improvements. I'll be submitting a before and after picture pretty soon. Awesome products. Thanks!

-Valentino

Dec 19, 2016

* These products are not intended to diagnose, treat, cure or prevent any disease. These statements have not been evaluated by the Food and Drug Administration. Our website and the domain name is representative of products that may enhance blood levels of steroid hormones in the body. Anabolic Research is offering these very strong alternatives to anabolic steroids. These products are NOT intended for users under the age of 18. Use under a doctors supervision. This product is not a drug and should be used correctly. Use in conjunction with a well balanced diet and an intense bodybuilding or exercise program. For a list of ingredients, click here

Privacy Policy | Sitemap | Terms of Use

MuscleBuildingProducts.com  - Owned and operated by Dynamic Sports Nutrition, LLC dba Anabolic Research. Copyright © 2016 ALL RIGHTS RESERVED

$$ Webmasters Earn Money! $$

DMCA PROTECTED



Based on your review of the webpage you just viewed, which, if any, of the following do you think the PURPLE product is?

*Select all that apply*

Click *here* to view the webpage again.

Dietary Supplement

Herbal Supplement

Vitamin

Anabolic Steroid

Amino Acid

None of these

Other (Specify)

Don't know/No opinion

© Powered by SSI

Note: Randomized order.



Based on your review of the webpage you just viewed, which, if any, of the following do you think the RED product is?

*Select all that apply*

Click *here* to view the webpage again.

Dietary Supplement

Herbal Supplement

Vitamin

Anabolic Steroid

Amino Acid

None of these

Other (Specify) ✎.......

Don't know/No opinion

>

© Powered by SSI

Note: Randomized order.

Based on your review of the webpage you just viewed, which, if any, of the following do you think the LIGHT BLUE product is?

*Select all that apply*

Click *here* to view the webpage again.

| Dietary Supplement |
| --- |
| Herbal Supplement |
| Vitamin |
| Anabolic Steroid |
| Amino Acid |
| None of these |
| Other (Specify) ✎ ....... |
| Don't know/No opinion |

>

® Powered by SSI

Note: Randomized order.



Based on your review of the webpage you just viewed, which, if any, of the following do you think the GREEN product is?

*Select all that apply*

Click *here* to view the webpage again.

Dietary Supplement

Herbal Supplement

Vitamin

Anabolic Steroid

Amino Acid

None of these

Other (Specify) 🖉 ........

Don't know/No opinion

>

© Powered by SSI

Note: Randomized order.

**You mentioned that you thought the PURPLE product is an anabolic steroid. What makes you say that?**

*Please be as specific and detailed as possible.*

>

© Powered by SSI

You mentioned that you thought the RED product is an anabolic steroid. What makes you say that?

*Please be as specific and detailed as possible.*

>

© Powered by SSI

You mentioned that you thought the LIGHT BLUE product is an anabolic steroid. What makes you say that?

*Please be as specific and detailed as possible.*

>

© Powered by SSI

You mentioned that you thought the GREEN product is an anabolic steroid. What makes you say that?

*Please be as specific and detailed as possible.*

>

© Powered by SSI



This question is a little different. While most people carefully read and respond to the questions in our surveys, a small number do not. To verify that you have read this question carefully, please select the Extremely Important response from the list below.

Extremely Important

Very Important

Somewhat Important

Not at all Important

Don't know/Not sure

>



Within the past 12 months, have you purchased any of the following products for building muscle mass, size, or strength?

| | | | |
|---|---|---|---|
| Herbal products | Yes | No | Don't Know |
| Dietary supplements | Yes | No | Don't Know |
| Anabolic steroids | Yes | No | Don't Know |
| Protein powders | Yes | No | Don't Know |
| Amino acids | Yes | No | Don't Know |
| Protein bars | Yes | No | Don't Know |
| Protein shakes or smoothies | Yes | No | Don't Know |

>

© Powered by SSI

Within the next 3 months, do you expect to purchase or use any of the following products for building muscle mass, size, or strength?

| | | | |
|---|---|---|---|
| Herbal products | Yes | No | Don't Know |
| Dietary supplements | Yes | No | Don't Know |
| Anabolic steroids | Yes | No | Don't Know |
| Protein powders | Yes | No | Don't Know |
| Amino acids | Yes | No | Don't Know |
| Protein bars | Yes | No | Don't Know |
| Protein shakes or smoothies | Yes | No | Don't Know |

>

© Powered by SSI

At any time during this survey, did you open any other windows or tabs on this computer?

Yes

No

>

© Powered by SSI

At any time during this survey, did you use any other computer?

Yes

No

>

© Powered by SSI

At any time during this survey, did you look at or use any hand-held electronic device, such as a cell phone or tablet computer?

Yes

No

>

© Powered by SSI

At any time during this survey, did you look at or use any hand-held electronic device, such as a cell phone?

Yes

No

>

© Powered by SSI

At any time during this survey, did you view any written material (other than this survey)?

Yes

No

>

© Powered by SSI

At any time during this survey, did you consult or talk with someone else?

Yes

No

>

© Powered by SSI

# Exhibit H
# Survey 2
# Questionnaire

# DIETARY SUPPLEMENT PRODUCT SURVEY

**[PROGRAMMER NOTES IN BOLD CAPS AND BRACKETS]**

**[DO NOT ALLOW ROUTED SURVEY TRAFFIC]**

**[PROGRAMMER: DISABLE RESUME LATER BUTTON FOR ENTIRE SURVEY]**

**[PROGRAMMER: DISABLE BACK BUTTON FOR ENTIRE SURVEY]**

**[EACH QUESTION APPEARS ON INDIVIDUAL PAGE]**

**[DIGITAL FINGERPRINTING SHOULD BE USED TO AVOID REPEAT PARTICIPATION]**

**[PLEASE CONFIRM THAT THIS SURVEY WILL ONLY BE SHOWN ON LAPTOP, TABLET OR DESKTOP COMPUTERS (NOT CELL PHONES)]**

**[IF DEVICE IS DETECTED AS MOBILE PHONE, TERM.]**

**INTRODUCTION**

Thank you for your willingness to participate in our study. The responses you give to our questions are very important to us.  If you don't know an answer to a question or if you don't have an opinion, please indicate this in your response.

During the survey, please do not use your browser's *FORWARD* and *BACK* buttons.  Instead, please always use the button below to move through the survey.

Simply click on the ">" button at the bottom of the page to begin the survey.

**[DISPLAY ON NEW PAGE]**
**Before continuing with this survey, please carefully read these instructions:**

- Please take the survey in <u>one</u> session.

- While completing this survey, please do <u>not</u> visit any other websites or refer to any outside websites for help in answering the survey questions.

- While completing this survey, please do <u>not</u> open any other windows or tabs on this computer or any other computer.

- While taking this survey, please do <u>not</u> use any hand-held electronic device, such as a cell phone.

- Please do <u>not</u> view any other written material while taking this survey.

- Please do <u>not</u> ask anyone else for help in answering the survey questions.

S1.    Please enter the code exactly as it appears in the image below, and then click ">" to continue.

**[INSERT CAPTCHA CENTERED ON PAGE]**

**[ALLOW THREE TRYS. IN ERROR MESSAGE, MENTION TEXT IS CASE SENSITIVE]**

**[TERMINATE IF CAPTCHA INPUTTED VS. WHAT IS DISPLAYED IS INCORRECT]**

S2.    What type of device are you using to complete this survey?

    1.   Desktop computer
    2.   Laptop computer
    3.   Tablet computer
    4.   Mobile phone or cell phone    **[TERMINATE]**
    5.   Something else (Please specify)  **[TERMINATE]**

**[TERMINATE IF DETECTED DEVICE IS DESKTOP/LAPTOP/TABLET AND THEY SELECT MOBILE PHONE OR CELL PHONE (S2=4) OR SOMETHING ELSE (S2=5).]**

S3.    Are you…..

    1.   Male
    2.   Female

**[TERMINATE IF GENDER DOES NOT MATCH PANEL DATA]**

S4.    Please select your age.

**[AGE DROP DOWN]**

**[TERMINATE IF AGE DOES NOT MATCH PANEL DATA. TERMINATE IF UNDER 18.]**

**[PROGRAMMER: INCLUDE HIDDEN VARIABLE CAPTURING AGE CATEGORY: 18-34, 35-49, 50-64, AND 65+.]**

S5.    In which state do you currently live?
**[INSERT DROP DOWN BOX WITH LIST OF STATES, INCLUDE DC AND "Outside of United States"]**
**[TERMINATE IF OUTSIDE US]**

**[PROGRAMMER: INCLUDE HIDDEN VARIABLE CAPTURING REGION CATEGORY: Northeast, Midwest, South, West, Not in US]**

S6.    Do you or does anyone in your household work for any of the following?

**[RANDOMIZE ORDER]**

|  | Yes | No | Don't Know |
|---|---|---|---|
| An advertising company | **TERMINATE** |  | **TERMINATE** |
| A market research company | **TERMINATE** |  | **TERMINATE** |
| A hair salon |  |  |  |
| A fitness center or gym | **TERMINATE** |  | **TERMINATE** |
| A physician's or nutritionist's office | **TERMINATE** |  | **TERMINATE** |
| A company that makes, sells, or distributes vitamins or supplements | **TERMINATE** |  | **TERMINATE** |
| A company that makes, sells, or distributes hair products |  |  |  |
| A grocery store |  |  |  |

2

S7.     Please indicate which, if any, of the following you have taken a survey about in the last six months.

**[RANDOMIZE ORDER]**

|  | Yes | No | Don't Know |
|---|---|---|---|
| Products for building muscle mass, size, or strength | **TERMINATE** |  | **TERMINATE** |
| Products for losing weight |  |  |  |
| Products for reducing fine lines or wrinkles |  |  |  |
| Products for strengthening hair |  |  |  |
| Products for preventing hair loss |  |  |  |

S8.     Within the past 12 months, have you purchased any of the following types of products?

**[RANDOMIZE ORDER]**

|  | **Yes** | **No** | **Don't Know** |
|---|---|---|---|
| Products for building muscle mass, size, or strength |  |  |  |
| Products for losing weight |  |  |  |
| Products for reducing fine lines or wrinkles |  |  |  |
| Products for strengthening hair |  |  |  |
| Products for preventing hair loss |  |  |  |

S9.     Within the next 3 months, do you expect to purchase any of the following types of products?

**[RANDOMIZE ORDER]**

|  | **Yes** | **No** | **Don't Know** |
|---|---|---|---|
| Products for building muscle mass, size, or strength |  |  |  |
| Products for losing weight |  |  |  |
| Products for reducing fine lines or wrinkles |  |  |  |
| Products for strengthening hair |  |  |  |
| Products for preventing hair loss |  |  |  |

**TO CONTINUE, RESPONDENT MUST HAVE PURCHASED OR EXPECT TO PURCHASE PRODUCTS FOR BUILDING MUSCLE MASS, SIZE, OR STRENGTH.**

3

**[IF S8="Yes" for products for building muscle mass, size, or strength, ASK S10]**

S10.    In the past 12 months, have you visited or shopped on any websites that sell products for building muscle mass, size, or strength?

     1.  Yes
     2.  No
     3.  Don't Know

## MAIN SURVEY

We are interested in your honest opinions. There are no right or wrong answers to the questions in this survey.  If, for any question, you don't know the answer or don't have an opinion, please feel free to choose the "Don't know/No opinion" option. Please do not guess.

Please click on the ">" button below once you are ready to continue.

**[NEW SCREEN]**

Please look at the webpage below. Please look at this webpage as you normally would if you were considering making a purchase from this website.  The webpage is a real page from an actual website, but the image is not a live page. If there are links that you are interested in clicking on, please do so. Some, but not all, of the links will open a new page. Take as much time as you would like to review the webpage and when you are finished, click ">" to continue. To ensure that you have enough time to review the webpage, the ">" button will appear after a short delay.

---

**DO NOT DISPLAY. PROGRAMMING INSTRUCTIONS ONLY**

**CREATE HIDDEN VARIABLE "GROUP"**

**[DATA ONLY, RANDOMLY ASSIGN RESPONDENTS TO GROUP 1 OR GROUP 2]**

       1 – GROUP 1: Anabolics.com
       2 – GROUP 2: MuscleBuildingProducts.com


**DISPLAY WEBPAGE A**


**[DO NOT ENABLE CONTINUE BUTTON FOR 20 SECONDS]**
**[TRACK HOW MANY SECONDS RESPONDENT SPENDS ON EACH PAGE]**

---

1.  Were you able to see the webpage clearly?

      1.  Yes
      2.  No        **[TERMINATE]**

5

Now we are going to show you the webpage of one of the products shown on the website. Please look at this webpage as you normally would if you were considering purchasing the product shown. If there are links that you are interested in clicking on, please do so. Some, but not all, of the links will open a new page. Take as much time as you would like and when you are finished, click ">" to continue.

---

**DO NOT DISPLAY. PROGRAMMING INSTRUCTIONS ONLY**

**CREATE HIDDEN VARIABLE "PRODUCT" RANDOMLY ASSIGN GROUP 1 RESPONDENTS TO PRODUCTS 1-4. RANDOMLY ASSIGN GROUP 2 RESPONDENTS TO PRODUCTS 5-8**

      1 – PRODUCT 1: CLEN
      2 – PRODUCT 2: D-ANABOL 25
      3 – PRODUCT 3: TEST 600x
      4 – PRODUCT 4: TREN 75
      5 – PRODUCT 5: CLEN CONTROL
      6 – PRODUCT 6: D-ANABOL 25 CONTROL
      7 – PRODUCT 7: TEST 600X CONTROL
      8 – PRODUCT 8: TREN 75 CONTROL

**DISPLAY WEBPAGE B**

**[FOR WEBPAGE B, DO NOT ENABLE CONTINUE BUTTON FOR 20 SECONDS]**
**[TRACK HOW MANY SECONDS RESPONDENT SPENDS ON EACH PAGE]**

---

2.  Were you able to see the webpage clearly?

      3.  Yes
      4.  No        **[TERMINATE]**

3.  What is the name of the product you reviewed on the second webpage you viewed?
    **[RANDOMIZE LIST]**
      1.  Clen
      2.  D-Anabol 25
      3.  Test 600x
      4.  Tren 75
      5.  Other (Please Specify)
      6.  Don't know/No opinion

4.  What does the webpage convey about **[INSERT PRODUCT NAME]**?
    **[IF Q3 DOES NOT MATCH PRODUCT VARIABLE, DISPLAY "this product" INSTEAD OF PRODUCT NAME]**
    **[LARGE TEXT BOX]**

5.  What else, if anything, did the webpage convey about **[INSERT PRODUCT NAME]**?
    **[IF Q3 DOES NOT MATCH PRODUCT VARIABLE, DISPLAY "this product" INSTEAD OF PRODUCT NAME]**
    **[LARGE TEXT BOX]**

QUESTIONS ABOUT INDIVIDUAL PRODUCTS

**[RANDOMIZE ORDER OF Q6 –Q11 SERIES]**

6.  Based on your review of this product's webpage, do you think this product….
    **[ROTATE RESPONSE OPTIONS 1 AND 2]**
    1.  Would increase flexibility
    2.  Would not increase flexibility
    3.  There is not enough information to determine whether or not this product would increase flexibility
    4.  Don't know/ no opinion

**[ASK IF Q6=1 OR Q6=2]**
6a. What makes you say that?

**[ASK Q7 IF GROUP=1, 3, 4, 5, 7, OR 8]**
7.  Based on your review of this product's webpage, do you think this product….
    **[ROTATE RESPONSE OPTIONS 1 AND 2]**
    1.  Would reduce body fat
    2.  Would not reduce body fat
    3.  There is not enough information to determine whether or not this product would reduce body fat
    4.  Don't know/ no opinion

**[ASK IF Q7=1 OR Q7=2]**
7a.  What makes you say that?

**[ASK Q8 IF GROUP=2, 3, 4, 6, 7, OR 8]**
8.  Based on your review of this product's webpage, do you think this product….
    **[ROTATE RESPONSE OPTIONS 1 AND 2]**
    1.  Would increase muscle size
    2.  Would not increase muscle size
    3.  There is not enough information to determine whether or not this product would increase muscle size
    4.  Don't know/ no opinion

**[ASK IF Q8=1 OR Q8=2]**
8a. What makes you say that?

 **[ASK Q9 IF GROUP=2, 3, 6,OR 7]**
9.  Based on your review of this product's webpage, do you think this product….
    **[ROTATE RESPONSE OPTIONS 1 AND 2]**
    1.  Would increase strength
    2.  Would not increase strength
    3.  There is not enough information to determine whether or not this product would increase strength
    4.  Don't know/ no opinion

**[ASK IF Q9=1 OR Q9=2]**
9a. What makes you say that?
**[ASK Q10 IF GROUP=3 OR 7]**

7

10. Based on your review of this product's webpage, do you think this product….

        **[ROTATE RESPONSE OPTIONS 1 AND 2]**
1. Would increase sexual performance and sexual stamina
2. Would not increase sexual performance and sexual stamina
3. There is not enough information to determine whether or not this product would increase sexual performance and sexual stamina
4. Don't know/ no opinion

**[ASK IF Q10=1 OR Q10=2]**
10a. What makes you say that?


**[ASK Q11 IF GROUP=1 OR 5]**
11. Based on your review of this product's webpage, do you think this product….

        **[ROTATE RESPONSE OPTIONS 1 AND 2]**
1. Would increase stamina and endurance
2. Would not increase stamina and endurance
3. There is not enough information to determine whether or not this product would increase stamina and endurance
4. Don't know/ no opinion

**[ASK IF Q11=1 OR Q11=2]**
11a. What makes you say that?

8

[ASK EVERYONE]

12. Thinking about products like the ones shown on these webpages, would the following information influence or not influence your decision to purchase the product?

[ROTATE ORDER OF WOULD INFLUENCE/WOULD NOT INFLUENCE COLUMNS]
[RANDOMIZE ORDER]

|  | Would Influence | Would Not Influence | Don't Know |
|---|---|---|---|
| The product reduces body fat | | | |
| The product increases muscle size | | | |
| The product increases strength | | | |
| The product increases stamina and endurance | | | |
| The product improves sexual performance and sexual stamina | | | |
| The product improves sleep | | | |
| The product is endorsed by a celebrity | | | |
| The product is shipped discreetly | | | |

13. Thinking about products like the ones shown on these webpages, would the following information make you:
   - More likely to purchase the product over other similar products
   - Neither more nor less likely to purchase the product over other similar products
   - Less likely to purchase the product over other similar products
   - or do you not know?

[ONLY DISPLAY ITEMS THAT RESPONDENT INDICATED "WOULD INFLUENCE" PURCHASE IN Q11]
[ROTATE ORDER OF MORELIKELY/LESS LIKELY COLUMNS]

|  | More Likely | Neither More Nor Less Likely | Less Likely | Don't Know |
|---|---|---|---|---|
| The product reduces body fat | | | | |
| The product increases muscle size | | | | |
| The product increases strength | | | | |
| The product increases stamina and endurance | | | | |
| The product improves sexual performance and sexual stamina | | | | |
| The product improves sleep | | | | |
| The product is endorsed by a celebrity | | | | |
| The product is shipped discreetly | | | | |

9

**We are almost finished. Just a few more questions.**

14. This question is a little different. While most people carefully read and respond to the questions in our surveys, a small number do not. To verify that you have read this question carefully, please select the [RANDOMLY ASSIGN FIRST, SECOND, THIRD, FOURTH, OR FIFTH] response from the list below.

    1. Extremely Important
    2. Very Important
    3. Somewhat Important
    4. Not at all Important
    5. Don't know/Not sure

    **[TERMINATE IF RESPONDENT SELECTS WRONG ANSWER]**

15. Within the past 12 months, have you purchased any of the following products for building muscle mass, size, or strength?
**[RANDOMIZE ORDER]**

|  | Yes | No | Don't Know |
|---|---|---|---|
| Dietary supplements | | | |
| Amino acids | | | |
| Herbal products | | | |
| Anabolic steroids | | | |
| Protein powders | | | |
| Protein bars | | | |
| Protein shakes or smoothies | | | |

16. Within the next 3 months, do you expect to purchase or use any of the following products for building muscle mass, size, or strength?
**[RANDOMIZE ORDER]**

|  | Yes | No | Don't Know |
|---|---|---|---|
| Dietary supplements | | | |
| Amino acids | | | |
| Herbal products | | | |
| Anabolic steroids | | | |
| Protein powders | | | |
| Protein bars | | | |
| Protein shakes or smoothies | | | |

**DUMMY VARIABLE: 1=RESPONDENT MUST HAVE PURCHASED OR EXPECT TO PURCHASE DIETARY SUPPLEMENTS, AMINO ACIDS, HERBAL PRODUCTS, OR ANABOLIC STEROIDS; 2= ALL ELSE.**

17. At any time during this survey, did you open any other windows or tabs on this computer?
      1.      Yes      **[TERMINATE]**
      2.      No

18. At any time during this survey, did you use any other computer?
      1.      Yes      **[TERMINATE]**
      2.      No

**[IF S2= "Tablet computer," OMIT "or tablet computer"]**
19. At any time during this survey, did you look at or use any hand-held electronic device, such as a cell phone or tablet computer?
      1.      Yes      **[TERMINATE]**
      2.      No

20. At any time during this survey, did you view any written material (other than this survey)?
      1.      Yes      **[TERMINATE]**
      2.      No

20. At any time during this survey, did you consult or talk with someone else?
      1.      Yes      **[TERMINATE]**
      2.      No

# Exhibit I
# Survey 2
# Screenshots

Thank you for your willingness to participate in our study. The responses you give to our questions are very important to us. If you don't know an answer to a question or if you don't have an opinion, please indicate this in your response.

During the survey, please do not use your browser's *FORWARD* and *BACK* buttons. Instead, please always use the button below to move through the survey.

Simply click on the ">" button at the bottom of the page to begin the survey.



© Powered by SSI

Before continuing with this survey, please carefully read these instructions:

- Please take the survey in <u>one</u> session.
- While completing this survey, please do <u>not</u> visit any other websites or refer to any outside websites for help in answering the survey questions.
- While completing this survey, please do <u>not</u> open any other windows or tabs on this computer or any other computer.
- While taking this survey, please do <u>not</u> use any hand-held electronic device, such as a cell phone.
- Please do <u>not</u> view any other written material while taking this survey.
- Please do <u>not</u> ask anyone else for help in answering the survey questions.

>

© Powered by SSI



Please enter the code exactly as it appears in the image below, and then click ">" to continue.

Ex7yZ

© Powered by SSI

Note: Randomized CAPTCHA codes.

**What type of device are you using to complete this survey?**

Desktop computer

Laptop computer

Tablet computer

Mobile phone or cell phone

Something else (Please specify) ✎........

>

© Powered by SSI

Are you.....

Male

Female

>

© Powered by SSI



Please select your age.

Please select your answer ▼

>

© Powered by SSI

Note: Drop down box with ages up to 99 and a "Prefer not to answer" option.



In which state do you currently live?

Please select your answer ⌄

>

© Powered by SSI

Note: Drop down box with a list of States, including the District of Columbia and "Outside of US."



**Do you or does anyone in your household work for any of the following?**

| | | | |
|---|---|---|---|
| A hair salon | Yes | No | Don't Know |
| A fitness center or gym | Yes | No | Don't Know |
| A company that makes, sells, or distributes vitamins or supplements | Yes | No | Don't Know |
| An advertising company | Yes | No | Don't Know |
| A grocery store | Yes | No | Don't Know |
| A physician's or nutritionist's office | Yes | No | Don't Know |
| A market research company | Yes | No | Don't Know |
| A company that makes, sells, or distributes hair products | Yes | No | Don't Know |

>

© Powered by SSI

Note: Randomized order.

Please indicate which, if any, of the following you have taken a survey about in the last six months.

| | | | |
|---|---|---|---|
| Products for preventing hair loss | Yes | No | Don't Know |
| Products for reducing fine lines or wrinkles | Yes | No | Don't Know |
| Products for losing weight | Yes | No | Don't Know |
| Products for strengthening hair | Yes | No | Don't Know |
| Products for building muscle mass, size, or strength | Yes | No | Don't Know |

>

© Powered by SSI

Note: Randomized order.



Note: Randomized order.

Within the next 3 months, do you expect to purchase any of the following types of products?

| | | | |
|---|---|---|---|
| Products for preventing hair loss | Yes | No | Don't Know |
| Products for reducing fine lines or wrinkles | Yes | No | Don't Know |
| Products for losing weight | Yes | No | Don't Know |
| Products for strengthening hair | Yes | No | Don't Know |
| Products for building muscle mass, size, or strength | Yes | No | Don't Know |

>

© Powered by SSI

Note: Randomized order.

In the past 12 months, have you visited or shopped on any websites that sell products for building muscle mass, size, or strength?

Yes

No

Don't know

>

© Powered by SSI

We are interested in your honest opinions. There are no right or wrong answers to the questions in this survey. If, for any question, you don't know the answer or don't have an opinion, please feel free to choose the "Don't know/No opinion" option. Please do not guess.

Please click on the ">" button below once you are ready to continue.

>

© Powered by SSI

# Test Group

Please look at the webpage below. Please look at this webpage as you normally would if you were considering making a purchase from this website. The webpage is a real page from an actual website, but the image is not a live page. If there are links that you are interested in clicking on, please do so. Some, but not all, of the links will open a new page. Take as much time as you would like and when you are finished, click ">" to continue. To ensure that you have enough time to review the webpage, the ">" button will appear after a short delay.







-Shane
Dec 19, 2016

The information your site provided was very educational and helpful. It helped me to decide to buy the right product for me and my wife.

-Sandra
Dec 19, 2016

when I first these products I was amazed how quick they had started working thankyou Dale from Australia

Dale
Dec 19, 2016

Hands down best site, best quality and no double talk. Real pros, real products.

-Roger
Dec 19, 2016

Johnny really helped me out. I was lost and Johnny guided me through the website. I am happy with what I see and how my experience went.

-Alexander
Dec 19, 2016

Thank you for always being able to help with any questions or concerns that I have.

-Darko
Dec 19, 2016

Love the products ..result are amazing ..

-Teddy
Dec 19, 2016

Been using your product for two months now. On my 2nd cycle and have been seeing



cycle and have been seeing some real nice improvements. I'll be submitting a before and after picture pretty soon. Awesome products. Thanks!

-Valentino

Dec 13, 2011

* These products are not intended to diagnose, treat, cure or prevent any disease. These statements have not been evaluated by the Food and Drug Administration. Our website and the domain name "Anabolics.com" is representative of products that may enhance blood levels of steroid hormones in the body. Anabolic Research is offering these very strong alternatives to anabolic steroids. These products are NOT intended for users under the age of 18. Use under a doctors supervision. This product is not a drug and should be used correctly. Use in conjunction with a well balanced diet and an intense bodybuilding or exercise program. For a list of ingredients, click here.

Privacy Policy | Sitemap | Terms of Use

anabolics.com - Owned and operated by Dynamic Sports Nutrition, LLC dba Anabolic Research. Copyright © 2016 ALL RIGHTS RESERVED

**$$ Webmasters Earn Money! $$**

DMCA PROTECTED

>



Note: If the respondent clicked on the ingredient link, a popup still image of the ingredient page appeared on the screen.



**POPULAR STACKS**

View All Stacks
Growth Hormone Stack
Mass Stack
Strength Stack
Cutting Stack
Summer Stack
Xtreme Speed Stack

Search

Advanced Search   Search Tips

**Customer Comments**

Best site I have ever seen for buying supplements
—Steve
Dec 16, 2016

The Summer stack has been a great to keep off weight during the holiday season.
—Daniel
Dec 15, 2016

This is the third time I have purchased these products from this site, they have always arrived here in Australia and have produced excellent results.
—Shane
Dec 15, 2016

L-Arginine (as HCl)
Tribulus Fruit Powder
Caffeine
Maca Root Powder
Eurycoma Longfolia (Long Jack) Fruit Powder

**Other Ingredients**

Stearic Acid
DiCalcium Phosnphate
Micro Crystalline Cellulose
Magnesium Stearate
Croscarmellose Sodium
Silicon Di Oxide
Pharmaceutical Glaze (Shellac, Povidone)

**D-ANABOL 25**

Serving Size: 1 Capsule
Servings per container: 90

**Metandesenolone Proprietary Blend - 429.3 mg**

L-Arginine HCL
Rhodiola Root Powder
Fenugreek Seed Extract
Cyanotis Vaga Extract
Inosine
Clary Sage Leaf Extract

**Nandeconate Proprietary Blend - 229.9 mg**

Beta Hydroxy-Beta-methylbutyrate Calcium Salt (Calcium HMB)
Eurycoma Longfolia Fruit Extract
L-CarnosineMagnesium 54%

**Other Ingredients**

Gelatin Capsule
Magnesium Stearate
Dicalcium Phosphate

**WINN-50**

Serving Size: 1 Capsule
Servings per container: 90

Vitamin B12 (as Cyanocobalamin)

Iron (as Amino Acid Chelate)

**Vanazolol Proprietary Blend - 356.35 mg**

Caffeine
Dandelion Root Powder



The information your site provided was very educational and helpful. It helped me to decide to buy the right product for me and my wife.

-Sandra
Dec 19, 2016

when I first these products I was amazed how quick they had started working thankyou Dale from Australia

-Dale
Dec 19, 2016

Hands down best site, best quality and no double talk. Real pros, real products.

-Roger
Dec 19, 2016

Johnny really helped me out. i was lost and Johnny guided me through the website. i am happy with what i see and how my experience went.

-Alexander
Dec 19, 2016

Thank you for always being able to help with any questions or concerns that I have.

-Darko
Dec 19, 2016

Love the products .. result are amazing ..

-Teddy
Dec 19, 2016

Been using your product for two months now. On my 2nd cycle and have been seeing some real nice improvements.

**Other Ingredients**

Gelatin Capsule

Magnesium Stearate

---

**CLEN**

Serving Size: 1 Capsule
Servings per container: 90

Vitamin B12 (as Cyanocobalamin)

**Clen Proprietary Blend - 288.5 mg**

Caffeine

Cayenne Pepper Powder

Octopamine HCl

Guggul oleo-Gum-Resin Extract

Synephrine HCl

**Other Ingredients**

Rice Flour

Gelatin Capsule

Magnesium Stearate

---

DHEA (Dehydroepiandrosterone)

Vanadium (as Vanadyl Sulfate)

**Other Ingredients**

Gelatin Capsule

Magnesium Stearate

Dicalcium Phosphate

Soy

---

**TREN 75**

Serving Size: 1 Capsule
Servings per container: 90

**Finabolon Proprietary Blend - 292 mg**

Tribulus Fruit Powder

Fenugreek Seed Powder

Cayenne Pepper Fruit Powder

**Other Ingredients**

Gelatin Capsule

Rice Flour

Magnesium Stearate

Titanium Dioxide



I'll be submitting a before and after picture pretty soon. Awesome products. Thanks!

-Valentino
Dec 19, 2010

**PITUITARY GROWTH HORMONE**

Serving Size: 1 Tablet
Servings per container: 60

**Proprietary Blend**

L-Glutamic Acid
L-Proline
Pituitary Substance
L-Isoleucine
L-Threonine
L-Alanine
L-Serine
L-Phenylalanine
L-Arginine HCl
L-Valine
L-Tyrosine
L-Histidine
L-Glycine
L-Methionine
L-Cystine
Soy Protein
L-Leucine

**Other Ingredients**

DiCalcium Phoshphate
Stearic Acid

**VAR 10**

Serving Size: 1 Capsule
Servings per container: 90

Vitamin B6 (as Pyridoxine HCl)

Magnesium (as Magnesium Oxide

Zinc (as Zinc Aspartate)

**Oxantrione Proprietary Blend - 66.8 mg**

CLA (Conjugate Linoleic Acid)
Winged Treebine Leaf Extract
Methoxy Isoflavone

**Other Ingredients**

Gelatin Capsule
Rice Flour
Magnesium Stearate
Soy



Stearic Acid

Magnesium Stearate

Silicon Dioxide

Pharmaceutical Glaze (Shellac, Povidone)

Soy

* These products are not intended to diagnose, treat, cure or prevent any disease. These statements have not been evaluated by the Food and Drug Administration. Our website and the domain name "Anabolics.com" is representative of products that may enhance blood levels of steroid hormones in the body. Anabolic Research is offering these very strong alternatives to anabolic steroids. These products are NOT intended for users under the age of 18. Use under a doctors supervision. This product is not a drug and should be used correctly. Use in conjunction with a well balanced diet and an intense bodybuilding or exercise program. For a list of ingredients, click here

Privacy Policy | Sitemap | Terms of Use

anabolics.com - Owned and operated by Dynamic Sports Nutrition, LLC dba Anabolic Research. Copyright © 2016 ALL RIGHTS RESERVED

$$ Webmasters Earn Money! $$

DMCA PROTECTED

**Were you able to see the webpage clearly?**

Yes

No

>

© Powered by SSI

Now we are going to show you the webpage of one of the products shown on the website. Please look at this webpage as you normally would if you were considering purchasing the product shown. If there are links that you are interested in clicking on, please do so. Some, but not all, of the links will open a new page. Take as much time as you would like and when you are finished, click ">" to continue. To ensure that you have enough time to review the webpage, the ">" button will appear after a short delay.





**POPULAR STACKS**

View All Stacks

Growth Hormone Stack

Mass Stack

Strength Stack

Cutting Stack

Summer Stack

Xtreme Speed Stack

Search

Advanced Search | Search Tips

**Customer Comments**

Best site I have ever seen for buying supplements
-Steve
Dec 19, 2010

The Summer stack has been a great to keep off weight during the holiday season.
-Daniel
Dec 19, 2010

This is the third time I have purchased these products from this site, they have always arrived here in Australia and have produced excellent results.
-Shane
Dec 19, 2010

While we carry a host of the most effective and powerful muscle building products on the market, our most popularly requested formula is our Maximum Strength Clen® and the reasons are straightforward:

Clen® has been formulated with beta-2 receptor stimulation in mind and is designed to promote a simultaneously thermogenic and lipolysis effect. This action provides a significant metabolic boost and creates an internal environment that is perfect for fat loss. Not only does Clen® effectively help burn stubborn body fat, it can significantly reduce and help you control your hunger and cravings. A stronger and more powerful metabolism with more appetite control means one thing - Clen® will help you reach the lean physique you crave!

Surprisingly to some, Clen® is also a great tool for those who are looking to build up muscle mass or who are in what's commonly known as a "bulking phase." Gaining too much body fat is a common problem when bulking, but Clen® will help you control the unwanted fat gain so that your gains are of a higher quality. Athletes, be it high performance or endurance, will find Clen® to be invaluable as it has been designed to promote cardiovascular endurance and stamina, which means you will breath easier. All athletes from all walks of life will also find Clen® provides a significant boost of energy, which is always welcomed when training.

If you want to lose body fat, if you're looking to enhance your athletic performance or if you simply need a boost of energy or appetite control, you will find Clen® is the top choice to meet your needs. A highly effective product when used alone, the effects of Maximum Strength Clen® are a perfect addition to any performance stack.

*Clen® was scientifically formulated to help:

Rapidly Remove Body Fat*

Efficiently Burn Fat Calories*

Stimulate Fat Cells to Enhance the Breakdown of Triglycerides*

Improve Stamina and Endurance*

Safely and Substantially Reduce Appetite*

**Directions For Use:** This product contains 90 capsules and is designed to be a 30 day cycle. Take 1 capsule 3 times daily with 8 ounces of water. Doses should be spaced evenly throughout the day.

To view the list of ingredients for each product... click here



* Clen®

$82.00 $70.00

 add to cart



The information your site provided was very educational and helpful. It helped me to decide to buy the right product for me and my wife.
-Sanora
Dec 19, 2016

when I first these products I was amazed how quick they had started working thankyou Dale from Australia
-Dale
Dec 16, 2016

Hands down best site, best quality and no double talk. Real pros, real products.
-Roger
Dec 9, 2016

Johnny really helped me out. i was lost and Johnny guided me through the website. i am happy with what i see and how my experience went.
-Alexander
Dec 04, 2016

Thank you for always being able to help with any questions or concerns that I have.
-Dominic
Dec 19, 2016

Love the products ..result are amazing ..
-Teddy
Dec 11, 2016

Been using your product for two months now. On my 2nd cycle and have been seeing some real nice improvements. I'll be submitting a before and after picture pretty soon.

* Clen - BUY 2 GET 1 FREE!
$246.00 $140.00

add to cart

BUY 2 GET 1 FREE!

CLEN*



-Alexander
Dec 14 2015

Thank you for always being
able to help with any questions
or concerns that I have.

-Osiris
Dec 14 2015

Love the products ..result are
amazing ..

-Teddy
Dec 10 2015

Been using your product for
two months now. On my 2nd
cycle and have been seeing
some real nice improvements.
I'll be submitting a before and
after picture pretty soon.
Awesome products. Thanks!

-Valentino
Dec 14 2015

[1] These products are not intended to diagnose, treat, cure or prevent any disease. These statements have not been evaluated by the Food and Drug Administration. Our website and
the domain name "**Anabolics** com" is representative of products that may enhance blood levels of steroid hormones in the body. Anabolic Research is offering these very strong
alternatives to anabolic steroids. These products are NOT intended for users under the age of 18. Use under a doctors supervision. This product is not a drug and should be used
correctly. Use in conjunction with a well balanced diet and an intense bodybuilding or exercise program. For a list of ingredients, click here

Privacy Policy | Sitemap | Terms of Use

anabolics.com - Owned and operated by Dynamic Sports Nutrition, LLC dba Anabolic Research, Copyright © 2016 ALL RIGHTS RESERVED

$$ Webmasters Earn Money! $$



Note: If the respondent clicked on the ingredient link, a popup still image of the ingredient page appeared on the screen.



POPULAR STACKS
View All Stacks
Growth Hormone Stack
Mass Stack
Strength Stack
Cutting Stack
Summer Stack
Xtreme Speed Stack

Search

Advanced Search    Search Tips

**Customer Comments**

Best site I have ever seen for buying supplements
-Steve
Dec 16, 2016

The Summer stack has been a great to keep off weight during the holiday season.
-Daniel
Dec 15, 2016

This is the third time I have purchased these products from this site, they have always arrived here in Australia and have produced excellent results.
-Shane
Dec 15, 2016

L-Arginine (as HCl)
Tribulus Fruit Powder
Caffeine
Maca Root Powder
Eurycoma Longfolia (Long Jack) Fruit Powder

**Other Ingredients**

Stearic Acid
DiCalcium Phosnphate
Micro Crystalline Cellulose
Magnesium Stearate
Croscarmellose Sodium
Silicon Di Oxide
Pharmaceutical Glaze (Shellac, Povidone)

**D-ANABOL 25**

Serving Size: 1 Capsule
Servings per container: 90

**Metandesenolone Proprietary Blend - 429.3 mg**

L-Arginine HCL
Rhodiola Root Powder
Fenugreek Seed Extract
Cyanotis Vaga Extrract
Inosine
Clary Sage Leaf Extract

**Nandeconate Proprietary Blend - 229.9 mg**

Beta Hydroxy-Beta-methylbutyrate Calcium Salt (Calcium HMB)
Eurycoma Longfolia Fruit Extract
L-CarnosineMagnesium 54%

**Other Ingredients**

Gelatin Capsule
Magnesium Stearate
Dicalcium Phosphate

**WINN-50**

Serving Size: 1 Capsule
Servings per container: 90

Vitamin B12 (as Cyanocobalamin)

Iron (as Amino Acid Chelate)

**Vanazolol Proprietary Blend - 356.35 mg**

Caffeine
Dandelion Root Powder

The information your site provided was very educational and helpful. It helped me to decide to buy the right product for me and my wife.

-Sandra
Dec 19, 2016

when I first these products I was amazed how quick they had started working thankyou Dale from Australia

-Dale
Dec 19, 2016

Hands down best site, best quality and no double talk. Real pros, real products.

-Roger
Dec 19, 2016

Johnny really helped me out. I was lost and Johnny guided me through the website. i am happy with what i see and how my experience went.

-Alexander
Dec 19, 2016

Thank you for always being able to help with any questions or concerns that I have.

-Danko
Dec 19, 2016

Love the products .. result are amazing ..

-Teddy
Dec 19, 2016

Been using your product for two months now. On my 2nd cycle and have been seeing some real nice improvements.

**Other Ingredients**

Gelatin Capsule

Magnesium Stearate

---

**CLEN**

Serving Size: 1 Capsule
Servings per container: 90

Vitamin B12 (as Cyanocobalamin)

**Clen Proprietary Blend - 288.5 mg**

Caffeine

Cayenne Pepper Powder

Octopamine HCl

Guggul oleo-Gum-Resin Extract

Synephrine HCl

**Other Ingredients**

Rice Flour

Gelatin Capsule

Magnesium Stearate

---

DHEA (Dehydroepiandrosterone)

Vanadium (as Vanadyl Sulfate)

**Other Ingredients**

Gelatin Capsule

Magnesium Stearate

Dicalcium Phosphate

Soy

---

**TREN 75**

Serving Size: 1 Capsule
Servings per container: 90

**Finabolon Proprietary Blend - 292 mg**

Tribulus Fruit Powder

Fenugreek Seed Powder

Cayenne Pepper Fruit Powder

**Other Ingredients**

Gelatin Capsule

Rice Flour

Magnesium Stearate

Titanium Dioxide



I'll be submitting a before and after picture pretty soon. Awesome products. Thanks!

-Valentino

Dec 19, 2010

McAfee SECURE
CLICK TO VERIFY

### PITUITARY GROWTH HORMONE

Serving Size: 1 Tablet
Servings per container: 60

**Proprietary Blend**

L-Glutamic Acid
L-Proline
Pituitary Substance
L-Isoleucine
L-Threonine
L-Alanine
L-Serine
L-Phenylalanine
L-Arginine HCl
L-Valine
L-Tyrosine
L-Histidine
L-Glycine
L-Methionine
L-Cystine
Soy Protein
L-Leucine

**Other Ingredients**

DiCalcium Phoshphate
Stearic Acid

### VAR 10

Serving Size: 1 Capsule
Servings per container: 90

Vitamin B6 (as Pyridoxine HCl)

Magnesium (as Magnesium Oxide

Zinc (as Zinc Aspartate)

**Oxantrione Proprietary Blend - 66.8 mg**

CLA (Conjugate Linoleic Acid)
Winged Treebine Leaf Extract
Methoxy Isoflavone

**Other Ingredients**

Gelatin Capsule
Rice Flour
Magnesium Stearate
Soy



Stearic Acid

Magnesium Stearate

Silicon Dioxide

Pharmaceutical Glaze (Shellac, Povidone)

Soy

* These products are not intended to diagnose, treat, cure or prevent any disease. These statements have not been evaluated by the Food and Drug Administration. Our website and the domain name "**Anabolics**.com" is representative of products that may enhance blood levels of steroid hormones in the body. Anabolic Research is offering these very strong alternatives to anabolic steroids. These products are NOT intended for users under the age of 18. Use under a doctors supervision. This product is not a drug and should be used correctly. Use in conjunction with a well balanced diet and an intense bodybuilding or exercise program. For a list of ingredients, click here

Privacy Policy | Sitemap | Terms of Use

anabolics.com - Owned and operated by Dynamic Sports Nutrition, LLC dba Anabolic Research. Copyright © 2016 ALL RIGHTS RESERVED

$$ Webmasters Earn Money! $$

DMCA PROTECTED

Now we are going to show you the webpage of one of the products shown on the website. Please look at this webpage as you normally would if you were considering purchasing the product shown. If there are links that you are interested in clicking on, please do so. Some, but not all, of the links will open a new page. Take as much time as you would like and when you are finished, click ">" to continue. To ensure that you have enough time to review the webpage, the ">" button will appear after a short delay.





## TESTIMONIALS

### POPULAR STACKS
**View All Stacks**
**Growth Hormone Stack**
**Mass Stack**
**Strength Stack**
**Cutting Stack**
**Summer Stack**
**Xtreme Speed Stack**

Search

Advanced Search   Search Tips

### Customer Comments

Best site i have ever seen for buying supplements
-Steve

The Summer stack has been a great to keep off weight during the holiday season.
-Daniel

This is the third time I have purchased these products from this site, they have always arrived here in Australia and have produced excellent results.

Our fast acting D-Anabol 25™ was designed for the athlete that desires to become bigger and stronger in the shortest possible time and who is more concerned with size and strength than with a leaned out look. Although our formula for D-Anabol 25™ is not known to cause severe bloating or water retention, it most certainly has been known to generate some incredible muscle pumps and pack on pounds of high quality dense muscle.



**For those looking for the size, power, and strength of D-Anabol 25™ but want to have a more defined look, try adding our popular Tren 75® with Clen® to get the best of both worlds.*

If size and strength is what you are craving, D-Anabol 25™ is precisely what you are looking for. Scientifically engineered to consistently deliver superior results, D-Anabol 25™ was formulated to help you reach your goals by:

**"D-Anabol 25™ was designed for:**

Providing Hard and Nourishing Muscle Pumps*

Generating Sold, High Quality Muscle Tissue*

Employing a Fast-Acting Mass Formula*

Improving Nitrogen Retention for Muscle Repair and Growth*

Boosting Major Lifts and Enhancing Overall Strength*

**Directions For Use:** This product contains 90 capsules and is designed to be a 30 day cycle. Take 1 capsule 3 times daily with 8 ounces of water. Doses should be spaced evenly throughout the day.

To view the list of ingredients for each product... click here



* D-Anabol 25™

$100.00 $85.00

▶ add to cart

* D-anabol 25 - BUY 2 GET 1 FREE!

$300.00 $170.00



-Shane
Dec 19 2016

The information your site provided was very educational and helpful. It helped me to decide to buy the right product for me and my wife.

-Sandra
Dec 18 2016

when I first these products I was amazed how quick they had started working thankyou Dale from Australia

-Dale
Dec 18 2016

Hands down best site, best quality and no double talk. Real pros, real products.

-Roger
Dec 18 2016

Johnny really helped me out. I was lost and Johnny guided me through the website. i am happy with what i see and how my experience went.

-Alexander
Dec 18 2016

Thank you for always being able to help with any questions or concerns that I have.

-Ozzko
Dec 18 2016

Love the products ..result are amazing ..

-Teddy
Dec 18 2016

Been using your product for two months now. On my 2nd cycle and have been seeing some real nice improvements

$300.00 $170.00

▶ add to cart

BUY 2 GET 1 FREE!

D-ANAB▶L 25*

some real nice improvements.
I'll be submitting a before and
after picture pretty soon.
Awesome products. Thanks!

-Valentino

Dec 19, 2016





CLICK TO VERIFY

* These products are not intended to diagnose, treat, cure or prevent any disease. These statements have not been evaluated by the Food and Drug Administration. Our website and the domain name "**Anabolics**.com" is representative of products that may enhance blood levels of steroid hormones in the body. Anabolic Research is offering these very strong alternatives to anabolic steroids. These products are NOT intended for users under the age of 18. Use under a doctors supervision. This product is not a drug and should be used correctly. Use in conjunction with a well balanced diet and an intense bodybuilding or exercise program. For a list of ingredients, click here

Privacy Policy | Sitemap | Terms of Use

anabolics.com - Owned and operated by Dynamic Sports Nutrition, LLC dba Anabolic Research, Copyright © 2016 ALL RIGHTS RESERVED

**$$ Webmasters Earn Money! $$**







Note: If the respondent clicked on the ingredient link, a popup still image of the ingredient page appeared on the screen.



Tribulus Fruit Powder

Caffeine

Maca Root Powder

Eurycoma Longfolia (Long Jack) Fruit Powder

**Other Ingredients**

Stearic Acid

DiCalcium Phosphate

Micro Crystalline Cellulose

Magnesium Stearate

Croscarmellose Sodium

Silicon Di Oxide

Pharmaceutical Glaze (Shellac, Povidone)

**Nandeconate Proprietary Blend - 229.9 mg**

Beta Hydroxy-Beta-methylbutyrate Calcium Salt (Calcium HMB)

Eurycoma Longfolia Fruit Extract

L-CarnosineMagnesium 54%

**Other Ingredients**

Gelatin Capsule

Magnesium Stearate

Dicalcium Phosphate

---

**POPULAR STACKS**

View All Stacks

Growth Hormone Stack

Mass Stack

Strength Stack

Cutting Stack

Summer Stack

Xtreme Speed Stack

Search

Advanced Search   Search Tips

**Customer Comments**

Best site I have ever seen for buying supplements
-Steve
Dec 19, 2016

The Summer stack has been a great to keep off weight during the holiday season.
-Daniel
Dec 19, 2016

This is the third time I have purchased these products from this site, they have always arrived here in Australia and have produced excellent results.
-Shane
Dec 19, 2016

---

**D-ANABOL 25**

Serving Size: 1 Capsule
Servings per container: 90

**Metandesenolone Proprietary Blend - 429.3 mg**

L-Arginine HCL

Rhodiola Root Powder

Fenugreek Seed Extract

Cyanotis Vaga Extract

Inosine

Clary Sage Leaf Extract

**WINN-50**

Serving Size: 1 Capsule
Servings per container: 90

Vitamin B12 (as Cyanocobalamin)

Iron (as Amino Acid Chelate)

**Vanazolol Proprietary Blend - 356.35 mg**

Caffeine

Dandelion Root Powder

Note: If the respondent clicked on the ingredient link, a popup still image of the ingredient page appeared on the screen.



The information your site provided was very educational and helpful. It helped me to decide to buy the right product for me and my wife.
-Sandra
Dec 19, 2016

when I first these products I was amazed how quick they had started working thankyou Dale from Australia
-Dale
Dec 19, 2016

Hands down best site, best quality and no double talk. Real pros, real products.
-Roger
Dec 19, 2016

Johnny really helped me out. i was lost and Johnny guided me through the website. i am happy with what I see and how my experience went.
-Alexander
Dec 19, 2016

Thank you for always being able to help with any questions or concerns that I have.
-Danko
Dec 19, 2016

Love the products .. result are amazing ..
-Teddy
Dec 19, 2016

Been using your product for two months now. On my 2nd cycle and have been seeing some real nice improvements.

**Other Ingredients**

Gelatin Capsule

Magnesium Stearate

**CLEN**

Serving Size: 1 Capsule
Servings per container: 90

Vitamin B12 (as Cyanocobalamin)

**Clen Proprietary Blend - 288.5 mg**

Caffeine

Cayenne Pepper Powder

Octopamine HCl

Guggul oleo-Gum-Resin Extract

Synephrine HCl

**Other Ingredients**

Rice Flour

Gelatin Capsule

Magnesium Stearate

DHEA (Dehydroepiandrosterone)

Vanadium (as Vanadyl Sulfate)

**Other Ingredients**

Gelatin Capsule

Magnesium Stearate

Dicalcium Phosphate

Soy

**TREN 75**

Serving Size: 1 Capsule
Servings per container: 90

**Finabolon Proprietary Blend - 292 mg**

Tribulus Fruit Powder

Fenugreek Seed Powder

Cayenne Pepper Fruit Powder

**Other Ingredients**

Gelatin Capsule

Rice Flour

Magnesium Stearate

Titanium Dioxide

Note: If the respondent clicked on the ingredient link, a popup still image of the ingredient page appeared on the screen.



I'll be submitting a before and after picture pretty soon. Awesome products. Thanks!

-Valentino
Dec 19, 2010

McAfee SECURE
CLICK TO VERIFY

**PITUITARY GROWTH HORMONE**

Serving Size: 1 Tablet
Servings per container: 60

**Proprietary Blend**

L-Glutamic Acid
L-Proline
Pituitary Substance
L-Isoleucine
L-Threonine
L-Alanine
L-Serine
L-Phenylalanine
L-Arginine HCl
L-Valine
L-Tyrosine
L-Histidine
L-Glycine
L-Methionine
L-Cystine
Soy Protein
L-Leucine

**Other Ingredients**

DiCalcium Phoshphate
Stearic Acid

**VAR 10**

Serving Size: 1 Capsule
Servings per container: 90

Vitamin B6 (as Pyridoxine HCl)

Magnesium (as Magnesium Oxide

Zinc (as Zinc Aspartate)

**Oxantrione Proprietary Blend - 66.8 mg**

CLA (Conjugate Linoleic Acid)
Winged Treebine Leaf Extract
Methoxy Isoflavone

**Other Ingredients**

Gelatin Capsule
Rice Flour
Magnesium Stearate
Soy

Note: If the respondent clicked on the ingredient link, a popup still image of the ingredient page appeared on the screen.



Stearic Acid

Magnesium Stearate

Silicon Dioxide

Pharmaceutical Glaze (Shellac, Povidone)

Soy

* These products are not intended to diagnose, treat, cure or prevent any disease. These statements have not been evaluated by the Food and Drug Administration. Our website and the domain name "**Anabolics**.com" is representative of products that may enhance blood levels of steroid hormones in the body. Anabolic Research is offering these very strong alternatives to anabolic steroids. These products are NOT intended for users under the age of 18. Use under a doctors supervision. This product is not a drug and should be used correctly. Use in conjunction with a well balanced diet and an intense bodybuilding or exercise program. For a list of ingredients, click here

Privacy Policy | Sitemap | Terms of Use

anabolics.com - Owned and operated by Dynamic Sports Nutrition, LLC dba Anabolic Research. Copyright © 2016 ALL RIGHTS RESERVED

$$ Webmasters Earn Money! $$

DMCA PROTECTED

Note: If the respondent clicked on the ingredient link, a popup still image of the ingredient page appeared on the screen.

Now we are going to show you the webpage of one of the products shown on the website. Please look at this webpage as you normally would if you were considering purchasing the product shown. If there are links that you are interested in clicking on, please do so. Some, but not all, of the links will open a new page. Take as much time as you would like and when you are finished, click ">" to continue. To ensure that you have enough time to review the webpage, the ">" button will appear after a short delay.





## POPULAR STACKS

**View All Stacks**

**Growth Hormone Stack**

**Mass Stack**

**Strength Stack**

**Cutting Stack**

**Summer Stack**

**Xtreme Speed Stack**

Search

Advanced Search   Search Tips

### Customer Comments

Best site i have ever seen for buying supplements
-Steve

The Summer stack has been a great to keep off weight during the holiday season.
-Daniel

This is the third time I have purchased these products from this site, they have always arrived here in Australia and have produced excellent results.
-Shane

enhancement. No matter if you are looking for a massive increase in lean muscle gains, improvements in both strength and size, reduced body fat while continuing to maintain muscularity, or just overall physical enhancement, Test-600x™ is the ONLY product to take by itself and is ALWAYS included in our powerful stacks.



Additionally, Test-600x™ has been formulated to directly target your unique masculinizing properties and has been reported to not only greatly improve sexual performance and stamina, but provide its users with an overall sense of well being for a dramatic impact on their quality of life.

All in all, you cannot go wrong with this powerful product.

*Test-600x™ was designed and formulated to help:

Promote Strength, Size and Lean Muscle Mass*

Increase Fat Free Mass (FFM) for Reducing Body Fat*

Improve Attitude, Mood, and Sleep*

Enhance Sexual Performance*

Reduce Muscle Wasting (Anti-Catabolic)*

**Directions For Use:** This product contains 60 tablets and is designed to be a 30 day cycle. Take 1 tablet 2 times daily with 8 ounces of water. Doses should be spaced evenly throughout the day.

To view the list of ingredients for each product... click here



* Test-600x™

~~$100.00~~ $85.00

▶ add to cart

* Test-600x - BUY 2 GET 1 FREE!

The information your site provided was very educational and helpful. It helped me to decide to buy the right product for me and my wife.

-Sandra

when I first these products I was amazed how quick they had started working thankyou Dale from Australia

-Dale

Hands down best site, best quality and no double talk. Real pros, real products.

-Roger

Johnny really helped me out. I was lost and Johnny guided me through the website. I am happy with what I see and how my experience went.

-Alexander

Thank you for always being able to help with any questions or concerns that I have.

-Darko

Love the products .. result are amazing ..

-Teddy

Been using your product for two months now. On my 2nd cycle and have been seeing some real nice improvements. I'll be submitting a before and after picture pretty soon.



$300.00 $170.00

add to cart

BUY 2 GET 1 FREE!







Awesome products. Thanks!
-Valentino
Dec 19, 2016

**McAfee SECURE**
CLICK TO VERIFY

* These products are not intended to diagnose, treat, cure or prevent any disease. These statements have not been evaluated by the Food and Drug Administration. Our website and the domain name "**Anabolics**.com" is representative of products that may enhance blood levels of steroid hormones in the body. Anabolic Research is offering these very strong alternatives to anabolic steroids. These products are NOT intended for users under the age of 18. Use under a doctors supervision. This product is not a drug and should be used correctly. Use in conjunction with a well balanced diet and an intense bodybuilding or exercise program. For a list of ingredients, click here

Privacy Policy | Sitemap | Terms of Use

anabolics.com - Owned and operated by Dynamic Sports Nutrition, LLC dba Anabolic Research, Copyright © 2016 ALL RIGHTS RESERVED

**$$ Webmasters Earn Money! $$**

DMCA PROTECTED



Note: If the respondent clicked on the ingredient link, a popup still image of the ingredient page appeared on the screen.



**POPULAR STACKS**

View All Stacks
Growth Hormone Stack
Mass Stack
Strength Stack
Cutting Stack
Summer Stack
Xtreme Speed Stack

Search

Advanced Search  Search Tips

**Customer Comments**

Best site I have ever seen for buying supplements
-Steve
Dec 19, 2016

The Summer stack has been a great to keep off weight during the holiday season.
-Daniel
Dec 18, 2016

This is the third time I have purchased these products from this site, they have always arrived here in Australia and have produced excellent results.
-Shane
Dec 15, 2016

The information your site

L-Arginine (as HCL)
Tribulus Fruit Powder
Caffeine
Maca Root Powder
Eurycoma Longfolia (Long Jack) Fruit Powder

**Other Ingredients**

Stearic Acid
DiCalcium Phosphate
Micro Crystalline Cellulose
Magnesium Stearate
Croscarmellose Sodium
Silicon Di Oxide
Pharmaceutical Glaze (Shellac, Povidone)

**D-ANABOL 25**

Serving Size: 1 Capsule
Servings per container: 90

**Metandesenolone Proprietary Blend - 429.3 mg**

L-Arginine HCL
Rhodiola Root Powder
Fenugreek Seed Extract
Cyantisis Vaga Extract
Inosine
Clary Sage Leaf Extract

**Nandeconate Proprietary Blend - 229.9 mg**

Beta Hydroxy-Beta-methylbutyrate Calcium Salt (Calcium HMB)
Eurycoma Longfolia Fruit Extract
L-CarnosineMagnesium 54%

**Other Ingredients**

Gelatin Capsule
Magnesium Stearate
Dicalcium Phosphate

**WINN-50**

Serving Size: 1 Capsule
Servings per container: 90

Vitamin B12 (as Cyanocobalamin)

Iron (as Amino Acid Chelate)

**Vanazolol Proprietary Blend - 356.35 mg**

Caffeine
Dandelion Root Powder



The information your site provided was very educational and helpful. It helped me to decide to buy the right product for me and my wife.

-Sandra

Dec 19, 2016

when I first these products I was amazed how quick they had started working thankyou Dale from Australia

-Dale

Dec 19, 2016

Hands down best site, best quality and no double talk. Real pros, real products.

-Roger

Dec 19, 2016

Johnny really helped me out, I was lost and Johnny guided me through the website. i am happy with what i see and how my experience went.

-Alexander

Dec 19, 2016

Thank you for always being able to help with any questions or concerns that I have.

-Darko

Dec 19, 2016

Love the products .. result are amazing ..

-Teddy

Dec 19, 2016

Been using your product for two months now. On my 2nd cycle and have been seeing some real nice improvements.

**Other Ingredients**

Gelatin Capsule

Magnesium Stearate

**CLEN**

Serving Size: 1 Capsule
Servings per container: 90

Vitamin B12 (as Cyanocobalamin)

**Clen Proprietary Blend - 288.5 mg**

Caffeine

Cayenne Pepper Powder

Octopamine HCl

Guggul oleo-Gum-Resin Extract

Synephrine HCl

**Other Ingredients**

Rice Flour

Gelatin Capsule

Magnesium Stearate

DHEA (Dehydroepiandrosterone)

Vanadium (as Vanadyl Sulfate)

**Other Ingredients**

Gelatin Capsule

Magnesium Stearate

Dicalcium Phosphate

Soy

**TREN 75**

Serving Size: 1 Capsule
Servings per container: 90

**Finabolon Proprietary Blend - 292 mg**

Tribulus Fruit Powder

Fenugreek Seed Powder

Cayenne Pepper Fruit Powder

**Other Ingredients**

Gelatin Capsule

Rice Flour

Magnesium Stearate

Titanium Dioxide



I'll be submitting a before and after picture pretty soon. Awesome products. Thanks!

-Valentino
Dec 19, 2010

McAfee SECURE
CLICK TO VERIFY

**PITUITARY GROWTH HORMONE**

Serving Size: 1 Tablet
Servings per container: 60

**Proprietary Blend**

L-Glutamic Acid
L-Proline
Pituitary Substance
L-Isoleucine
L-Threonine
L-Alanine
L-Serine
L-Phenylalanine
L-Arginine HCl
L-Valine
L-Tyrosine
L-Histidine
L-Glycine
L-Methionine
L-Cystine
Soy Protein
L-Leuicine

**Other Ingredients**

DiCalcium Phoshphate
Steanc Acid

**VAR 10**

Serving Size: 1 Capsule
Servings per container: 90

Vitamin B6 (as Pyridoxine HCl)

Magnesium (as Magnesium Oxide

Zinc (as Zinc Aspartate)

**Oxantrione Proprietary Blend - 66.8 mg**

CLA (Conjugate Linoleic Acid)
Winged Treebine Leaf Extract
Methoxy Isoflavone

**Other Ingredients**

Gelatin Capsule
Rice Flour
Magnesium Stearate
Soy



Stearic Acid

Magnesium Stearate

Silicon Dioxide

Pharmaceutical Glaze (Shellac, Povidone)

Soy

* These products are not intended to diagnose, treat, cure or prevent any disease. These statements have not been evaluated by the Food and Drug Administration. Our website and the domain name "**Anabolics**.com" is representative of products that may enhance blood levels of steroid hormones in the body. Anabolic Research is offering these very strong alternatives to anabolic steroids. These products are NOT intended for users under the age of 18. Use under a doctors supervision. This product is not a drug and should be used correctly. Use in conjunction with a well balanced diet and an intense bodybuilding or exercise program. For a list of ingredients, click here

Privacy Policy | Sitemap | Terms of Use

anabolics.com - Owned and operated by Dynamic Sports Nutrition, LLC dba Anabolic Research. Copyright © 2016 ALL RIGHTS RESERVED

**$$ Webmasters Earn Money! $$**

DMCA PROTECTED





**POPULAR STACKS**

**View All Stacks**

**Growth Hormone Stack**

**Mass Stack**

**Strength Stack**

**Cutting Stack**

**Summer Stack**

**Xtreme Speed Stack**

[          ] Search

Advanced Search | Search Tips

**Customer Comments**

Best site i have ever seen for buying supplements

-Steve
Fri. 10-3819

The Summer stack has been a great to keep off weight during the holiday season.

-Daniel
Dec 19, 2009

This is the third time I have purchased these products from this site, they have always arrived here in Australia and have produced excellent results.

-Shane
Feb 15, 2009

One of the most frequently reported traits of our Tren 75® is how incredibly strong and powerful its users feel while maintaining a "Hard" and "Vascular" appearance. Tren 75® is the perfect choice when getting ready for summer, or for the high performance athlete that wants explosive power and strength without excessive weight gain.



A unique property of Tren 75® is its amazing ability to help incinerate stubborn body fat while increasing appetite and continuing to add high quality lean muscle, which makes it one of our most popular products currently available.

Tren 75® whether stacked or taken alone will help provide you with Dry, Lean, Hard Muscle of the highest quality.

**\*Tren 75® was designed and formulated to:**

Generate Near Instant Metabolic Results\*

Increase Appetite and Optimize Nutrient Absorption\*

Produce Dry, Vascular, Dense Muscle, While Hardening and Cutting\*

Improve Nitrogen Retention in Muscle Tissue\*

Eliminate Muscle Blurring "Water Retention" and Bloat\*

Incinerate Body Fat While Maintaining Muscle Mass\*

**Directions For Use:** This product contains 90 capsules and is designed to be a 30 day cycle. Take 1 capsule 3 times daily with 8 ounces of water. Doses should be spaced evenly throughout the day.

To view the list of ingredients for each product... click here

\* Tren 75®

**$100.00 $85.00**

▶ add to cart

17    175   BUILD PER NERDEN

provided was very educational and helpful. It helped me to decide to buy the right product for me and my wife.
-Sandra

when I first these products I was amazed how quick they had started working thankyou Dale from Australia
-Izzie

Hands down best site, best quality and no double talk. Real pros, real products.
-Roger

Johnny really helped me out. I was lost and Johnny guided me through the website. I am happy with what I see and how my experience went.
-Alexander

Thank you for always being able to help with any questions or concerns that I have.
-Danny

Love the products ..result are amazing ...
-Teddy

Been using your product for two months now. On my 2nd cycle and have been seeing some real nice improvements. I'll be submitting a before and after picture pretty soon. Awesome products. Thanks!



$300.00 $170.00

add to cart

BUY 2 GET 1 FREE!

TRE ► 75*



* These products are not intended to diagnose, treat, cure or prevent any disease. These statements have not been evaluated by the Food and Drug Administration. Our website and the domain name "Anabolics.com" is representative of products that may enhance blood levels of steroid hormones in the body. Anabolic Research is offering these very strong alternatives to anabolic steroids. These products are NOT intended for users under the age of 18. Use under a doctors supervision. This product is not a drug and should be used correctly. Use in conjunction with a well balanced diet and an intense bodybuilding or exercise program. For a list of ingredients, click here

Privacy Policy | Sitemap | Terms of Use

anabolics.com - Owned and operated by Dynamic Sports Nutrition, LLC dba Anabolic Research. Copyright © 2016 ALL RIGHTS RESERVED.

$$ Webmasters Earn Money! $$
DMCA PROTECTED



Note: If the respondent clicked on the ingredient link, a popup still image of the ingredient page appeared on the screen.



**POPULAR STACKS**

View All Stacks
Growth Hormone Stack
Mass Stack
Strength Stack
Cutting Stack
Summer Stack
Xtreme Speed Stack

[ ] Search

Advanced Search   Search Tips

**Customer Comments**

Best site I have ever seen for buying supplements
-Steve
Dec 16, 2016

The Summer stack has been a great to keep off weight during the holiday season.
-Daniel
Dec 16, 2016

This is the third time I have purchased these products from this site, they have always arrived here in Australia and have produced excellent results.
-Shane
Dec 15, 2016

---

L-Arginine (as HCl)
Tribulus Fruit Powder
Caffeine
Maca Root Powder
Eurycoma Longfolia (Long Jack) Fruit Powder

**Other Ingredients**

Stearic Acid
DiCalcium Phosphate
Micro Crystalline Cellulose
Magnesium Stearate
Croscarmellose Sodium
Silicon Di Oxide
Pharmaceutical Glaze (Shellac, Povidone)

**D-ANABOL 25**

Serving Size: 1 Capsule
Servings per container: 90

**Metandesenolone Proprietary Blend - 429.3 mg**

L-Arginine HCL
Rhodiola Root Powder
Fenugreek Seed Extract
Cyanotis Vaga Extract
Inosine
Clary Sage Leaf Extract

---

**Nandeconate Proprietary Blend - 229.9 mg**

Beta Hydroxy-Beta-methylbutyrate Calcium Salt (Calcium HMB)
Eurycoma Longfolia Fruit Extract
L-CarnosineMagnesium 54%

**Other Ingredients**

Gelatin Capsule
Magnesium Stearate
Dicalcium Phosphate

**WINN-50**

Serving Size: 1 Capsule
Servings per container: 90

Vitamin B12 (as Cyanocobalamin)

Iron (as Amino Acid Chelate)

**Vanazolol Proprietary Blend - 356.35 mg**

Caffeine
Dandelion Root Powder



The information your site provided was very educational and helpful. It helped me to decide to buy the right product for me and my wife.

-Sandra
Dec 19, 2016

when I first these products I was amazed how quick they had started working thankyou Dale from Australia

-Dale
Dec 19, 2016

Hands down best site, best quality and no double talk. Real pros, real products.

-Roger
Dec 19, 2016

Johnny really helped me out. I was lost and Johnny guided me through the website. i am happy with what i see and how my experience went.

-Alexander
Dec 19, 2016

Thank you for always being able to help with any questions or concerns that I have.

-Darko
Dec 19, 2016

Love the products ..result are amazing ..

-Teddy
Dec 19, 2016

Been using your product for two months now. On my 2nd cycle and have been seeing some real nice improvements.

**Other Ingredients**

Gelatin Capsule

Magnesium Stearate

**CLEN**

Serving Size: 1 Capsule
Servings per container: 90

Vitamin B12 (as Cyanocobalamin)

**Clen Proprietary Blend - 288.5 mg**

Caffeine

Cayenne Pepper Powder

Octopamine HCl

Guggul oleo-Gum-Resin Extract

Synephrine HCl

**Other Ingredients**

Rice Flour

Gelatin Capsule

Magnesium Stearate

DHEA (Dehydroepiandrosterone)

Vanadium (as Vanadyl Sulfate)

**Other Ingredients**

Gelatin Capsule

Magnesium Stearate

Dicalcium Phosphate

Soy

**TREN 75**

Serving Size: 1 Capsule
Servings per container: 90

**Finabolon Proprietary Blend - 292 mg**

Tribulus Fruit Powder

Fenugreek Seed Powder

Cayenne Pepper Fruit Powder

**Other Ingredients**

Gelatin Capsule

Rice Flour

Magnesium Stearate

Titanium Dioxide

I'll be submitting a before and after picture pretty soon. Awesome products. Thanks!

-Valentino

Dec 19, 2010

McAfee SECURE
CLICK TO VERIFY

**PITUITARY GROWTH HORMONE**

Serving Size: 1 Tablet
Servings per container: 60

**Proprietary Blend**

> L-Glutamic Acid
> L-Proline
> Pituitary Substance
> L-Isoleucine
> L-Threonine
> L-Alanine
> L-Serine
> L-Phenylalanine
> L-Arginine HCl
> L-Valine
> L-Tyrosine
> L-Histidine
> L-Glycine
> L-Methionine
> L-Cystine
> Soy Protein
> L-Leucine

**Other Ingredients**

> DiCalcium Phoshphate
> Stearic Acid

**VAR 10**

Serving Size: 1 Capsule
Servings per container: 90

Vitamin B6 (as Pyridoxine HCl)

Magnesium (as Magnesium Oxide

Zinc (as Zinc Aspartate)

**Oxantrione Proprietary Blend - 66.6 mg**

> CLA (Conjugate Linoleic Acid)
> Winged Treebine Leaf Extract
> Methoxy Isoflavone

**Other Ingredients**

> Gelatin Capsule
> Rice Flour
> Magnesium Stearate
> Soy



Stearic Acid

Magnesium Stearate

Silicon Dioxide

Pharmaceutical Glaze (Shellac, Povidone)

Soy

* These products are not intended to diagnose, treat, cure or prevent any disease. These statements have not been evaluated by the Food and Drug Administration. Our website and the domain name "**Anabolics**.com" is representative of products that may enhance blood levels of steroid hormones in the body. Anabolic Research is offering these very strong alternatives to anabolic steroids. These products are NOT intended for users under the age of 18. Use under a doctors supervision. This product is not a drug and should be used correctly. Use in conjunction with a well balanced diet and an intense bodybuilding or exercise program. For a list of ingredients, click here

Privacy Policy | Sitemap | Terms of Use

anabolics.com - Owned and operated by Dynamic Sports Nutrition, LLC dba Anabolic Research. Copyright © 2016 ALL RIGHTS RESERVED

**$$ Webmasters Earn Money! $$**

DMCA PROTECTED

**Were you able to see the webpage clearly?**

Yes

No

>

© Powered by SSI

What is the name of the product you reviewed on the second webpage you viewed?

Tren 75

D-Anabol 25

Clen

Test 600x

Other (Please Specify) ✎........

Don't know/No opinion

>

© Powered by SSI

Note: Randomized order.



**What does the webpage convey about CLEN?**

© Powered by SSI

What else, if anything, did the webpage convey about CLEN?

> 

@ Powered by SSI

What does the webpage convey about D-ANABOL 25?

>

© Powered by SSI

What else, if anything, did the webpage convey about D-ANABOL 25?

>

© Powered by SSI

What does the webpage convey about TEST 600x?

/ .........

>

© Powered by SSI

What else, if anything, did the webpage convey about TEST 600x?

>

What does the webpage convey about TREN 75?

>

© Powered by SSI

What else, if anything, did the webpage convey about TREN 75?

>

© Powered by SSI



**What does the webpage convey about this product?**

Note: "This product" appeared if the respondent did not correctly identify the product.



What else, if anything, did the webpage convey about this product?

© Powered by SSI

Note: "This product" appeared if the respondent did not correctly identify the product.

Based on your review of this product's webpage, do you think this product....

Would not increase flexibility

Would increase flexibility

There is not enough information to determine whether or not this product would increase flexibility

Don't know/ no opinion

>

© Powered by SSI

Note: Randomized order of the first two response options.

**What makes you say that?**

> 

Note: If the respondent said the product would or would not increase flexibility, this question appeared.



Based on your review of this product's webpage, do you think this product....

Would reduce body fat

Would not reduce body fat

There is not enough information to determine whether or not this product would reduce body fat

Don't know/ no opinion

@ Powered by SSI

Note: (1) Randomized order of the first two response options. (2) Only respondents in the Clen, Test 600x, or Tren 75 conditions saw this question.

What makes you say that?

> 

© Powered by SSI

Note: If the respondent said the product would or would not reduce body fat, then this question appeared.



**Based on your review of this product's webpage, do you think this product....**

Would not increase muscle size

Would increase muscle size

There is not enough information to determine whether or not this product would increase muscle size

Don't know/ no opinion

>

© Powered by SSI

Note: (1) Randomized order of the first two response options. (2) Only respondents in the D-Anabol 25, Test 600x, or Tren 75 conditions saw this question.

What makes you say that?

>

© Powered by SSI

Note: If the respondent said the product would or would not increase muscle size, then this question appeared.



**Based on your review of this product's webpage, do you think this product....**

Would not increase strength

Would increase strength

There is not enough information to determine whether or not this product would increase strength

Don't know/ no opinion

>

© Powered by SSI

Note: (1) Randomized order of the first two response options. (2) Only respondents in the
D-Anabol 25 or Test 600x conditions saw this question.

**What makes you say that?**



>

© Powered by SSI

Note: If the respondent said the product would or would not increase strength, then this question appeared.



Based on your review of this product's webpage, do you think this product....

Would increase sexual performance and sexual stamina

Would not increase sexual performance and sexual stamina

There is not enough information to determine whether or not this product would increase sexual performance and sexual stamina

Don't know/ no opinion

>

© Powered by SSI

Note: (1) Randomized order of the first two response options. (2) Only respondents in the Test 600x condition saw this question.

**What makes you say that?**



© Powered by SSI

Note: If the respondent said the product would or would not increase sexual stamina and sexual endurance, then this question appeared.

Based on your review of this product's webpage, do you think this product....

Would not increase stamina and endurance

Would increase stamina and endurance

There is not enough information to determine whether or not this product would increase stamina and endurance

Don't know/ no opinion

>

© Powered by SSI

Note: (1) Randomized order of the first two response options. (2) Only respondents in the Clen condition saw this question.

What makes you say that?

> Note: If the respondent said the product would or would not increase stamina and endurance, then this question appeared.

© Powered by SSI



Thinking about products like the ones shown on these webpages, would the following information influence or not influence your decision to purchase the product?

| | | | |
|---|---|---|---|
| The product increases stamina and endurance | Would Influence | Would Not Influence | Don't Know |
| The product is endorsed by a celebrity | Would Influence | Would Not Influence | Don't Know |
| The product improves sleep | Would Influence | Would Not Influence | Don't Know |
| The product increases muscle size | Would Influence | Would Not Influence | Don't Know |
| The product increases strength | Would Influence | Would Not Influence | Don't Know |
| The product is shipped discreetly | Would Influence | Would Not Influence | Don't Know |
| The product improves sexual performance and sexual stamina | Would Influence | Would Not Influence | Don't Know |
| The product reduces body fat | Would Influence | Would Not Influence | Don't Know |

>

© Powered by SSI

Note: The first two columns rotated order.



Thinking about products like the ones shown on these webpages, would the following information make you:

- More likely to purchase the product over other similar products
- Neither more nor less likely to purchase the product over other similar products
- Less likely to purchase the product over other similar products
- or do you not know?

| | | | | |
|---|---|---|---|---|
| The product increases stamina and endurance | Less Likely | Neither More Nor Less Likely | More Likely | Don't Know |
| The product is shipped discreetly | Less Likely | Neither More Nor Less Likely | More Likely | Don't Know |
| The product increases muscle size | Less Likely | Neither More Nor Less Likely | More Likely | Don't Know |
| The product improves sleep | Less Likely | Neither More Nor Less Likely | More Likely | Don't Know |
| The product improves sexual performance and sexual stamina | Less Likely | Neither More Nor Less Likely | More Likely | Don't Know |
| The product reduces body fat | Less Likely | Neither More Nor Less Likely | More Likely | Don't Know |
| The product is endorsed by a celebrity | Less Likely | Neither More Nor Less Likely | More Likely | Don't Know |
| The product increases strength | Less Likely | Neither More Nor Less Likely | More Likely | Don't Know |

>

Note: (1) First and third columns rotated order. (2) Only response options identified as "Would Influence" in the previous question appeared in this question.



We are almost finished. Just a few more questions.

>

© Powered by SSI

This question is a little different. While most people carefully read and respond to the questions in our surveys, a small number do not. To verify that you have read this question carefully, please select the Extremely Important response from the list below.

Extremely Important

Very Important

Somewhat Important

Not at all Important

Don't know/Not sure

>

© Powered by SSI



Within the past 12 months, have you purchased any of the following products for building muscle mass, size, or strength?

| | | | |
|---|---|---|---|
| Herbal products | Yes | No | Don't Know |
| Dietary supplements | Yes | No | Don't Know |
| Anabolic steroids | Yes | No | Don't Know |
| Protein powders | Yes | No | Don't Know |
| Amino acids | Yes | No | Don't Know |
| Protein bars | Yes | No | Don't Know |
| Protein shakes or smoothies | Yes | No | Don't Know |

>

© Powered by SSI

Within the next 3 months, do you expect to purchase or use any of the following products for building muscle mass, size, or strength?

| | | | |
|---|---|---|---|
| Herbal products | Yes | No | Don't Know |
| Dietary supplements | Yes | No | Don't Know |
| Anabolic steroids | Yes | No | Don't Know |
| Protein powders | Yes | No | Don't Know |
| Amino acids | Yes | No | Don't Know |
| Protein bars | Yes | No | Don't Know |
| Protein shakes or smoothies | Yes | No | Don't Know |

>

© Powered by SSI

At any time during this survey, did you open any other windows or tabs on this computer?

Yes

No

>

© Powered by SSI

At any time during this survey, did you use any other computer?

Yes

No

>

© Powered by SSI

At any time during this survey, did you look at or use any hand-held electronic device, such as a cell phone or tablet computer?

Yes

No

>

© Powered by SSI

At any time during this survey, did you look at or use any hand-held electronic device, such as a cell phone?

Yes

No

>

© Powered by SSI

Note: Same question as previous slide; however, if a respondent indicated they were using a "tablet computer" to complete the survey, then the wording "or tablet computer" was omitted.

At any time during this survey, did you view any written material (other than this survey)?

Yes

No

>

© Powered by SSI

At any time during this survey, did you consult or talk with someone else?

Yes

No

>

© Powered by SSI

# Control Group

Please look at the webpage below. Please look at this webpage as you normally would if you were considering making a purchase from this website. The webpage is a real page from an actual website, but the image is not a live page. If there are links that you are interested in clicking on, please do so. Some, but not all, of the links will open a new page. Take as much time as you would like and when you are finished, click ">" to continue. To ensure that you have enough time to review the webpage, the ">" button will appear after a short delay.





Dec 19, 2016

The information your site provided was very educational and helpful. It helped me to decide to buy the right product for me and my wife.

-Sandra

Dec 19, 2016

when I first these products I was amazed how quick they had started working thankyou Dale from Australia

-Dale

Dec 19, 2016

Hands down best site, best quality and no double talk. Real pros, real products.

-Roger

Dec 19, 2016

Johnny really helped me out. I was lost and Johnny guided me through the website. I am happy with what i see and how my experience went.

-Alexander

Dec 19, 2016

Thank you for always being able to help with any questions or concerns that I have.

-Darko

Dec 19, 2016

Love the products ..result are amazing ..

-Teddy

Dec 19, 2016

Been using your product for two months now. On my 2nd cycle and have been seeing some real nice improvements.



I'll be submitting a before and
after picture pretty soon.
Awesome products. Thanks!

* These products are not intended to diagnose, treat, cure or prevent any disease. These statements have not been evaluated by the Food and Drug Administration. Our website and the domain name is representative of products that may enhance blood levels of steroid hormones in the body. Anabolic Research is offering these very strong alternatives to anabolic steroids. These products are NOT intended for users under the age of 18. Use under a doctors supervision. This product is not a drug and should be used correctly. Use in conjunction with a well balanced diet and an intense bodybuilding or exercise program. For a list of ingredients, click here

Privacy Policy | Sitemap | Terms of Use

MuscleBuildingProducts.com - Owned and operated by Dynamic Sports Nutrition, LLC dba Anabolic Research. Copyright © 2016 ALL RIGHTS RESERVED.

**$$ Webmasters Earn Money! $$**

DMCA PROTECTED

© Powered by SSI



Note: If the respondent clicked on the ingredient link, a popup still image of the ingredient page appeared on the screen.



**POPULAR STACKS**

View All Stacks
Growth Hormone Stack
Mass Stack
Strength Stack
Cutting Stack
Summer Stack
Xtreme Speed Stack

Search

Advanced Search   Search Tips

**Customer Comments**

Best site I have ever seen for buying supplements
-Steve
Dec 19, 2016

The Summer stack has been a great to keep off weight during the holiday season.
-Daniel
Dec 19, 2016

This is the third time I have purchased these products from this site, they have always arrived here in Australia and have produced excellent results.
-Shane
Dec 19, 2016

The information your site provided was very educational and helpful. It helped me to decide to buy the right product for me and my wife.
-Sandra
Dec 19, 2016

when I first these products I

Tribulus Fruit Powder
Caffeine
Maca Root Powder
Eurycoma Longfolia (Long Jack) Fruit Powder

**Other Ingredients**

Stearic Acid
DiCalcium Phosphate
Micro Crystalline Cellulose
Magnesium Stearate
Croscarmellose Sodium
Silicon Di Oxide
Pharmaceutical Glaze (Shellac, Povidone)

**D-ANABOL 25**

Serving Size: 1 Capsule
Servings per container: 90

**Metandesenolone Proprietary Blend - 429.3 mg**

L-Arginine HCL
Rhodiola Root Powder
Fenugreek Seed Extract
Cyanotis Vaga Extract
Inosine
Clary Sage Leaf Extract

**Other Ingredients**

Gelatin Capsule
Magnesium Stearate

**Nandeconate Proprietary Blend - 229.9 mg**

Beta Hydroxy Beta methylbutyrate Calcium Salt (Calcium HMB)
Eurycoma Longfolia Fruit Extract
L-CarnosineMagnesium 54%

**Other Ingredients**

Gelatin Capsule
Magnesium Stearate
Dicalcium Phosphate

**WINN-50**

Serving Size: 1 Capsule
Servings per container: 90

Vitamin B12 (as Cyanocobalamin)

Iron (as Amino Acid Chelate)

**Vanazolol Proprietary Blend - 356.35 mg**

Caffeine
Dandelion Root Powder
DHEA (Dehydroepiandrosterone)
Vanadium (as Vanadyl Sulfate)

**Other Ingredients**

Gelatin Capsule
Magnesium Stearate

Note: If the respondent clicked on the ingredient link, a popup still image of the ingredient page appeared on the screen.



was amazed how quick they had started working thankyou Dale from Australia
-Dale
Dec 19, 2015

Hands down best site, best quality and no double talk. Real quality and no double talk. Real pros, real products.
-Roger
Dec 19, 2015

Johnny really helped me out. I was lost and Johnny guided me through the website. I am happy with what I see and how my experience went.
-Alexander
Dec 19, 2015

Thank you for always being able to help with any questions or concerns that I have.
-Darko
Dec 19, 2015

Love the products ..result are amazing ..
-Teddy
Dec 19, 2015

Been using your product for two months now. On my 2nd cycle and have been seeing some real nice improvements. I'll be submitting a before and after picture pretty soon. Awesome products. Thanks!
-Valentino
Dec 19, 2015

**McAfee SECURE**

---

Dicalcium Phosphate

Soy

**CLEN**

Serving Size: 1 Capsule
Servings per container: 90

Vitamin B12 (as Cyanocobalamin)

**Clen Proprietary Blend - 288.5 mg**

Caffeine
Cayenne Pepper Powder
Octopamine HCI
Guggul pico-Gum-Resin Extract
Synephrine HCI

**Other Ingredients**

Rice Flour
Gelatin Capsule
Magnesium Stearate

**PITUITARY GROWTH HORMONE**

Serving Size: 1 Tablet
Servings per container: 60

**Proprietary Blend**

L-Glutamic Acid
L-Proline

---

**TREN 75**

Serving Size: 1 Capsule
Servings per container: 90

**Finabolon Proprietary Blend - 292 mg**

Tribulus Fruit Powder
Fenugreek Seed Powder
Cayenne Pepper Fruit Powder

**Other Ingredients**

Gelatin Capsule
Rice Flour
Magnesium Stearate
Titanium Dioxide

**VAR 10**

Serving Size: 1 Capsule
Servings per container: 90

Vitamin B6 (as Pyridoxine HCI)

Magnesium (as Magnesium Oxide

Zinc (as Zinc Aspartate)

Note: If the respondent clicked on the ingredient link, a popup still image of the ingredient page appeared on the screen.



L-Proline
Pituitary Substance
L-Isoleucine
L-Threonine
L-Alanine
L-Serine
L-Phenylalanine
L-Arginine HCl
L-Valine
L-Tyrosine
L-Histidine
L-Glycine
L-Methionine
L-Cystine
Soy Protein
L-Leucine

**Other Ingredients**

DiCalcium Phoshphate
Stearic Acid
Magnesium Stearate
Silicon Dioxide
Pharmaceutical Glaze (Shellac, Povidone)
Soy

Zinc (as Zinc Aspartate)

**Oxantrione Proprietary Blend - 66.6 mg**

CLA (Conjugate Linoleic Acid)
Winged Treebine Leaf Extract
Methoxy Isoflavone

**Other Ingredients**

Gelatin Capsule
Rice Flour
Magnesium Stearate
Soy

* These products are not intended to diagnose, treat, cure or prevent any disease. These statements have not been evaluated by the Food and Drug Administration. Our website and the domain name is representative of products that may enhance blood levels of steroid hormones in the body. Anabolic Research is offering these very strong alternatives to anabolic steroids. These products are NOT intended for users under the age of 18. Use under a doctors supervision. This product is not a drug and should be used correctly. Use in conjunction with a well balanced diet and an intense bodybuilding or exercise program. For a list of ingredients, click here.

Privacy Policy | Sitemap | Terms of Use

MuscleBuildingProducts.com - Owned and operated by Dynamic Sports Nutrition, LLC dba Anabolic Research. Copyright © 2016 ALL RIGHTS RESERVED
**$$ Webmasters Earn Money! $$**
DMCA PROTECTED

Note: If the respondent clicked on the ingredient link, a popup still image of the ingredient page appeared on the screen.

**Were you able to see the webpage clearly?**

Yes

No

>

© Powered by SSI

Now we are going to show you the webpage of one of the products shown on the website. Please look at this webpage as you normally would if you were considering purchasing the product shown. If there are links that you are interested in clicking on, please do so. Some, but not all, of the links will open a new page. Take as much time as you would like and when you are finished, click ">" to continue. To ensure that you have enough time to review the webpage, the ">" button will appear after a short delay.





straightforward.

You will find Clen® is the top choice to meet your needs. A highly effective product when used alone, the effects of Maximum Strength Clen® are a perfect addition to any performance stack.

## POPULAR STACKS
- View All Stacks
- Growth Hormone Stack
- Mass Stack
- Strength Stack
- Cutting Stack
- Summer Stack
- Xtreme Speed Stack

Search

Advanced Search   Search Tips

### Customer Comments

Best site I have ever seen for buying supplements
-Steve
Dec 16, 2016

The Summer stack has been a great to keep off weight during the holiday season.
-Daniel
Dec 15, 2016

This is the third time I have purchased these products from this site, they have always arrived here in Australia and have produced excellent results.

**Directions For Use:** This product contains 90 capsules and is designed to be a 30 day cycle. Take 1 capsule 3 times daily with 8 ounces of water. Doses should be spaced evenly throughout the day.

To view the list of ingredients for each product... click here

* Clen®

$82.00 $70.00

add to cart

* Clen - BUY 2 GET 1 FREE!

$246.00 $140.00

add to cart

BUY 2 GET 1 FREE!

The information your site provided was very educational and helpful. It helped me to decide to buy the right product for me and my wife.

— Sandra

when I first these products I was amazed how quick they had started working thankyou Dale from Australia

— Dale

Hands down best site, best quality and no double talk. Real pros, real products.

— Roger

Johnny really helped me out. I was lost and Johnny guided me through the website. i am happy with what i see and how my experience went.

— Alexander

Thank you for always being able to help with any questions or concerns that I have.

— Darko

Love the products ..result are amazing ..

— Thierry

Been using your product for two months now. On my 2nd cycle and have been seeing some real nice improvements.





Thank you for always being able to help with any questions or concerns that I have.

-Darko
Dec 19, 2015

Love the products ..result are amazing ..

-Teddy
Dec 19, 2015

Been using your product for two months now. On my 2nd cycle and have been seeing some real nice improvements. I'll be submitting a before and after picture pretty soon. Awesome products. Thanks!

-Valentino
Dec 19, 2015

* These products are not intended to diagnose, treat, cure or prevent any disease. These statements have not been evaluated by the Food and Drug Administration. Our website and the domain name is representative of products that may enhance blood levels of steroid hormones in the body. Anabolic Research is offering these very strong alternatives to anabolic steroids. These products are NOT intended for users under the age of 18. Use under a doctors supervision. This product is not a drug and should be used correctly. Use in conjunction with a well balanced diet and an intense bodybuilding or exercise program. For a list of ingredients, click here

Privacy Policy | Sitemap | Terms of Use

MuscleBuildingProducts.com  – Owned and operated by Dynamic Sports Nutrition, LLC dba Anabolic Research, Copyright © 2016 ALL RIGHTS RESERVED

$$ Webmasters Earn Money! $$

DMCA PROTECTED



Note: If the respondent clicked on the ingredient link, a popup still image of the ingredient page appeared on the screen.



POPULAR STACKS

**View All Stacks**
**Growth Hormone Stack**
**Mass Stack**
**Strength Stack**
**Cutting Stack**
**Summer Stack**
**Xtreme Speed Stack**

Search

Advanced Search   Search Tips

### Customer Comments

Best site I have ever seen for buying supplements
—Steve
Dec 19, 2016

The Summer stack has been a great to keep off weight during the holiday season.
—Daniel
Dec 19, 2016

This is the third time I have purchased these products from this site, they have always arrived here in Australia and have produced excellent results.
—Shane
Dec 19, 2016

The information your site provided was very educational and helpful. It helped me to decide to buy the right product for me and my wife.
—Sandra
Dec 19, 2016

when I first these products I

---

Tribulus Fruit Powder

Caffeine

Maca Root Powder

Eurycoma Longfolia (Long Jack) Fruit Powder

### Other Ingredients

Stearic Acid

DiCalcium Phosnphate

Micro Crystaline Cellulose

Magnesium Stearate

Croscarmellose Sodium

Silicon Di Oxide

Pharmaceutical Glaze (Shellac, Povidone)

---

**D-ANABOL 25**

Serving Size: 1 Capsule
Servings per container: 90

**Metandesenolone Proprietary Blend - 429.3 mg**

L-Arginine HCL

Rhodiola Root Powder

Fenugreek Seed Extract

Cyanotis Vaga Extract

Inosine

Clary Sage Leaf Extract

### Other Ingredients

Gelatin Capsule

Magnesium Stearate

---

**Nandeconate Proprietary Blend - 229.9 mg**

Beta Hydroxy Beta methylbutyrate Calcium Salt (Calcium HMB)

Eurycoma Longfolia Fruit Extract

L-CarnosineMagnesium 54%

### Other Ingredients

Gelatin Capsule

Magnesium Stearate

Dicalcium Phosphate

---

**WINN-50**

Serving Size: 1 Capsule
Servings per container: 90

Vitamin B12 (as Cyanocobalamin)

Iron (as Amino Acid Chelate)

**Vanazolol Proprietary Blend - 356.35 mg**

Caffeine

Dandelion Root Powder

DHEA (Dehydroepiandrosterone)

Vanadium (as Vanadyl Sulfate)

### Other Ingredients

Gelatin Capsule

Magnesium Stearate



when I first these products I was amazed how quick they had started working thankyou Dale from Australia
-Dale
Dec 16, 2016

Hands down best site, best quality and no double talk. Real pros, real products.
-Roger
Dec 16, 2016

Johnny really helped me out. I was lost and Johnny guided me through the website. I am happy with what I see and how my experience went.
-Alexander
Dec 16, 2016

Thank you for always being able to help with any questions or concerns that I have.
-Darko
Dec 16, 2016

Love the products ..result are amazing ..
-Teddy
Dec 16, 2016

Been using your product for two months now. On my 2nd cycle and have been seeing some real nice improvements. I'll be submitting a before and after picture pretty soon. Awesome products. Thanks!
-Valentino
Dec 16, 2016

**McAfee SECURE**
TESTED 16 DANED

**CLEN**

Serving Size: 1 Capsule
Servings per container: 90

Vitamin B12 (as Cyanocobalamin)

**Clen Proprietary Blend - 288.5 mg**

Caffeine

Cayenne Pepper Powder

Octopamine HCl

Guggul pico-Gum-Resin Extract

Synephrine HCl

**Other Ingredients**

Rice Flour

Gelatin Capsule

Magnesium Stearate

**PITUITARY GROWTH HORMONE**

Serving Size: 1 Tablet
Servings per container: 60

**Proprietary Blend**

L-Glutamic Acid

L-Proline

Dicalcium Phosphate

Soy

**TREN 75**

Serving Size: 1 Capsule
Servings per container: 90

**Finabolon Proprietary Blend - 292 mg**

Tribulus Fruit Powder

Fenugreek Seed Powder

Cayenne Pepper Fruit Powder

**Other Ingredients**

Gelatin Capsule

Rice Flour

Magnesium Stearate

Titanium Dioxide

**VAR 10**

Serving Size: 1 Capsule
Servings per container: 90

Vitamin B6 (as Pyridoxine HCl)

Magnesium (as Magnesium Oxide

Zinc (as Zinc Aspartate)

L-Proline

Pituitary Substance

L-Isoleucine

L-Threonine

L-Alanine

L-Serine

L-Phenylalanine

L-Arginine HCl

L-Valine

L-Tyrosine

L-Histidine

L-Glycine

L-Methionine

L-Cystine

Soy Protein

L-Leucine

**Other Ingredients**

DiCalcium Phoshphate

Stearic Acid

Magnesium Stearate

Silicon Dioxide

Pharmaceutical Glaze (Shellac, Povidone)

Soy

Zinc (as Zinc Aspartate)

**Oxantrione Proprietary Blend - 66.6 mg**

CLA (Conjugate Linoleic Acid)

Winged Treebine Leaf Extract

Methoxy Isoflavone

**Other Ingredients**

Gelatin Capsule

Rice Flour

Magnesium Stearate

Soy

* These products are not intended to diagnose, treat, cure or prevent any disease. These statements have not been evaluated by the Food and Drug Administration. Our website and the domain name is representative of products that may enhance blood levels of steroid hormones in the body. Anabolic Research is offering these very strong alternatives to anabolic steroids. These products are NOT intended for users under the age of 18. Use under a doctors supervision. This product is not a drug and should be used correctly. Use in conjunction with a well balanced diet and an intense bodybuilding or exercise program. For a list of ingredients, click here.

Privacy Policy | Sitemap | Terms of Use

MuscleBuildingProducts.com - Owned and operated by Dynamic Sports Nutrition, LLC dba Anabolic Research. Copyright © 2016 ALL RIGHTS RESERVED

$$ Webmasters Earn Money! $$

DMCA PROTECTED



Now we are going to show you the webpage of one of the products shown on the website. Please look at this webpage as you normally would if you were considering purchasing the product shown. If there are links that you are interested in clicking on, please do so. Some, but not all, of the links will open a new page. Take as much time as you would like and when you are finished, click ">" to continue. To ensure that you have enough time to review the webpage, the ">" button will appear after a short delay.



consistently deliver superior results, D-Anabol 25™ was formulated to help you reach your goals.

**POPULAR STACKS**

View All Stacks

Growth Hormone Stack

Mass Stack

Strength Stack

Cutting Stack

Summer Stack

Xtreme Speed Stack

Search

Advanced Search   Search Tips

**Customer Comments**

Best site I have ever seen for buying supplements
–Steve
Dec 19, 2010

The Summer stack has been a great to keep off weight during the holiday season.
–Daniel
Dec 19, 2010

This is the third time I have purchased these products from this site, they have always arrived here in Australia and have produced excellent results.
–Shane

**Directions For Use:** This product contains 90 capsules and is designed to be a 30 day cycle. Take 1 capsule 3 times daily with 8 ounces of water. Doses should be spaced evenly throughout the day.

To view the list of ingredients for each product...  click here

* D-Anabol 25™

$100.00 $85.00

add to cart

* D-anabol 25 - BUY 2 GET 1 FREE!

$300.00 $170.00

add to cart

BUY 2 GET 1 FREE!



The information your site provided was very educational and helpful. It helped me to decide to buy the right product for me and my wife.

-Ramiro

when I first these products I was amazed how quick they had started working thankyou Dale from Australia

-Dale

Hands down best site, best quality and no double talk. Real pros, real products.

-Roger

Johnny really helped me out. i was lost and Johnny guided me through the website. i am happy with what i see and how my experience went.

-Alexander

Thank you for always being able to help with any questions or concerns that I have.

-Donko

Love the products ..result are amazing ..

-Teddy

Been using your product for two months now. On my 2nd cycle and have been seeing some real nice improvements.







Thank you for always being able to help with any questions or concerns that I have.
-Darko
Dec 19, 2016

Love the products ..result are amazing ..
-Teddy
Dec 19, 2016

Been using your product for two months now. On my 2nd cycle and have been seeing some real nice improvements. I'll be submitting a before and after picture pretty soon. Awesome products. Thanks!
-Valentino
Dec 19, 2016

* These products are not intended to diagnose, treat, cure or prevent any disease. These statements have not been evaluated by the Food and Drug Administration. Our website and the domain name is representative of products that may enhance blood levels of steroid hormones in the body. Anabolic Research is offering these very strong alternatives to anabolic steroids. These products are NOT intended for users under the age of 18. Use under a doctors supervision. This product is not a drug and should be used correctly. Use in conjunction with a well balanced diet and an intense bodybuilding or exercise program. For a list of ingredients, click here

Privacy Policy | Sitemap | Terms of Use

MuscleBuildingProducts.com – Owned and operated by Dynamic Sports Nutrition, LLC dba Anabolic Research, Copyright © 2016 ALL RIGHTS RESERVED

$$ Webmasters Earn Money! $$



Note: If the respondent clicked on the ingredient link, a popup still image of the ingredient page appeared on the screen.



**POPULAR STACKS**

View All Stacks
Growth Hormone Stack
Mass Stack
Strength Stack
Cutting Stack
Summer Stack
Xtreme Speed Stack

[Search]

Advanced Search   Search Tips

**Customer Comments**

Best site I have ever seen for buying supplements
–Steve
Dec 19, 2016

The Summer stack has been a great to keep off weight during the holiday season.
–Daniel
Dec 19, 2016

This is the third time I have purchased these products from this site, they have always arrived here in Australia and have produced excellent results.
–Shane
Dec 19, 2016

The information your site provided was very educational and helpful. It helped me to decide to buy the right product for me and my wife.
–Sandra
Dec 19, 2016

when I first these products I

---

Tribulus Fruit Powder
Caffeine
Maca Root Powder
Eurycoma Longfolia (Long Jack) Fruit Powder

**Other Ingredients**

Stearic Acid
DiCalcium Phosphate
Micro Crystalline Cellulose
Magnesium Stearate
Croscarmellose Sodium
Silicon Di Oxide
Pharmaceutical Glaze (Shellac, Povidone)

**D-ANABOL 25**

Serving Size: 1 Capsule
Servings per container: 90

**Metandesenolone Proprietary Blend - 429.3 mg**

L-Arginine HCL
Rhodiola Root Powder
Fenugreek Seed Extract
Cyanotis Vaga Extract
Inosine
Clary Sage Leaf Extract

**Other Ingredients**

Gelatin Capsule
Magnesium Stearate

---

**Nandeconate Proprietary Blend - 229.9 mg**

Beta Hydroxy Beta methylbutyrate Calcium Salt (Calcium HMB)
Eurycoma Longfolia Fruit Extract
L-CarnosineMagnesium 54%

**Other Ingredients**

Gelatin Capsule
Magnesium Stearate
Dicalcium Phosphate

**WINN-50**

Serving Size: 1 Capsule
Servings per container: 90

Vitamin B12 (as Cyanocobalamin)

Iron (as Amino Acid Chelate)

**Vanazolol Proprietary Blend - 356.35 mg**

Caffeine
Dandelion Root Powder
DHEA (Dehydroepiandrosterone)
Vanadium (as Vanadyl Sulfate)

**Other Ingredients**

Gelatin Capsule
Magnesium Stearate

was amazed how quick they
had started working thankyou
Dale from Australia
-Dale
Dec 19, 2016

Hands down best site, best
quality and no double talk. Real
pros, real products.
-Roger
Dec 19, 2016

Johnny really helped me out. I
was lost and Johnny guided
me through the website. I am
happy with what I see and how
my experience went.
-Alexander
Dec 19, 2016

Thank you for always being
able to help with any questions
or concerns that I have.
-Darko
Dec 19, 2016

Love the products ..result are
amazing ..
-Teddy
Dec 19, 2016

Been using your product for
two months now. On my 2nd
cycle and have been seeing
some real nice improvements.
I'll be submitting a before and
after picture pretty soon.
Awesome products. Thanks!
-Valentino
Dec 19, 2016



**CLEN**

Serving Size: 1 Capsule
Servings per container: 90

Vitamin B12 (as Cyanocobalamin)

**Clen Proprietary Blend - 288.5 mg**

Caffeine

Cayenne Pepper Powder

Octopamine HCl

Guggul pico-Gum-Resin Extract

Synephrine HCl

**Other Ingredients**

Rice Flour

Gelatin Capsule

Magnesium Stearate

**PITUITARY GROWTH HORMONE**

Serving Size: 1 Tablet
Servings per container: 60

**Proprietary Blend**

L-Glutamic Acid

L-Proline

Dicalcium Phosphate

Soy

**TREN 75**

Serving Size: 1 Capsule
Servings per container: 90

**Finabolon Proprietary Blend - 292 mg**

Tribulus Fruit Powder

Fenugreek Seed Powder

Cayenne Pepper Fruit Powder

**Other Ingredients**

Gelatin Capsule

Rice Flour

Magnesium Stearate

Titanium Dioxide

**VAR 10**

Serving Size: 1 Capsule
Servings per container: 90

Vitamin B6 (as Pyridoxine HCl)

Magnesium (as Magnesium Oxide

Zinc (as Zinc Aspartate)

L-Proline
Pituitary Substance
L-Isoleucine
L-Threonine
L-Alanine
L-Serine
L-Phenylalanine
L-Arginine HCl
L-Valine
L-Tyrosine
L-Histidine
L-Glycine
L-Methionine
L-Cystine
Soy Protein
L-Leucine

**Other Ingredients**

DiCalcium Phoshphate
Stearic Acid
Magnesium Stearate
Silicon Dioxide
Pharmaceutical Glaze (Shellac, Povidone)
Soy

Zinc (as Zinc Aspartate)

**Oxantrione Proprietary Blend - 66.6 mg**

CLA (Conjugate Linoleic Acid)
Winged Treebine Leaf Extract
Methoxy Isoflavone

**Other Ingredients**

Gelatin Capsule
Rice Flour
Magnesium Stearate
Soy

* These products are not intended to diagnose, treat, cure or prevent any disease. These statements have not been evaluated by the Food and Drug Administration. Our website and the domain name is representative of products that may enhance blood levels of steroid hormones in the body. Anabolic Research is offering these very strong alternatives to anabolic steroids. These products are NOT intended for users under the age of 18. Use under a doctors supervision. This product is not a drug and should be used correctly. Use in conjunction with a well balanced diet and an intense bodybuilding or exercise program. For a list of ingredients, click here.

Privacy Policy | Sitemap | Terms of Use

MuscleBuildingProducts.com - Owned and operated by Dynamic Sports Nutrition, LLC dba Anabolic Research. Copyright © 2016 ALL RIGHTS RESERVED

$$ Webmasters Earn Money! $$

DMCA PROTECTED

Now we are going to show you the webpage of one of the products shown on the website. Please look at this webpage as you normally would if you were considering purchasing the product shown. If there are links that you are interested in clicking on, please do so. Some, but not all, of the links will open a new page. Take as much time as you would like and when you are finished, click ">" to continue. To ensure that you have enough time to review the webpage, the ">" button will appear after a short delay.





All in all, you cannot go wrong with this powerful product.

**POPULAR STACKS**

View All Stacks

Growth Hormone Stack

Mass Stack

Strength Stack

Cutting Stack

Summer Stack

Xtreme Speed Stack

Search

Advanced Search    Search Tips

**Customer Comments**

Best site i have ever seen for buying supplements
-Steve
Dec 08 2016

The Summer stack has been a great to keep off weight during the holiday season.
-Daniel
Dec 08 2016

This is the third time I have purchased these products from this site, they have always arrived here in Australia and have produced excellent results.
-Shane
Dec 19 2016

**Directions For Use:** This product contains 60 tablets and is designed to be a 30 day cycle. Take 1 tablet 2 times daily with 8 ounces of water. Doses should be spaced evenly throughout the day.

To view the list of ingredients for each product.    click here

* Test-600x™

~~$100.00~~ $85.00

add to cart

TEST-600x

* Test-600x - BUY 2 GET 1 FREE!

~~$300.00~~ $170.00

add to cart

BUY 2 GET 1 FREE!

The information your site provided was very educational and helpful. It helped me to decide to buy the right product for me and my wife.

-Sandra

Dec 13, 2016

when I first these products I was amazed how quick they had started working thankyou Dale from Australia

-Dale

Dec 19, 2016

Hands down best site, best quality and no double talk. Real pros, real products.

-Roger

Dec 19, 2016

Johnny really helped me out. I was lost and Johnny guided me through the website. I am happy with what I see and how my experience went.

-Alexander

Dec 19, 2016

Thank you for always being able to help with any questions or concerns that I have.

-Darko

Dec 19, 2016

Love the products ..result are amazing ..

-Teddy

Dec 19, 2016

Been using your product for two months now. On my 2nd cycle and have been seeing some real nice improvements. I'll be submitting a before and





Thank you for always being able to help with any questions or concerns that I have.

-Darko

Dec 19, 2016

Love the products.. result are amazing ..

-Teddy

Dec 16, 2016

Been using your product for two months now. On my 2nd cycle and have been seeing some real nice improvements. I'll be submitting a before and after picture pretty soon. Awesome products. Thanks!

-Valentine

Dec 13, 2016

**McAfee SECURE**
CLICK TO VERIFY

* These products are not intended to diagnose, treat, cure or prevent any disease. These statements have not been evaluated by the Food and Drug Administration. Our website and the domain name is representative of products that may enhance blood levels of steroid hormones in the body. Anabolic Research is offering these very strong alternatives to anabolic steroids. These products are NOT intended for users under the age of 18. Use under a doctors supervision. This product is not a drug and should be used correctly. Use in conjunction with a well balanced diet and an intense bodybuilding or exercise program. For a list of ingredients. click here

Privacy Policy | Sitemap | Terms of Use

MuscleBuildingProducts.com  - Owned and operated by Dynamic Sports Nutrition, LLC dba Anabolic Research. Copyright © 2016 ALL RIGHTS RESERVED

$$ Webmasters Earn Money! $$

DMCA PROTECTED



Note: If the respondent clicked on the ingredient link, a popup still image of the ingredient page appeared on the screen.



**POPULAR STACKS**

**View All Stacks**

**Growth Hormone Stack**

**Mass Stack**

**Strength Stack**

**Cutting Stack**

**Summer Stack**

**Xtreme Speed Stack**

[ Search ]

Advanced Search   Search Tips

**Customer Comments**

Best site I have ever seen for buying supplements
—Steve
Dec 19, 2016

The Summer stack has been a great to keep off weight during the holiday season.
—Daniel
Dec 19, 2016

This is the third time I have purchased these products from this site, they have always arrived here in Australia and have produced excellent results.
—Shane
Dec 19, 2016

The information your site provided was very educational and helpful. It helped me to decide to buy the right product for me and my wife.
—Sandra
Dec 19, 2016

when I first these products I

---

Tribulus Fruit Powder

Caffeine

Maca Root Powder

Eurycoma Longfolia (Long Jack) Fruit Powder

**Other Ingredients**

Stearic Acid

DiCalcium Phosphate

Micro Crystalline Cellulose

Magnesium Stearate

Croscarmellose Sodium

Silicon Di Oxide

Pharmaceutical Glaze (Shellac, Povidone)

---

**D-ANABOL 25**

Serving Size: 1 Capsule
Servings per container: 90

**Metandesenolone Proprietary Blend - 429.3 mg**

L-Arginine HCL

Rhodiola Root Powder

Fenugreek Seed Extract

Cyanotis Vaga Extract

Inosine

Clary Sage Leaf Extract

**Other Ingredients**

Gelatin Capsule

Magnesium Stearate

---

**Nandeconate Proprietary Blend - 229.9 mg**

Beta Hydroxy Beta-methylbutyrate Calcium Salt (Calcium HMB)

Eurycoma Longfolia Fruit Extract

L-CarnosineMagnesium 54%

**Other Ingredients**

Gelatin Capsule

Magnesium Stearate

Dicalcium Phosphate

---

**WINN-50**

Serving Size: 1 Capsule
Servings per container: 90

Vitamin B12 (as Cyanocobalamin)

Iron (as Amino Acid Chelate)

**Vanazolol Proprietary Blend - 356.35 mg**

Caffeine

Dandelion Root Powder

DHEA (Dehydroepiandrosterone)

Vanadium (as Vanadyl Sulfate)

**Other Ingredients**

Gelatin Capsule

Magnesium Stearate



when I first these products I was amazed how quick they had started working thankyou Dale from Australia

-Dale
Dec 19, 2015

Hands down best site, best quality and no double talk. Real pros, real products.

-Roger
Dec 19, 2015

Johnny really helped me out. I was lost and Johnny guided me through the website. I am happy with what I see and how my experience went.

-Alexander
Dec 19, 2015

Thank you for always being able to help with any questions or concerns that I have.

-Darko
Dec 19, 2015

Love the products ..result are amazing ..

-Teddy
Dec 19, 2015

Been using your product for two months now. On my 2nd cycle and have been seeing some real nice improvements. I'll be submitting a before and after picture pretty soon. Awesome products. Thanks!

-Valentino
Dec 19, 2015

**McAfee SECURE**
TESTED 19 DANIER

Dicalcium Phosphate

Soy

**CLEN**

Serving Size: 1 Capsule
Servings per container: 90

Vitamin B12 (as Cyanocobalamin)

**Clen Proprietary Blend - 288.5 mg**

Caffeine

Cayenne Pepper Powder

Octopamine HCl

Guggul pico-Gum-Resin Extract

Synephrine HCl

**Other Ingredients**

Rice Flour

Gelatin Capsule

Magnesium Stearate

**PITUITARY GROWTH HORMONE**

Serving Size: 1 Tablet
Servings per container: 60

**Proprietary Blend**

L-Glutamic Acid

L-Proline

**TREN 75**

Serving Size: 1 Capsule
Servings per container: 90

**Finabolon Proprietary Blend - 292 mg**

Tribulus Fruit Powder

Fenugreek Seed Powder

Cayenne Pepper Fruit Powder

**Other Ingredients**

Gelatin Capsule

Rice Flour

Magnesium Stearate

Titanium Dioxide

**VAR 10**

Serving Size: 1 Capsule
Servings per container: 90

Vitamin B6 (as Pyridoxine HCl)

Magnesium (as Magnesium Oxide

Zinc (as Zinc Aspartate)



L-Proline
Pituitary Substance
L-Isoleucine
L-Threonine
L-Alanine
L-Serine
L-Phenylalanine
L-Arginine HCl
L-Valine
L-Tyrosine
L-Histidine
L-Glycine
L-Methionine
L-Cystine
Soy Protein
L-Leucine

**Other Ingredients**

DiCalcium Phoshphate
Stearic Acid
Magnesium Stearate
Silicon Dioxide
Pharmaceutical Glaze (Shellac, Povidone)
Soy

Zinc (as Zinc Aspartate)

**Oxantrione Proprietary Blend - 66.6 mg**

CLA (Conjugate Linoleic Acid)
Winged Treebine Leaf Extract
Methoxy Isoflavone

**Other Ingredients**

Gelatin Capsule
Rice Flour
Magnesium Stearate
Soy

* These products are not intended to diagnose, treat, cure or prevent any disease. These statements have not been evaluated by the Food and Drug Administration. Our website and the domain name is representative of products that may enhance blood levels of steroid hormones in the body. Anabolic Research is offering these very strong alternatives to anabolic steroids. These products are NOT intended for users under the age of 18. Use under a doctors supervision. This product is not a drug and should be used correctly. Use in conjunction with a well balanced diet and an intense bodybuilding or exercise program. For a list of ingredients, click here.

Privacy Policy | Sitemap | Terms of Use

MuscleBuildingProducts.com - Owned and operated by Dynamic Sports Nutrition, LLC dba Anabolic Research. Copyright © 2016 ALL RIGHTS RESERVED
$$ Webmasters Earn Money! $$
DMCA PROTECTED

Now we are going to show you the webpage of one of the products shown on the website. Please look at this webpage as you normally would if you were considering purchasing the product shown. If there are links that you are interested in clicking on, please do so. Some, but not all, of the links will open a new page. Take as much time as you would like and when you are finished, click ">" to continue. To ensure that you have enough time to review the webpage, the ">" button will appear after a short delay.





It is one of our most popular products currently available.

Tren 75® can be stacked or taken alone.

**POPULAR STACKS**
View All Stacks
Growth Hormone Stack
Mass Stack
Strength Stack
Cutting Stack
Summer Stack
Xtreme Speed Stack

Search
Advanced Search  Search Tips

**Directions For Use:** This product contains 90 capsules and is designed to be a 30 day cycle. Take 1 capsule 3 times daily with 8 ounces of water. Doses should be spaced evenly throughout the day

To view the list of ingredients for each product... click here

\* Tren 75®
$100.00 $85.00
▶ add to cart

**Customer Comments**

Best site I have ever seen for buying supplements
-Steve
Dec 19, 2016

The Summer stack has been a great to keep off weight during the holiday season.
-Daniel
Dec 19, 2016

This is the third time I have purchased these products from this site, they have always arrived here in Australia and have produced excellent results.
-Shane

\* Tren 75 - BUY 2 GET 1 FREE!
$300.00 $170.00
▶ add to cart

BUY 2 GET 1 FREE!

The information your site
provided was very educational
and helpful. It helped me to
decide to buy the right product
for me and my wife.

-Sanora

when I first these products I
was amazed how quick they
had started working thankyou
Dale from Australia

-Dale

Hands down best site, best
quality and no double talk. Real
pros, real products.

-Roger

Johnny really helped me out. I
was lost and Johnny guided
me through the website. I am
happy with what I see and how
my experience went.

-Alexander

Thank you for always being
able to help with any questions
or concerns that I have.

-Dimie

Love the products ..result are
amazing ..

-Teddy

Been using your product for
two months now. On my 2nd
cycle and have been seeing
some real nice improvements.





I'll be submitting a before and
after picture pretty soon.
Awesome products. Thanks!

* These products are not intended to diagnose, treat, cure or prevent any disease. These statements have not been evaluated by the Food and Drug Administration. Our website and the domain name is representative of products that may enhance blood levels of steroid hormones in the body. Anabolic Research is offering these very strong alternatives to anabolic steroids. These products are NOT intended for users under the age of 18. Use under a doctors supervision. This product is not a drug and should be used correctly. Use in conjunction with a well balanced diet and an intense bodybuilding or exercise program. For a list of ingredients, click here

Privacy Policy | Sitemap | Terms of Use

MuscleBuildingProducts.com  - Owned and operated by Dynamic Sports Nutrition, LLC dba Anabolic Research. Copyright © 2016 ALL RIGHTS RESERVED

$$ Webmasters Earn Money! $$

DMCA PROTECTED



Note: If the respondent clicked on the ingredient link, a popup still image of the ingredient page appeared on the screen.



**POPULAR STACKS**

**View All Stacks**
**Growth Hormone Stack**
**Mass Stack**
**Strength Stack**
**Cutting Stack**
**Summer Stack**
**Xtreme Speed Stack**

[Search]

Advanced Search   Search Tips

**Customer Comments**

Best site I have ever seen for buying supplements
-Steve
Dec 19, 2016

The Summer stack has been a great to keep off weight during the holiday season.
-Daniel
Dec 19, 2016

This is the third time I have purchased these products from this site, they have always arrived here in Australia and have produced excellent results.
-Shane
Dec 19, 2016

The information your site provided was very educational and helpful. It helped me to decide to buy the right product for me and my wife.
-Sandra
Dec 19, 2016

when I first these products I

Tribulus Fruit Powder

Caffeine

Maca Root Powder

Eurycoma Longfolia (Long Jack) Fruit Powder

**Other Ingredients**

Stearic Acid

DiCalcium Phosnphate

Micro Crystaline Cellulose

Magnesium Stearate

Croscarmellose Sodium

Silicon Di Oxide

Pharmaceutical Glaze (Shellac, Povidone)

**D-ANABOL 25**

Serving Size: 1 Capsule
Servings per container: 90

**Metandesenolone Proprietary Blend - 429.3 mg**

L-Arginine HCL

Rhodiola Root Powder

Fenugreek Seed Extract

Cyanotis Vaga Extract

Inosine

Clary Sage Leaf Extract

**Other Ingredients**

Gelatin Capsule

Magnesium Stearate

**Nandeconate Proprietary Blend - 229.9 mg**

Beta Hydroxy Beta methylbutyrate Calcium Salt (Calcium HMB)

Eurycoma Longfolia Fruit Extract

L-CarnosineMagnesium 54%

**Other Ingredients**

Gelatin Capsule

Magnesium Stearate

Dicalcium Phosphate

**WINN-50**

Serving Size: 1 Capsule
Servings per container: 90

Vitamin B12 (as Cyanocobalamin)

Iron (as Amino Acid Chelate)

**Vanazolol Proprietary Blend - 356.35 mg**

Caffeine

Dandelion Root Powder

DHEA (Dehydroepiandrosterone)

Vanadium (as Vanadyl Sulfate)

**Other Ingredients**

Gelatin Capsule

Magnesium Stearate

when I first these products I was amazed how quick they had started working thankyou Dale from Australia

-Dale
Dec 18, 2015

Hands down best site, best quality and no double talk. Real pros. real products.

-Roger
Dec 18, 2015

Johnny really helped me out. I was lost and Johnny guided me through the website. I am happy with what I see and how my experience went.

-Alexander
Dec 18, 2015

Thank you for always being able to help with any questions or concerns that I have.

-Darko
Dec 19, 2015

Love the products ..result are amazing ..

-Teddy
Dec 19, 2015

Been using your product for two months now. On my 2nd cycle and have been seeing some real nice improvements. I'll be submitting a before and after picture pretty soon. Awesome products. Thanks!

-Valentino
Dec 19, 2015



**CLEN**

Serving Size: 1 Capsule
Servings per container: 90

Vitamin B12 (as Cyanocobalamin)

**Clen Proprietary Blend - 288.5 mg**

Caffeine

Cayenne Pepper Powder

Octopamine HCl

Guggul oleo-Gum-Resin Extract

Synephrine HCl

**Other Ingredients**

Rice Flour

Gelatin Capsule

Magnesium Stearate

**PITUITARY GROWTH HORMONE**

Serving Size: 1 Tablet
Servings per container: 60

**Proprietary Blend**

L-Glutamic Acid

L-Proline

Dicalcium Phosphate

Soy

**TREN 75**

Serving Size: 1 Capsule
Servings per container: 90

**Finabolon Proprietary Blend - 292 mg**

Tribulus Fruit Powder

Fenugreek Seed Powder

Cayenne Pepper Fruit Powder

**Other Ingredients**

Gelatin Capsule

Rice Flour

Magnesium Stearate

Titanium Dioxide

**VAR 10**

Serving Size: 1 Capsule
Servings per container: 90

Vitamin B6 (as Pyridoxine HCl)

Magnesium (as Magnesium Oxide

Zinc (as Zinc Aspartate)



L-Proline
Pituitary Substance
L-Isoleucine
L-Threonine
L-Alanine
L-Serine
L-Phenylalanine
L-Arginine HCl
L-Valine
L-Tyrosine
L-Histidine
L-Glycine
L-Methionine
L-Cystine
Soy Protein
L-Leucine

**Other Ingredients**

DiCalcium Phoshphate
Stearic Acid
Magnesium Stearate
Silicon Dioxide
Pharmaceutical Glaze (Shellac, Povidone)
Soy

Zinc (as Zinc Aspartate)

**Oxantrione Proprietary Blend - 66.6 mg**

CLA (Conjugate Linoleic Acid)
Winged Treebine Leaf Extract
Methoxy Isoflavone

**Other Ingredients**

Gelatin Capsule
Rice Flour
Magnesium Stearate
Soy

* These products are not intended to diagnose, treat, cure or prevent any disease. These statements have not been evaluated by the Food and Drug Administration. Our website and the domain name is representative of products that may enhance blood levels of steroid hormones in the body. Anabolic Research is offering these very strong alternatives to anabolic steroids. These products are NOT intended for users under the age of 18. Use under a doctors supervision. This product is not a drug and should be used correctly. Use in conjunction with a well balanced diet and an intense bodybuilding or exercise program. For a list of ingredients, click here.

Privacy Policy | Sitemap | Terms of Use

MuscleBuildingProducts.com  - Owned and operated by Dynamic Sports Nutrition, LLC dba Anabolic Research. Copyright © 2016 ALL RIGHTS RESERVED
$$ Webmasters Earn Money! $$
DMCA PROTECTED

Were you able to see the webpage clearly?

Yes

No

>

© Powered by SSI

What is the name of the product you reviewed on the second webpage you viewed?

Tren 75

D-Anabol 25

Clen

Test 600x

Other (Please Specify) ✎ ........

Don't know/No opinion

>

© Powered by SSI



What does the webpage convey about CLEN?

© Powered by SSI

What else, if anything, did the webpage convey about CLEN?

✎.........

>

© Powered by SSI

What does the webpage convey about D-ANABOL 25?

>

© Powered by SSI

What else, if anything, did the webpage convey about D-ANABOL 25?

> 

© Powered by SSI

What does the webpage convey about TEST 600x?

✎ ........

>

© Powered by SSI

What else, if anything, did the webpage convey about TEST 600x?

>

What does the webpage convey about TREN 75?

>

© Powered by SSI

What else, if anything, did the webpage convey about TREN 75?

>

© Powered by SSI



Note: "This product" appeared if the respondent did not correctly identify the product.



What else, if anything, did the webpage convey about this product?

Note: "This product" appeared if the respondent did not correctly identify the product.

Based on your review of this product's webpage, do you think this product....

Would not increase flexibility

Would increase flexibility

There is not enough information to determine whether or not this product would increase flexibility

Don't know/ no opinion

>

© Powered by SSI

Note: Randomized order of the first two response options.

What makes you say that?

© Powered by SSI



Based on your review of this product's webpage, do you think this product....

Would reduce body fat

Would not reduce body fat

There is not enough information to determine whether or not this product would reduce body fat

Don't know/ no opinion

>

© Powered by SSI

Note: (1) Randomized order of the first two response options. (2) Only respondents in the Clen, Test 600x, or Tren 75 conditions saw this question.

What makes you say that?

> 

© Powered by SSI



Based on your review of this product's webpage, do you think this product....

Would not increase muscle size

Would increase muscle size

There is not enough information to determine whether or not this product would increase muscle size

Don't know/ no opinion

>

© Powered by SSI

Note: (1) Randomized order of the first two response options. (2) Only respondents in the
D-Anabol 25, Test 600x, or Tren 75 conditions saw this question.

What makes you say that?

© Powered by SSI



Based on your review of this product's webpage, do you think this product....

Would not increase strength

Would increase strength

There is not enough information to determine whether or not this product would increase strength

Don't know/ no opinion

>

© Powered by SSI

Note: (1) Randomized order of the first two response options. (2) Only respondents in the D-Anabol 25 or Test 600x conditions saw this question.

**What makes you say that?**

> ✎ .........

>

© Powered by SSI



Based on your review of this product's webpage, do you think this product....

Would increase sexual performance and sexual stamina

Would not increase sexual performance and sexual stamina

There is not enough information to determine whether or not this product would increase sexual performance and sexual stamina

Don't know/ no opinion

>

© Powered by SSI

Note: (1) Randomized order of the first two response options. (2) Only respondents in the Test 600x condition saw this question.

What makes you say that?

> 

© Powered by SSI

Based on your review of this product's webpage, do you think this product....

Would not increase stamina and endurance

Would increase stamina and endurance

There is not enough information to determine whether or not this product would increase stamina and endurance

Don't know/ no opinion

>

© Powered by SSI

Note: (1) Randomized order of the first two response options. (2) Only respondents in the Clen condition saw this question.

What makes you say that?

>

© Powered by SSI



Thinking about products like the ones shown on these webpages, would the following information influence or not influence your decision to purchase the product?

| | | | |
|---|---|---|---|
| The product increases stamina and endurance | Would Influence | Would Not Influence | Don't Know |
| The product is endorsed by a celebrity | Would Influence | Would Not Influence | Don't Know |
| The product improves sleep | Would Influence | Would Not Influence | Don't Know |
| The product increases muscle size | Would Influence | Would Not Influence | Don't Know |
| The product increases strength | Would Influence | Would Not Influence | Don't Know |
| The product is shipped discreetly | Would Influence | Would Not Influence | Don't Know |
| The product improves sexual performance and sexual stamina | Would Influence | Would Not Influence | Don't Know |
| The product reduces body fat | Would Influence | Would Not Influence | Don't Know |

>

© Powered by SSI



Thinking about products like the ones shown on these webpages, would the following information influence or not influence your decision to purchase the product?

| | | | |
|---|---|---|---|
| The product increases stamina and endurance | Would Not Influence | Would Influence | Don't Know |
| The product is shipped discreetly | Would Not Influence | Would Influence | Don't Know |
| The product increases muscle size | Would Not Influence | Would Influence | Don't Know |
| The product improves sleep | Would Not Influence | Would Influence | Don't Know |
| The product improves sexual performance and sexual stamina | Would Not Influence | Would Influence | Don't Know |
| The product reduces body fat | Would Not Influence | Would Influence | Don't Know |
| The product is endorsed by a celebrity | Would Not Influence | Would Influence | Don't Know |
| The product increases strength | Would Not Influence | Would Influence | Don't Know |

>

© Powered by SSI

Note: The first two columns rotated order.



Thinking about products like the ones shown on these webpages, would the following information make you:

- More likely to purchase the product over other similar products
- Neither more nor less likely to purchase the product over other similar products
- Less likely to purchase the product over other similar products
- or do you not know?

| | | | | |
|---|---|---|---|---|
| The product increases stamina and endurance | Less Likely | Neither More Nor Less Likely | More Likely | Don't Know |
| The product is shipped discreetly | Less Likely | Neither More Nor Less Likely | More Likely | Don't Know |
| The product increases muscle size | Less Likely | Neither More Nor Less Likely | More Likely | Don't Know |
| The product improves sleep | Less Likely | Neither More Nor Less Likely | More Likely | Don't Know |
| The product improves sexual performance and sexual stamina | Less Likely | Neither More Nor Less Likely | More Likely | Don't Know |
| The product reduces body fat | Less Likely | Neither More Nor Less Likely | More Likely | Don't Know |
| The product is endorsed by a celebrity | Less Likely | Neither More Nor Less Likely | More Likely | Don't Know |
| The product increases strength | Less Likely | Neither More Nor Less Likely | More Likely | Don't Know |

>

Note: Only response options identified as "Would Influence" in the previous question appeared in this question.



We are almost finished. Just a few more questions.

>

© Powered by SSI

This question is a little different. While most people carefully read and respond to the questions in our surveys, a small number do not. To verify that you have read this question carefully, please select the Extremely Important response from the list below.

Extremely Important

Very Important

Somewhat Important

Not at all Important

Don't know/Not sure

>

© Powered by SSI



Within the past 12 months, have you purchased any of the following products for building muscle mass, size, or strength?

| | | | |
|---|---|---|---|
| Herbal products | Yes | No | Don't Know |
| Dietary supplements | Yes | No | Don't Know |
| Anabolic steroids | Yes | No | Don't Know |
| Protein powders | Yes | No | Don't Know |
| Amino acids | Yes | No | Don't Know |
| Protein bars | Yes | No | Don't Know |
| Protein shakes or smoothies | Yes | No | Don't Know |

>

© Powered by SSI

Within the next 3 months, do you expect to purchase or use any of the following products for building muscle mass, size, or strength?

| | | | |
|---|---|---|---|
| Herbal products | Yes | No | Don't Know |
| Dietary supplements | Yes | No | Don't Know |
| Anabolic steroids | Yes | No | Don't Know |
| Protein powders | Yes | No | Don't Know |
| Amino acids | Yes | No | Don't Know |
| Protein bars | Yes | No | Don't Know |
| Protein shakes or smoothies | Yes | No | Don't Know |

>

© Powered by SSI

At any time during this survey, did you open any other windows or tabs on this computer?

Yes

No

>

© Powered by SSI

At any time during this survey, did you use any other computer?

Yes

No

>

© Powered by SSI

At any time during this survey, did you look at or use any hand-held electronic device, such as a cell phone or tablet computer?

Yes

No

>

© Powered by SSI

At any time during this survey, did you look at or use any hand-held electronic device, such as a cell phone?

Yes

No

>

© Powered by SSI

Note: Same question as previous slide; however, if a respondent indicated they were using a "tablet computer" to complete the survey, then the wording "or tablet computer" was omitted.

At any time during this survey, did you view any written material (other than this survey)?

Yes

No

>

© Powered by SSI

At any time during this survey, did you consult or talk with someone else?

Yes

No

>

© Powered by SSI